# Exhibit B

## To Defendant Eli Lilly and Company's Notice of Removal of Civil Action

Case being removed:
*Catherine Ann Deep v. Eli Lilly and Company*
D.C. Superior Ct. Civil Action No. 06-0000116

124658v1

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

```
* * * * * * * * * * * * * * * * * * * * * * *
CATHERINE ANN DEEP                          *
13201-E Cloppers Mill Road                  *
Germantown, MD 20874                        *
                                            *
                        Plaintiff,          *   CIVIL ACTION _____
                                            *
            vs.                             *   SUPERIOR COURT NO. 06-0000116
                                            *
ELI LILLY AND COMPANY                       *
Lilly Corporate Center                      *
Indianapolis, IN  46285                     *
                                            *
                        Defendant.          *
* * * * * * * * * * * * * * * * * * * * * * *
```

## NOTICE OF REMOVAL TO FEDERAL COURT

TO:   THE CLERK OF THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA, CIVIL DIVISION.

PLEASE TAKE NOTICE that on the 20th day of January, 2006, defendant Eli Lilly and Company filed in the United States District Court for the District of Columbia, a Notice of Removal of the above styled action. A true copy of such Notice of Removal is attached hereto as Exhibit "1" and is incorporated herein by reference.

Pursuant to 28 U.S.C. Section 1446(d), the filing of the attached Notice of Removal has effected the removal of the above styled action, and the Superior Court of the District of Columbia, Civil Division, should proceed no further unless and until this case is remanded.

1859913v1

- 2 -

Respectfully submitted,

*Michelle R Mangrum*
Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
Emily J. Laird, D.C. Bar No. 485890
SHOOK, HARDY & BACON, L.L.P
600 14TH Street, N.W., Suite 800
Washington, D.C. 20005-2004
Phone: (202) 783-8400
Fax: (202) 783-4211

and

David W. Brooks
Mark C. Hegarty
John F. Kuckelman
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

1859913v1