THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CATHERINE ANN DEEP,  *
                     *
         Plaintiff,  *   CIVIL ACTION _____
                     *
     vs.             *   SUPERIOR COURT NO. 06-0000116
                     *
ELI LILLY AND COMPANY, *
                     *
         Defendant.  *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT ELI LILLY AND COMPANY'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, Eli Lilly and Company has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: January 20, 2006

Respectfully Submitted,

**SHOOK, HARDY & BACON, L.L.P.**

_____
Michelle R. Mangrum, DC Bar No. 473634
John Chadwick Coots, DC Bar No. 461979
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone
(202) 783-4211 Facsimile

**Attorneys For Defendant
Eli Lilly And Company**

1860190v1

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on this 20th day of January, 2006, a true and accurate copy of the foregoing has been furnished by first-class U.S. Mail, postage prepaid, to counsel of record listed below.

  Aaron M. Levine, Esq.
  Aaron Levine & Associates
  1320 19th St., NW, Suite 500
  Washington, D.C. 20036

  **Attorneys for Plaintiffs**

*/s/ Michelle R. Mangrum*

**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

1860190v1