**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CATHERINE ANN DEEP,**<br>13201-E Cloppers Mill Road<br>Germantown, MD 20874<br><br>                    **Plaintiff,**<br><br>         vs.<br><br>**ELI LILLY AND COMPANY, et al.,**<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br><br>                    **Defendants**. | )<br>)<br>)<br>)<br>)<br>) **CIVIL ACTION No. 1:06-cv-00111-RWR**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of John Chadwick Coots as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: January 30, 2006                     Respectfully Submitted,

                                            SHOOK, HARDY & BACON, L.L.P.

                                             /s/ John Chadwick Coots
                                            John Chadwick Coots, DC Bar No. 461979
                                            600 14th Street, N.W., Suite 800
                                            Washington, D.C. 20005-2004
                                            (202) 783-8400 Telephone
                                            (202) 783-4211 Facsimile

                                            **ATTORNEYS FOR DEFENDANT**
                                            **ELI LILLY AND COMPANY**

128831v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 30th day of January, 2006, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

  /s/ John Chadwick Coots
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**

128831v1