IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CATHERINE ANN DEEP,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | Civil Action No.: 06-cv-111 (RWR) |
| ] | Next Event: Initial Scheduling Conference |
| **ELI LILLY AND COMPANY,** ] | on April 20, 2006 at 9:45 a.m. |
| ] | |
| **Defendant.** ] | |

### [PROPOSED] SCHEDULING ORDER

September 18, 2006:   Deadline for serving discovery requests.

October 18, 2006:   Deadline for plaintiff to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

December 18, 2006:   Deadline for defendant to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

February 14, 2007:   All Discovery Closed. The parties agree that experts may be deposed until the close of discovery.

March 14, 2007:   Deadline for filing Dispositive Motions.

May 2007:   Pre-Trial Conference.

*N.B.   In addition, Defendant Lilly proposes May 31, 2006 as the deadline for joinder or amending the pleadings.*


DATED: _____        _____
                                                                             RICHARD W. ROBERTS
                                                                             United States District Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| AARON M. LEVINE & ASSOCIATES | SHOOK, HARDY & BACON, L.L.P. |
| /s/ Aaron M. Levine | /s/ Michelle R. Mangrum (by permission-rm) |
| AARON M. LEVINE, #7864 | MICHELLE R. MANGRUM, #473634 |
| 1320 19th Street, N.W. | 600 14th Street, N.W. |
| Suite 500 | Suite 800 |
| Washington, DC 20036 | Washington, DC 20005-2004 |
| 202/833-8040 | 202-223-1200 |
| Fax: 202-833-8046 | 202-783-4211 |
| Counsel for Plaintiff | and |
|  | David W. Brooks, Esq. |
|  | Mark C. Hegarty, Esq. |
|  | John F. Kuckelman, Esq. |
|  | Harley V. Ratliff, Esq. |
|  | SHOOK, HARDY & BACON, L.L.P. |
|  | 2555 Grand Boulevard |
|  | Kansas City, MO 64108 |
|  | 816-474-6550 |
|  | Fax: 816-421-5547 |
|  | Counsel for Defendant Eli Lilly and Company |

Dated: April 12, 2006