IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE ANN DEEP,<br>13201-E Cloppers Mill Road<br>Germantown, MD 20874<br><br>      Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY, et al.,<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION No. 1:06-cv-00111-RWR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Emily J. Laird as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: April 14, 2006

                Respectfully Submitted,

                SHOOK, HARDY & BACON, L.L.P.

                /s/ Emily J. Laird
                Emily J. Laird, D.C. Bar No. 485890
                600 14th Street, N.W., Suite 800
                Washington, D.C. 20005-2004
                (202) 783-8400 Telephone
                (202) 783-4211 Facsimile

                **ATTORNEYS FOR DEFENDANT**
                **ELI LILLY AND COMPANY**

130484v1

## CERTIFICATE OF SERVICE

       I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 14th day of April, 2006, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

                                       /s/ Emily J. Laird
                                     **ATTORNEY FOR DEFENDANT**
                                     **ELI LILLY AND COMPANY**

130484v1