# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE ANN DEEP, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | |
| vs. ) | **CIVIL ACTION No. 1:06-cv-00111-RWR** |
| ) | |
| ) | |
| ELI LILLY AND COMPANY. ) | |
| ) | |
| ) | |
| **Defendant**. ) | |

## DEFENDANT ELI LILLY AND COMPANY'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(b), Defendant Eli Lilly and Company ("Lilly") moves for summary judgment as to plaintiff's claims on the ground that there is no genuine issue as to any material fact raised by plaintiff's claims and Lilly is entitled to judgment as a matter of law. Specifically, Lilly is entitled to summary judgment because plaintiff cannot prove that she was exposed to diethylstilbestrol during her mother's pregnancy with her, as required by Maryland law, applicable in this case. Lilly is also entitled to summary judgment because plaintiff cannot prove by a preponderance of the evidence that DES exposure caused her alleged inability to have a child. The facts and law supporting this Motion are fully set forth in Lilly's Memorandum in Support of Its Motion for Summary Judgment and the accompanying attachments, served contemporaneously herewith.

WHEREFORE, defendant Eli Lilly and Company respectfully requests the Court enter an Order granting summary judgment in favor of Lilly and against plaintiff, and granting such other and further relief as the Court deems just and proper.

138651v1

Dated:  April 3, 2007

Respectfully Submitted,

SHOOK, HARDY & BACON, L.L.P.

/s/ Emily J. Laird
Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
Emily J. Laird, D.C. Bar No. 485890
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone
(202) 783-4211 Facsimile

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 3rd day of April, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

/s/ Emily J. Laird
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

138651v1