# Exhibit 1

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

CATHERINE ANN DEEP ]
13201-E Cloppers Mill Road ]
Germantown, MD 20874 ]
 ]
 ]
Plaintiff, ]
v. ] Civil Action No. 06-0000116
 ]
ELI LILLY AND COMPANY ]
Lilly Corporate Center ]
Indianapolis, IN 46285 ]
w/s/o NATIONAL REGISTERED AGENTS, INC. ]
1090 Vermont Avenue, NW, #910 ]
Washington, DC 20005 ]
 ]
Defendant. ]



## COMPLAINT
(DES Litigation – Products Liability, Punitive Damages)

1. Jurisdiction is founded upon 11 D.C. Code §921 (1981 ed.).

2. Defendant is engaged, or has been engaged, in the manufacturing, marketing, sale, promotion, and distribution of pharmaceuticals throughout the United States, and is doing business in the District of Columbia. The Defendant met with and conspired with numerous pharmaceutical manufacturers in the District of Columbia, prior to obtaining governmental approval for Diethylstilbestrol ("DES"). Defendant spearheaded industry-wide conferences in the District of Columbia to seek approval of DES by Joint Submission, withholding from the Food and Drug Administration reports questioning the efficacy of DES and studies raising serious questions of safety. These meetings, conferences and agreements occurred in the District of Columbia.

## COUNT I
(Negligence)

3. On or about 1961 and 1962, during her pregnancy with Plaintiff Catherine Ann Deep, the mother of the Plaintiff herein bought and ingested DES in Maryland. Her physician

prescribed said drug during the pregnancy. The drug was manufactured and sold by Defendant Eli Lilly and Company.

4. As a result of Plaintiff's embryonic exposure to DES, she suffered injuries, including, but not limited to, uterine and cervical malformations, with resulting infertility, incurred medical expenses for care and treatment, suffered physical and mental pain, and was deprived of the family she desired.

5. Said injuries were the result of the negligence of Defendant, including, but not limited to, failure to test, failure to warn, over-promotion of DES, and failure to heed and report adverse studies regarding the safety and efficacy of DES.

## COUNT II
### (Strict Liability)

6. All of the allegations contained in Count I are realleged and incorporated herein by reference.

7. DES is, and at all times relevant to this action was, an unreasonably dangerous and defective drug when used by pregnant women for its advertised and intended purpose as a preventative of miscarriage.

8. Defendant is engaged, or has been engaged, in the business of producing DES, and is, or has been, a commercial manufacturer of said drug.

9. Plaintiff's mother purchased and ingested DES during her pregnancy with Plaintiff, and received and ingested DES in the same form and condition as when it left Defendant's possession.

10. Said product was defective when placed on the market by Defendant. DES was sold by Defendant without sufficient warning or instructions. A reasonable seller would not

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



CATHERINE ANN DEEP,           ]
                              ]
       Plaintiff,             ]
                              ]
v.                            ]     Civil Action No.: 06-cv-111 (RWR)
                              ]
ELI LILLY AND COMPANY,        ]
                              ]
       Defendant.             ]

## PLAINTIFF CATHERINE ANN DEEP'S ANSWERS TO DEFENDANT ELI LILLY AND COMPANY'S FIRST SET OF INTERROGATORIES

1.   Please state your present name, date and place of birth, Social Security Number, all other names you have used or been known by, including the period during which you were known by such other names.

**ANSWER:**   Name: Catherine Ann Greeves; Date of Birth: 6/2/62; Place of Birth: Providence Hospital, Washington, D.C.; Social Security No.: 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; Prior Names: Catherine Ann Deep prior to 11/10/05.

2.   Please state in chronological order the full address for each residence at which you have resided for a period of thirty (30) days or more, and state the date each such residency was commenced and terminated.

**ANSWER:**   a.   7213 Flower Avenue
              Takoma Park, MD
              (1962 - 1963)

          b.   1413 Kanawha Street
               Langley Park, MD
               (1963 - 1964)

          c.   6834 Riverdale Road
               Riverdale, MD
               (1964 - 1965)

          d.   8441 Greenbelt Road

LILY 127970 PH03-2

        Greenbelt, MD
        (1965 - 1966)

e.    2316 Brightseat Road
       Landover, MD
       (1966 - 1969)

f.    9803 Good Luck Road
       Seabrook, MD
       (1969 - 1971)

g.    8816 Eastwood Drive
       Forestville, MD
       (1971 - 1972)

h.    3320 King William Drive
       Olney, MD
       (1972 - 1999)

i.    13201-E Cloppers Mill Drive
       Germantown, MD
       (1999 - present)

3.    Please state whether you have ever been married and, if so, for each marriage identify the full name and present address of your spouse, the date and place of marriage and the date, place and manner of the termination of any such marriage, including the date, place and court where any divorce or dissolution was granted.

**ANSWER:**    Spouse: Thomas Scott Greeves; Address: 13201-E Cloppers Mill Drive, Germantown, MD 20874; Date of Marriage: 11/10/05; Place of Marriage: Rockville, MD.

4.    Please state your educational background including colleges attended, years of such attendance and any degrees or diplomas obtained from such colleges

**ANSWER:**    Plaintiff's educational background is as follows:

a.    Montgomery College
       Rockville, MD

       1980 - 1983

       AA, Legal Secretarial

b.    Sherwood High School

20850.

8. In regard to your menstrual history, please state your age at the onset of menstruation, whether menstruation was regular, and if not, describe such irregularities as well as any cramping, fainting, dizzy spells, or any other difficulties with menstruation (such as excessive or prolonged flow), and if you have consulted a physician or other health care provider regarding any of these irregularities or difficulties, please state the name and address of the physician, the approximate dates consulted and the reason for any such consultation, examination or treatment.

**ANSWER:** Plaintiff's age at menarche was approximately age 11. She consulted Dr. Lewis Kellert, 4000 Olney Laytonsville Road, Olney, MD 20832 in the Spring of 1983 for the treatment of cramping associated with menstruation.

9. If you have ever attempted to become pregnant, but been unable to conceive, please state the number of months or years (give approximate dates) you were unable to conceive, and the name and address of any physician or other health care provider consulted and the date(s) of each consultation.

**ANSWER:** Plaintiff started attempting pregnancy in May 2005 and has not been able to conceive. She first consulted Dr. Robert Stillman, Shady Grove Fertility Reproductive Science Center, 15001 Shady Grove Road, Suite 400, Rockville, MD 20850 on 7/5/05 regarding conception.

10. If you have ever been pregnant, please state the number of months or years you attempted to conceive before becoming pregnant and the approximate date of conception; the date of termination of the pregnancy and the result (e.g., childbirth, miscarriage, spontaneous abortion, therapeutic abortion, etc.); the name and address of each physician or other health care provider consulted during the pregnancy; the name and address of the physician or other health care provider attending the birth (or abortion); the name and address of the hospital where each child was born (or each pregnancy, miscarried or aborted); if the pregnancy resulted in the birth of a child, the name and address of each child; whether the child had any birth defects or inherited diseases/disorders and, if so, the nature of each such birth defect, disease or disorder; whether each child is now deceased and, if so, the date, place, and cause of each child's death.

**ANSWER:** Not applicable as Plaintiff has not been able to conceive.

11. Please state the inclusive dates of your mother's pregnancy with you, your mother's and father's names as of your date of birth, your mother's address during her pregnancy with you, the name and address of the doctor and/or other persons who delivered you,

the name and address of the hospital or other place where you were delivered, including a description of the location if not delivered in a hospital.

**ANSWER:** Inclusive Dates of Pregnancy: Approximately 8/61 - 6/2/62; Parent's Names: Mary Catherine Deep and Michael Joseph Deep; Mother's Address: 7213 Flower Avenue, Takoma Park, MD; Doctor's Name: James Frawley, M.D., 8101 New Hampshire Avenue, Langley Park, MD; Hospital: Providence Hospital, Washington, D.C.

12. Please list the names of all drugs and medications used by you within the last ten (10) years, including, but not limited to, antibiotics, contraceptives, tranquilizers, sleeping pills, antihypertensives, diet aids or hormones; the inclusive dates each such drug or medication was used; the purpose for which each such drug or medication was used; and the name of the physician or other health care provider, if any, who prescribed such drug or medication for your use.

**ANSWER:** Plaintiff objects to this Interrogatory as overly broad and burdensome, nor will it lead to the discovery of information relevant to her claim. The only relevant hormone Plaintiff has been exposed to is the DES she was exposed to in utero.

13. Please describe with specificity the injuries, disabilities and/or conditions which you allege to have resulted from your alleged exposure to the drug identified in your Complaint, including any complaints of injury, disability, or condition which have now subsided and when you last had those complaints, and if you are claiming any aggravation of any injury, disability, or condition, describe such condition, and the manner in which you claim such condition was aggravated by your alleged exposure to the drug identified in the Complaint.

**ANSWER:**  
a. Very small, irregular, T-shaped uterus, diagnosed on 8/5/05 by Dr. Robert Stillman, Shady Grove Fertility Reproductive Science Center, 15001 Shady Grove Road, Suite 400, Rockville, MD 20850;

b. Cervical eversion and button-shaped anomaly, diagnosed on 8/5/05 by Dr. Robert Stillman;

c. Infertility, diagnosed in August 2005 by Dr. Robert Stillman;

d. Cervical stenosis, requiring operative dilatation, diagnosed on 8/2/05 by Dr. Barbara Osborn, Shady Grove Fertility Reproductive Science Center, 15001 Shady Grove Road, Suite 400, Rockville, MD 20850;

e. Anxiety and terror regarding future adverse pregnancy outcomes; and

  f.  Depression and impaired relationship with spouse complicated by anger, resentment, and disappointment.

All of the aforementioned injuries have resulted in Plaintiff proceeding with gestational surrogacy and/or adoption with its concomitant extraordinary expenses.

Plaintiff reserves the right to supplement this Answer as discovery progresses.

  14. If you have been confined, examined, x-rayed or treated in any hospital or clinic or physician's office or have consulted any physician or other health care provider as a result of any injury, disability, or condition which you allege to have resulted from your alleged exposure to the drug identified in your Complaint, please state the name and address of each such hospital or clinic or office, the name and address of each treating physician or other health care provider, and the nature of the treatment received by you, including the date of each such confinement, examination, x-ray or treatment.

**ANSWER:** Robert J. Stillman, M.D., Shady Grove Fertility Reproductive Science Center, 15001 Shady Grove Road, Suite 400, Rockville, MD 20850.

  15. Please itemize any and all special damages you claim to have incurred as a result of your alleged exposure to the drug identified in your Complaint, including but not limited to, doctor and hospital bills, prescription bills, counseling services, nursing services, and other employed help, including the name and address of the person or company performing the service, the amount of each bill and the nature of the services rendered.

**ANSWER:** A listing of Plaintiff's special damages will be provided upon receipt and compilation.

  16. If you are claiming any loss of income or earnings as a result of any injuries, disabilities or conditions attributed to your alleged exposure to the drug identified in your Complaint, please state the total amount claimed, the dates of employment missed and the reasons therefore; and for the last 5 years in which you filed federal income tax returns, state as to each return filed, your name as it appeared on the federal return, whether the return was a joint return, and the name of your spouse as it appeared on the return if a joint return was filed, and your address as it appeared on the return.

**ANSWER:** Plaintiff is not making a claim for loss of earnings at this time.

  17. As to your mother, please state her current full name, maiden name, and any other names used; her date and place of birth; her present address if living, the date and cause of death if deceased; all residences at which your mother lived for a period of more than thirty (30) days since her pregnancy with you was diagnosed; any and all major illnesses, diseases and/or

conditions your mother has or has had and the approximate dates of such illness, disease, and/or condition; the approximate date of each of your mother's pregnancies; the outcome of each of your mother's pregnancies; what drugs, including diethylstilbestrol (DES), were administered in each of your mother's pregnancies; any medical problems developed during your mother's pregnancies; the name and address of each physician or other health care provider your mother consulted during each pregnancy; the name and address of the hospital or clinic where your mother was confined during each such pregnancy; your mother's present marital status and, if married, the name and address of her spouse.

**ANSWER:** Mother's Name: Mary Catherine McGregor; Maiden Name: Best; Date of Birth: 8/12/43; Place of Birth: Columbia Hospital for Women, Washington, D.C.; Present Address: 18403 Oxfordshire Terrace, Olney, MD 20832; Prior addresses:

a. 7213 Flower Avenue
Tacoma Park, MD
(1961 - 1963)

b. 1413 Kanawha Street
Langley Park, MD
(1963 - 1964)

c. 6834 Riverdale Road
Riverdale, MD
(1964 - 1965)

d. 8441 Greenbelt Road
Greenbelt, MD
(1965 - 1966)

e. 2316 Brightseat Road
Landover, MD
(1966 - 1969)

f. 9803 Good Luck Road
Seabrook, MD
(1969 - 1971)

g. 8816 Eastwood Drive
Forestville, MD
(1971 - 1972)

h. 3320 King William Drive
Olney, MD

(1972 - 1999)

Mother's Major Illnesses, Diseases, and/or Conditions: 1973 Cholecystectomy; 1982 Hysterectomy.

Plaintiff's mother has had three pregnancies as follows:

(1)   LMP approximately 6/60; Live birth of female on 3/18/61; Dr. James Frawley; Providence Hospital, Washington, D.C. No medications prescribed during pregnancy.

(2)   See Plaintiff's Answer to Interrogatory No. 11. DES prescribed for spotting early in this pregnancy.

(3)   LMP approximately 8/62; Live birth of female on 5/7/63; Dr. James Frawley; Providence Hospital, Washington, D.C. DES prescribed for spotting early in this pregnancy.

Marital Status: Married; Spouse's Name and Address: Paul Bruce McGregor, 18403 Oxfordshire Terrace, Olney, MD 20832.

18.   As to your father, please state his full name; his place and date of birth; his present address if living, the date and cause of death if deceased; all residences at which your father lived for a period of more than thirty (30) days since the date of your birth; all major illnesses, diseases and/or conditions which your father has or has had and the approximate dates of such illness, disease and/or condition; his present marital status and, if married, the name and address of his spouse.

**ANSWER:**   Father's Name: Michael Joseph Deep; Place of Birth: Columbia Hospital for Women, Washington, D.C.; Date of Birth: 9/20/37; Date of Death: 3/17/97; Cause of Death: HIV; Prior Addresses:

a.   7213 Flower Avenue
Tacoma Park, MD
(1961 - 1963)

b.   1413 Kanawha Street
Langley Park, MD
(1963 - 1964)

c.   6834 Riverdale Road

**ANSWER:** Plaintiff has two natural sisters as follows:

    a. Name at Birth: Cynthia Lou Deep; Present Name: Cynthia Lou Lessig; Address: 18407 Paradise Cove Terrace, Olney, MD 20832; Major Illnesses, Diseases, and/or Conditions: None; Date of Birth: 3/18/61.

    b. Name at Birth: Connie Sue Deep; Present Name: Connie Sue Collier; Address: 8301 54th Street, Pinellas Park, FL 33781; Major Illnesses, Diseases, and/or Conditions: Brain Tumor Surgery 10/92 and 3/01; Hysterectomy 3/04; Date of Birth: 5/7/63.

20. As to your allegation that your mother ingested diethylstilbestrol (DES) during her pregnancy with you, and that such diethylstilbestrol (DES) was manufactured by Lilly, please state all dates when diethylstilbestrol (DES) was prescribed for your mother, the names and addresses of each physician who prescribed diethylstilbestrol (DES) for your mother, the names and addresses of all pharmacies, physician's offices, hospitals, clinics or other places at which your mother obtained diethylstilbestrol (DES) or it was obtained for her, the name and address of each person known to you or your representatives who has knowledge of facts which support such allegations and please identify each fact and each document which support such allegations.

**ANSWER:**
    a. DES was prescribed from early pregnancy to delivery.

    b. James Frawley, M.D., 8101 New Hampshire Avenue, Langley Park, MD.

    c. Plaintiff's mother filled her DES prescription at Drug Fair, New Hampshire Avenue, Langley Park, MD.

    d. See Statements of Mary McGregor and Arthur S. Cohen attached in Response to Defendant's Request for Production of Documents.

21. Describe in detail the physical appearance of the diethylstilbestrol you allege your mother ingested, including its form (for example, pill, injection, capsule), the shape, color, or size of any pill, tablet or capsule, the dosage of the DES your mother took, the number of times it was taken per day, and any markings that may have appeared on the product.

**ANSWER:** Plaintiff's mother recalls that the DES was a small, white, round, cross-scored pill without any other markings or writing on it. See Statement of Mary McGregor attached in Response to Defendant's Request for Production of Documents.

22. Please state the date on which you first believed that your mother took DES during her pregnancy with you, the date you first discovered any injury you claim to be due to your exposure to DES, and the date you first believed that DES manufacturers in general or any