# Exhibit 2

**A Just when I was pregnant.**
Q You mentioned the name of your first gynecologist and I forgot to write it down. What was that again?
**A He wasn't a gynecologist, he was a family doctor.**
Q What was his name again?
**A Dr. Sareo.**
Q Who did you visit after Dr. Sareo passed away?
**A Oh my. I don't really think I went to a regular doctor then. I think I didn't go to a doctor until I was pregnant with Cynthia.**
Q At that point, did you visit Dr. Frawley?
**A Yes.**
Q Was he your only gynecologist throughout the births of your daughters?
**A Yes.**
Q Is he still alive?
**A No.**
Q When did he pass away, if you know?
**A You know, I don't know. I read it in the**

**paper and I don't remember when that was.**
Q Like over a year ago?
**A Yes.**
Q Do you happen to know Dr. Frawley's wife or family members or anything like that?
**A No.**
Q Let's move on to your first pregnancy with Cynthia. When did you first suspect that you were pregnant with Cynthia?
**A After I missed my period and then I was nauseated for a while with her.**
Q So fairly early on?
**A Fairly early. First month.**
Q And let me back up. Was that your first pregnancy?
**A Yes.**
Q Have you had any miscarriages?
**A No.**
Q Have you ever had any treatments for infertility?
**A No.**
Q What about your husband, the dad, your

first husband?
**A No.**
Q Did you guys have any trouble getting pregnant?
**A No.**
Q Where were you living when you first found out you were pregnant with Cynthia?
**A On Poplar Avenue in Tacoma Park.**
Q Did Dr. Frawley have any partners?
**A No.**
Q Did Dr. Frawley also deliver your girls or were there different doctors at the hospital who did that?
**A Dr. Frawley delivered all three of them.**
Q What was the location of Dr. Frawley's office?
**A In Langley Park.**
Q Do you know the street name?
**A New Hampshire Avenue.**
Q Have you ever tried to get any records from Dr. Frawley's office?
**A No.**

Q When did you first see Dr. Frawley into your first pregnancy, how far along were you?
**A I was about two months along.**
Q What did you guys discuss at your first visit?
**A Well, he did an internal and checked me and that was -- come back in a month.**
Q So did everything look okay?
**A Everything looked okay.**
Q And after this first visit, did you ever have any problems with this first pregnancy?
**A No.**
Q Did you take any medications during this pregnancy?
**A No.**
Q Any vitamins?
**A No.**
Q Any DES?
**A No.**
Q Before you and your husband tried to get pregnant, were you on any kind of birth control?
**A They didn't have birth control then. I**

33

mean, they didn't have pills, they had other things but pills.
Q So did you try any methods of birth control like abstaining or anything like that or did you just decide you were just going to wait and see when you get pregnant?
**A It really wasn't planned. No, we didn't.**
Q Were you admitted to the hospital any time before the delivery of your oldest daughter?
**A No.**
Q Was she born prematurely?
**A No.**
Q Was she healthy?
**A Yes.**
Q Did you breast feed her?
**A No.**
Q Did you take any medication after delivery of her?
**A I took some iron pills.**
Q How did you come to take those iron pills?
**A I was anemic.**
Q Did they discover that after she was born?

34

**A After she was born.**
Q How long did you take those pills?
**A It wasn't very long I took them.**
Q Do you remember what those pills looked like?
**A They were little maroon color pills.**
Q Do you remember what the bottle looked like that they came in?
**A From the pharmacy, I don't know. Just you can get them over-the-counter there. Just regular like a vitamin-type bottle.**
Q Do you remember what the label on that bottle looked like or anything?
**A It was with a -- let me think here. Black lettering. Black lettering.**
Q When did you become pregnant the second time?
**A What month?**
Q Approximately.
**A Cathy was born in June so nine months before that.**
Q How long into that pregnancy --

35

**A October.**
Q How long into that pregnancy did you realize you were pregnant?
**A The same, about a month and a half. I wasn't feeling very well when I got -- with her.**
Q Were you on any birth control methods to prevent pregnancy between your two daughters or not?
**A No.**
Q Who did you visit when you went in the first time with the second pregnancy with your daughter?
**A Dr. Frawley.**
Q Dr. Frawley?
**A Yes.**
Q Did you ever see any other doctors at his office or just him?
**A Just him.**
Q Have you tried to locate any records of this pregnancy?
**A No.**
Q So when was the first time you went to see a doctor during your pregnancy with Cathy?

36

**A A month and a half.**
Q What happened at this doctor's appointment?
**A Well, at this doctor's appointment I was spotting some and I knew I was pregnant and I was also sick to my stomach at the time and I really wasn't feeling good and Dr. Frawley gave me a prescription and he told me how to take it and I went home and did what he said.**
Q Do you remember him saying the name of the drug that he was giving you?
**A I don't really remember him saying the name of the drug, but I remember reading the name of the drug on the prescription bottle.**
Q So was it on the label of the bottle that you remember reading it?
**A Yes, when I got the prescription.**
Q And what do you remember it saying?
**A Well, I remember it saying my last name because my last name was Best at the time and that's how I remembered the name of the prescription.**
Q How did that help you remember the name of

the prescription?

A **Because of it being my last name and I had that in my mind for some reason I was only 17 when I got pregnant with Cathy or 18 almost when I had her. Just something you remember, I guess.**

Q So you remember reading your name --

A **On the bottle.**

Q Do you remember reading the name of the type of medicine that you were taking?

A **Diester (phonetic) --**

MR. LEVINE: Do the best you can.

THE WITNESS: Diesterstibestrol (phonetic).

BY MS. LAIRD:

Q And you remember reading that on the bottle?

A **I remember reading it.**

Q Do you remember reading the name of the drug company that made the medication on the bottle?

A **No, that I don't remember, to be honest with you.**

Q What did your doctor tell you about this

medication when he gave it to you?

A **He told me just to take three pills a day and to rest with it and that should help with my spotting.**

Q How long throughout your pregnancy did you take this medication?

A **I took it throughout my whole pregnancy with that.**

Q Did you find that the medication helped you stop -- let me take that back. Did you stop spotting at some point?

A **It was about the fifth month, fifth or sixth month I stopped but he told me to continue taking it.**

Q So after this first visit with your doctor, did you have any other problems with your pregnancy other than the continued spotting?

A **No.**

Q Did your doctor prescribe you any other medication?

A **No.**

Q Any vitamins?

A **No.**

Q Do you remember the dosage of the medication that your doctor prescribed?

A **Three pills a day.**

Q Do you remember, for instance, like how many milligrams or grams or anything like that were in the pills?

A **25 milligrams.**

Q How do you remember that?

A **I just remember. From the bottle it said that.**

Q You said you had three pills a day. Would you take that at the same time or one in the morning or how did that work?

A **I took one in the morning, one in the afternoon, and one at night.**

Q So your doctor did not say the name of the medication when he was giving it to you?

A **You know, he might have said it but at that time I was so sick and didn't feel very well. I don't remember him saying it.**

Q Did your doctor show you any

advertisements about the medication that he gave you or anything like that?

A **No.**

Q Can you tell me what the size was of the medication that you remember taking?

A **It was maybe like an Asprin or a little bit bigger than an Asprin.**

Q What about the shape?

A **It was round.**

Q And the color?

A **It was white.**

Q Were there any markings on it that you can recall?

A **There was an X on it because he said that maybe if I wanted to take a half in the morning and a half later on and then the others during the day, I could do that.**

Q Why did he say you might need to break it into halves?

A **Sometimes they might make me a little nauseated, more than what I was, and it didn't do that so I just took one throughout the day.**

41

Q Were there markings on both side of the pill?
**A No, just one side.**
Q Do you remember any writing or logos on the pill?
**A No.**
Q Do you remember anything about what the edges of the pill looked like, like if they were kind of rounded or if they were squared off at the edge or anything like that?
**A They were just round pills.**
Q How big was the bottle that you would receive?
**A It was about that big (indicating).**
Q So you're showing what, about three inches?
**A Three inches.**
MR. LEVINE: That's your definition of what she's showing you. I'd have to agree with that --
BY MS. LAIRD:
Q How big would you say? Would you say this

42

is --
MR. LEVINE: You don't have to measure it if you can't do that. You can say it's small or -- we don't have to get into exact scale.
BY MS. LAIRD:
Q But you did just indicate with your hands, am I wrong, about this big (indicating), so would you say about three inches?
MR. LEVINE: I'm not going to say anything.
THE WITNESS: I don't remember. I don't know.
MS. LAIRD: Let the record reflect that she showed, I would say, about five inches --
THE WITNESS: No, I wouldn't say five inches --
MS. LAIRD: Three inches. Pardon me, I misspoke. About three inches. I'd be happy to get --
MR. LEVINE: You can say that but we can --
THE WITNESS: Right. I don't really

43

remember. I was just -- yeah.
MR. LEVINE: That's fine.
BY MS. LAIRD:
Q Do you remember -- was it just a normal bottle shape?
**A Yes.**
Q What color was it?
**A Like a brownish-amber color.**
Q Was it glass or plastic?
**A Glass.**
Q What type of lid, a screw-on lid or a pop-off lid?
**A Screw.**
Q What color was the lid?
**A White I -- white.**
Q Was there cotton in the jar?
**A Yes.**
Q What color was the label?
**A The label was sort of -- it was a label.**
Q Do you remember what color it was?
**A It wasn't white. It was a darker color than white and it had the black lettering on it.**

44

Q So black writing?
**A Brown or black writing.**
Q Were there any directions on the label? For how to take the pill?
**A There was something on the package that I got for how to take the pill.**
Q Was that written in --
**A From the pharmacy.**
Q So instructions that you got from the pharmacy?
**A From the pharmacy.**
Q Were they on a piece of paper?
**A On the package that I got, yes.**
Q When you would pick up this medication from the pharmacy, do you remember the pharmacist ever mentioning the manufacturer of the medication that you were picking up?
**A No.**
Q Do you remember how much the medication cost?
**A Back then, I don't think it cost anything. My husband had insurance with the local and our**

to your house?
**A She asked me about the medicine and I told her I took it and she -- I didn't know anything about being what she said that she was with the T-shaped uterus, I had no idea any of that was going to come up or what was going on with that.**
Q And at that point, what did you tell her?
**A I told her I didn't know -- I felt very guilty about that, believe me. And I told her if I'd have known, that I never would have taken it.**
Q What did you tell her about the name of the medicine you took or what it looked like?
**A She said it was DES and I said I never took DES and then she mentioned diethbestrol (phonetic) and I said I did take that, and she said well, it's the same thing and I said well, I never even knew that.**
Q So was it all at this one visit?
**A This one visit, yes because Cathy is a very private person and she --**
Q So it's in the same conversation she first asked about DES and you said you didn't take DES and

then she asked about diethylstilbestrol and you said you took that. Am I summarizing that okay?
**A Yes, that's fine.**
MR. LEVINE: She's saying did you only have one conversation --
THE WITNESS: No, we had one before that.
BY MS. LAIRD:
Q So why don't you tell me about your very first conversation with your daughter?
**A She called me at work one day and she said, "Mom, did you take DES," and I said, "I never took anything like that." And I was busy at work. I said, "Why," and she said "well, I was just wondering if you took that," and I said, "No," and I had to go because I was busy. I said, "I'll talk to you about this later," and then she called me on the phone later and then she came over.**
Q So she called once the first time when you were at work and then she called you later and came over to talk about it the second time?
**A The second time.**
Q So is that the course of your

conversations about the drug?
**A Yes.**
Q The first time that you talked with your daughter when she called you at work, did she ask you anything other than did you take DES, for example, I'm wondering did she ask about what it looked like, who made it?
**A No.**
Q So it was just a quick phone call?
**A It was a quick phone call.**
Q And then about how long was that before your daughter came over to your house and you guys talked about it at greater length?
**A You know, it was a while before she came over and talked to me about it maybe a couple weeks, I don't really remember to be honest with you. She just called me and said, "Are you all going to be home tonight?" And I said "yes," and I knew something was up.**
Q When she came back over, came over to your house to talk about it more, was this the time that you said earlier the last week of August, early

September, that's the visit we're talking about, right?
**A Right.**
Q Who was there when you guys had this second conversation about the drug?
**A My husband.**
Q Your husband --
**A He came home, Tom and Cathy and I.**
Q So your daughter, her husband, you and your husband?
**A Yes.**
Q At that time what did you talk about?
MR. LEVINE: Hasn't she testified to that all ready?
MS. LAIRD: I just want to clear it up because I was a little confused before.
MR. LEVINE: No problem.
THE WITNESS: We just talked about her taking the drug and if I took it. That was basically what we talked about.
BY MS. LAIRD:
Q How did it come about that you realized

that she was just talking about something different first or anything like that? How did you realize that your earlier conversation you needed to clarify or something like that?

MR. LEVINE: Who said she did? It depends on the question she asked her.

MS. LAIRD: I guess I'm not asking it correctly.

BY MS. LAIRD:

Q Maybe if you can just tell me about the course of the conversation. Did you first talk about how you had earlier talked --

**A At work?**

Q -- when you were at work?

**A No.**

Q Did you know you were talking about the same thing?

**A No.**

Q No?

**A No.**

Q So could you just tell me more about that conversation, what did you talk about at the second

conversation? I'm not trying to be tricky, I'm just trying to understand.

MR. LEVINE: She's saying -- I mean, you kind of all ready testified to it, but she can ask you some follow-ups, I guess, about the whole conversation with diethylstilbestrol. That's what she's asking about.

THE WITNESS: Right. Cathy asked me if I took diestilbestrol (phonetic) or whatever it's called, and I said, "Yes, I did take that because I was spotting with you when I was first pregnant with you and I was real sick." And she asked me -- that was about it really. We just talked about that and what the doctor had told her about not being able to -- that her T-shaped uterus and I said I knew nothing about that.

BY MS. LAIRD:

Q Was that the first time that you had really heard about diethylstilbestrol since your pregnancies?

**A Yes.**

Q At that time when you talked with your

daughter, did you talk about anything about what the pill looked like or anything like that?

**A No.**

Q Did you and your daughter ever talk about who might have made that drug or anything like that?

**A No.**

Q Once you talked with your daughter about the drug, did you do any research about the drug or anything?

**A No.**

Q What did your daughter tell you about why she was asking you about if you took that drug?

**A Because she wanted to have a baby and couldn't.**

Q Did she say anything about why doctors were asking her if you had taken that medication?

**A Because she had gone to a doctor who said she couldn't have a baby because of that medication.**

Q Do you remember the name of the doctor that she was seeing at that time?

**A I don't remember the name.**

Q After that conversation, did you have any

other discussions with your daughter about what you might have taken during your pregnancy with her?

**A No.**

Q Did you ever take Catherine to the gynecologist when she was a teenager?

**A No.**

Q Did you ever discuss with Catherine the fact that you took any medication during your pregnancy with her?

**A No.**

Q We're talking about before these conversations you had with her in this year sometime?

**A No.**

Q Do you know who made the drug that you said you took during your pregnancy with Cathy?

**A I do now.**

Q And who is that?

**A Eli Lilly.**

Q How do you know that?

**A Cathy told me.**

Q Did Cathy say how she knew that Eli Lilly made the drug?