# Exhibit 3

Case 1:06-cv-00111-RWR   Document 16-5   Filed 04/03/2007   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CATHERINE ANN DEEP, ]
]
Plaintiff, ]
]
v. ]   Civil Action No.: 06-cv-111 (RWR)
]
ELI LILLY AND COMPANY, ]
]
Defendant. ]

## PLAINTIFF CATHERINE ANN DEEP'S RESPONSES TO DEFENDANT ELI LILLY AND COMPANY'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS OR TANGIBLE THINGS

1. Birth certificate of Catherine Ann Deep.

**RESPONSE:** Attached hereto as Appendix No. 1.

2. All pharmacy records or prescriptions relating to the administration of drugs or medication, including the drug identified in your Complaint, to the mother of Catherine Ann Deep during her pregnancy with Catherine Ann Deep.

**RESPONSE:** Plaintiff does not possess any such documents.

3. If the drug identified in your Complaint allegedly taken by the mother of Catherine Ann Deep during her pregnancy with Catherine Ann Deep was obtained from a pharmacy, all documents which indicate the pharmacy from which such drug was obtained.

**RESPONSE:** See Statements of Arthur S. Cohen attached hereto as Appendix No. 2.

4. All documents and drafts of documents Plaintiff sent to or received from any of Catherine Ann Deep's treating physicians or healthcare providers.

**RESPONSE:** See relevant documents attached hereto as Appendix No. 3.

5. All documents and drafts of documents Plaintiff sent to or received from any healthcare provider who provided care to Catherine Ann Deep's mother during her pregnancy with Catherine Ann Deep.

**RESPONSE:** See relevant documents attached hereto as Appendix No. 4.

LILY 127970 PH03-2