# Exhibit 4

Case 1:06-cv-00111-RWR    Document 16-6    Filed 04/03/2007    Page 1 of 2

# GYN/HCP Form

**ATIYA H. GOPALANI, M.D.**
18111 Prince Philip Drive, Suite T-13
Olney, Maryland 20832
(301) 570-4866

Date: 10/5/94

Patient Name: Mary Deep     Age: 51   DOB: 8/12/43   Race/Ethnicity ___ Marital Status ___

Education: ___   Occup: Admin Aide   Phone: H/ 774-3446   W/ 279-5230   Ref. Dr. ___

Reason for seeing doctor: Annual E & Pap

## Past Med/Surg Hx:

| | Pt | Fam |
|---|---|---|
| 1. Congenital anomalies | ☐ | ☐ |
| 2. Genetic Diseases | ☐ | ☐ |
| 3. Multiple Births | ☐ | ☐ |
| 4. D.M. | ☐ | ☐ |
| 5. Hypertension | ☐ | ☐ Mother |
| 6. Heart Disease | ☐ | ☐ Lung Ca |
| 7. Pulmonary problems | ☐ | ☐ |
| 8. Breast problems | ☐ | ☐ Father, MI |
| 9. G.I. problems | ☐ | ☐ |
| 10. Kidney/Urinary Disease | ☐ | ☐ Siblings |
| 11. Phlebitis, varicosities | ☐ | ☐ 1 Ʊ - Lympho |
| 12. Neurologic or nervous disorders | ☐ | ☐ 2 sp 2 NB |
| 13. Endocrine disorders | ☐ | ☐ |
| 14. Blood disorders | ☐ Anemia | ☐ |
| 15. Malignancies | ☐ | ☐ |
| 16. Operations TAH + BSO 14 yr ago | ☒ Cholecystectomy 19 yr ago | ☐ |
| 17. Blood transfusions fibroids | ☐ | ☐ |
| 18. Other hospitalizations | ☐ | ☐ |
| 19. STD | ☐ | ☐ Tx Thyroid |
| 20. Abnormal bleeding | ☐ | ☐ |
| 21. Presently taking any meds | ☒ Premarin | ☐ |
| 22. | 0.625 mg | |
| 23. | x 14 yrs | |

### 24. Menstrual Hx.  date last Pap: 1 yr ago - Neg
LMP TAH + BSO - 14 yrs    ☐ Pain
PMP ___                    ☐ Leukorrhea
Onset 12                   ☒ Regular
Cycle 30                   ☐ Irregular
Length 5-6
Amt med
Abnl. bleeding 0

*Last Mammogram 2 yrs ago - Neg*

### 25. Contraceptive Hx
BCP: 0
IUD: 0
Diaphragm: 0
Other: 0
Sterilization: ☐ Male ☐ Female
Infertility: ☐ Yes, duration ___ ☐ No
Sex Hx: not at present

### 26. Allergies: Drugs: 0  Food: 0  Metals: 0  Other: 0

### 27. Social/Pers. Hx: Alc: soc  Tobacco: 0  Drugs: 0
Marijuana: 0  Other: ___

### 28. Communicable Diseases: 0

### 29. Immunizations up to date: ☒ Yes ☐ No  Childhood Illness

## Physical Exam:
General: NAD new WG   Wt: 139  Ht: 5'8"
T: ___  P: 80  BP: 108/74  R: 20
HEENT: wnl
Neck: supple
Breasts: not masses  Nipples: 0
Lungs: clear
Heart: NSR
Abdomen: soft
Extremities: NG/NE
Neurological: 0
Pelvic Exam (bimanual and speculum):
Vulva: wnl
Perineum: wnl
Vagina: wnl
Cervix: ___
Uterus: surg absent, Bimanual neg
Adnexa: ___
Rectal Exam: neg

## 30. Obstetrical History:
G 3  P 3  Term 3  Preterm 0  Miscarr. 0  Ab 0  Live 3

| No. | Del Date | Gest Age | Labor Hrs | Anes | Type Del. | Baby Wt. | Hosp. of Delivery | Comments |
|---|---|---|---|---|---|---|---|---|
| 1. | 1961 | 40 | 8 | Gen | Vag | 7#15 | Providence Hosp | — |
| 2. | 1962 | 40 | 8 | " | " | 7# | " | — |
| 3. | 1963 | 40 | 8 | " | " | 7# | " | — |
| 4. | | | | | | | | |
| 5. | | | | | | | | |
| 6. | | | | | | | | |

## Assessment and Plan:
Annual Gyn Exam
P → ① Vag Pap   ② Mammogram  ③ Fasting CBC, SMA18, CAP, UA, TB93
④ Ct Premarin 0.625 mg q AM x 1 y
⑤ RTO 1 yr PRN

[signature]