# Exhibit 5

| NAME: Mary McGregor | DATE OF BIRTH: 8.12.43 | MARITAL STATUS: M |
|---|---|---|
| MEDICATIONS: Lisinopril 2.5mg  Actonel 35mg  Naproxen | ALLERGIES: Ultracet  oxycontin 40mg | |

| MENARCHE 12 | G | P | A | L | LMP: ? | CYCLE: |
|---|---|---|---|---|---|---|
| LAST PAP: 04 ? | | LAST MAMMOGRAM: ? 2005 | | | | CONTRACEPTION: |

### CC & HISTORY OF PRESENT ILLNESS

WWE; Pap okay.

Was on HRT for short time.
Ø V.g. dryness.

Ø abn paps.    Ø dysuria.

PCP Gopalan

### OBSTETRICAL HISTORY

| MO/YR | GEST AGE | LABOR | DEL/TYPE | SEX | WT | | MO/YR | GEST AGE | LABOR | DEL/TYPE | SEX | WT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SVD × 3 | | | | | | | | | | | | |

### PAST MEDICAL & FAMILY HISTORY (use comment box to detail positive findings: v = normal  x = abnormal)

Self / Family
1. Wt. loss/gain
2. Headaches/migraines
3. Heart disease (MVP-RHD)
4. Hypertension (self ✓) (family ✓)
5. Respiratory disease
6. Breast disease
7. Jaundice/Hepatitis
8. Tuberculosis

9. Anemia/Blood disease
10. Blood transfusion
11. Varicose vein/phlebitis
12. Thyroid disease
13. Diabetes
14. Cancer (family ✓)
15. Epilepsy/nuero disorders
16. STD: GC__Chlamydia__HIV__Syphillis__Herpes__

17. Gall Bladder disease
18. Hiatal Hernia/peptic ulcer
19. Bowel disorders
20. Kidney disease
21. Urinary incontinence/infect
22. Arthritis/Osteoporosis (self ✓)
23. Skin disease

COMMENTS: Osteoarthritis takes Oxycontin + Naproxen + Ultracet.
4. paints.
14. mother lung CA.    3. mother ♥ dg.
daughter inner CA age 42

| Cigarette: Ø | Alcohol: Ø | Coffee: (cups/day) | Exercise: | Street Drugs: |
|---|---|---|---|---|

### HOSPITAL

| MO/YR | ILLNESS/OPERATION | MO/YR | ILLNESS/OPERATION |
|---|---|---|---|
| 1979 | TAH BSO 2° fibroids | | |
| 72 | Cholecystectomy | | |

DATE: 8.12.05