# Exhibit 6

**WHILE YOU WERE OUT**

TO: Dr Caplan
FROM: Cathy Deep
DATE: 08/08/05
AREA CODE / NUMBER: 301 580 6234

MESSAGE: Pt called earlier. Has seen infertility specialist. On day 3 of cycle had TV u/s done, dx small uterus "malformed". Was told she was a DES baby. Per mom, she never took. Did cervical dilation + HSG — uterus was normal size however still ?Pt ✓ blood test + ? DES? NONE

8/11/05 — Pt prompt. Reviewed above — states she is not DES baby per her mother. Rec'd IVF c Dr. Stillman. Considering going ahead c IVF regardless. May consider surrogate if unable to carry preg herself.

ahg 30