# Exhibit 7

DEPOSITION OF CATHERINE ANN DEEP
CONDUCTED ON TUESDAY, OCTOBER 17, 2006
Case 1:06-cv-00111-RWR   Document 16-9   Filed 04/05/2007   Page 2 of 3

18 (Pages 69 to 72)

```
                                                    69
 1      Q  Did you have any other discussions other
 2  than what we've talked about relating to the shape of
 3  your reproductive organs with Dr. Stillman?
 4      A  Other than that conversation with him?
 5      Q  Right.
 6      A  Have I talked to him since then?
 7      Q  Right.
 8      A  No.
 9      Q  Did you discuss a plan for IUIs or IVF's
10  or anything like that with Dr. Stillman's office?
11      A  I went in there with my list of questions
12  and that's -- that's what I was going to ask him
13  about but, I mean, he just stopped me in my tracks
14  and said there's no way.
15      Q  So you never even had an attempted IUI or
16  IVF or anything?
17      A  That's correct.
18      Q  Did you have any discussions with Dr.
19  Stillman about the condition of your eggs?  Are you
20  under the impression that your eggs are okay?
21      A  Yes.
22      Q  Have you had any discussions about
```

```
                                                    70
 1  surrogacy with Dr. Stillman?
 2      A  He said, you know, that could be a good
 3  option for me because I could carry one.
 4      Q  When did you first talk to your mother
 5  about what she took during her pregnancy with you?
 6      A  Well, that following I believe it was on a
 7  Monday I quickly called her, I was at work and she
 8  was at work and I called her and I said -- because I
 9  was still in denial and I called her and I said "Mom,
10  did you ever take DES when you were pregnant with
11  me?"  And she goes, "I don't recall that name DES."
12  I don't know what she said but she said, "I don't
13  recall that drug," and I said, "Okay.  Thank you,"
14  and I hung up.  That was my first discussion with
15  her.
16          And then my next discussion with her was
17  after we went back to Dr. Stillman and we had that
18  conversation, he told me everything, and he said DES
19  and it's called diethylstilbestrol so my husband and
20  I called my mom and the next day and said, "We need
21  to talk to you," and so we went over, I believe it
22  was the following day.  I said, you know, "We went to
```

```
                                                    71
 1  Dr. Stillman.  We were going to try to have a baby
 2  and he said that I'm a DES daughter," and I said,
 3  "Did you ever take the drug diethylstilbestrol," and
 4  she said, "Well, I was spotting and that's -- I did
 5  take that drug," but she said, "I didn't know what
 6  the DES stood for," so when I had asked her for DES,
 7  she had no idea.
 8      Q  When you talked to her that first time
 9  when you asked if she took DES, when she said she
10  didn't, did you ask her if she was taking anything at
11  all during her pregnancy with you?
12      A  No, she didn't say she didn't take it.
13  She said, "I don't remember that.  I don't recall
14  doing that," and she said -- no, I hung up the phone
15  with her.  I just said, "I need to get off the
16  phone."  I just wanted to ask her that one question.
17  I mean, here, I'm still reeling from this information
18  so I did not ask her anything else at that point.
19      Q  When you went back and talked with her the
20  second time at her house, did you then talk about
21  that DES and diethylstilbestrol are the same thing,
22  is that something she did not realize?
```

```
                                                    72
 1      A  Yes.
 2      Q  When you talked with your mom when you
 3  went over to her house, did you have any discussions
 4  about what the pills she took looked like or anything
 5  like that?
 6      A  I don't recall doing that.  Everybody at
 7  that point was crying and I don't recall that.
 8      Q  Who was present for that conversation,
 9  you, your husband, your mom and anyone else?
10      A  My mom's husband came in but it was after
11  we had already been discussing that, he came in from
12  work probably about 8 o'clock, something like that.
13  I don't know.  It was later.
14      Q  Quick side question.  What year did your
15  parents get divorced?
16      A  I think it was '79 or '80.  I don't
17  remember.
18      Q  When you talked with your mom that second
19  time at her house, did you start doing any research
20  about DES at that time?
21      A  At her house?
22      Q  After finding that out from her, did you
```

85

1  would like to do surrogacy.
2      Q  Let's go to your adoption of your little
3  baby. When did you adopt her?
4      A  Well, the adoption isn't final yet so it
5  hasn't been finalized but she was born in August.
6      Q  When did you first take her into your
7  home, if you even have her home yet?
8      A  We got custody of her pretty much on her
9  birthday, August 28, 2006.
10     Q  What did you have to pay for this adoption
11 process?
12     A  It's not over yet so I'm --
13        MR. LEVINE: If you can estimate it for
14 them.
15        THE WITNESS: Probably 15, 20,000.
16        BY MS. LAIRD:
17     Q  And that's incurred so far or will be your
18 total when everything's all said and done?
19     A  That should be the total when all is said
20 and done.
21     Q  Are you still pursuing adoption for any
22 other children?

86

1      A  We're in the middle of a Russian adoption.
2      Q  When did you first apply or begin that
3  application process?
4      A  I think it was November of last year.
5      Q  When do you expect that you might be able
6  to adopt a child from there?
7      A  We're on hold with them right now.
8      Q  Why are you on hold?
9      A  We're on hold because the situation with
10 this one came up.
11        MR. LEVINE: Why don't you tell her -- you
12 can testify but they started with the Russian
13 adoption and then the domestic came through so
14 they're holding the --
15        THE WITNESS: Right.
16        MR. LEVINE: You know more than I do.
17        THE WITNESS: Yeah.
18        MR. LEVINE: You just said you're on hold
19 but you didn't give her the chronology.
20        THE WITNESS: Okay. We started the
21 Russian and then we learned of the situation with
22 this baby so we put Russia on hold to see if this

87

1  situation worked out and so that's why we're on hold
2  with Russia right now.
3        BY MS. LAIRD:
4      Q  So you're Russian adoption plans are on
5  hold but you didn't cancel them out or anything?
6      A  They're just on hold right now.
7      Q  Do you anticipate trying to resume those
8  at any time?
9      A  I can't answer that because I don't know.
10 I do know we want to try the surrogacy.
11     Q  Your Russian adoption plans, how far were
12 they before you put them on hold?
13     A  We were waiting for a referral.
14     Q  So there were no children picked out for
15 you or anything like that at that point?
16     A  That's right.
17     Q  How many had you planned to adopt from
18 Russia before you put that on hold?
19     A  We weren't sure. We knew we wanted three
20 children.
21     Q  How much did you estimate that the Russian
22 adoption would cost?

88

1      A  About 40,000.
2      Q  Per child, right?
3      A  Yes.
4      Q  Okay. Tell me a little bit more about
5  surrogacy. Would you like to first do surrogacy?
6      A  We would like to.
7      Q  How many children would you like to have
8  through surrogacy?
9      A  Two.
10     Q  How far have you gone into your research
11 about surrogacy?
12     A  Not very in depth at this point because
13 we've been doing this other first.
14     Q  This other meaning first the Russian which
15 went on hold and then you got your little girl?
16     A  That's correct.
17     Q  So have you done any research on surrogacy
18 yet?
19     A  A little bit.
20     Q  What has that consisted of?
21     A  I just went and plugged in surrogacy
22 Maryland to find out, you know, if there were laws