# Exhibit 8

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

23

BY MR. HEGARTY:

Q  Your 33 percent figure is based on your clinical experience as well as your understanding of the literature?

A  Yes.

Q  And my understanding is you cannot cite, here today, the literature that may report a 33 percent rate at age 40?

A  Correct.

Q  Do you believe that if you had time to go look for that, that you could find the figures at which you can -- you are remembering?

A  Yes.

Q  If a woman who begins to conceive at age 40, to the extent she becomes pregnant, what kind of miscarriage rate is she looking at?

A  At 40?

Q  At age 40.

A  One in three.

Q  A woman who starts attempting to conceive at age 43, what kind of miscarriage rate is she looking at should she conceive?

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

24

1    A    Between 33 and 50.

2    Q    Women who start to conceive at age 40, are
3 they looking at a higher rate of ectopic pregnancy
4 based on age alone?

5    A    No, not in my experience.

6    Q    Are you aware of literature that does report
7 a higher rate of ectopic pregnancy in women with
8 increasing age?

9    A    And there is likewise literature that
10 doesn't support that.

11    Q    Would you agree that there is literature
12 that shows that?

13    A    Yes.

14    Q    A woman who attempts to conceive at age 40,
15 should she become pregnant, is looking at a higher
16 rate of pre-term birth; do you agree with that?

17    A    Yes.

18    Q    Do you know what rate -- do you know a rate
19 or what is the rate you rely upon?

20    A    I wouldn't give one, based on a limited
21 expertise.

22    Q    Are rates for miscarriage -- well, strike

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

28

1   A   38 percent.

2   Q   38 percent of women that, that were assisted
3   at Shady Grove, age 40, conceived --

4   A   Correct.

5   Q   -- in pregnancy?

6   A   At -- right.

7   Q   What percentage of women who were treated at
8   Shady Grove Clinic at age 40 carried a pregnancy to
9   term or at least -- strike that -- had a live birth?

10  A   30 percent, 31 percent. Excuse me.

11  Q   What are, what percentage of women who began
12  treating at Shady Grove Clinic at age 43 were able to
13  conceive?

14  A   20 percent.

15  Q   What percentage of women who were treated at
16  Shady Grove Clinic in 2005 at age 43 were able to have
17  a live birth?

18  A   14 percent.

19  Q   In the general population, what are the
20  chances of a 43-year-old woman having a live birth?

21      MR. LEVINE: Having regular sex or not?

22      THE WITNESS: Well, the infertility rate, if

29

1  that's, that may not be what you're asking.
2  BY MR. HEGARTY:
3      Q   Well, it's a live birth.  It's going past
4  just conception.
5      A   A 43-year-old woman who conceived.
6      Q   Correct, what percentage --
7      A   Well, we're talking about a third to
8  50 percent would have pregnancy loss, I think we
9  talked about that before, so it would be the converse
10 of that, or the inverse of that, it would be
11 50 percent or 60 percent would deliver, of those
12 pregnant.
13     Q   And is it -- the figures you cite would
14 cite to a woman who is trying to conceive initially at
15 age 43, that she has a greater than 50 percent chance
16 of having a live birth?
17     A   If she's pregnant.  Once she conceives.
18     Q   I'm talking about a woman who is -- who
19 wants to start having children at age 43.  What
20 percentage would you quote to her, if she asked, about
21 her likelihood of having a live birth?
22     A   At least one in three.

82

1  is that correct?
2      A    Correct.
3      Q    Are you aware that she started on birth
4  control pills in 1983 at age 21?
5      A    Yes.
6      Q    She took birth control pills continuously
7  through May, at least May 2005, for a period of
8  approximately 22 years?
9      A    Yes.
10     Q    Are you aware of any time before age 43 that
11 Mrs. Deep attempted to conceive?
12     A    No.
13     Q    Did you have a discussion with Mrs. Deep
14 with respect to her likelihood of conceiving and/or
15 carrying a child to a live birth before you did any
16 tests on her?
17     A    Yes.
18     Q    What would you have had -- or did you
19 discuss with her the effect of age on her likelihood
20 of conceiving and/or carrying a child to live birth?
21     A    At 43 it can be an important factor.
22     Q    Do you remember, sitting here today, what

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

83

1  you told her?
2      A    No.
3      Q    Would you have talked about -- strike that.
4  Based on your standard practice, would you have had a
5  discussion with her about the issue of age and its
6  possible effect on her ability to conceive and carry a
7  child to a live birth?
8      A    Yes.
9      Q    And what would your standard kind of --
10 well, what would your standard statements have been?
11     A    That it's a steep slope, and the steeper --
12 the greater the reproductive age, that the window of
13 opportunity might be narrow, and we need to assess
14 whether it may actually be closed, and whether there
15 are other factors that may be treatable that may
16 impinge upon it, because some patients act younger
17 than their chronologic age and others act their age
18 and others act older, and we needed to try to assess
19 where she resides.  That's that "stump speech," if you
20 will, that I referred to earlier.
21     Q    Is there any doubt in your mind that you had
22 the stump speech with Mrs. Deep?

84

1   A   No. In part it was reflected in the tests
2   that we recommended and did, the Clomid Challenge test
3   and so on, as well as the hysterosalpingogram and
4   other tests, because if the Clomid Challenge test, for
5   instance, was abnormal, we might not have proceeded on
6   with other tests.
7   Q   If Mrs. Deep testified in this case that no
8   one at your office had a discussion with her about any
9   effect on age with respect to her efforts to conceive
10  or carry a child to a live birth, would her memory be
11  faulty?
12  A   No. I would say I didn't do my job well
13  enough in conveying that information to her.
14  Q   What physical abnormalities do you believe
15  that Mrs. Deep has that you relate to DES exposure?
16  A   Her severe uterine anomaly, abnormality.
17  Q   Anything else?
18  A   And her cervical stenosis, quite severe,
19  actually. And as I referenced, the uterus is really
20  among the group of the most severe I've seen. It's
21  really quite remarkable.
22  Q   Now, as part of your opinions, you presume

91

1  DES-exposed patients of yours?
2      A   Yes, and in cases that I've been asked to
3  review for colleagues at conferences, medical/legal
4  proceedings, not only my patients, but films, pictures
5  of patients.
6      Q   The abnormality which you've characterized
7  as shown in the HSG film, did that occur when
8  Mrs. Gilbert was a fetus -- I'm sorry -- when
9  Mrs. Deep was a fetus?
10     A   Yes.
11     Q   Would that same picture have been shown at
12 age 25 in Mrs. Deep?
13     A   Yes.
14     Q   Do you contend that Mrs. Gilbert --
15         MR. LEVINE:  He hasn't made contentions.
16 BY MR. HEGARTY:
17     Q   Do you contend or is it your opinion that
18 Mrs. Deep, who began attempting to conceive at age 43,
19 did not conceive to a reasonable medical probability
20 because of DES exposure?
21         MR. LEVINE:  I'm going to object.  The test
22 is:  Was it a significant factor, a significant

92

1  contributing factor?

2        THE WITNESS:  That is a significant

3  contributing factor.  She hasn't really had a trial to

4  see whether her age is the more prevalent factor or

5  her uterus, although clinically, for instance, if she

6  was unable to conceive, she ought to use the

7  gestational carrier, regardless of whether she uses

8  her own eggs in a trial or donor eggs.  I think this

9  uterus essentially, in all reasonable likelihood,

10 precludes her from having a pregnancy, much less an

11 ongoing pregnancy.

12 BY MR. HEGARTY:

13     Q    Tell me all facts and literature on which

14 you base that opinion.

15     A    My experience in particular.  Seeing

16 patients with less severe abnormalities like this

17 would be incompatible with ongoing or viable

18 pregnancies.

19     Q    Can you cite any literature that has studied

20 pregnancy rates, delivery rates in patients with uteri

21 that looked like Mrs. Deep's?

22     A    No.  Obviously, there are very few patients

93

1  with that, and they certainly stand out when you see
2  them.
3      Q    Can you say that it is more likely than not,
4  that it is more likely than not that Mrs. Deep, but
5  for her DES exposure, would have a child today?
6           MR. LEVINE:  That's not the test.
7           THE WITNESS:  I think her age is a
8  contributing factor.  I think her uterus is a
9  contributing factor.  If she did an IVF cycle with a
10 gestational carrier, you would need that test to see
11 how she responded.  She did have a normal Clomid
12 Challenge test, normal -- evidence of ovarian function
13 as best we can tell, but as we discussed before,
14 that's an imperfect test, but it's the only one we
15 have without doing a stimulation.  If she stimulated
16 well and had good embryos, she, among the
17 43-year-olds, if into a gestational carrier, might
18 very well conceive and have a normal child.  Without
19 that, it's hard -- it's hard to know which one is the
20 majority factor.
21 BY MR. HEGARTY:
22      Q    So would it be a fair statement that in the

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

97

1   A    The beginning of that was we don't know?

2   Q    Yeah, you cannot say.

3   A    We cannot say. Just like any woman at 43 who stops her birth control, some get pregnant and do great, others will eventually wind up at the fertility clinic.

7   Q    Would you agree that a 43-year-old who starts attempting to conceive with no abnormalities does not have a greater than 50 percent chance of having a live birth?

11  A    Correct.

        MR. LEVINE: That's without ART?

13  BY MR. HEGARTY:

14  Q    That is without ART.

15  A    Right.

16  Q    Would you agree -- would that answer be the same with ART, that 43-year-old patients that you help, that you treat in your practice starting without a uterine abnormality, do not have a greater than 50 percent chance of having a live birth?

21  A    They don't have a greater than 50 percent chance.

98

1    Q    Their chances are less than 50 percent?

2    A    Correct.

3    MR. LEVINE:  Without any abnormality?

4    THE WITNESS:  Without any abnormality.

5    MR. LEVINE:  With eggs and everything?

6    THE WITNESS:  Right, short of the use of

7  donor eggs, of course.

8    MR. LEVINE:  With the number of tries?

9    THE WITNESS:  It's Stillman not going to be

10 greater than 50 percent live birth, but that is made

11 up of a percentage of patients who are already having

12 difficulty with no abnormality.  She's the general

13 population of 43-year-olds, I believe, the vasectomy

14 wife or spouse.  You just don't know.  She could be

15 perfectly fertile, as many 43-year-olds are.  They get

16 pregnant and they want to be pregnant, or they got

17 pregnant and didn't want to be pregnant.  They do just

18 fine, so she could be perfectly fertile except for her

19 uterus.  That trial has never been done.

20 BY MR. HEGARTY:

21   Q    In your opinion, even without the trial, we

22 take out the vasectomy patients, we look at the

109

1  uterus. That I can tell.

2  Q  Very good. Thank you.

3  MR. LEVINE: If you have to go, you have to

4  go.

5  BY MR. HEGARTY:

6  Q  At what age of a DES-exposed patient like

7  Mrs. Deep would you conclude that age is the sole

8  factor as the cause of any infertility?

9  MR. LEVINE: 90?

10  THE WITNESS: Yeah, well, I don't know where

11  you can do that other than menopause or elevated FSH

12  levels. If she was 47 and had regular periods, I

13  would be very concerned that age was also a more major

14  factor than at 43 with a normal Clomid Challenge.

15  BY MR. HEGARTY:

16  Q  How about if Mrs. Deep testified that she

17  desired three children; if she began at 43, no DES

18  exposure, what would you put her odds at of having

19  three children?

20  A  Very low.

21  Q  We talked briefly about the cervical

22  stenosis issue with Mrs. Gilbert. Is your testimony

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

110

the same with respect to Mrs. Deep?

A    Yes.

Q    And again is that a condition that would have any clinical significance if she went to IVF or other ART procedures?

A    It might make transfer very, very difficult, but since we're not doing it to her, it would only be a gestational carrier. It wouldn't matter.

Q    If Mrs. Deep had never tried to conceive, would her uterine shape, her cervical shape have any physical effect on her for the rest of her life?

A    If she wasn't trying to conceive?

Q    Yes.

A    I don't think so.

Q    Again with respect to Mrs. Deep and exposure to DES, again it would be any synthetic estrogen, in your view, as opposed to diethylstibestrol?

MR. LEVINE:    We'll stipulate to that.

MR. HEGARTY:    Okay.

THE WITNESS:    Yes.

MR. LEVINE:    Do you want these marked and kept?