IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE ANN DEEP,<br><br>Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY.<br><br>Defendant. | CIVIL ACTION No. 1:06-cv-00111-RWR |

### ORDER GRANTING ELI LILLY AND COMPANY'S MOTION FOR SUMMARY JUDGMENT

This cause came on to be heard upon the Motion for Summary Judgment filed by defendant Eli Lilly and Company, the Court having read and considered the same and being otherwise fully advised, it is thereupon:

ORDERED AND DIRECTED that the plaintiffs' claims against Eli Lilly and Company in the above-styled matter be, and the same are, hereby dismissed with prejudice, the parties to bear their own costs.

Dated _____, 2007.

_____
The Honorable Richard W. Roberts
United States District Judge

cc: Attached list of counsel

138650v1

## List of Counsel
*Deep v. Eli Lilly and Company.*
Civil Action No. 1:06-cv-00111-RWR

Aaron M. Levine, Esq.
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

Emily J. Laird, Esq.
Shook, Hardy & Bacon, LLP
600 14th St., NW, Ste. 800
Washington, DC 20005

**Attorneys for Eli Lilly and Company**

138650v1