IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CATHERINE ANN DEEP, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | Civil Action No.: 06-cv-111 (RWR) |
| | ] | Next Event: |
| ELI LILLY AND COMPANY, | ] | |
| | ] | |
| Defendant. | ] | |

**CONSENT NOTICE EXTENDING TIME FOR
DISPOSITIVE MOTION RESPONSE AND REPLY**

COME NOW the parties, by and through counsel, and consent to the following extensions of time for Dispositive Motion Response and Reply:

| | Current Deadline | Consent Extension Deadline |
|---|---|---|
| Plaintiff's Response to Defendant's Motion for Summary Judgment | 4/16/07 | 4/30/07 |
| Defendant's Reply in Support of Motion for Summary Judgment | 4/23/07 | 5/7/07 |

Respectfully submitted,

| | |
|---|---|
| AARON M. LEVINE & ASSOCIATES | SHOOK, HARDY & BACON, L.L.P. |
| /s/ Aaron M. Levine | /s/ Emily J. Laird (by permission-rm) |
| AARON M. LEVINE, #7864 | EMILY J. LAIRD, #485890 |
| 1320 19th Street, N.W., Suite 500 | 600 14th Street, N.W., Suite 800 |
| Washington, DC 20036 | Washington, DC 20005-2004 |
| 202-833-8040 Fax: 202-833-8046 | 202-783-8400; Fax: 202-783-4211 |
| Counsel for Plaintiff | Counsel for Defendant Eli Lilly and Company |

April 5, 2007