IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~)
CATHERINE ANN DEEP,               )
                                  )
            Plaintiff,            )
                                  )   Civil Action No. 1:06-cv-00111 (RWR)
        vs.                       )   Next Event:
                                  )
ELI LILLY AND COMPANY,            )
                                  )
            Defendant.            )
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~)

**AFFIDAVIT OF AARON M. LEVINE, ESQ.
REGARDING AUTHENTICATION OF DOCUMENTS**

I, Aaron M. Levine, declare under penalty of perjury that the following is true and correct:

1.  Attached as Appendix 1 is a true copy of Julie R. Palmer, et al., Infertility Among Women Exposed Prenatally to Diethylstilbestrol, 154 Am. J. of Epidemiology 316 (2001)

2.  Attached as Appendix 2 is a true copy of selections from the National Cancer Institute and National Institute of Child Health and Development, National Institutes of Health, Were You Born Between 1938 and 1971 Or Pregnant Then?  If So, You Could Be Exposed to DES (January 1995).

3.  Attached as Appendix 3 is a true copy of CDC Resource Focuses on DES Exposure, 289 J. Amer. Med. Assn. 1624 (2003).

4.  Attached as Appendix 4 is a true copy of selected pages from W.J. Dieckmann, M.D., et al., Does the Administration of Diethylstilbestrol During Pregnancy Have Therapeutic Value?, 66 Am. J. of Ob. & Gyn. 1062 (1953).

5.  Attached as Appendix 5 is a true copy of selections from the Deposition of Mary McGregor, dated October 17, 2006

1

6. Attached as Appendix 6 is a true copy of selections from the Deposition of Catherine Deep, dated October 17, 2006

7. Attached as Appendix 7 is a true copy of the Report of Robert Stillman, M.D., dated January 27, 2006.

8. Attached as Appendix 8 is a true copy of selected pages from the Deposition of Robert Stillman, M.D., dated December 13, 2006.

9. Attached as Appendix 9 is a true copy of the Affidavit of Robert Stillman, M.D., dated April 27, 2007.

10. Attached as Appendix 10 is a true copy of a picture of Eli Lilly and Company's diethylstilbestrol pills and bottle.

11. Attached as Appendix 11 is a true copy of selected pages from the Deposition of Julius Piver, M.D., dated November 21, 2006.

12. Attached as Appendix 12 is a true copy of the Statement of Julius S. Piver, dated September 29, 2006.

13. Attached as Appendix 13 are true copies of selected pages from The Physician's Desk Reference to Pharmaceutical Specialties and Biologicals (Henrietta Bull and Barbara Huff, eds., Medical Economics, Inc. 15th ed. 1961) and The Physician's Desk Reference to Pharmaceutical Specialties and Biologicals (Henrietta Bull and Barbara Huff, eds., Medical Economics, Inc. 16th ed. 1962).

14. Attached as Appendix 14 are true copies of selections from the following documents:

    a. F. Gary Cunningham, et al., Williams Obstetrics 920 (21st ed. 2001)

    b. The American Fertility Society, The American Fertility Society Classifications of Adnexal adhesions, Distal Tubal Occlusion, Tubal Occlusion Secondary to Tubal

2

      Ligation, Tubal Pregnancies, Mullerian Anomalies and Intrauterine Adhesions, 49 Fertility and Sterility, Table 5 (1988)

   c. Robert B. Hunt, M.D. & Alvin M. Siegler, M.D., Hysterosalpingography Techniques & Interpretation (Nancy G. Puckett ed., Year Book Medical Publishers, Inc. 1990)

   d. The Boston Women's Health Book Collective, The New Our Bodies, Ourselves: Updated and Expanded for the 90's (Simon & Schuster, Inc. 1992)

   e. Leon Speroff, et al., Clinical Gynecologic Endocrinology and Infertility (6th ed. 1999)

   f. Robert B. Hunt, M.D., Text and Atlas of Female Infertility Surgery, (3rd ed. 1999)

   g. Richard L. Berman, M.D., Current Perspectives in Gynecology, 37 Clin. Symp. 1 (1985)

   15. Attached as Appendix 15 is a true copy of Cook v. Eli Lilly and Co., Civil Action No. 05-0003406-B (D.C. Super. Dec. 23, 2006), with handwritten notes transcribed.

   16. Attached as Appendix 16 is a true copy of Kramer v. Eli Lilly and Co., Civil Action 03-02325 (D.D.C. May 9, 2005).

   17. Attached as Appendix 17 is a true copy of Woolfolk v. Eli Lilly and Co., No. 03-3577, 2005 U.S. Dist. LEXIS 41193 (D. Wash. Mar. 15, 2005).

   18. Attached as Appendix 18 is a true copy of Brooks v. Eli Lilly and Co., No. 03-cv-01796 (D.D.C. July 28, 2005).

   19. Attached as Appendix 19 is a true copy of Kogen v. Eli Lilly and Company, No. SACV 03-0962, Order Denying Defendant's Motion for Summary Judgment (D.C. Cal. July 22, 2003).

   20. Attached as Appendix 20 is a true copy of Table 3 from National Vital Statistics Reports, Vol. 55, No. 11 (Dec. 28, 2006).

I declare under penalty of perjury that the foregoing is true and correct.

                                        /s/ Aaron M. Levine

                                        Aaron M. Levine

Dated: April 30, 2007