Appendix 2

# Were You Born Between

# 1938 and 1971

# Or Pregnant Then?

# If So, You Could

# Be Exposed To



**National Cancer Institute**

**National Institute of Child Health and Human Development**

**National Institutes of Health**

# WHY YOU SHOULD LEARN ABOUT DES

DES is a drug that millions of pregnant women were given to prevent miscarriage from 1938 to 1971. If you or your mother was exposed to it during pregnancy between 1938 and 1971, learning about DES may help you.

Your mother took a DES prescription during the time when she was pregnant with you if her doctor prescribed a DES-type drug during those years.

If you were exposed to DES, you may more easily understand your health care even if you have had certain health problems.

This brochure is designed to give you an overview of DES exposure, and tells you how to get more information.

Case 1:06-cv-00101-RWR   Document 08-2   Filed 04/30/2007   Page 4 of 12

# HOW TO FIND OUT IF YOU WERE EXPOSED

If you were born (or your relatives were) between 1938 and 1971, with...

If your mother (or other relatives who...) ...

took any medications during her pregnancy, there may...

many still ill affecting any problems should be...

bleeding, miscarriage, premature childbirth, or diabetes...

→ find out from your mother...

... their medical records to see if she...

look at DES... → find out if/how you can...

You can find out how to get medical records by calling our office. You can...

refer to you on a DES organization...

listed on pages 13 and 14.

3

---

*DES at a Glance*

## DES BASICS

The drug: DES (Di-ethyl-sul-bes-trol)

Kind of drug: Synthetic hormone

When given: Primarily between 1938 and 1971

To whom: An estimated 4.8 million pregnant women in the U.S.

By whom: Private doctors and medical clinics in the United States, on U.S. military bases around the world, and in many foreign countries

Reason given: To prevent miscarriage and improve pregnancy outcomes, eventually determined to be ineffective.

How given: Under more than 200 brand names as pills, injections, or vaginal suppositories and sometimes in pregnancy vitamins

Who may be exposed: Any woman who received medication during a pregnancy, primarily between 1938 and 1971, and the child she was carrying, may be "DES exposed"

When stopped: The FDA directed doctors not to prescribe DES to pregnant women in 1971, when it was linked to a rare vaginal cancer in DES daughters.

Signs of exposure: Usually no obvious signs

2

## WHAT TO DO

- Find out if you took DES (or maybe DES was used) (see page 3).
- Tell your doctor that you (or maybe) DES.
- Get the recommended pelvic exam for DES Daughters.



# DES DAUGHTERS

You are a DES daughter if your mother took DES while she was pregnant with you. DES daughters have an increased risk for pregnancy problems, a rare form of vaginal cancer (clear cell cancer), and possibly infertility. All DES daughters need special medical care beginning in the first weeks of pregnancy, even if they have already had children. DES daughters of all ages should get the recommended pelvic exam annually.

Remember, early detection of cancer saves lives.






DES Sons

## SONS: WHAT TO DO



6

# DES SONS

You are a DES son if your mother took DES while she was pregnant with you. ✿ Many people, including some doctors, do not know that men can be affected by DES exposure before birth. ✿ However, some may face an increased risk for problems with their genital organs. ✿ Some research has also shown there may be a link between high doses of DES and problems with fertility. ✿ To date there has been little research on DES sons. ✿ Studies are now in progress, and new findings may apply to you. ✿ The best way to protect your health is to find out whether you have been exposed, get recommended cancer screening tests for men of your age, and stay informed about new research findings. ✿

# WHAT TO DO

11

# WOMEN WHO TOOK DES

All women who took DES during pregnancy (whether or not the pregnancy resulted in a live birth) are considered DES exposed.

Tell to your children if you took (or think you might have taken) DES during your pregnancy with them.

Women who took DES may have a small increase in their risk of breast cancer and should follow the breast care guidelines for women of their age.

Tell your DES exposed son(s) and daughter(s) about their exposure, even if these adult children have had no health problems. This information will help them get the health care they need.

10

# RESOURCES

13

## DES Hotlines

*A typical DES prescription from 1951*

12

Resources

# Other Booklets in This Series

*Call the DES Hotline closest to you or any of the DES Consumer organizations to request other booklets in this series.*

- DES: The Basic Booklet

- DES Fact Sheet

- DES Daughters

- DES Sons

- Women Who Took DES

- Talking About DES: A Guide for Families

- Clear Cell Cancer

- The National DES Education Program:
  A Description



15

Resources

# Consumer Organizations

**DES Action USA**
1615 Broadway, #510
Oakland CA 94612
1(800) DES-9288 or (510) 465-4011

*A national consumer organization representing DES mothers, daughters and sons. Dedicated to informing the public and health professionals about the effects of DES and what can be done about them, and to promoting DES research. Offers physician referrals, special publications, and a quarterly newsletter (DES Action Voice.)*

**DES Cancer Network**
P.O. Box 10185
Rochester, NY 14610
1(800) DES-NET-4 and (716) 473-6119

*A national network for DES-exposed women and men with a special focus on DES research advocacy, programs for DES-exposed people coping with cancer, and communication about DES issues. Offers information, peer support, medical referrals, and a newsletter (DES Issues).*

**DES Sons Network**
104 Sleepy Hollow Place
Cherry Hill, NJ 08003
(609) 795-1658

*A national network providing information and support for men exposed to DES before birth (DES Sons), and counseling for men with testicular cancer.*

**National Cancer Institute**
*Cancer Information Service*
M–F 9:00 am to 7:00 pm
1(800) 4-CANCER or 1(800) 422-6237

*A national service providing accurate, up-to-date information on cancer to patients and their families, to health professionals, and to the general public.*

14

# National DES Education Program

On October 9, 1992, Congress approved an amendment to the Public Health Service Act to carry out research and education on the drug DES (diethylstilbestrol). In 1993 the National Cancer Institute and the National Institutes of Child Health and Human Development launched the National DES Education Program. Five geographic areas are currently included in this program: California, Massachusetts, Texas, Wisconsin, and New York.

This booklet is one of a series that provides health information about DES, and includes the most recent information about medical risks associated with it. Recommended actions for early detection and treatment of DES-related medical conditions are described in full. We hope this publication will help the millions of mothers, daughters, and sons exposed to DES.



National Cancer Institute

National Institute of Child Health and Human Development

National Institutes of Health

Baylor College of Medicine

California Public Health Foundation

Education Development Center, Inc.

New England Research Institutes

University of Wisconsin

DES Action USA

DES Cancer Network

DES Sons Network

January, 1996



The following are some drugs marketed in the United States (and abroad) that are or have been identified as forms of DES. Some other brand names have been sold only outside the United States.

| Nonsteroidal Estrogens | | Nonsteroidal Estrogen Androgen Combinations |
| --- | --- | --- |
| Benzestrol | Meprane | Amperone |
| Chlorotrianisene | Mestilbol | Di-Erone |
| Comestrol | Microest | Estan |
| Cyren A | Mikarol | Metystil |
| Cyren B | Milestrol | Teserene |
| Delvinal | Monomestrol | Tylandril |
| DES | Neo-Oestranol I | Tylosterone |
| Dibestil | Neo-Oestranol II | |
| Diethylstilbestrol | Nulabort | Nonsteroidal Estrogen-Progestins Combination |
| Dienestrol | Oestrogenine | Progravidium |
| Dienoestrol | Oestromenin | |
| Diethylstilbestrol | Oestromon | Vaginal Cream Suppositories with Nonsteroidal Estrogens |
| Diethylstilbenediol | Orestol | AVC Cream |
| Digestil | Pabestrol D | Dienestrol Cream |
| Domestrol | Palestrol | |
| Estilben | Restrol | |
| Estrobene | Stil-Rol | |
| Estrosyn | Stilbal | |
| Fonatol | Stilbestrol | |
| Gynben | Stilbestronate | |
| Gyneben | Stilbetin | |
| Hexestrol | Stilbinol | |
| Hi-Bestrol | Stilboestroform | |
| | Stilboestrol | |
| | Stilboestrol DP | |
| | Stilestrate | |
| | Stilpalmitate | |
| | Stilphostrol | |
| | Stilronate | |
| | Stils | |

# A DES Ad from

# 1957



"*Really?*"

Yes...

## des *PLEX*

to prevent ABORTION, MISCARRIAGE and PREMATURE LABOR

recommended for routine use in ALL pregnancies...

96 per cent live delivery with **des** PLEX in one series of 1200 patients[1]— bigger and stronger babies, too.[1]

No gastric or other side effects with **des** PLEX — in either high or low dosage[2,4,3]

**T**his ad appeared in a major medical journal in 1957. It is now known that DES· exposure is related to health problems in the children of the women who took it, and in the women themselves. If you were exposed to DES, you may need special health care.