# Appendix 5

DEPOSITION OF MARY CATHERINE MCGREGOR
CONDUCTED ON TUESDAY, OCTOBER 17, 2006
Case 1:06-cv-00111-RWR    Document 18-3    Filed 04/30/2007    Page 2 of 3

1 (Pages 1 to 4)

## Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT
 2         FOR THE DISTRICT OF COLUMBIA
 3
 4    - - - - - - - - - - - - - -x
 5    CATHERINE ANN DEEP,         :
 6         Plaintiff,             :
 7    vs.                         : Civil Action
 8    ELI LILLY AND COMPANY,      : No. 1:06-CV-0011
 9         Defendant.             :
10    - - - - - - - - - - - - - -x
11
12         Deposition of MARY CATHERINE MCGREGOR
13              Washington, D.C.
14           Tuesday, October 17, 2006
15              10:08 a.m.
16
17
18
19
20    Job No.: 1-87407
21    Pages: 1 - 93
22    Reported by: Sarah M. Bickel
```

## Page 2

```
 1         Deposition of MARY CATHERINE MCGREGOR,
 2    held at the offices of:
 3         AARON M. LEVINE & ASSOCIATES
 4         1320 19th Street, N.W.
 5         Suite 500
 6         Washington, D.C. 20036
 7         (202) 833-8040
 8
 9
10
11
12
13
14         Pursuant to agreement, before Sarah M.
15    Bickel, Court Reporter and Notary Public in and for
16    the District of Columbia.
```

## Page 3

```
              APPEARANCES
ON BEHALF OF THE PLAINTIFF:
     BRANDON J. LEVINE, ESQ.
     Aaron M. Levine & Associates
     1320 19th Street, N.W.
     Suite 500
     Washington, D.C. 20036
     (202) 833-8040


ON BEHALF OF THE DEFENDANT:
     EMILY J. LAIRD, ESQ.
     Shook, Hardy & Bacon, LLP
     600 14th Street, N.W.
     Suite 800
     Washington, D.C. 20005
     (202) 783-8400


ALSO PRESENT: Catherine Ann Deep
```

## Page 4

```
              CONTENTS
EXAMINATION OF MARY CATHERINE MCGREGOR   PAGE
  By Ms. Laird                             5
  By Mr. Levine                           85


              EXHIBITS
         (Attached to the Transcript)
MCGREGOR DEPOSITION EXHIBIT              PAGE
  No. 1                                    5
  No. 2                                   10
```

69

1  A No.
2  Q So you don't personally remember seeing
3  anything on your bottle that said Eli Lilly and
4  company, do you?
5  A I'm trying to think, okay.
6  Q It's okay.
7  A On the bottom of the bottle there was a
8  drug's name and I believe it was Lilly, Eli Lilly.
9  Q Did you just remember that?
10  A No, I remembered it before but I didn't
11  think it was that important.
12  Q Do you know any other friends who took
13  DES, of your friends?
14  A No, I don't personally know anybody.
15  Q Do you know someone else who knows
16  somebody?
17  A No. My sister-in-law did, yes. I talked
18  to her after I talked to Cathy about this and about
19  everything with it and she said she knew somebody who
20  had taken -- some of her friends had taken it, yes.
21  Q Have you ever gone with your daughter to
22  any of her gynecological visits at all?

70

1  A No.
2  Q Any fertility treatments or anything?
3  A No.
4  Q Have you seen any television programs or
5  radio programs about DES?
6  A No.
7  Q And you did not take DES during any of
8  your other pregnancies?
9  A No.
10  Q Let's talk a little bit about Catherine's
11  health.
12  A Okay.
13  Q Did she have any health problems as a
14  child?
15  A She had trouble with her urethra when she
16  was small.
17  Q What did you do about that?
18  A She went to her pediatrician and they put
19  her in the hospital and stretched it. They did that
20  twice.
21  Q So was she having difficulties urinating
22  and that sort of thing?

71

1  A Yes. And it hurt her to urinate and she
2  was very uncomfortable and crying when it happened
3  and it smelled very bad like an infection.
4  Q How old was she approximately?
5  A Three.
6  Q So you said they stretched it twice.
7  About how far apart were the two treatments?
8  A Six months maybe.
9  Q Did she have any troubles with that after
10  that?
11  A No.
12  Q Did she have any other health problems as
13  a child?
14  A No.
15  Q Was she ever hospitalized as a child?
16  A Just that -- she was in the hospital for a
17  week with that because they didn't know exactly what
18  was wrong with her at first.
19  Q Did they give her medicine to keep taking
20  as a result of that?
21  A No.
22  Q Did they tell you any reasons why she

72

1  might have had that trouble?
2  A No.
3  Q So moving on to when Catherine was a
4  teenager and still living at home, approximately what
5  age was she when she moved out of your house?
6  A You really want to know?
7  Q Sure.
8  A Six years ago.
9      MR. LEVINE: We'll destroy the deposition
10  so no one knows. So her kids don't hear about that
11  --
12      BY MS. LAIRD:
13  Q So let's break that down to her teenage
14  years. Did she have any major health problems during
15  that time?
16  A Just with her period. They were very
17  heavy and she was very sick.
18  Q Did you take her to go see a gynecologist
19  or anything as a result of her period?
20  A No, I didn't take her to a gynecologist.
21  She went to a regular doctor and they don't give you
22  anything but premarin. Back then they just didn't do