# Appendix 6

DEPOSITION OF CATHERINE ANN DEEP
CONDUCTED ON TUESDAY, OCTOBER 17, 2006
Case 1:06-cv-00111-RWR    Document 18-8    Filed 04/30/2007    Page 2 of 4

1 (Pages 1 to 4)

**Page 1**

```
  1    IN THE UNITED STATES DISTRICT COURT
  2       FOR THE DISTRICT OF COLUMBIA
  3
  4   - - - - - - - - - - - - - - x
  5   CATHERINE ANN DEEP,         :
  6        Plaintiff,             :
  7     vs.                       : Civil Action
  8   ELI LILLY AND COMPANY,      : No. 1:06-CV-0011
  9        Defendant.             :
 10   - - - - - - - - - - - - - - x
 11
 12        Deposition of CATHERINE ANN DEEP
 13              Washington, D.C.
 14           Tuesday, October 17, 2006
 15                11:43 a.m.
 16
 17
 18
 19
 20   Job No.: 1-87407
 21   Pages: 1 - 101
 22   Reported by: Sarah M. Bickel
```

**Page 2**

```
  1        Deposition of CATHERINE ANN DEEP,
  2   held at the offices of:
  3        AARON M. LEVINE & ASSOCIATES
  4        1320 19th Street, N.W.
  5        Suite 500
  6        Washington, D.C. 20036
  7        (202) 833-8040
  8
  9
 10
 11
 12
 13
 14        Pursuant to agreement, before Sarah M.
 15   Bickel, Court Reporter and Notary Public in and for
 16   the District of Columbia.
```

**Page 3**

```
              APPEARANCES
  ON BEHALF OF THE PLAINTIFF:
       BRANDON J. LEVINE, ESQ.
       Aaron M. Levine & Associates
       1320 19th Street, N.W.
       Suite 500
       Washington, D.C. 20036
       (202) 833-8040


  ON BEHALF OF THE DEFENDANT:
       EMILY J. LAIRD, ESQ.
       Shook, Hardy & Bacon, LLP
       600 14th Street, N.W.
       Suite 800
       Washington, D.C. 20005
       (202) 783-8400
```

**Page 4**

```
              CONTENTS
  EXAMINATION OF CATHERINE ANN DEEP       PAGE
     By Ms. Laird              5, 95
     By Mr. Levine             90


              EXHIBITS
         (Attached to the Transcript)
  DEEP DEPOSITION EXHIBIT                 PAGE
     No. 1                      10
     No. 2                      11
     No. 3                      14
```

DEPOSITION OF CATHERINE ANN DEEP
CONDUCTED ON TUESDAY, OCTOBER 17, 2006
Case 1:06-cv-00111-RWR   Document 18-8   Filed 04/30/2007   Page 3 of 4

9 (Pages 33 to 36)

## Page 33

1   Q Gynecological problems?
2   A No.
3   Q Did you ever have any discussions with
4   your mother about any medications she took during her
5   pregnancy with you before 2005?
6   A No.
7   Q Did you know she had taken anything during
8   her pregnancy with you before 2005?
9   A No.
10  Q At any time, have you smoked cigarettes?
11  A No.
12  Q Taken illegal drugs?
13  A No.
14  Q Taken -- or ingested alcohol?
15  A Maybe an occasional drink but I --
16  Q Social drinking?
17  A Yes.
18  Q So now let's focus on the time period
19  between from your graduation from high school up
20  until when you and your husband started trying to
21  conceive, okay. About what time period did you start
22  trying to conceive?

## Page 34

1   A Well, we didn't officially start until we
2   went to my doctor and that was I believe it was May
3   of 2004 but we weren't really -- sometimes I would
4   take the pill and we knew that if I got pregnant, you
5   know, that would be okay with us at that point.
6   Q So you weren't actively trying to conceive
7   until the May of '04 date but you would sometimes be
8   off the pill?
9   A Right.
10  Q So let's talk about that time up until you
11  started actively trying to get pregnant.
12  A Okay.
13  Q So was there -- during that time, who were
14  the doctors you visited for gynecological care?
15  A Well, Dr. Kellert was a physician that I
16  went to and then I moved on to Dr. Taubman so was
17  another family physician and then I went to
18  Dr. Gopalani who is an Ob/Gyn.
19  Q And other than Dr. Kellert, Dr. Taubman
20  and Dr. Gopalani, were there any other doctors that
21  you've seen for routine gynecological care?
22  A No.

## Page 35

1   Q Putting gynecological care and conditions
2   to the side for a moment, were there any other health
3   problems that you had during this time?
4   A I had my tonsils taken out. That's it.
5   Q Did you have any problems with or shall I
6   say, any conversations with doctors about having
7   episodic gout?
8   A No.
9   Q What about migraines?
10  A No.
11  Q What about early degenerative arthritis?
12  A No.
13  Q What about synovitis and that's when your
14  joint membranes are inflamed relating to arthritis,
15  any discussions about that?
16  A No.
17  Q Any discussions about inflamed lymph
18  nodes?
19  A No.
20  Q Have you had a lymph node removed?
21  A Yes, I don't know if it was inflamed I
22  could feel it but it was nothing.

## Page 36

1   Q What were your concerns that led you to go
2   to your doctor about your lymph node?
3   A Right after my sister got diagnosed with
4   her brain tumor.
5   Q Did your doctor do anything because of
6   your concern about your lymph node?
7   A He took it out and said it was fine.
8   Q Did you have any conditions that led you
9   to go visit him, like was it painful, were you
10  getting sick, anything like that?
11  A No.
12  Q Do you remember talking with Dr. Taubman
13  about a fluttering in your chest in '93?
14  A Yes, but I don't believe it was my chest.
15  I believe it was right here or something
16  (indicating).
17  Q And you're pointing to the bottom of your
18  where your collar bone meets?
19  A I think that's where it was, but I don't
20  remember. I don't think it was anything significant.
21  Q What do you remember about your symptoms
22  at that time?

DEPOSITION OF CATHERINE ANN DEEP
CONDUCTED ON TUESDAY, OCTOBER 17, 2006
Case 1:06-cv-00111-RWR    Document 18-8    Filed 04/30/2007    Page 4 of 4

14 (Pages 53 to 56)

53

1  A  Lipitor.
2  Q  Any other problems?
3  A  No.
4  Q  Have you and your husband had discussions
5  regarding the size of a family you want some day?
6  A  Yes.
7  Q  What is that size?
8  A  Five. Five total.
9  Q  So three kids and the two of you?
10 A  Three children.
11 Q  Have you been in agreement about having
12 three kids?
13 A  Yes.
14    MS. LAIRD: If we can go off the record
15 for one second.
16    (Off the record.)
17    BY MS. LAIRD:
18 Q  Mrs. Greeves, when did you first discover
19 that your mother took DES?
20 A  I first discovered it when Dr. Stillman
21 told me.
22 Q  I guess to back up, when did you start

54

1  visiting Dr. Stillman?
2  A  I know I had an appointment with him on
3  August 3 but I believe it was the end of July that we
4  started corresponding with them and setting up
5  appointments.
6  Q  What led you to make an appointment with
7  Dr. Stillman's office?
8  A  I went to my doctor's office, we were --
9  hadn't gotten pregnant, you know, since then so we
10 decided, you know, we would go to the doctor to get
11 some pointers and at that point she said, "I'm just
12 going to send you to Shady Grove fertility."
13 Q  About how long had you actively been
14 trying to get pregnant before you started visiting
15 Shady Grove?
16 A  Well, we weren't -- we were not trying to
17 stop a pregnancy before that.
18 Q  That was starting as early as --
19 A  Well, in '03 actually.
20 Q  And then when did you start becoming
21 concerned about not getting pregnant?
22 A  I probably started thinking in March but I

55

1  remember --
2     MR. LEVINE: What year?
3     THE WITNESS: Of '04 but I remember taking
4  a birth control pill through April because I was in
5  my friend's wedding and I didn't want to be bloated
6  in my dress. So really that's why in May we went --
7  that's when I didn't take the pill for good anymore.
8     BY MS. LAIRD:
9  Q  And that was May of '04?
10 A  Correct.
11 Q  During that time period before you visited
12 Dr. Stillman, did Dr. Gopalani tell you any -- tell
13 you anything about your attempts to get pregnant?
14 A  We hadn't discussed it before or I hadn't.
15 It was Dr. Ramakrishana who was the one Tom and I
16 went, she had a partner, I don't know if she's still
17 there, but that's who we went to to talk about, you
18 know, pointers.
19 Q  Is Dr. Ramakrishana in Dr. Gopalani's
20 office, the same office?
21 A  Yes, I don't know if she's still there but
22 she was at that point.

56

1  Q  Are there any other doctors in that office
2  that you would visit from time to time?
3  A  No. I think that's her name. I don't
4  know, I think that's her name.
5  Q  I'm going to -- actually, while we're at
6  it I'm going to throw a couple other doctor names by
7  you and see if you remember visiting them. There's a
8  Dr. Abulsarag, A-B-U-L-S-A-R-A-G, do you --
9  A  That's my current primary care physician.
10 Q  What about a Dr. Barter?
11 A  Barter? How do you spell the name?
12 Q  B-A-R-T-E-R?
13 A  If that -- that might be the guy who did
14 something on my finger. Is he an orthopedic.
15 Q  I don't know. I'm actually just asking --
16 A  I had a bone spur in my hand. I think
17 that was his name.
18 Q  What about a Dr. Barth?
19 A  No, that was him. Dr. Barth is the finger
20 doctor, yes.
21 Q  What about a Dr. Osborn?
22 A  Osborn? I don't recall that name.