# Appendix 7

## ROBERT J. STILLMAN, M.D.

10810 Nantucket Terrace
Potomac, Maryland 20854
United States

(301) 983-0971 PHONE
(301) 983-6978 FAX
robert.stillman@integramed.com

Aaron M. Levine, Esq
Facsimile 202.833.8046

Re: Catherine Deep

Jan 27, 2006

Dear Mr. Levine,

I have had the opportunity to review the medical records of the above named patient and offer the following medical opinions, opinions based on over two decades of academic and clinical practice in reproductive endocrinology and infertility - including evaluation and care for women exposed *in utero* to DES. In addition to my clinical practice experience, I have authored and lectured extensively on the subject of the effects of DES exposure *in utero* on reproductive organs and reproductive outcomes. Through this expertise, I have also had the opportunity to review the records of innumerable patients with *in utero* exposure to DES in medical and legal consultation. My curriculum vitae is enclosed.

To a reasonable degree of medical certainty, I believe Mrs. Deep has suffered severe anatomical and reproductive tract abnormalities as a result of her *in utero* exposure to DES. These include cervical eversion and 'button' shaped anomaly; cervical stenosis requiring operative dilatation to cannulate her cervix for HSG and saline sonography; and a markedly abnormal uterine cavity. This uterine deformity manifest with a small, irregular and "T" shape uterus on both HSG and saline sonography. Having observed, reviewed or been the clinician associated with hundreds of HSG films in patients with and without DES anomalies, Mrs. Deeps is among the most severely affected uterine cavities I have ever witnessed.

While Mrs. Deep began her quest to have children after 40 y/o, she has been shown to have normal tubal patency, normal hormonal blood levels including a normal Clomiphene Citrate Challenge Test on cycle day 3 and 10, and a normal semen analysis on her husband, Thomas Greeves. I believe the cervical and uterine anomaly are of such severity that regardless of reproductive age and regardless of the normality or abnormality of other fertility factors, Mrs. Deep is very unlikely to ever have been able to conceive, or, if conceiving, very unlikely to successfully carry that pregnancy. Her

frequency of pregnancy loss early or later in pregnancy would be so high, and the complications during or following the loss of such a pregnancy so great, that she has been advised to consider only a gestational carrier for further attempts.

If you should have further questions, please feel free to call upon me.

Sincerely yours,

Robert J. Stillman, M.D.

Enclosure: C.V.