# Appendix 8

```
                IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - -+
                                |
CATHERINE ANN DEEP,             |
                                | Civil Action No.
          Plaintiffs,           | 1:06-CV-00111
                                |
  vs.                           |
                                |
ELI LILLY AND COMPANY,          |
                                |
          Defendant.            |
                                |
- - - - - - - - - - - - - - - -+

          Deposition of Robert J. Stillman, M.D.
                       Washington, D.C.
                 Wednesday, December 13th, 2006
                          1:00 p.m.




Job No. 1-90709
Pages 1 - 112
Reported by:   Laurie Bangart-Smith
```



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

84

1    A    No. In part it was reflected in the tests
2 that we recommended and did, the Clomid Challenge test
3 and so on, as well as the hysterosalpingogram and
4 other tests, because if the Clomid Challenge test, for
5 instance, was abnormal, we might not have proceeded on
6 with other tests.
7    Q    If Mrs. Deep testified in this case that no
8 one at your office had a discussion with her about any
9 effect on age with respect to her efforts to conceive
10 or carry a child to a live birth, would her memory be
11 faulty?
12    A    No. I would say I didn't do my job well
13 enough in conveying that information to her.
14    Q    What physical abnormalities do you believe
15 that Mrs. Deep has that you relate to DES exposure?
16    A    Her severe uterine anomaly, abnormality.
17    Q    Anything else?
18    A    And her cervical stenosis, quite severe,
19 actually. And as I referenced, the uterus is really
20 among the group of the most severe I've seen. It's
21 really quite remarkable.
22    Q    Now, as part of your opinions, you presume

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

85

1  or as part of that, your opinion is that she's
2  DES-exposed, correct?
3       A    Yes.
4       Q    You are aware of references in your records
5  for her where her mother denies taking DES?
6       A    Correct.
7       Q    And in light of those statements, what do
8  you base your assumption on that she was DES-exposed?
9       A    Well, I've tried a lot to stay away from the
10 term "pathopneumonic" except in the most severe or
11 characteristic uterine anomalies, but I think this
12 severity and type would be as close to that that I
13 would say that exposure to an in utero synthetic
14 estrogen would almost be defined by the anomaly
15 itself.
16      Q    Okay.  Let's talk about her HSG.
17      A    And cervix.
18      Q    What is it about her -- okay, you mentioned
19 cervix.  The cervical stenosis that you saw in
20 Mrs. Deep; would you characterize that as
21 pathoneumonic of DES exposure?
22      A    No.

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410 (800) 292-4789 (301) 762-8282 (703) 288-0026 (410) 539-3664

87

1   A   No, but I was told she was DES-exposed, but
2   in this circumstance, if we had just the X-ray, I
3   would say this is DES-exposed. And if somebody said,
4   well, hypothetically the mother says no and the
5   daughter says she doesn't know anything about it, I
6   would say this is pathoneumonic enough that the
7   records ought to be either further evaluated or she
8   was exposed, without knowing it, to some synthetic
9   estrogen.
10   Q   And you said "pathoneumonic enough." Going
11   back to Gilbert, is Gilbert in the same category in
12   terms of your characterization of pathoneumonic?
13   A   No, it's sort of that hypoplasia argument.
14   I think that's very characteristic and classic but not
15   necessarily pathoneumonic.
16   Q   Okay. Now let's go back to Mrs. Deep. How
17   is it that Mrs. Deep's uterus is pathoneumonic or you
18   said "almost pathoneumonic" of DES exposure?
19   A   Well, it's markedly misshapen, it's small,
20   it's irregular, and I've just never seen anything else
21   that does it.
22   Q   Do you have the films with you?

95

1  a uterine factor, but if she wanted to come to us and
2  have a trial of an IVF cycle and a gestational carrier
3  using her own eggs, that would be perfectly
4  appropriate to do.
5     Q    I want to make sure that I'm clear on what
6  your testimony would be or is in the case. You
7  testified that her uterine shape is a substantial
8  contributing factor to her infertility, correct?
9     A    Correct.
10    Q    Is it also correct that her age is a
11 substantial contributing factor to her infertility?
12    A    Both of those, from what we know now.
13    Q    And in the Gilbert case you put a percentage
14 of 60 percent DES, 40 percent age. Are you able to
15 attach percentages in this case?
16        MR. LEVINE: I'm going to object, because
17 this is a case where he is advising the woman not to
18 use her uterus. How can he do that?
19        THE WITNESS: I mean I think the -- the
20 uterus is an overriding factor regardless of her age.
21 What we don't know is: Is the age also a factor that
22 would require to use donor eggs with a gestational

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

96

1  carrier or her own eggs?  So she could do great with a
2  gestational carrier.  She could do poorly with a
3  gestational carrier.  We don't know that.  What we do
4  know, in my opinion, is that regardless of donor egg
5  or her own eggs, she cannot do well with her uterus.
6  BY MR. HEGARTY:
7      Q   So what we don't know is --
8      A   How much of a substantial contributing
9  factor her age is.  It could be zero.
10     Q   It could be a hundred percent.
11     A   It can't be a hundred, because the uterus is
12 a factor as well, and we know it's not a hundred
13 because of her Clomid Challenge test.
14     Q   Let me ask it this way.
15     A   So if her age was 25, I would say, well --
16 and she didn't have periods, I would say, look, you
17 know, they're both -- they're both incompatible with
18 her having a baby of her own eggs.
19     Q   Would it be a fair statement that you cannot
20 say whether -- if a gestational carrier was used with
21 her own eggs, that Mrs. Deep -- that a pregnancy would
22 be successful; is that a fair statement?

98

1   Q   Their chances are less than 50 percent?

2   A   Correct.

3       MR. LEVINE:  Without any abnormality?

4       THE WITNESS:  Without any abnormality.

5       MR. LEVINE:  With eggs and everything?

6       THE WITNESS:  Right, short of the use of
7  donor eggs, of course.

8       MR. LEVINE:  With the number of tries?

9       THE WITNESS:  It's Stillman not going to be
10  greater than 50 percent live birth, but that is made
11  up of a percentage of patients who are already having
12  difficulty with no abnormality.  She's the general
13  population of 43-year-olds, I believe, the vasectomy
14  wife or spouse.  You just don't know.  She could be
15  perfectly fertile, as many 43-year-olds are.  They get
16  pregnant and they want to be pregnant, or they got
17  pregnant and didn't want to be pregnant.  They do just
18  fine, so she could be perfectly fertile except for her
19  uterus.  That trial has never been done.
20  BY MR. HEGARTY:

21   Q   In your opinion, even without the trial, we
22  take out the vasectomy patients, we look at the

1  43-year-olds, normal couples; less than 50 percent of
2  those couples are going to have a live birth?
3      A    We talked about those numbers earlier.  At
4  43, we thought that they were -- you know, the
5  miscarriage rate and so on was -- no, that 33 to
6  50 percent was where I was putting it, and we used 43,
7  and I think I'd stick to that.  So it may be close to
8  50 percent, but I think that if you think the general
9  population of patients at 43 years of age -- again I
10 think I'd try to stay with those numbers.  33 to
11 50 percent would have difficulty or would not have a
12 live birth, which would mean that some relatively
13 small majority, let's say 40 percent, splitting the
14 difference there, would -- 60 percent would have a
15 live birth, the general population.
16     Q    The numbers that you quote on your
17 website --
18     A    Well, that's infertile patients going
19 through IVF, who aren't the general population.  If we
20 went to, if we went to stop people on the commuting,
21 like a, you know, a sobriety check, and found every
22 43-year-old woman and said let's go through IVF, our

1  pregnancy rate is going to be a lot higher than that;
2  or has your husband had a vasectomy?  Yes.  Okay,
3  let's do IVF.  Her pregnancy rate is going to be a
4  whole lot higher than that.  That's a very selected
5  population, selected for infertility.
6      Q    And in your practice you get that group of
7  patients who are age 43 with no identifiable
8  abnormality or issue with respect to conceiving?
9      A    Right.
10     Q    And in those patients who you assist with
11 ART your success rate in live birth is Stillman less
12 than 50 percent?
13     A    Yeah.  It's the people who have other
14 factors where it's higher.  The vasectomy or the DES,
15 I mean those are the patients where it's higher.  When
16 you get into unexplained infertility, normal factors
17 in a patient at 43, that's where you have the most
18 difficulty.
19     Q    And my question is a little bit different, I
20 think.  You have assisted -- you have had 43-year-olds
21 come to you at the very outset without having -- just
22 as they are attempting to conceive and want ART

102

1  potential is reduced by 30 to 50 percent; it does not
2  go above 40?
3      A    That's all the infertile population.
4      Q    And I'll let you look at this, but that does
5  not refer to the infertile population.
6      A    Well, I wrote it, so I know what I meant,
7  and it's -- as the Medical Director, I wrote it.
8  There is an effective age on fertility, even not
9  infertility, but the idea if you have fertility
10 problems and are coming to us, then age plays an
11 important role in the recommendations we would make,
12 the window of opportunity issue, but somebody who's
13 just trying, with a vasectomy spouse, it's up in the
14 air.
15          Yeah, if you take a thousand women at 40 and
16 a thousand at 30, the 30-year-olds are going to be
17 more fertile than the 40-year-olds with the husband
18 with the vasectomy reversal, but you just don't know.
19 We just don't know where Mrs. Deep is.  Yeah, she's at
20 risk for a -- that's why it's a substantial
21 contributing factor without even knowing what it is,
22 but I'd like to stimulate her, her ovaries, see what

103

1   the embryos are like, but it would be unethical to put
2   them back in her uterus, in my opinion.
3       Q   Would Mrs. Deep's chances, even if she had
4   no DES exposure at age 43, Stillman be best to go to a
5   gestational carrier?
6       A   No.
7       Q   That would not significantly improve her
8   chances?
9       A   No.  Donor egg, perhaps, if she were
10  infertile, but not gestational carrier.
11      Q   So would -- a patient at age 43 with no DES
12  exposure, no abnormalities, would they have a better
13  chance at a live birth with a donor egg and a
14  gestational carrier?
15      A   Sure.  So would a 35-year-old.  So would a
16  30-year-old.  Doesn't mean we do it, but it would be
17  better.
18          MR. HEGARTY:  Why don't you give me a couple
19  minutes.  I'll go through my notes and then I'll
20  finish.  If you hang around, I should be done by 2:30.
21          MR. LEVINE:  Are there any people on the
22  phone with any pressing questions?

109

1  uterus. That I can tell.

2  Q    Very good. Thank you.

3       MR. LEVINE: If you have to go, you have to
4  go.

5  BY MR. HEGARTY:

6  Q    At what age of a DES-exposed patient like
7  Mrs. Deep would you conclude that age is the sole
8  factor as the cause of any infertility?

9       MR. LEVINE: 90?

10      THE WITNESS: Yeah, well, I don't know where
11 you can do that other than menopause or elevated FSH
12 levels. If she was 47 and had regular periods, I
13 would be very concerned that age was also a more major
14 factor than at 43 with a normal Clomid Challenge.
15 BY MR. HEGARTY:

16 Q    How about if Mrs. Deep testified that she
17 desired three children; if she began at 43, no DES
18 exposure, what would you put her odds at of having
19 three children?

20 A    Very low.

21 Q    We talked briefly about the cervical
22 stenosis issue with Mrs. Gilbert. Is your testimony