Exhibit C

97

1   A   The beginning of that was we don't know?

2   Q   Yeah, you cannot say.

3   A   We cannot say. Just like any woman at 43 who stops her birth control, some get pregnant and do great, others will eventually wind up at the fertility clinic.

7   Q   Would you agree that a 43-year-old who starts attempting to conceive with no abnormalities does not have a greater than 50 percent chance of having a live birth?

11  A   Correct.

12      MR. LEVINE: That's without ART?

13  BY MR. HEGARTY:

14  Q   That is without ART.

15  A   Right.

16  Q   Would you agree -- would that answer be the same with ART, that 43-year-old patients that you help, that you treat in your practice starting without a uterine abnormality, do not have a greater than 50 percent chance of having a live birth?

21  A   They don't have a greater than 50 percent chance.

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

98

```
1      Q     Their chances are less than 50 percent?
2      A     Correct.
3            MR. LEVINE:   Without any abnormality?
4            THE WITNESS:  Without any abnormality.
5            MR. LEVINE:   With eggs and everything?
6            THE WITNESS:  Right, short of the use of
7   donor eggs, of course.
8            MR. LEVINE:   With the number of tries?
9            THE WITNESS:  It's Stillman not going to be
10  greater than 50 percent live birth, but that is made
11  up of a percentage of patients who are already having
12  difficulty with no abnormality.  She's the general
13  population of 43-year-olds, I believe, the vasectomy
14  wife or spouse.  You just don't know.  She could be
15  perfectly fertile, as many 43-year-olds are.  They get
16  pregnant and they want to be pregnant, or they got
17  pregnant and didn't want to be pregnant.  They do just
18  fine, so she could be perfectly fertile except for her
19  uterus.  That trial has never been done.
20  BY MR. HEGARTY:
21     Q     In your opinion, even without the trial, we
22  take out the vasectomy patients, we look at the
```

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

99

1    43-year-olds, normal couples; less than 50 percent of
2    those couples are going to have a live birth?
3         A     We talked about those numbers earlier. At
4    43, we thought that they were -- you know, the
5    miscarriage rate and so on was -- no, that 33 to
6    50 percent was where I was putting it, and we used 43,
7    and I think I'd stick to that. So it may be close to
8    50 percent, but I think that if you think the general
9    population of patients at 43 years of age -- again I
10    think I'd try to stay with those numbers. 33 to
11    50 percent would have difficulty or would not have a
12    live birth, which would mean that some relatively
13    small majority, let's say 40 percent, splitting the
14    difference there, would -- 60 percent would have a
15    live birth, the general population.
16         Q     The numbers that you quote on your
17    website --
18         A     Well, that's infertile patients going
19    through IVF, who aren't the general population. If we
20    went to, if we went to stop people on the commuting,
21    like a, you know, a sobriety check, and found every
22    43-year-old woman and said let's go through IVF, our

# Exhibit D

29

1  that's, that may not be what you're asking.
2  BY MR. HEGARTY:
3      Q   Well, it's a live birth. It's going past
4  just conception.
5      A   A 43-year-old woman who conceived.
6      Q   Correct, what percentage --
7      A   Well, we're talking about a third to
8  50 percent would have pregnancy loss, I think we
9  talked about that before, so it would be the converse
10 of that, or the inverse of that, it would be
11 50 percent or 60 percent would deliver, of those
12 pregnant.
13     Q   And is it -- the figures you cite would
14 cite to a woman who is trying to conceive initially at
15 age 43, that she has a greater than 50 percent chance
16 of having a live birth?
17     A   If she's pregnant. Once she conceives.
18     Q   I'm talking about a woman who is -- who
19 wants to start having children at age 43. What
20 percentage would you quote to her, if she asked, about
21 her likelihood of having a live birth?
22     A   At least one in three.

# Exhibit E

Case 1:06-cv-00111-RWR    Document 18-12    Filed 04/30/2007    Page 7 of 10

96

carrier or her own eggs? So she could do great with a gestational carrier. She could do poorly with a gestational carrier. We don't know that. What we do know, in my opinion, is that regardless of donor egg or her own eggs, she cannot do well with her uterus.

BY MR. HEGARTY:

Q   So what we don't know is --

A   How much of a substantial contributing factor her age is. It could be zero.

Q   It could be a hundred percent.

A   It can't be a hundred, because the uterus is a factor as well, and we know it's not a hundred because of her Clomid Challenge test.

Q   Let me ask it this way.

A   So if her age was 25, I would say, well -- and she didn't have periods, I would say, look, you know, they're both -- they're both incompatible with her having a baby of her own eggs.

Q   Would it be a fair statement that you cannot say whether -- if a gestational carrier was used with her own eggs, that Mrs. Deep -- that a pregnancy would be successful; is that a fair statement?

Exhibit F

Case 1:06-cv-00111-RWR    Document 18-12    Filed 04/30/2007    Page 9 of 10

92

1  contributing factor?
2       THE WITNESS:  That is a significant
3  contributing factor.  She hasn't really had a trial to
4  see whether her age is the more prevalent factor or
5  her uterus, although clinically, for instance, if she
6  was unable to conceive, she ought to use the
7  gestational carrier, regardless of whether she uses
8  her own eggs in a trial or donor eggs.  I think this
9  uterus essentially, in all reasonable likelihood,
10 precludes her from having a pregnancy, much less an
11 ongoing pregnancy.
12 BY MR. HEGARTY:
13      Q    Tell me all facts and literature on which
14 you base that opinion.
15      A    My experience in particular.  Seeing
16 patients with less severe abnormalities like this
17 would be incompatible with ongoing or viable
18 pregnancies.
19      Q    Can you cite any literature that has studied
20 pregnancy rates, delivery rates in patients with uteri
21 that looked like Mrs. Deep's?
22      A    No.  Obviously, there are very few patients