Appendix 10

