# Appendix 11

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF COLUMBIA
 3    ------------------------------x
                                    :
 4    CATHERINE ANN DEEP             :     COPY
                                    :
 5               Plaintiff           :
                                    :
 6        v.                         :   Civil Action No.
                                    :
 7    ELI LILLY AND COMPANY          :   1:06-CV-00111
                                    :
 8               Defendant           :
                                    :
 9    ------------------------------x
10         Deposition of JULIUS S. PIVER, M.D.
11                  Washington, D.C.
12            Tuesday, November 21, 2006
13                    12:55 p.m.
14   Job No:  1-91226
15   Pages 1 - 86
16   Reported by:  Donna Q. Buckhaults
```



1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

14

1  Deep's mother; is that correct?

2      A.   That's correct.

3      Q.   Do you have an actual recollection of
4  Dr. Frawley prescribing DES for Mrs. Deep's mother?

5      A.   I don't have an actual recollection, but I
6  do know that Dr. Frawley and I were peers at the time.
7  Dr. Frawley was my chief resident when I was training
8  at Columbia Hospital For Women in 1953, and we would
9  consult on issues related to obstetrics as well as
10 gynecology matters.  And based on the sonogram that I
11 saw of Ms. Deep from Dr. Stillman's office, I think
12 it's a reasonable assumption on my part that he
13 prescribed it for her mother.

14     Q.   Okay.  We'll get into that in a minute.  I
15 just wanted to clarify at the outset that sitting here
16 you don't have an actual recollection or knowledge
17 that he did, in fact, prescribe DES for her.  Is that
18 a fair statement?

19     A.   That's correct.

20     Q.   Rather your testimony is going to be based
21 on some other assumptions or evidence that you believe
22 that he would have prescribed DES for Mrs. Deep.  Is

```
 1       Q.   Do you know if Dr. Frawley had stopped
 2   prescribing DES by 1961?
 3       A.   I doubt it based on Ms. Deep's sonogram.
 4       Q.   But other than that, other than her
 5   sonogram, do you have any other knowledge of whether
 6   Dr. Frawley was still prescribing DES in 1961?
 7       A.   That's pretty strong evidence, I would
 8   think.
 9       Q.   What is?
10       A.   Her sonogram.
11       Q.   Okay.
12       A.   That he was prescribing it.
13       Q.   Aside from that sonogram, do you have any
14   other information that leads you to believe he was
15   prescribing DES in 1961/62?
16       A.   Well, from what I understand from
17   Mr. Levine, her mother said that she took it and he
18   prescribed it.
19       Q.   Anything beyond that?
20       A.   No.
21       Q.   Do you know what indications Dr. Frawley
22   prescribed DES for, if any?
```

50

1  A. I don't know from personal knowledge, but
2  I'm sure he's trained the same as I, that we would
3  have prescribed it for any threatened miscarriage or
4  anybody with a habitual miscarriage history, anyone
5  that had had maybe an incompetent cervix, premature
6  labor which were the ongoing indications for it.
7  Q. You mentioned threatened miscarriage. Do
8  you know what symptoms of threatened miscarriage would
9  have caused Dr. Frawley to prescribe DES for a woman?
10  A. Yes.
11  Q. What?
12  A. Staining, cramping, bleeding.
13  Q. Do you know if Dr. Frawley prescribed DES
14  based on any particular of those symptoms, staining,
15  cramping or bleeding, or did he require a combination
16  of all three?
17  A. I don't know.
18  Q. Do you know if Dr. Frawley prescribed DES
19  for staining alone without bleeding or cramping?
20  A. I don't know. I can't answer that.
21  Q. Do you know if Dr. Frawley prescribed DES
22  for cramping alone without staining or bleeding?