Appendix 13

# 1961 • PDR

Published by MEDICAL ECONOMICS, INC.

FIFTEENTH EDITION

# PHYSICIANS' DESK REFERENCE

to

## PHARMACEUTICAL SPECIALTIES and BIOLOGICALS

Compliments

THE HENRY B. GILPIN COMPANY
Wholesale Druggists Since 1845

Case 1:06-cv-00111-RWR   Document 18-16   Filed 04/30/2007   Page 3 of 5

200 mg. t.i.d. (after meals) for four additional days.
*For children weighing from 20 to 60 pounds*—In trichuriasis, ascariasis, and multiple helminthic infections, the recommended total daily dose is 50 mg. for every ten pounds (5 Kg.) of body weight (up to 300 mg.) in divided doses for the first day of treatment and 100 mg. for every ten pounds (5 Kg.) of body weight (up to 600 mg.) for four additional days.
In strongyloidiasis, the dosage should be given for from ten to fourteen days.
In enterobiasis, half the recommended dose may be given for a period of five days.
*For unusually heavy or resistant infections*—Treatment may be prolonged for ten to fourteen days or, uncommonly, for twenty-one days. In all cases in which elimination of the parasite is not complete, a second course at the same daily dosage level may be repeated after one to two weeks for a period of up to twenty-one days. The above dosage recommendations should not be exceeded.
PRECAUTIONS: Side-effects, consisting of some nausea, diarrhea, or occasional single episodes of vomiting, may be encountered in certain patients with the use of full recommended dosage. If the full dosage is not well tolerated, reduce dosage and increase duration of therapy.
*Suggested instructions for patients:* 1. Do not neglect any of the prescribed doses. 2. Take each dose one or two hours after a meal. 3. Swallow the tablets whole; they should not be chewed, crushed, or mixed with liquids. 4. Don't be alarmed when the medication causes the stools to turn blue; this is merely a sign that it is working as it should. 5. Stains on skin or underclothing may easily be removed by washing with soap and water. 6. No dietary restriction or other adjunctive measures are required.
CONTRAINDICATIONS: No absolute contraindications are known.
HOW SUPPLIED: In three strengths: Tablets No. 1813, 50 mg.; No. 1814, 100 mg.; and No. 1815, 200 mg., in bottles of 50. The purple, oval tablets are specially shaped for easy swallowing and are coated to protect against gastric irritation.

### DICURIN® PROCAINE
**merethoxylline procaine, Lilly**

COMPOSITION: Dicurin Procaine, an organic mercurial combined with theophylline and procaine, is distinguished for its high diuretic efficacy, systemic and local tolerance, and stability in solution. Each cc. provides:
Merethoxylline Procaine ........ 0.1 Gm.
  (Equivalent to 39.3 mg. mercury and 45 mg. procaine base)
Theophylline, Anhydrous ........ 0.05 Gm.
ACTION AND USES: An effective diuretic in the management of congestive heart failure associated with edema, ascites, pleural effusion, acute pulmonary edema, passive congestion of the lungs or liver, or paroxysmal nocturnal dyspnea. It is sometimes useful in cirrhosis of the liver with ascites and in nephrosis.
ADMINISTRATION AND DOSAGE: 0.5 to 2 cc. daily by intramuscular or deep subcutaneous injection.
PRECAUTIONS: Caution is advised in the presence of benign prostatic hypertrophy or when the blood urea nitrogen is more than 60 mg. per 100 cc. If definite albuminuria, hematuria, or oliguria appears after administration, the drug should be discontinued.
CONTRAINDICATIONS: Sensitivity to mercury, procaine, or theophylline; acute glomerulonephritis; ulcerative colitis; and gouty diathesis.
HOW SUPPLIED: Ampoules No. 568, 2 cc., in packages of 25 and 100; No. 581, 10 cc., rubber-stoppered, in packages of 1.

### DIETHYLSTILBESTROL

COMPOSITION: A crystalline synthetic estrogenic compound capable of eliciting all the pharmacologic and therapeutic responses attributed to natural estrogens.

ADMINISTRATION AND DOSAGE:

| Indication | Oral Dosage |
|---|---|
| Menopause | 0.2 to 0.5 mg. daily |
| Senile vaginitis | 0.5 mg. daily |
| Painful engorgement of breasts | 5 mg. 1 to 3 times daily for a total of 30 mg. |
| Functional uterine bleeding | 5 mg. 3 to 5 times daily until checked |
| Carcinoma of prostate | |
|   Initial phase | 3 mg. daily |
|   Maintenance | 1 mg. daily |

Also used to prevent accidents of pregnancy and experimentally in inoperable cancer of breast in postmenopausal women. To prevent accidents of pregnancy:

| Week of Pregnancy (from first day of last menstrual period) | Oral Daily Dose |
|---|---|
| 7th and 8th | 5 mg. |
| 9th and 10th | 10 mg. |
| 11th and 12th | 15 mg. |
| 13th and 14th | 20 mg. |
| 15th | 25 mg. |
| 16th | 30 mg. |
| 17th | 35 mg. |
| 18th | 40 mg. |
| 19th | 45 mg. |
| 20th | 50 mg. |
| 21st | 55 mg. |
| 22d | 60 mg. |
| 23d | 65 mg. |
| 24th | 70 mg. |
| 25th | 75 mg. |
| 26th | 80 mg. |
| 27th | 85 mg. |
| 28th | 90 mg. |
| 29th | 95 mg. |
| 30th | 100 mg. |
| 31st | 105 mg. |
| 32d | 110 mg. |
| 33d | 115 mg. |
| 34th | 120 mg. |
| 35th | 125 mg. |

For parenteral doses, see package literature.
CONTRAINDICATIONS: Premenopausal carcinoma of breast.
HOW SUPPLIED: Ampoules No. 385, 5 mg., in Oil, 1 cc., in packages of 6, 25, and 100; and No. 549, 25 mg., in Ethyl Oleate, 1 cc., in packages of 6.
Enseals® No. 46, 0.1 mg.; No. 47, 0.25 mg.; and No. 90, 25 mg., in packages of 100, 500, and 1,000. Enseals No. 48, 0.5 mg.; No. 49, 1 mg.; and No. 85, 5 mg., in packages of 100, 500, 1,000, and 5,000.
Tablets No. 1646, 0.1 mg.; No. 1647, 0.25 mg.; and No. 1648, 0.5 mg., in packages of 100 and 1,000. Tablets No. 1649, 1 mg., and No. 1685, 5 mg., in packages of 100, 500, 1,000, and 5,000. Tablets No. 1724, 25 mg. (cross-scored), in packages of 25, 100, 500, and 1,000.
Suppositories No. 14, 0.1 mg., and No. 15, 0.5 mg., in packages of 6 and 50.

### •DOLOPHINE® HYDROCHLORIDE
**methadone hydrochloride, Lilly**

COMPOSITION: A powerful synthetic analgesic and antitussive.
ACTION AND USES: *As an analgesic,* it is one and one-half times as effective as morphine sulfate. Especially recommended for the relief of postsurgical pain, renal colic, and metastatic lesions of malignant tumors. Not generally used alone as a preanesthetic agent.
*As an antitussive,* it controls cough more effectively than any available opium derivative, with smaller doses. Effective even for cough associated with tuberculosis, bronchiectasis, bronchogenic carcinoma, pertussis, and congestive heart failure.
ADMINISTRATION AND DOSAGE: *For relief of pain*—2.5 to 10 mg., administered orally, subcutaneously, or intramuscularly. Subsequent doses given only as needed.
*For control of cough*—½ to 1 teaspoonful of the syrup every four to six hours (repeat only when necessary).
HOW SUPPLIED: Tablets No. 1712, 5 mg., and No. 1730, 10 mg., in packages of 100 and 5713, 7.5 mg., in packages of 100. All tablets are inscribed Dista®.
Syrup No. 116, 10 mg. per 30 cc., in pint and gallon bottles. The syrup is cherry flavored and pleasant to take.
Ampoules No. 456, 10 mg., 1 cc., in packages of 12 and 100; No. 435, 10 mg. per cc., 20 cc., rubber-stoppered, in packages of 1 and 25.
*Narcotic order required.

### DURACILLIN®
**crystalline procaine penicillin G, Lilly**

ACTION AND USES: Since the introduction of procaine penicillin by Eli Lilly and Company, the effectiveness of this antibiotic medication has been widely recognized. Duracillin is indicated for the treatment of pneumococcus, acute streptococcus, and staphylococcus infections, gonorrhea, and syphilis and as a supplement to sulfadiazine and/or aqueous solution of penicillin in the treatment of meningococcus, pneumococcus, streptococcus, or staphylococcus meningitis.
ADMINISTRATION AND DOSAGE: Intramuscularly, 300,000 units or increment thereof, depending on the type and severity of infection and therapeutic response.
PRECAUTIONS: Use of this preparation may be associated with hypersensitivity reactions to penicillin. When this drug is administered, emergency measures to combat anaphylaxis should be readily available. The use of antibiotics may result in overgrowth of nonsusceptible organisms.
CONTRAINDICATIONS: Sensitivity to penicillin.
HOW SUPPLIED: Duracillin® A.S. (procaine penicillin G in aqueous suspension, Lilly).
Ampoules No. 552, 300,000 units, 1 cc., rubber-stoppered, in packages of 1 and 100. Ampoules No. 554, 300,000 units per cc., 1 cc., rubber-stoppered, in packages of 1 and 100.
Cartrids* No. 1, 300,000 units, each with a sterile needle, in packages of 25 and 100. Cartrids No. 2, 300,000 units, without needles, in packages of 25 (with 1 needle adapter) and 100 (with 4 needle adapters). Cartrids No. 11, 600,000 units, each with a sterile needle, in packages of 25 and 100. Cartrids No. 12, 600,000 units, without needles, in packages of 25 and 100.
(Cartrids are one-dose disposable cartridges for insertion in the breech of permanent metal syringe. They provide immediately usable, premeasured dose of antibiotics.)
Duracillin® Fortified, Buffered (procaine penicillin G and penicillin G, crystalline sodium, Lilly), for Aqueous Injection. Each cc. contains 300,000 units of crystalline procaine penicillin G plus 100,000 units of buffered penicillin G, crystalline-sodium.
Ampoules No. 545, 1 dose, rubber-stoppered, in packages of 1, 25, and 100.
Ampoules No. 547, 10 doses, rubber-stoppered, in packages of 1 and 100.
Ampoules No. 517, 1 dose (with 3 rubber-stoppered ampoules of diluent), rubber-stoppered, in packages of 25.
Duracillin® F.A. One Million (procaine penicillin and buffered crystalline penicillin, Lilly), for Aqueous Injection. Each dose contains 750,000 units of crystalline procaine penicillin G and 250,000 units of buffered penicillin G, crystalline-sodium.
Ampoules No. 601, 1 dose, rubber-stoppered, in packages of 1, 25, and 100.
Ampoules No. 610, 10 doses, rubber-stoppered, in packages of 1, 25, and 100.
Duracillin®, In Oil (crystalline procaine penicillin G in oil, Lilly). Each cc. contains 300,000 units of crystalline procaine penicillin G suspended in sesame oil.
Ampoules No. 465, 10 cc., rubber-stoppered, in packages of 1.
*Trade-mark.

Continued on next page

# 1962 · PDR

Published by MEDICAL ECONOMICS, INC.

SIXTEENTH EDITION

# PHYSICIANS' DESK REFERENCE

to

*PHARMACEUTICAL SPECIALTIES*

*and BIOLOGICALS*

Compliments

THE HENRY B. GILPIN COMPANY

Wholesale Druggists Since 1845

Theophylline, Anhydrous ........ 0.05 Gm.
Contains 0.5 percent chlorobutanol (chloroform derivative) as a preservative. Sodium hydroxide and/or hydrochloric acid may have been added during manufacture to adjust the pH.
ACTION AND USES: Dicurin® Procaine is a well-tolerated mercurial diuretic useful in the prevention and control of excessive fluid accumulation in the body. It is a valuable aid in the treatment of congestive heart failure associated with edema, ascites, pleural effusion, acute pulmonary edema, passive congestion of the lungs or liver, or paroxysmal nocturnal dyspnea. It is sometimes useful in cirrhosis of the liver with ascites and in nephrosis.
SIDE EFFECTS: No systemic toxic effects have been observed with Dicurin® Procaine. Local reactions at the injection site, consisting of painless ecchymosis or nodule formation, have occasionally been noted. Too frequent or injudicious use of mercurial diuretics may result in excessive loss of body water, sodium, potassium, and chloride, especially if dietary restriction of salt has been too rigid and prolonged.
PRECAUTIONS AND CONTRAINDICATIONS: Caution is advised in the presence of benign prostatic hypertrophy or when the blood urea nitrogen is more than 60 mg. per 100 cc. If albuminuria, hematuria, or oliguria appears after administration, the drug should be discontinued.
Dicurin® Procaine is contraindicated in patients sensitive to mercury, procaine, or theophylline and in acute glomerulonephritis, ulcerative colitis, and gouty diathesis.
ADMINISTRATION AND DOSAGE: For subcutaneous (deep) or I.M. use. Dose —0.5 to 2 cc. as required.
HOW SUPPLIED: (B) Ampoules, Injection: No. 568, 2 cc., in packages of 25 and 100; No. 581, 10 cc., rubber-stoppered, in single ampoules (10 per carton).

**DIETHYLSTILBESTROL**
COMPOSITION: A crystalline synthetic estrogenic compound capable of producing all the pharmacologic and therapeutic responses attributed to natural estrogens.
ACTION AND USES: For the relief of symptoms of the menopause; in senile vaginitis; for the relief or prevention of painful engorgement of the breasts postpartum; for control of functional uterine bleeding and carcinoma of the breast and prostate; and for accidents of pregnancy.
SIDE EFFECTS: Nausea, vomiting, and abdominal distress. Rarely, edema and jaundice may occur. Gynecomastia and loss of libido may occur in men during treatment for carcinoma of the prostate.
PRECAUTIONS AND CONTRAINDICATIONS: Prolonged continuous administration can lead to endometrial hyperplasia and to "breakthrough" bleeding. Diethylstilbestrol is contraindicated in patients with a personal or familial history of breast or genital cancer (except in treatment of cancer).
ADMINISTRATION AND DOSAGE:
Parenteral—Breast engorgement, 5 mg. once or twice daily for two to four days. Carcinoma of prostate, initial phase, 5 mg. twice a week; then 2 to 4 mg. twice a week. Functional uterine bleeding, 5 mg. two to three times daily until checked.
Oral—In menopausal symptoms, 0.2 to 0.5 mg. daily, increased as needed. In senile vaginitis, 0.5 mg. daily. In painful engorgement of the breasts postpartum, 5 mg. one to three times daily for a total of 30 mg. In functional uterine bleeding, usually 5 mg. three to five times daily until bleeding ceases. In carcinoma of the prostate, 1 to 3 mg. daily increased to an average of 1 mg. daily. In cancer of the breast, 15 mg. daily. In accidents of pregnancy, 25 to 100 mg. daily.
Vaginal—In the menopause, 0.5 mg. daily. Senile vaginitis, 0.5 mg. daily.
HOW SUPPLIED: (B) Ampoules, Injection (for I.M. use): No. 385, 5 mg., in Oil, 1 cc., in packages of 6, 25, and 100. One cc. contains 5 mg. diethylstilbestrol in cottonseed oil. No. 549, 25 mg., in Ethyl Oleate, 1 cc., in packages of 6.
(B) Enseals®: No. 46, 0.1 mg., and No. 47, 0.25 mg., in bottles of 100, 500, and 1,000; No. 48, 0.5 mg., No. 49, 1 mg., and No. 85, 5 mg., in packages of 100, 500, 1,000, and 5,000; No. 90, 25 mg., in bottles of 100, 500, and 1,000.
(B) Suppositories: No. 11, 0.1 mg., and No. 15, 0.5 mg., in packages of 6 and 50. In addition to the diethylstilbestrol, these suppositories contain glycerin, gelatin, polyoxyethylene sorbitan monolaurate, and propylene glycol.
(B) Tablets, U.S.P.: No. 1646, 0.1 mg., No. 1647, 0.25 mg., and No. 1648, 0.5 mg., in bottles of 100 and 1,000; No. 1649, 1 mg., and No. 1685, 5 mg., in packages of 100, 500, 1,000, and 5,000; No. 1724, 25 mg. (cross-scored), in bottles of 25, 100, 500, and 1,000.

**DIETHYLSTILBESTROL AND METHYLTESTOSTERONE**, see Tylosterone®.

**DIETHYLSTILBESTROL AND METHYLTESTOSTERONE WITH RESERPINE**, see Tylandril®.

**DIGESTIVE, AROMATIC**, see Enzymes Aromatic.

**DIGESTIVE FERMENTS**, see Essence Pepsin.

**DIGIGLUSIN®**
**Digitalis Glucosides**
HOW SUPPLIED: (B) Ampoules No. 220, N.F., Injection (for slow I.V. or deep I.M. use), 1 cc., in packages of 6 and 100. Contains the glucosides of digitalis; standardized by the U.S.P. method of assay and adjusted so that 1 cc. possesses an activity of 1 U.S.P. digitalis unit.
(B) Tablets: No. 1581, 1 U.S.P. digitalis unit (Inscribed "Diskets®"), in bottles of 100; No. 660, 1 U.S.P. digitalis unit, Sugar-Coated, Green, in packages of 100, 500, and 5,000.

**DIGITALIS**
HOW SUPPLIED: (B) Tincture No. 36, N.F., in 4-fl.-oz. and pint bottles. Standard—1 cc. possesses an activity equivalent to 1 U.S.P. digitalis unit. Alcohol, 73 percent.

**DIGITALIS LEAVES**
HOW SUPPLIED: (B) Pulvules® No. 229 (Digitalis Capsules, N.F.), 1½ grs. (0.1 Gm.) (No. 3, Pink), in packages of 100 (5 per carton), 1,000, and 5,000. Standard—1 Pulvule® possesses an activity equivalent to 1 U.S.P. digitalis unit or about 15 minims Tincture Digitalis, N.F. See also Digiglusin®.

**DIGITOXIN, CRYSTALLINE**, see Crystodigin®.

**DIMETHYL TUBOCURARINE IODIDE**, see Metubine® Iodide.

**DIOXYLINE PHOSPHATE**, see Paverill® Phosphate.

**DIPHTHERIA AND TETANUS TOXOIDS AND PERTUSSIS VACCINE COMBINED**, see Tridipigen®, Alum Precipitated, and Tridipigen®, Fluid.

**DIPHTHERIA AND TETANUS TOXOIDS COMBINED, ALUM PRECIPITATED**
COMPOSITION: The antigen is a combination of purified alum-precipitated diphtheria and tetanus toxoids preserved with Merthiolate®, 1:10,000. Precipitation is accomplished by adding aluminum potassium sulfate to the individual toxoids so that the total added is equivalent to 7.25 mg. per cc. of the final combination. The precipitate is suspended in 0.3 molar glycine solution. Sodium hydroxide may have been added during manufacture to adjust the pH.
ACTION AND USES: This product is used to produce simultaneous active immunization against diphtheria and tetanus in children under ten years of age. For older children and adults, Tetanus and Diphtheria Toxoids Combined, Alum Precipitated (For Adult Use), is recommended.
Primary immunization should be accomplished in infancy. Routine recall injections of the combined toxoids are advised every three to four years. In event of exposure to diphtheria, a recall injection of diphtheria toxoid is indicated. In case of injury, booster dose of tetanus toxoid should be given.
SIDE EFFECTS: There may be a stinging sensation immediately after injection. Mild to moderate local reactions of inflammation, induration, and tenderness for one or two days are sometimes noted. Occasionally fever and malaise occur.
A small subcutaneous nodule may form at the site of injection but gradually disappears in a few weeks. Sterile abscesses are exceedingly rare.
Although they are uncommon, postvaccinal neurological disorders have been reported following the injection of almost all biological products.
PRECAUTIONS AND CONTRAINDICATIONS: Because reactions are more severe in older individuals, immunization with this product after ten years of age should be limited to those who have a positive Schick test and a negative toxoid sensitivity test (intradermal injection of 0.1 cc. of fluid diphtheria toxoid diluted 1:100 with Sodium Chloride Injection).
When initial injections produce severe local or systemic reactions, subsequent doses should be divided into smaller fractions and given at intervals of two weeks or more, depending upon the response. In some instances, it is advisable to resort to the individual toxoids.
A separate heat-sterilized syringe and needle should be used for each patient to prevent transmission of homologous serum hepatitis virus and other infectious agents from one person to another.
ADMINISTRATION AND DOSAGE: Primary immunization with Diphtheria and Tetanus Toxoids Combined, Alum Precipitated, consists of two 0.5-cc. doses given intramuscularly at an interval of four to six weeks. The booster dose is 0.5 cc. for children under five years of age and 0.1 cc. for those five to ten years of age.
HOW SUPPLIED: (B) Biologic No. V-1205, 5 cc. (5 immunizations), rubber-stoppered vials (10 per carton).

**DIPHTHERIA AND TETANUS TOXOIDS COMBINED, ALUM PRECIPITATED (FOR ADULT USE)**, see Tetanus and Diphtheria Toxoids Combined, Alum Precipitated (For Adult Use).

**DIPHTHERIA AND TETANUS TOXOIDS COMBINED, FLUID**
COMPOSITION: The antigen is a combination of purified diphtheria and tetanus toxoids in 0.3 molar glycine solution, preserved with Merthiolate®, 1:10,000. Sodium hydroxide may have been added during manufacture to adjust the pH.
ACTION AND USES: This product is used to produce simultaneous active immuni-

Case 1:00-cv-01111-RWR  Document 18-16  Filed 04/30/2007  Page 5 of 5