Appendix 14, Exhibit A



# Williams Obstetrics

## 21ST EDITION

**F. Gary Cunningham, MD**

*Professor and Chairman, Department of Obstetrics & Gynecology*
*Jack A. Pritchard Professor of Obstetrics & Gynecology*
*Beatrice & Miguel Elias Distinguished Chair*
*in Obstetrics & Gynecology*
*The University of Texas Southwestern Medical Center*
*at Dallas*
*Chief of Obstetrics & Gynecology,*
*Parkland Memorial Hospital*
*Dallas, Texas*

**Norman F. Gant, MD**

*Professor, Department of Obstetrics & Gynecology*
*The University of Texas Southwestern Medical Center*
*at Dallas*
*Executive Director, American Board of Obstetrics &*
*Gynecology*
*Attending Staff, Parkland Memorial Hospital*
*Dallas, Texas*

**Kenneth J. Leveno, MD**

*Gillette Professor, Department of Obstetrics & Gynecology*
*Vice-Chair for Maternal-Fetal Medicine*
*The University of Texas Southwestern Medical Center*
*at Dallas*
*Chief of Obstetrics, Parkland Memorial Hospital*
*Dallas, Texas*

**Larry C. Gilstrap III, MD**

*Professor and Chairman, Department of Obstetrics,*
*Gynecology, and Reproductive Sciences*
*Emma Sue Hightower Professor of Obstetrics & Gynecology*
*The University of Texas—Houston Medical School*
*Houston, Texas*

**John C. Hauth, MD**

*Professor and Interim Chairman,*
*Department of Obstetrics & Gynecology*
*J. Marion Sims Endowed Chair in Obstetrics & Gynecology*
*University of Alabama at Birmingham*
*Birmingham, Alabama*

**Katharine D. Wenstrom, MD**

*Professor, Department of Obstetrics & Gynecology*
*Co-Director, Division of Maternal-Fetal Medicine*
*University of Alabama at Birmingham*
*Birmingham, Alabama*

McGraw-Hill
Medical Publishing Division

New York   Chicago   San Francisco   Lisbon   London   Madrid   Mexico City
Milan   New Delhi   San Juan   Seoul   Singapore   Sydney   Toronto



FIGURE 35-7. Class IV: Bicornuate uterus in which the septum is complete down to the internal os (A), partial (B), or arcuate (C).



FIGURE 35-9. Class VI: DES anomalies, including uteri with luminal changes, such as constriction bands in the uterine cavity with lateral internal uterine wall spurs and internal fundal arcuate abnormalities (A), T-shaped cavity (B), and widening of the lower two thirds of the uterine cavity (C). (Modified from Buttram and Gibbons, 1979.)

**STRUCTURAL ABNORMALITIES.** From a fourth to a half of women exposed to DES in utero have identifiable structural variations in the cervix and vagina. These include transverse septa, circumferential ridges involving the vagina and cervix, and cervical collars. Uterine cavity anomalies are evident on hysterography in perhaps two thirds of exposed women (Kaufman and associates, 1980). Significantly smaller uterine cavities, shortened upper uterine segments, and T-shaped cavities have also been described (Figs. 35-9 and 35-10). About half of women with uterine defects also have cervical defects, especially a hypoplastic cervix. Finally, a variety of abnormalities of the oviduct have been described, including shortening, narrowing, and absence of fimbriae. Kipersztok and colleagues (1996) believe that hysterosalpingography remains the procedure of choice when compared with magnetic resonance imaging and



FIGURE 35-8. Class V: Septate uterus with complete septum to the internal or external os (A) or partial septum (B).



FIGURE 35-10. Hysterosalpingogram from a woman who exposed in utero to DES. Note the T-shaped uterine cavity filled with contrast material that also has spilled from end of the right oviduct (*white arrow*), demonstrating patency. The filling defect within the uterine cavity (arrow) is probably hyperplastic myometrium, the consequence of the DES exposure. She has since been pregnant successfully. (Courtesy of Dr. Bruce R. Carr.)

Appendix 14, Exhibit B

FERTILITY AND STERILITY
Copyright © 1988 The American Fertility Society

Vol. 49, No. 6, June 1988
Printed in U.S.A.

# The American Fertility Society classifications of adnexal adhesions, distal tubal occlusion, tubal occlusion secondary to tubal ligation, tubal pregnancies, Müllerian anomalies and intrauterine adhesions

The American Fertility Society*†

Birmingham, Alabama

The need for standard classification schemes for mechanical problems associated with infertility and fetal wastage is well recognized. In an effort to satisfy this need, The American Fertility Society (AFS) formed a classification committee chaired by Veasy C. Buttram, Jr., M.D. Subcommittees were created to distribute the responsibility for development of the various schemes desired. Committee members were chosen according to their knowledge and desire to contribute. Approval was obtained from the Board of Directors of the AFS and the Executive Committee of The Society of Reproductive Surgeons. Hopefully, editors of medical journals will not accept manuscripts for publication unless they conform to these guidelines.

The classification schemes submitted (with a corresponding editorial) are relatively simple to follow. Relevant information can be incorporated into one sheet with appropriate illustrations. In several of the schemes, a scoring system is included to help the surgeon not only document the severity of disease, but to formulate a prognosis. For all schemes a space is provided for the surgeon to note his/her prognosis based upon the extent of pathology and the surgery performed.

No classification is perfect, and modification is likely in the future. Use, as well as critique, of these AFS classification is encouraged. All forms, in addition to The Revised AFS Classification of Endometriosis, will be provided by the AFS administrative office.

Received March 10, 1988.
*Drafted by the following committees:
Adnexal Adhesions—Editorial: Veasy C. Buttram, Jr., M.D.; Committee: Veasy C. Buttram, Jr., M.D., James Daniell, M.D., Richard Dickey, M.D., Victor Gomel, M.D., Jerome Hoffman, M.D., Jaroslav Hulka, M.D., Luigi Mastroianni, Jr., M.D. and Thomas Vaughn, M.D.
Distal Tubal Occlusion—Editorial: Victor Gomel, M.D.; Committee: Veasy C. Buttram, Jr., M.D., Victor Gomel, M.D. and Carl Levinson, M.D.
Tubal Occlusion Secondary to Tubal Ligation—Editorial: Alvin Siegler, M.D.; Committee: Veasy C. Buttram, Jr., M.D., Jaroslav Hulka, M.D., Carl Levinson, M.D. and Alvin Siegler, M.D.
Tubal Pregnancies—Editorial: Alan DeCherney, M.D.; Committee: Veasy C. Buttram, Jr., M.D., Alan DeCherney, M.D. and John Rock, M.D.
Müllerian Anomalies—Editorial: William Gibbons, M.D.; Committee: Veasy C. Buttram, Jr., M.D., S. Jan Behrman, M.D., Williams Gibbons, M.D., Howard Jones, M.D. and John Rock, M.D.
Intrauterine Adhesions—Editorial: Charles March, M.D.; Committee: Veasy C. Buttram, Jr., M.D., Alan DeCherney, M.D., Charles March, M.D., Robert Neuwirth, M.D. and Thomas Vaughn, M.D.
† Reprint requests: The American Fertility Society, 2140 11th Avenue South, Suite 200, Birmingham, Alabama 35205.

## ADNEXAL ADHESIONS

This classification (Table 1) is a modification of the scheme for adnexal adhesions provided in the Revised AFS Classification for Endometriosis.[1] Although the scores applied to differentiate between minimal, mild, moderate, and severe adhesions are arbitrary, they are considered appropriate until prospective studies are performed that dictate the need for change.

Important features of this scheme are that (1) the prognosis for conception is based on the score applied for the adnexa with the least amount of pathology, (2) the importance of the fimbriated end

TABLE 5
## THE AMERICAN FERTILITY SOCIETY CLASSIFICATION OF MULLERIAN ANOMALIES

Patient's Name _____ Date _____ Chart _____

Age ____ G ____ P ____ Sp Ab ____ VTP ____ Ectopic ____ Infertile Yes ____ No ____

Other Significant History (i.e. surgery, infection, etc.) _____

HSG ____ Sonography ____ Photography ____ Laparoscopy ____ Laparotomy ____

EXAMPLES

| I. Hypoplasis/Agenesis | II. Unicornuate | III. Didelphus |
| --- | --- | --- |
| a. vaginal, b. cervical, c. fundal, d. tubal, e. combined | a. communicating, b. non communicating, c. no cavity, d. no horn | |
| | | IV. Bicornuate |
| | | a. complete, b. partial |
| V. Septate | VI. Arcuate | VII. DES Drug Related |
| a. complete, b. partial | | |

*Uterus may be normal or take a variety of abnormal forms.
May have two distinct cervices

Type of Anomaly:
- Class I ____
- Class II ____
- Class III ____
- Class IV ____
- Class V ____
- Class VI ____
- Class VII ____

Additional Findings: _____

Treatment (Surgical Procedures): _____

Vagina: _____
Cervix: _____
Tubes: Right _____ Left _____
Kidneys: Right _____ Left _____

Prognosis for Conception & Subsequent Viable Infant*
- ____ Excellent ( > 75% )
- ____ Good ( 50-75% )
- ____ Fair ( 25%-50% )
- ____ Poor ( < 25% )

*Based upon physician's judgment.

Recommended Followup Treatment: _____

DRAWING
L          R

Property of
The American Fertility Society

For additional supply write to:
The American Fertility Society
2140 11th Avenue, South
Suite 200
Birmingham, Alabama 35205

# Appendix 14, Exhibit C

# Hysterosalpingography: Techniques and Interpretation

Robert B. Hunt, M.D.
*Clinical Instructor*
*Department of Obstetrics and Gynecology*
*Harvard Medical School*
*Boston, Massachusetts*

Alvin M. Siegler, M.D., D.Sc.
*Clinical Professor*
*Department of Obstetrics and Gynecology*
*State University of New York*
*Health Science Center at Brooklyn*
*Brooklyn, New York*



YEAR BOOK MEDICAL PUBLISHERS, INC.
Chicago • London • Boca Raton • Littleton, Mass.

Copyright © 1990 by Year Book Medical Publishers, Inc. All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means—electronic, mechanical, photocopying, recording, or otherwise—without prior written permission from the publisher. Printed in the United States of America.

1  2  3  4  5  6  7  8  9  0   X  Y   94  93  92  91  90

Library of Congress Cataloging-in-Publication Data

Hunt, Robert B.
  Hysterosalpingography : techniques and interpretation / Robert Hunt, Alvin Siegler.
    p.    cm.
  Includes bibliographical references.
  ISBN 0-8151-4754-6
  1. Hysterosalpingography.    I. Siegler, Alvin M. (Alvin Morton), 1923-    II. Title.
  [DNLM: 1. Genital Diseases, Female—diagnosis.
  2. Hysterosalpingography—methods.    WP 141 H942h]
RG107.5.H97H86    1990
618.1'407572—dc20                                89-22447
DNLM/DLC                                          CIP
for Library of Congress

Sponsoring Editor: Nancy G. Puckett
Associate Managing Editor, Manuscript Services: Deborah Thorp
Production Project Coordinator: Karen Halm
Proofroom Supervisor: Barbara M. Kelly

Congenital Uterine Anomalies  59



FIG 4–19.—Drawing of an arcuate uterus.



FIG 4–20.—This saddle-shaped smooth fundus (arrows) with widely separated horns is an arcuate uterus.





FIG 4–21.—A, gross specimen of a DES-exposed uterus. The characteristic lateral protuberances (arrowheads) can cause the lateral shadows seen on the HSGs in these women. (From Winfield AC, Wentz AC, eds: Diagnostic Imaging of Infertility. Baltimore, Williams & Wilkins, 1987. Used by permission.) B, the HSG of this DES-exposed uterus closely corresponds with the extirpated specimen in A.

60   Cervix and Uterus



FIG 4–22.—Bulbous horns (open arrows) in this uterine cavity and the irregularities along the lateral borders (arrowhead) are typical of DES exposure.



FIG 4–23.—DES-exposed uterus. Bulbous horn (open arrow) and irregular border are seen (arrowhead).



FIG 4–24.—DES-exposed uterus. Bulbous horn (open arrow) and irregular border are emphasized (arrowhead).



FIG 4-25.—This DES-exposed uterus is markedly T shaped (arrows) and has associated bilateral distal tubal obstructions (DTO). (From Siegler AM: Hysterosalpingography, in Hunt RB, ed: in *Atlas of Female Infertility Surgery*. Chicago, Year Book Medical Publishers, 1986. Used by permission.)

### Diethylstilbestrol-related Abnormalities

Concern about the neoplastic consequences of prenatal exposure to diethylstilbestrol (DES) has receded, but genital tract abnormalities continue to become manifest. The synthetic estrogen was used from 1949 through 1971 in some patients with threatened abortion or poor obstetric histories. The characteristics of DES exposure seen on the HSG are a small hypoplastic endometrial cavity, concavities beneath the cornua giving the appearance of uterotubal constrictions, T-shaped uterine configuration, and cervical widening (Figs 4–21 through 4–25). Almost half of the women who were DES exposed in utero show some or all of these abnormalities.[18] On hysteroscopic examination these radiologic changes can be explained by structural alterations within the myometrium that resemble submucous myomas. This appearance is caused by muscular hypertrophy and maldevelopment.

Cervical abnormalities, including hypoplasia, hoods, collars, and pseudopolyps, are seen in many of these women, almost 90% of whom also have upper genital tract (hysterographic) abnormalities. Decreased uterine volume, and cervical and connective tissue abnormalities have been suggested as possible factors leading to poor pregnancy outcome. Kaufman and colleagues[18] reported the results of 632 HSGs performed in DES-exposed women and noted that 367 complained of infertility, 134 (30%) for longer than 1 year. However, in the women who had no uterine abnormalities (normal films), 37% also complained of infertility. Equal numbers of women with normal and abnormal HSGs had difficulty conceiving. Patients with both a constricted upper third and a T-shaped cavity appeared to have the greatest difficulty becoming pregnant. To date there is no surgical correction for this uterine abnormality. Once pregnant, DES-exposed patients should be closely observed to ensure the early diagnosis of ectopic pregnancy (8% to 10%) and cervical incompetence or premature labor (16% to 20%). Most women who conceive deliver at term.

Differential diagnosis of DES exposure in utero includes septate or bicornuate uterus. If cervical traction is insufficient, and indeed if the uterus is pushed upward during HSG, cornua tend to diverge from each other, giving the radiographic appearance of a T-shaped uterine cavity.

In a continuing study of DES-exposed patients, no statistical significance in pregnancy outcome was found in the preliminary stages of the project. In addition, this paper reviewed the potential increased frequency of incompetent cervix and infertility in these women.[19]

A report outlined "withered" tubes in 16 infertile DES-exposed women. The diagnosis was made at laparoscopy, and findings consisted of foreshortened sacculated convoluted tubes with pinpoint fimbrial ostia and constricted fimbriae. Three of the patients underwent fimbrioplasty without successfully achieving pregnancy.[20]

A study of 33 infertile DES-exposed patients led to the following conclusions[21]:

1. Surgical manipulation of the cervix frequently leads to cervical stenosis and ultimately to pelvic endometriosis.
2. Tubal pregnancies may occur by a mechanism unrelated to salpingitis.