Appendix 14, Exhibit D

# The New Our Bodies, Ourselves

**UPDATED AND EXPANDED FOR THE 1990s**

**A BOOK BY AND FOR WOMEN**

*The Boston Women's Health Book Collective*

1992

A TOUCHSTONE BOOK
Published by Simon & Schuster Inc.
New York, London, Toronto, Sydney, Tokyo, Singapore

## SOME COMMON AND UNCOMMON HEALTH AND MEDICAL PROBLEMS

rarely occurred in medical history, and never in women so young. It is estimated that 1 out of every 1,000 DES daughters will develop clear-cell cancer of the vagina or cervix. The cancer has occurred in girls and women between the ages of seven and forty, with the peak at ages fifteen to twenty-two. Although clear-cell cancer cases have declined in the last ten years (mirroring the decreased use of DES in the 1970s), clear-cell cancer is still being diagnosed in 1991, and the upper age limit for developing the cancer is unknown.[1]

Regular DES exams can find clear-cell cancer early so that it can be treated. Clear-cell cancer is fast-growing and, in the early stages, sometimes symptomless. The typical treatment for the cancer includes a radical hysterectomy, surgical removal of all or part of the vagina (vaginectomy) and reconstruction of the vagina. Radiation treatment is often used in conjunction with surgery. Eighty percent of the patients survive, but the adjustment to the extreme treatment is a difficult one.

*Structural changes*, such as cervical "collars" or "hoods," are also common among DES daughters. They do not need treatment and may disappear after age thirty. DES daughters are also more likely than others to have a T-shaped uterus. Some structural changes may contribute to pregnancy problems (see below).

*Metaplasia* is a normal process whereby tissue changes from one form to another. Although all women have areas of cells undergoing metaplasia around their cervix, this area of changing tissue may be larger in DES daughters with adenosis. This metaplasia raises two concerns: First, some suspect that this area may be more vulnerable to precancerous or cancerous changes. Second, pathologists may mistakenly interpret the change as abnormal (dysplasia). Such misdiagnosis can lead to unnecessary treatment with possibly harmful effects.

Most researchers do not find dysplasia (see p. 572) to be more common among DES daughters. However, DES daughters who do have dysplasia may want to approach treatment recommendations with caution.*

*Squamous cell carcinoma*, usually of the cervix, is a slow-growing cancer that is sometimes preceded by dysplasia. Research is needed to ascertain whether DES daughters will be at a higher risk for this cancer in later years.

*Pregnancy problems* are more common in DES daughters, partially due to abnormalities in the uterus and/or cervix. They may have trouble conceiving or carrying a first pregnancy to term due to miscarriage, premature delivery or tubal pregnancy (pregnancy in the fallopian tube instead of in the uterus). Early in pregnancy, watching for signs of a tubal pregnancy may help prevent serious problems. Later on, a pregnant DES daughter should receive high-risk obstetrical care.



a normal uterus

*When I got pregnant, I found out that the doctor who was doing my DES exams didn't know anything about pregnancy problems for DES daughters. So I brought him seven articles that DES Action gave me. We both read them and, as a result, he checked my cervix at every prenatal visit. It took fifteen seconds and took away tons of anxiety.*



a T-shaped uterus

Other problems, such as endometriosis, menstrual irregularities and PID, have been reported by many DES daughters. There is as yet no research on whether these problems are more significant among DES-exposed women.

*Contraception* for DES daughters poses some special considerations. Birth control pills may be inadvisable due to the possible effects of further estrogen exposure on someone who is already at increased risk of a hormone-related cancer.[3] IUDs for DES daughters are questionable because of the

*A T-shaped uterus is one of the abnormal changes often found in DES daughters. The uterus may also be smaller than normal. The unusual size and shape may contribute to pregnancy problems for DES daughters, most notably preterm labor.*

---

*One study of a small number of DES daughters found that cryosurgery (a common treatment of freezing the affected tissue) resulted in sometimes serious aftereffects in these women.

# Appendix 14, Exhibit E

# Clinical Gynecologic Endocrinology and Infertility

Sixth Edition

Leon Speroff
Robert H. Glass
Nathan G. Kase

Illustration and Page Design
by Lisa Million



LIPPINCOTT WILLIAMS & WILKINS
A Wolters Kluwer Company

## Classification of Müllerian Anomalies[a]



Bicornuate — Complete / Partial



Septate — Complete / Partial



Arcuate



DES related

Appendix 14, Exhibit F

192

# TEXT AND ATLAS OF
# Female Infertility Surgery

Robert B. Hunt, M.D.
Clinical Instructor
Department of Obstetrics and Gynecology
Harvard Medical School
Senior Obstetrician and Gynecologist
Department of Obstetrics and Gynecology
Beth Israel Hospital
Boston, Massachusetts

Third Edition

With 827 illustrations, including 81 color plates

## Mosby

St. Louis  Baltimore  Boston  Carlsbad  Chicago  Minneapolis  New York  Philadelphia  Portland
London  Milan  Sydney  Tokyo  Toronto



Figure 6-20
Sequential films. A, Unequal-size horns of septate uterus form an almost 45-degree angle with each other. Note the common cervix. B, After hysteroscopic metroplasty, fundal defect is much smaller, indicating an excellent surgical result.

Figure 19-3, C and Plate 4). Division may be partial or complete; the external uterine surface reflects the character of this division. Hysteroscopy of HSG cannot distinguish bicornuate uterus from septate uterus because the crucial diagnostic point lies in the contour of the serosal uterine surface. Laparoscopy, TVS, and MRI allow a more precise diagnosis.

### Septate uterus

This anomaly is either completely or partially divided by a longitudinal, intrauterine central septum (Figure 6-20; see also Figure 19-3, D and Plate 5). Length and width of septum have different shadows on HSG. If complete, two separate, usually symmetric, cavities are formed. A cannula inserted beyond the internal os can prevent adequate observation of one horn. Fundal submucous myoma can appear identical to either bicornuate or septate uterus on HSG.

### Arcuate uterus

This minor malformation consists of concave contour of uterine fundus, with depth of depression less than 1.5 cm (see Figure 19-3, E). The endometrial cavity has symmetric horns. Hysterographic appearances can be verified by hysteroscopy.

### Diethylstilbestrol-related

Appearance of contour of the endometrial cavity in women exposed to diethylstilbestrol (DES) can be dramatic (Figures 6-21 and 6-22). Radiologic observations can be explained by structural alterations within hypertrophied myometrium that resemble submucous myomas. Bulbous extensions often arise from the upper end of the endometrial cavity. Cervical



Figure 6-21
Diethylstilbestrol exposed uterus with its bulbous horns (cornua) and irregularities along lateral borders of endometrial cavity.

abnormalities, described as hypoplastic, hood, cockscomb, collars, and pseudopolyps, have been found in many of these women, almost 90% of whom have hysterographic abnormalities. One report described "withered" tubes, consisting of foreshortened, sacculated tubes with pinpoint fimbrial ostia.[24]

Compared with MRI and TVS in detecting DES abnormalities, investigators concluded that HSG is the procedure of choice.[25]

Hysteroscopy is a major diagnostic procedure used to evaluate and treat uterine abnormalities. Development of new media for uterine distention and application of fiberoptics allow high-intensity light to be delivered safely through the hysteroscope and broaden indications for the procedure.[7,8] Present diagnostic applications include evaluation of women with abnormal uterine bleeding and assessment of uterine irregularities to determine presence of organic pathology such as endometrial polyps, submucous myomata, and uterine synechiae. The procedure also may be done in patients with repeated abortion and, in particular, to determine the presence and severity of congenital uterine anomalies.[9]

The technique requires skill in manipulating instruments such as uterine biopsy forceps, scissors, and coagulation instruments. Repeat hysteroscopic observations may be performed after lysis of uterine synechiae to determine if scarring has resolved. At the same time, further lysis may be performed if necessary (see Chapter 9).

Although the findings may not always be confirmed by hysteroscopy, HSG is considered by many to be the definitive screening procedure. An attempt to localize the lesion hysteroscopically should be considered when a uterine defect is noted or suspected on HSG.[4,10] When numerous lesions are present, as with uterine synechiae or endometrial polyps, their relationship can be studied more readily with a combination of HSG and diagnostic or operative hysteroscopy.

## INSTRUMENTATION

The basic instrument set for uterine surgery is the same as that for exploratory laparotomy. In general, when performing myomectomy, atraumatic forceps are necessary to grasp uterine musculature while promoting hemostasis. A microsurgical instrument set should be available for more delicate reconstructive procedures, such as careful approximation of uterine serosa and resection of endometriosis. Fine, less reactive, absorbable sutures should be used to approximate serosa and myometrium.

## CONGENITAL UTERINE ANOMALIES

Congenital uterine anomalies are usually a result of failure of lateral fusion or lack of absorption of a vertical uterine septum (Figures 19-2 and 19-3). Nonobstructive anomalies are most often noted during diagnostic evaluation for re-

### THE AMERICAN FERTILITY SOCIETY CLASSIFICATION OF MULLERIAN ANOMALIES

Patient's Name _____ Date _____ Chart# _____
Age _____ G _____ P _____ Sp Ab _____ VTP _____ Ectopic _____ Infertile Yes _____ No _____
Other Significant History (e.g., surgery, infection) _____

HSG _____ Sonography _____ Photography _____ Laparoscopy _____ Laparotomy _____

EXAMPLES

| I. Hypoplasia/Agenesis | II. Unicornuate | III. Didelphus |
| a. Vaginal  b. Cervical | a. Communicating  b. Noncommunicating | |
| c. Fundal  d. Tubal  e. Combined | c. No cavity  d. No horns | IV. Bicornuate  a. Complete  b. Partial |
| V. Septate  a. Complete  b. Partial | VI. Arcuate | VII. DES Drug Related |

*Uterus may be normal or take a variety of abnormal forms.

Figure 19-2
Society for Reproductive Medicine classification of mullerian anomalies. From The American Fertility Society classifications of adnexal adhesions, distal tubal occlusion, tubal occlusion secondary to tubal ligation, tubal pregnancies, mullerian anomalies, and intrauterine adhesions.[11]

# Appendix 14, Exhibit G

# CLINICAL SYMPOSIA

CIBA

Volume 37  Number 1  1985    Reprint

Current Perspectives in Gynecology

Richard L. Berman, MD



JOHN A. CRAIG—MD
©CIBA

# CLINICAL SYMPOSIA

## CIBA

VOLUME 37  NUMBER 1  1985

### Current Perspectives in Gynecology

Richard L. Berman, MD
Illustrated by John A. Craig, MD
Edited by Kristine J. Bean

Diagnostic Techniques ........................... 2
  Colposcopy .................................... 2
  Pelvic Ultrasonography ........................ 2
  Laparoscopy ................................... 4
  Radioimmunoassay .............................. 4
Advances in Reproductive Neuroendocrinology ..... 8
  Gonadotropin-Releasing Hormone ................ 8
  Prolactin .................................... 10
Management of Common Gynecologic
Problems ....................................... 14
  Cervical Intraepithelial Neoplasia ........... 14
  Diethylstilbestrol Syndrome .................. 17
  Ectopic Pregnancy ............................ 21
  Uterine and Pelvic Masses .................... 25
  Inadequate Pelvic Examination ................ 26
  Localization of Intrauterine Contraceptive
  Device ....................................... 27
  Premenstrual Syndrome ........................ 27
  Menopausal Syndrome and Postmenopausal
  Period ....................................... 29

Milton N. Donin, PhD, Editorial Director
Mary E. McKinsey, Editorial Consultant

CLINICAL SYMPOSIA is published for the medical profession by the Pharmaceuticals Division, CIBA-GEIGY Corporation, Summit, New Jersey 07901. Address all correspondence to Medical Education, CIBA-GEIGY Corporation, 14 Henderson Drive, West Caldwell, New Jersey 07006.

©COPYRIGHT 1985 PHARMACEUTICALS DIVISION, CIBA-GEIGY CORPORATION. ALL RIGHTS RESERVED.
PRINTED IN U.S.A.

Plate 12

## Diethylstilbestrol (DES) Syndrome



DES ingestion in first trimester results in cervical and vaginal abnormalities in female offspring

Tubal constriction
T-shaped uterus
Narrow cervical canal
Vaginal adenosis
Transverse vaginal bands
Clear cell adenocarcinoma

Clinical features

Hysterosalpingogram showing T-shaped uterus

JOHN A. CRAIG — AD
© CIBA



Pseudopolyp
Cervical hood
Gland openings in fornix
Transformation zone

Colposcopic view of cervical hood with "coxcomb" appearance

Colposcopic view of atypical transformation zone and vaginal and cervical adenosis