# Appendix 15

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| CATHERINE COOK, <br><br> Plaintiff, <br> v. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | CIVIL ACTION No. 05-0003406-B <br><br> NEXT EVENT: Mediation, January 16, 2007, 11:00 a.m. <br><br> Judge Judith Retchin |

### ORDER

UPON CONSIDERATION of Defendant's Motion for Summary Judgment and Plaintiff's Opposition thereto, and for good cause shown, it is this 23 day of Dec., 2006,

ORDERED, that Defendant's Motion be, and hereby, is DENIED.*

The Honorable Judith Retchin
Superior Court Judge

*"There is a factual dispute as to whether plaintiff was exposed to DES in utero. Plaintiff's mother's description of what she was prescribed (and took), plaintiff's statement to her doctor and plaintiff's medical condition (even through "non-pathognomic") are enough to create a factual dispute and would be deemed to be admissible non-hearsay evidence."

Mailed from Chambers
12/27/06   18

docketed
12/27/06

