Appendix 20

12  National Vital Statistics Reports, Vol. 55, No. 11, December 28, 2006

### Table 3. Birth rates by age of mother, live-birth order, and race and Hispanic origin of mother: United States, preliminary 2005

[Data are based on a continuous file of records received from the states. Rates per 1,000 women in specified age and race or Hispanic origin group]

| Live-birth order and race and Hispanic origin of mother | 15–44 years[1] | Age of mother | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 10–14 years | 15–19 years | 20–24 years | 25–29 years | 30–34 years | 35–39 years | 40–44 years | 45–49 years[2] |
| All races | 66.7 | 0.7 | 40.4 | 102.2 | 115.6 | 95.9 | 46.3 | 9.1 | 0.6 |
| 1st child | 26.5 | 0.6 | 32.5 | 48.6 | 41.3 | 27.3 | 10.7 | 2.0 | 0.1 |
| 2d child | 21.5 | 0.0 | 6.8 | 34.5 | 39.0 | 34.1 | 15.4 | 2.6 | 0.1 |
| 3d child | 11.3 | * | 1.1 | 13.9 | 22.0 | 20.1 | 10.7 | 1.9 | 0.1 |
| 4th child and over | 7.4 | * | 0.1 | 5.1 | 13.3 | 14.4 | 9.6 | 2.6 | 0.2 |
| White total[3] | 66.4 | 0.5 | 37.0 | 99.3 | 118.4 | 99.5 | 47.3 | 9.0 | 0.6 |
| 1st child | 26.3 | 0.5 | 30.0 | 48.3 | 43.0 | 28.1 | 10.9 | 2.0 | 0.1 |
| 2d child | 21.7 | 0.0 | 6.0 | 34.0 | 40.8 | 35.8 | 15.6 | 2.5 | 0.1 |
| 3d child | 11.4 | * | 0.9 | 12.9 | 22.5 | 21.4 | 11.2 | 1.9 | 0.1 |
| 4th child and over | 7.0 | * | 0.1 | 4.1 | 12.1 | 14.2 | 9.6 | 2.5 | 0.2 |
| Non-Hispanic white | 58.4 | 0.2 | 26.0 | 81.5 | 109.3 | 97.2 | 45.7 | 8.3 | 0.5 |
| 1st child | 24.1 | 0.2 | 21.7 | 42.2 | 44.4 | 30.3 | 11.5 | 2.0 | 0.1 |
| 2d child | 19.6 | * | 3.7 | 27.0 | 37.6 | 36.8 | 16.1 | 2.5 | 0.2 |
| 3d child | 9.4 | * | 0.5 | 9.6 | 18.2 | 19.0 | 10.4 | 1.7 | 0.1 |
| 4th child and over | 5.3 | * | 0.1 | 2.8 | 9.1 | 11.1 | 7.7 | 2.0 | 0.2 |
| Black total[3] | 68.9 | 1.7 | 61.9 | 129.8 | 105.8 | 70.4 | 35.3 | 8.4 | 0.5 |
| 1st child | 26.5 | 1.6 | 48.3 | 54.8 | 27.0 | 15.2 | 6.7 | 1.5 | 0.1 |
| 2d child | 19.9 | 0.0 | 11.1 | 42.9 | 33.1 | 21.1 | 10.0 | 2.0 | 0.1 |
| 3d child | 12.1 | * | 2.1 | 21.3 | 23.9 | 16.3 | 8.4 | 1.8 | 0.1 |
| 4th child and over | 10.4 | * | 0.4 | 10.9 | 21.8 | 17.7 | 10.2 | 3.1 | 0.2 |
| Non-Hispanic black | 67.2 | 1.7 | 60.9 | 126.7 | 103.0 | 68.5 | 34.3 | 8.2 | 0.5 |
| 1st child | 25.8 | 1.6 | 47.4 | 52.9 | 26.0 | 14.9 | 6.6 | 1.5 | 0.1 |
| 2d child | 19.3 | 0.0 | 11.0 | 41.8 | 31.8 | 20.4 | 9.7 | 1.9 | 0.1 |
| 3d child | 11.8 | * | 2.1 | 21.1 | 23.4 | 15.7 | 8.0 | 1.8 | 0.1 |
| 4th child and over | 10.3 | * | 0.4 | 10.9 | 21.8 | 17.5 | 10.1 | 3.0 | 0.2 |
| American Indian or Alaska Native total[3,4] | 59.9 | 1.0 | 52.7 | 109.0 | 94.0 | 59.9 | 26.9 | 6.0 | 0.3 |
| 1st child | 21.0 | 0.9 | 41.4 | 41.8 | 18.5 | 8.6 | 3.1 | 0.6 | * |
| 2d child | 16.2 | * | 9.6 | 37.6 | 26.1 | 14.3 | 5.4 | 0.8 | * |
| 3d child | 10.9 | * | 1.4 | 20.1 | 24.3 | 13.7 | 5.4 | 1.1 | * |
| 4th child and over | 11.8 | * | 0.2 | 9.6 | 25.1 | 23.3 | 12.9 | 3.5 | 0.2 |
| Asian or Pacific Islander total[3] | 66.6 | 0.2 | 16.9 | 61.0 | 108.0 | 115.1 | 61.9 | 13.9 | 1.0 |
| 1st child | 30.6 | 0.2 | 13.8 | 36.3 | 58.8 | 46.8 | 18.3 | 3.6 | 0.3 |
| 2d child | 23.4 | * | 2.6 | 17.0 | 32.9 | 46.4 | 25.8 | 5.0 | 0.3 |
| 3d child | 8.3 | * | 0.4 | 5.5 | 10.7 | 14.7 | 11.4 | 2.9 | 0.2 |
| 4th child and over | 4.3 | * | 0.1 | 2.3 | 5.5 | 7.2 | 6.4 | 2.3 | 0.2 |
| Hispanic[5] | 99.1 | 1.3 | 81.5 | 169.6 | 148.8 | 106.5 | 54.0 | 12.9 | 0.8 |
| 1st child | 35.3 | 1.3 | 63.4 | 72.9 | 38.0 | 20.0 | 8.2 | 1.8 | 0.1 |
| 2d child | 30.4 | 0.0 | 15.3 | 61.3 | 51.5 | 31.5 | 13.4 | 2.7 | 0.1 |
| 3d child | 19.5 | * | 2.4 | 25.9 | 36.9 | 29.7 | 14.6 | 2.9 | 0.1 |
| 4th child and over | 13.9 | * | 0.3 | 9.5 | 22.4 | 25.4 | 17.8 | 5.5 | 0.4 |

0.0 Quantity more than zero but less than 0.05.
* Figure does not meet standards of reliability or precision; based on fewer than 20 births in the numerator.
[1] Fertility rates are total births per 1,000 women aged 15–44 years.
[2] Birth rates computed by relating births to women aged 45–54 years to women aged 45–49 years.
[3] Race and Hispanic origin are reported separately on birth certificates. Race categories are consistent with the 1977 Office of Management and Budget (OMB) standards. Nineteen states reported multiple-race data for all or part of 2005. The multiple-race data for these states were bridged to the single-race categories of the OMB standards for comparability with other states; see "Technical Notes." Data for persons of Hispanic origin are included in the data for each race group according to the mother's reported race; see "Technical Notes."
[4] Includes births to Aleuts and Eskimos.
[5] Includes all persons of Hispanic origin of any race; see "Technical Notes."

NOTE: For information on the relative standard errors of the data and further discussion, see "Technical Notes."