IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE ANN DEEP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:06-cv-00111 (RWR) |
| vs. ) | Next Event: |
| ) | |
| ELI LILLY AND COMPANY, ) | |
| ) | |
| Defendant. ) | |

**(PROPOSED) ORDER**

**UPON CONSIDERATION** of Defendant Eli Lilly and Company's Motion for Summary Judgment, and Plaintiff's Opposition thereto, and for good cause shown, it is this ___ day of _____, 2007,

**ORDERED** that Defendant's motion be, and hereby is, DENIED.

_____
The Honorable Richard W. Roberts
United States District Judge