IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE ANN DEEP, <br><br> Plaintiff, <br><br> vs. <br><br> ELI LILLY AND COMPANY. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION No. 1:06-cv-00111-RWR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CONSENT NOTICE EXTENDING TIME FOR LILLY'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

COME NOW the parties, by and through counsel, and consent to the following extensions of time for Lilly's Reply in Support of Its Motion for Summary Judgment:

| | Current Deadline | Consent Extension Deadline |
|---|---|---|
| Lilly's Reply in Support of Its Motion for Summary Judgment | 5/7/07 | 5/21/07 |

Respectfully Submitted,

AARON M. LEVINE & ASSOCIATES          SHOOK, HARDY & BACON, L.L.P.

 /s/ Aaron M. Levine (by permission-el)      /s/ Emily J. Laird
AARON M. LEVINE, D.C. Bar No. 7864       Emily J. Laird, D.C. Bar No. 485890
1320 19th Street, N.W., Suite 500              600 14th Street, N.W., Suite 800
Washington, D.C. 20036                            Washington, D.C. 20005-2004
(202) 833-8040 Telephone                         (202) 783-8400 Telephone
(202) 833-8046 Facsimile                          (202) 783-4211 Facsimile

ATTORNEYS FOR PLAINTIFF                 ATTORNEYS FOR DEFENDANT
                                                                 ELI LILLY AND COMPANY

Dated: May 1, 2007

139211v1

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 1st day of May, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

      /s/ Emily J. Laird
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**