# EXHIBIT A

**Page 1**

```
IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLUMBIA

------------x
CATHERINE ANN DEEP,         :
    Plaintiff,              :
    vs.                     : Civil Action
ELI LILLY AND COMPANY,      : No. 1:06-CV-0011
    Defendant.              :
------------x


        Deposition of MARY CATHERINE MCGREGOR
              Washington, D.C.
            Tuesday, October 17, 2006
                 10:08 a.m.




Job No.: 1-87407
Pages: 1 - 93
Reported by: Sarah M. Bickel
```

**Page 2**

```
    Deposition of MARY CATHERINE MCGREGOR,
held at the offices of:
    AARON M. LEVINE & ASSOCIATES
    1320 19th Street, N.W.
    Suite 500
    Washington, D.C. 20036
    (202) 833-8040





    Pursuant to agreement, before Sarah M.
Bickel, Court Reporter and Notary Public in and for
the District of Columbia.
```

**Page 3**

```
            APPEARANCES

ON BEHALF OF THE PLAINTIFF:
    BRANDON J. LEVINE, ESQ.
    Aaron M. Levine & Associates
    1320 19th Street, N.W.
    Suite 500
    Washington, D.C. 20036
    (202) 833-8040


ON BEHALF OF THE DEFENDANT:
    EMILY J. LAIRD, ESQ.
    Shook, Hardy & Bacon, LLP
    600 14th Street, N.W.
    Suite 800
    Washington, D.C. 20005
    (202) 783-8400


ALSO PRESENT: Catherine Ann Deep
```

**Page 4**

```
                CONTENTS
EXAMINATION OF MARY CATHERINE MCGREGOR      PAGE
    By Ms. Laird              5
    By Mr. Levine            85




                EXHIBITS
        (Attached to the Transcript)
MCGREGOR DEPOSITION EXHIBIT              PAGE
No. 1                   5
No. 2                  10
```

**Page 37**

1  the prescription?
2     A  Because of it being my last name and I had
3  that in my mind for some reason I was only 17 when I
4  got pregnant with Cathy or 18 almost when I had her.
5  Just something you remember, I guess.
6     Q  So you remember reading your name --
7     A  On the bottle.
8     Q  Do you remember reading the name of the
9  type of medicine that you were taking?
10    A  Diester (phonetic) --
11       MR. LEVINE:  Do the best you can.
12       THE WITNESS:  Diesterstibestrol
13  (phonetic).
14       BY MS. LAIRD:
15    Q  And you remember reading that on the
16  bottle?
17    A  I remember reading it.
18    Q  Do you remember reading the name of the
19  drug company that made the medication on the bottle?
20    A  No, that I don't remember, to be honest
21  with you.
22    Q  What did your doctor tell you about this

**Page 38**

1  medication when he gave it to you?
2     A  He told me just to take three pills a day
3  and to rest with it and that should help with my
4  spotting.
5     Q  How long throughout your pregnancy did you
6  take this medication?
7     A  I took it throughout my whole pregnancy
8  with that.
9     Q  Did you find that the medication helped
10  you stop -- let me take that back.  Did you stop
11  spotting at some point?
12    A  It was about the fifth month, fifth or
13  sixth month I stopped but he told me to continue
14  taking it.
15    Q  So after this first visit with your
16  doctor, did you have any other problems with your
17  pregnancy other than the continued spotting?
18    A  No.
19    Q  Did your doctor prescribe you any other
20  medication?
21    A  No.
22    Q  Any vitamins?

**Page 39**

1     A  No.
2     Q  Do you remember the dosage of the
3  medication that your doctor prescribed?
4     A  Three pills a day.
5     Q  Do you remember, for instance, like how
6  many milligrams or grams or anything like that were
7  in the pills?
8     A  25 milligrams.
9     Q  How do you remember that?
10    A  I just remember.  From the bottle it said
11  that.
12    Q  You said you had three pills a day.  Would
13  you take that at the same time or one in the morning
14  or how did that work?
15    A  I took one in the morning, one in the
16  afternoon, and one at night.
17    Q  So your doctor did not say the name of the
18  medication when he was giving it to you?
19    A  You know, he might have said it but at
20  that time I was so sick and didn't feel very well.
21  don't remember him saying it.
22    Q  Did your doctor show you any

**Page 40**

1  advertisements about the medication that he gave you
2  or anything like that?
3     A  No.
4     Q  Can you tell me what the size was of the
5  medication that you remember taking?
6     A  It was maybe like an Asprin or a little
7  bit bigger than an Asprin.
8     Q  What about the shape?
9     A  It was round.
10    Q  And the color?
11    A  It was white.
12    Q  Were there any markings on it that you can
13  recall?
14    A  There was an X on it because he said that
15  maybe if I wanted to take a half in the morning and a
16  half later on and then the others during the day, I
17  could do that.
18    Q  Why did he say you might need to break it
19  into halves?
20    A  Sometimes they might make me a little
21  nauseated, more than what I was, and it didn't do
22  that so I just took one throughout the day.

45

1  insurance was free at that time.
2      Q  Do you remember the name of your insurance
3  company?
4      A  It was through sheet metals local 102.
5      Q  Was there ever a time that the number of
6  times per day you took this medication ever
7  increased?
8      A  Say that again.
9      Q  This might be an easier way to say it.
10  Did you always take three pills a day throughout your
11  pregnancy?
12      A  Yes.
13      Q  So there was never a time that you had to
14  then take four and then take five or anything like
15  that?
16         MR. LEVINE:  No, she says she only took
17  three pills a day.
18         THE WITNESS:  No.
19         BY MS. LAIRD:
20      Q  Did you ever have to get another
21  prescription for this medication?
22      A  Yes.

46

1      Q  So how did that come about, did you just
2  go back to your doctor's office?
3      A  Yes.
4      Q  And did he hand you another prescription?
5      A  Yes.
6      Q  Did he ever say the name -- did he ever
7  tell you any additional information about this
8  medication when he gave it to you another time?
9      A  No.
10      Q  How many times did you have to go back and
11  get other prescriptions for this medication?
12      A  Probably twice a month.
13      Q  How long did your initial prescription
14  last, to your recollection?
15      A  Well, if I took three pills a day --
16         MR. LEVINE:  Just if you know.  You don't
17  have to know.
18         THE WITNESS:  I really don't remember
19  honestly.
20         BY MS. LAIRD:
21      Q  Who picked up the medication in your
22  family?

47

1      A  I did.
2      Q  Do you remember the pharmacy -- the name
3  of the pharmacy where you filled this prescription?
4      A  Yes.
5      Q  What was that?
6      A  Drug Fair.
7      Q  Where was that located?
8      A  Langley Park.
9      Q  What street, if you can recall?
10      A  It was New Hampshire and University
11  Boulevard.
12      Q  Is there still a pharmacy in that
13  location?
14      A  No, it's been -- I don't know because I
15  have not been to that location in a long time.
16      Q  Do you remember the name of the pharmacist
17  who filled your prescription?
18      A  No.
19      Q  Do you remember if it was the same
20  pharmacist every time?
21      A  No.
22      Q  Did you ever talk to your pharmacist about

48

1  the medication while you were picking it up?
2      A  No.
3      Q  Was that the same pharmacy that you went
4  to with your final pregnancy with plaintiff's young
5  sister?
6      A  Yes.
7      Q  Have you ever visited Drug Fair or any of
8  the pharmacists that worked there and talked with
9  them about this case?
10      A  No.
11      Q  And every time you filled your
12  prescription, was the medicine -- did it look the
13  same?
14      A  Yes.
15      Q  So it was the same medicine throughout
16  your pregnancy?
17      A  Yes.
18      Q  And what about the label, was that the
19  same throughout your pregnancy?
20      A  Yes.
21      Q  Why did your doctor tell you to continue
22  on the medication even though you had stopped

```
                                                    69
1    A  No.
2    Q  So you don't personally remember seeing
3  anything on your bottle that said Eli Lilly and
4  company, do you?
5    A  I'm trying to think, okay.
6    Q  It's okay.
7    A  On the bottom of the bottle there was a
8  drug's name and I believe it was Lilly, Eli Lilly.
9    Q  Did you just remember that?
10   A  No, I remembered it before but I didn't
11 think it was that important.
12   Q  Do you know any other friends who took
13 DES, of your friends?
14   A  No, I don't personally know anybody.
15   Q  Do you know someone else who knows
16 somebody?
17   A  No.  My sister-in-law did, yes.  I talked
18 to her after I talked to Cathy about this and about
19 everything with it and she said she knew somebody who
20 had taken -- some of her friends had taken it, yes.
21   Q  Have you ever gone with your daughter to
22 any of her gynecological visits at all?
```

```
                                                    70
1    A  No.
2    Q  Any fertility treatments or anything?
3    A  No.
4    Q  Have you seen any television programs or
5  radio programs about DES?
6    A  No.
7    Q  And you did not take DES during any of
8  your other pregnancies?
9    A  No.
10   Q  Let's talk a little bit about Catherine's
11 health.
12   A  Okay.
13   Q  Did she have any health problems as a
14 child?
15   A  She had trouble with her urethra when she
16 was small.
17   Q  What did you do about that?
18   A  She went to her pediatrician and they put
19 her in the hospital and stretched it.  They did that
20 twice.
21   Q  So was she having difficulties urinating
22 and that sort of thing?
```

```
                                                    71
1    A  Yes.  And it hurt her to urinate and she
2  was very uncomfortable and crying when it happened
3  and it smelled very bad like an infection.
4    Q  How old was she approximately?
5    A  Three.
6    Q  So you said they stretched it twice.
7  About how far apart were the two treatments?
8    A  Six months maybe.
9    Q  Did she have any troubles with that after
10 that?
11   A  No.
12   Q  Did she have any other health problems as
13 a child?
14   A  No.
15   Q  Was she ever hospitalized as a child?
16   A  Just that -- she was in the hospital for a
17 week with that because they didn't know exactly what
18 was wrong with her at first.
19   Q  Did they give her medicine to keep taking
20 as a result of that?
21   A  No.
22   Q  Did they tell you any reasons why she
```

```
                                                    72
1  might have had that trouble?
2    A  No.
3    Q  So moving on to when Catherine was a
4  teenager and still living at home, approximately what
5  age was she when she moved out of your house?
6    A  You really want to know?
7    Q  Sure.
8    A  Six years ago.
9        MR. LEVINE:  We'll destroy the deposition
10 so no one knows.  So her kids don't hear about that
11 --
12       BY MS. LAIRD:
13   Q  So let's break that down to her teenage
14 years.  Did she have any major health problems during
15 that time?
16   A  Just with her period.  They were very
17 heavy and she was very sick.
18   Q  Did you take her to go see a gynecologist
19 or anything as a result of her period?
20   A  No, I didn't take her to a gynecologist.
21 She went to a regular doctor and they don't give you
22 anything but premarin.  Back then they just didn't do
```