# EXHIBIT B

# Gynecology Flow Record

PATIENT IDENTIFICATION
PATIENT'S NAME Catherine A. Deep

| | | |
|---|---|---|
| DATE | 9/28/04 | 12/15/04 |
| 1. Age/Para/Grav/M.S. | 43 yo G0P0 | 43 yo G0P0 |
| 2. LMP (Freq/Dur/Amt) | 9/23/04 | 11/18/04 |
| 3. Contraceptive/hormones | Orthonovum 1/35 | Orthonovum 1/35 |
| 4. Medications | ∅ | ∅ |
| 5. Reason for Visit | Annual & pap | Consult |
| 6. Interval history | Requests Rx Ambien, uses rarely. Requests Dexa scan. Sister dx + mom dx osteoporosis | Osteopenia & Osteoporosis Results. Pt in to discuss options |
| 7. Weight: Blood Pressure | 136.6    114/70 | 130 – 110/70 |
| 8. Breasts | normal | Dexa Scan |
| 9. Heart and lungs | NSR clear | Lumbar spine |
| 10. Abdomen | soft | T –2.4 osteopenia |
| 11. | | |
| 12. | | T –3.17 |
| 13. Ext. gen./vagina | | hip |
| 14. Cervix | closed | diamond osteopen. |
| 15. Uterus | NSx mobile | |
| 16. Adnexa (L/R) | neg | wt bearing exercise |
| 17. Anorectal/cul-de-sac | | |
| 18. Urine | | |
| 19. Pap | | Citracal + |
| 20. B.S.E. Instr. & info. given | | |
| 21. Wet mount | | Try actonel 35 wk |
| Assessment and Plans/Rx | #1 Annual gyn exam #2 Family of osteoporosis #3 Vol. contraception 1) Rx cont'd 2) Mammogram 3) DEXA 4) CBC, CMP, lipids, TSH, UA, RPR 5) Rx O/N 1/35  6) Rx 6mo 7) Rf 6mo. RTN | and toramax 70 s wk for same. call back with preference & will call Rx |
| | See Additional Progress Notes | See Additional Progress Notes |
| Next Appointment | /  /  Sig: | /  /  Sig: |

pltf 30

# Gynecology Flow Record

**PATIENT IDENTIFICATION**
PATIENT'S NAME: Catherine Deep

| | DATE | 3/10/05 | 6/8/05 |
|---|---|---|---|
| 1. | Age/Para/Grav/M.S. | 43yo  G0P0 | 43yo  G0P0 |
| 2. | LMP (Freq/Dur/Amt) | 3/10/05 | 5/5/05 |
| 3. | Contraceptive/hormones | O/N 1/35 | D/C'd BCPs 5/2/05 |
| 4. | Medications | fosomax | |
| 5. | Reason for Visit | 6mo BCP√ | Pre-Conceptual Counseling |
| 6. | Interval history | no c/o doing 1 mile walk/jog and kick boxing. on fosamax also. | |
| 7. | Weight: Blood Pressure | 132.8 lb.   BP 110/64 gmia | 135   116/80 |
| 8. | Breasts | | |
| 9. | Heart and lungs | throat - congested. | falle. |
| 10. | Abdomen | | |
| 11. | | | |
| 12. | | | Infertility dx'd |
| 13. | Ext. gen./vagina | | 43yr old. |
| 14. | Cervix | Shalls | |
| 15. | Uterus | AVNS | refer to SGM. |
| 16. | Adnexa (L/R) | ny | |
| 17. | Anorectal/cul-de-sac | | |
| 18. | Urine | | |
| 19. | Pap | | |
| 20. | B.S.E. Instr. & info. given | | |
| 21. | Wet mount | ∆ gyn exam  breasts o/p check | ∆ Infert Dysomenor |

**Assessment and Plans/Rx**

Notes from Hx and PE

Pt
. Ref · 1yr. 6mo
O/N 1· 1/35  6mos
ok

Pe · FSH · E₂ · TSH
on 3rd day of M-C-
ok

pltf 31

See Additional Progress Notes          See Additional Progress Notes

Next Appointment   /  /  Sig:          /  /  Sig:

Progress Notes        Name: DEEP, Catherine

07/08/2017 21:53 FAX
Gopalani

9/13

TIME 4:52 AM  DATE 9/11/04  PHONE 3/580-6234
NAME Deep, Cathy    PARENT DOB 6/2/62
ADDRESS _____    CHARGE (IF ANY) $ ____
HISTORY Gyn
UTI
                                      MFR+
WORKING DIAGNOSIS ____
TREATMENT macrobid 100mg BID x 7 day
pyridium 200mg TID x 3 day
REMARKS (PHARMACY CALLED) 528-0133

---

WHILE YOU WERE OUT
Dr. Gopalan                    DATE 10/19/04
FROM Cathy Deep                W 301 279 5115
OF Pharm #301 528 0133         H 301 528 0168
MESSAGE - requesting an auth for RF for
Ambien, Rx expired.
10mg       OK #30 7B pts Rx
Called in Phil/w
SIGNED Limia
URGENT ☐  RETURNED CALL ☐  CALL BACK ☐  WILL CALL AGAIN ☐  PHONED ☐  WANTS TO SEE YOU ☐  WAS IN ☐
AMPAD NO. 23-776  400 SETS    RECYCLED PAPER

---

3/10/05 pt had appt. for 6mo BCP ✓ neg. 1mo Rx called to
301 528 0133 ✓ O/N 1135 (28) 0 RF per Dr Gopal-Ima
5/5/05 PC from pt - considering a pregnancy, wanted to know whether
to attempt conception now (took last OCP Mon 5/2), what to do
re conceiving. Disc monitoring menstrual cycles, PNV, make
appt to disc prenatal testing options, screening         -VS

pltf 44