# EXHIBIT D

121306cc.txt

1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF COLUMBIA
 3   - - - - - - - - - - - - - - - - +
 4   CATHERINE ANN DEEP,              |
 5            Plaintiffs,             | Civil Action No.
                                      | 1:06-CV-00111
 6       vs.                          |
 7   ELI LILLY AND COMPANY,           |
 8            Defendant.              |
 9   - - - - - - - - - - - - - - - - +
10         IN THE SUPERIOR COURT OF THE
           DISTRICT OF COLUMBIA CIVIL DIVISION
11   - - - - - - - - - - - - - - - - +
12   SHEILA GILBERT,                  |
13            Plaintiff               | Civil Action No.
                                      | 05-0009623
14       vs.                          |
15   ELI LILLY AND COMPANY,           |
16            Defendant               |
17   - - - - - - - - - - - - - - - - +
18
19           Deposition of Robert J. Stillman, M.D.
20                    Washington, D.C.
21              Wednesday, December 13th, 2006
22                       1:00 p.m.
```

2

```
 1   Job No. 1-90709
 2   Pages 1 - 112
 3   Reported by: Laurie Bangart-Smith
 4
```

Page 1

45

1   you agree that what has been reported to occur in HSG
2   in DES-exposed women has been reported in the
3   literature, at least anecdotally, in women not exposed
4   to DES?
5       MR. LEVINE: No, you showed pictures that
6   may have looked something like it but nothing that was
7   denoted as a T.
8   BY MR. HEGARTY:
9   Q   You can answer.
10  A   I've heard that.
11  Q   To the extent that you would look at that
12  and conclude that it has the effect of exposure to
13  DES, is it a fair statement that that would be
14  referring to a synthetic estrogen generally rather
15  than the synthetic estrogen diethylstibestrol?
16  A   Correct.
17      MR. LEVINE: Don't you see the little D's?
18      THE WITNESS: Really.
19  BY MR. HEGARTY:
20  Q   Dr. Stillman, have you ever done any study
21  where you looked at HSGs without knowing any history
22  of the patient and then determined, based on the HSG,

46

1   whether the patient was DES-exposed and then took
2   whatever evidence there was available to see if you
3   were accurate?
4   A   I mean anecdotally we do that all the time,
5   but a study as such, no.
6   Q   Are you aware of anyone who has ever done
7   that type of study?
8   A   I think somebody from Kaufmann's group did
9   that, and I don't remember whether I've heard it at
10  conference, you know, in a discussion, in a slide
11  discussion, or whether it was actually a published
12  paper.
13  Q   Okay. Can you cite anything here today?
14  A   Not a published paper, but that's been done,
15  but again I don't recall the reference in which I've
16  heard it. In the DES days, when the literature was
17  more active and groups of us would meet and discuss
18  outcomes and pregnancy problems and so on, there was a
19  lot of in-clinic studies, if you will, but not all of
20  them would reach the literature.
21  Q   Are you aware of a published study that was
22  done?

47

1   A   Yeah, not, not offhand. I don't know
2   whether it did or not.
3   Q   You have done studies on women who are
4   DES-exposed, correct?
5   A   Yes.
6   Q   And you have published on those studies,
7   correct?
8   A   Yes.
9   Q   In the studies that you performed or
10  conducted with women exposed to DES, did you look at
11  the particular conditions of the woman to determine if
12  they were exposed, or did you use some other means to
13  identify the patients for the study?
14  A   We only used at least historical
15  information. What I mean by that is we didn't have an
16  X-ray and say you must be exposed and therefore we put
17  you into the study. We may not have had the pharmacy
18  confirmation, but the women came either with a history
19  or a confirmed history from the mother of having taken
20  DES or a synthetic estrogen.
21  Q   To be in the studies that you have conducted
22  with DES exposed women, you either needed some

48

1   documented medical record evidence of exposure or a
2   history of exposure that you felt was sufficiently
3   confident to include in the study?
4   A   Correct.
5   Q   With respect to Mrs. Gilbert, you mentioned
6   that you linked the cervical stenosis referenced in
7   her records to her DES exposure; is that a fair
8   statement?
9   A   Yes.
10  Q   Can you cite any study that has looked at
11  the incidence of cervical stenosis in DES-exposed
12  women?
13  A   Sure.
14  Q   Can you cite for me any study that has
15  looked at the incidence of cervical stenosis in
16  DES-exposed women?
17  A   I missed one of those questions, because
18  they sounded the same.
19  Q   Okay. Can you cite for me today any
20  specific study that has been published that looked at
21  the incidence of cervical stenosis in DES-exposed
22  women?