**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| | ) | |
| **CATHERINE ANN DEEP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION No. 1:06-cv-00111-RWR** |
| | ) | |
| **ELI LILY AND COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
_____)

**DEFENDANT ELI LILLY AND COMPANY'S
MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE,
FOR CERTIFICATION FOR § 1292(b) INTERLOCUTORY APPEAL**

COMES NOW defendant Eli Lilly and Company ("Lilly") and respectfully requests the Court to reconsider its November 30, 2007, Order denying Lilly's Motion for Summary Judgment.  Lilly seeks reconsideration based on clear error.

The Court clearly erred in holding that plaintiff has sufficient evidence to meet her burden of proof as to causation.  In finding that plaintiff can use the "substantial factor test" to show causation, the Court overlooked the well-established principle that Maryland law requires that a plaintiff prove all elements of a cause of action – including causation – by a preponderance of the evidence. This is true even when plaintiff relies on the substantial factor test to show causation in fact.  Additionally, the Court erred in considering the affidavit of plaintiff's expert, Dr. Richard Stillman, because the affidavit contradicts Dr. Stillman's prior deposition testimony.  In its reliance on this affidavit, the Court disregarded the undisputed fact that Dr. Stillman testified that women who have yet to conceive – like plaintiff – have less than a 50% chance of having a live birth.

In the alternative, Lilly respectfully requests the Court to certify its Order denying Lilly's Motion for Summary Judgment for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) on the issue of causation.  Lilly's Motion for Summary Judgment involves a controlling question of law; plaintiff cannot prevail in this action unless she proves that her inability to have children has more likely than not been caused by Lilly, and she cannot satisfy this burden by relying on the deposition testimony of Dr. Stillman.  There is substantial difference of opinion about this Court's determination that the plaintiff has sufficient evidence of causation, and an immediate appeal may lead to the termination of this litigation prior to trial.

WHEREFORE, for the reasons more fully set forth in the accompanying brief in support of this motion, Lilly respectfully requests the Court to reconsider its November 30, 2007, Order and enter an Order granting Lilly's Motion for Summary Judgment on causation grounds. Alternatively, Lilly respectfully requests the Court to certify its Order denying Lilly's Motion for Summary Judgment on the issue of causation in fact for immediate interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

Dated:  December 13, 2007                       Respectfully Submitted,

                                                SHOOK, HARDY & BACON, L.L.P.

                                                 /s/ Emily J. Laird
                                                Michelle R. Mangrum, D.C. Bar No. 473634
                                                John Chadwick Coots, D.C. Bar No. 461979
                                                Emily J. Laird, D.C. Bar No. 485890
                                                600 14th Street, N.W., Suite 800
                                                Washington, D.C. 20005-2004
                                                (202) 783-8400 Telephone
                                                (202) 783-4211 Facsimile

                                                **ATTORNEYS FOR DEFENDANT**
                                                **ELI LILLY AND COMPANY**

144245v1

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this13th day of December, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

  /s/ Emily J. Laird
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

144245v1