**EXHIBIT 3**

121306cc.txt

1

1          IN THE UNITED STATES DISTRICT COURT
2              FOR THE DISTRICT OF COLUMBIA

3    - - - - - - - - - - - - - - - -+

4    CATHERINE ANN DEEP,                       |

5              Plaintiffs,           | Civil Action No.
                                     | 1:06-CV-00111
6      vs.                           |

7    ELI LILLY AND COMPANY,          |

8              Defendant.            |

9    - - - - - - - - - - - - - - - -+

10     IN THE SUPERIOR COURT OF THE
11   DISTRICT OF COLUMBIA CIVIL DIVISION
     - - - - - - - - - - - - - - - -+

12   SHEILA GILBERT,                 |

13              Plaintiff           | Civil Action No.
                                     | 05-0009623
14      vs.                          |

15   ELI LILLY AND COMPANY,          |

16              Defendant           |
     - - - - - - - - - - - - - - - -+

17

18

19          Deposition of Robert J. Stillman, M.D.

20              Washington, D.C.

21         Wednesday, December 13th, 2006

22                 1:00 p.m.


2

1    Job No. 1-90709

2    Pages 1 - 112

3    Reported by:  Laurie Bangart-Smith

4


Page 1

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

1 (Pages 1 to 4)

---

**1**

1    IN THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF COLUMBIA
2
3    - - - - - - - - - - - - - - - +
                                    |
4    CATHERINE ANN DEEP,            |
                                    | Civil Action No.
5        Plaintiffs,    | 1:06-CV-00111
                                    |
6    vs.                            |
                                    |
7    ELI LILLY AND COMPANY,         |
                                    |
8        Defendant.     |
                                    |
9    - - - - - - - - - - - - - - - +
10       Deposition of Robert J. Stillman, M.D.
11           Washington, D.C.
12       Wednesday, December 13th, 2006
13           1:00 p.m.
14
15
16
17
18
19
20   Job No. 1-90709
21   Pages 1 - 112
22   Reported by: Laurie Bangart-Smith

---

**2**

1            Deposition of
2        ROBERT J. STILLMAN, M.D.
3
4    Held at the offices of:
5        AARON M. LEVINE & ASSOCIATES
6        1320 19th Street, N.W.
7        Suite 500
8        Washington, D.C. 20036
9        (202)833-8040
10
11
12
13
14
15
16
17       Taken pursuant to notice, before Laurie
18   Bangart-Smith, Registered Professional Reporter,
19   Certified Realtime Reporter, and Notary public in and
20   for the District of Columbia.
21
22

---

**3**

1
2            A P P E A R A N C E S
3
4    ON BEHALF OF THE PLAINTIFF:
5        AARON M. LEVINE, ESQUIRE
6        SHANNON SNOW, ESQUIRE
7        MARICEL CRUZ, ESQUIRE
8        AARON M. LEVINE & ASSOCIATES
9        1320 19th Street
10       Suite 500
11       Washington, D.C. 20036
12       Telephone: (202)833-8040
13   ON BEHALF OF THE DEFENDANT:
14       MARK HEGARTY, ESQUIRE
15       SHOOK, HARDY & BACON, LLP
16       2555 Grand Boulevard
17       Kansas City, Missouri 64108
18       (816)474-6550
19
20
21
22

---

**4**

1            EXAMINATION INDEX
2                    PAGE
3    EXAMINATION BY MR. HEGARTY . . . . . . . . . . . . 5
4
5
6
7
8            E X H I B I T S
9          (Retained by counsel)
10   DEPOSITION EXHIBIT              PAGE
11   No. 1   Deposition Notice         7
12   No. 2   Medical records          7
13   No. 3   Medical records          7
14   No. 4   X-ray                    40
15
16
17
18
19
20
21
22

Case 1:06-cv-00111-RWR     Document 22-5     Filed 12/13/2007     Page 4 of 47
DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

2 (Pages 5 to 8)

5

1           P R O C E E D I N G S
2           ROBERT J. STILLMAN, M.D.,
3   having been duly sworn, testified as follows:
4           EXAMINATION BY COUNSEL FOR DEFENDANT
5   BY MR. HEGARTY:
6       Q   Good afternoon, Dr. Stillman.
7       A   Good afternoon.
8       Q   Would you please state your full name for
9   the court reporter, please.
10      A   Robert Joseph Stillman.
11      Q   Mark Hegarty, I represent Eli Lilly &
12  Company in a case filed by Sheila Gilbert called
13  Gilbert versus Eli Lilly & Company.  Do you understand
14  that you've been designated to offer expert opinion
15  testimony in that case?
16      A   I do.
17      Q   I also represent Lilly in a case filed by
18  Catherine Deep, styled as Deep versus Eli Lilly &
19  Company.  And do you understand you've been designated
20  to offer expert opinions in that case as well?
21      A   Yes, I do.
22      Q   Did you bring with you everything that you

6

1   reviewed in formulating any opinions that you intend
2   to offer in the Gilbert case?
3       A   Yes.
4       Q   Did you bring with you everything that you
5   reviewed in formulating your opinions in the Deep
6   case?
7           (Doctor's cell phone rings.)
8           THE WITNESS:  Sorry about that.  Off the
9   record.
10          (Discussion was held off the record.)
11          THE WITNESS:  Could you read back the
12  question.
13          (Whereupon, reporter reads requested
14  material.)
15          THE WITNESS:  Yes, although I don't have
16  much of the DES literature with me.
17  BY MR. HEGARTY:
18      Q   Fair point.
19      A   If you're including that.
20      Q   Other than the literature, did you bring
21  with you everything that you reviewed in formulating
22  opinions in the Deep case?

7

1       A   The same thing regarding the literature, but
2   everything regarding her records that are specific to
3   her.
4       Q   Okay.  We will mark, when we have a moment,
5   as Exhibit Number 1 the materials that you reviewed in
6   the Gilbert case.  Is that okay?
7       A   Okay.
8       Q   And we will mark as Exhibit Number 2, when
9   we have a moment, the materials you reviewed in the
10  Deep case.
11          THE REPORTER:  Mr. Levine asked that I mark
12  this (indicating Exhibit 1) as Exhibit Number 1.
13          MR. HEGARTY:  Okay.  Well, then we need
14  to -- we will mark the materials that Dr. Stillman
15  reviewed in the Gilbert case as Exhibit Number 2 and
16  mark the materials that Dr. Stillman brought with him
17  today and he reviewed in the Deep case as Exhibit
18  Number 3.
19          (Exhibits 1, 2 and 3 were marked for
20  identification and retained by counsel.)
21  BY MR. HEGARTY:
22      Q   Dr. Stillman, in the Deep and Gilbert cases,

8

1   what's your current hourly rate for review and
2   testimony?
3       A   $600 an hour.
4       Q   Have you ever been hired by a drug company
5   to serve as an expert witness in any case?
6       A   I have to think about that.  I don't recall.
7   I've done some defense work.  I'm trying to remember
8   whether it was a pharmaceutical company or not.
9       Q   Well, if you remember, we can come back to
10  it.
11      A   Sure.
12      Q   Have you ever spoken at a seminar or meeting
13  and received an honorarium from a pharmaceutical
14  company?
15      A   Yes.
16      Q   Do you recall the companies from which you
17  received an honorarium?
18      A   Several.  Many over many years.
19      Q   How about Eli Lilly & Company?
20      A   I don't think so.  I don't think so.
21      Q   Have you ever done any clinical studies for
22  a pharmaceutical company?

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

3 (Pages 9 to 12)

9

1  A  Yes.
2  Q  Have you ever done any clinical study for
3  Eli Lilly & Company?
4  A  Don't recall.
5  Q  Do you recall the names of any companies for
6  whom you have done clinical studies?
7  A  Well, some of them were hormone replacement
8  and Premarin, Provera, other synthetic estrogens and
9  progesterones.
10  Q  Would that have been Wyeth?
11  A  Yeah. I'm trying to remember the other
12  companies. I don't know if Lilly was amongst them.
13  Q  Pfizer?
14  A  I don't remember. Certainly Serono,
15  Organon, Ferring.
16  Q  Okay. Dr. Stillman, the cases that we're
17  talking about today involve claims of infertility.
18  Are you aware of that?
19  A  Correct.
20  Q  I went to your website and pulled off some
21  materials that are listed on the Shady Grove Fertility
22  Clinic website. Those materials include the following

10

1  statements, and tell me whether you agree with them.
2  "Peak fertility occurs during the early
3  twenties and begins to decline significantly after the
4  age of 35."
5  Do you agree with that statement?
6  A  Yes.
7  Q  Do you agree that "by the age of 40,
8  pregnancy potential is reduced by 30 to 50 percent"?
9  A  Yes.
10  Q  Do you agree that FSH and estradiol level
11  tests may be normal in older women, "but age is still
12  an extremely important determinant of success"?
13  A  Correct.
14  Q  Do you agree, Dr. Stillman, that "with
15  advancing age, many biological changes take place that
16  work against conceiving and carrying the pregnancy to
17  term"?
18  A  Yeah, I agree with that.
19  Q  Do you agree that "from age 30 to 35 there
20  is a gradual decline in the ability of women to become
21  pregnant; after age 40 there is a sharp decline"?
22  A  Correct.

11

1  Q  Do you agree that "the chance of miscarriage
2  and chromosomal abnormalities, such as those that
3  cause Down's syndrome, increase with age"?
4  A  Yes.
5  Q  Do you agree that "even the success of in
6  vitro fertilization and other similar procedures
7  decreases with advancing age"?
8  A  Yes.
9  Q  Do you agree that age plays an important
10  role in fertility?
11  A  Yes.
12  Q  Do you agree that one reason is that as
13  women age, they are less likely to ovulate regularly?
14  MR. LEVINE: Excuse me. You know that all
15  these questions have been asked repeatedly previously?
16  MR. HEGARTY: I don't know that.
17  THE WITNESS: That's a very late stage event
18  and certainly not relevant to these women, but that
19  can occur as you get towards menopause.
20  BY MR. HEGARTY:
21  Q  Do you agree that "the most important reason
22  that age is a factor is that it relates to the

12

1  condition and decreasing number of the woman's eggs"?
2  A  Correct.
3  Q  As eggs age, they become more resistant to
4  fertilization, correct?
5  A  Correct.
6  Q  Also, "more of the eggs tend to have
7  chromosomal abnormalities; oftentimes this may result
8  in miscarriage"?
9  A  Correct.
10  Q  You also prepared a paper with Drs. Widra,
11  Gindoff, Smotrich, back in 1996. It was published in
12  "Fertility and Sterility" back in 1996. Are you
13  familiar with that paper generally?
14  A  You want to get the title?
15  Q  "Achieving multiple organ embryo transfer
16  identifies women over 40 years of age with improved in
17  vitro fertilization outcome."
18  A  Yes.
19  Q  Do you agree with the statement in this
20  article that "decreased fecundity with advancing age
21  is well-documented"?
22  A  Yes.

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

13

1    Q   Do you agree with the statement that
2  "treating infertility patients older than 40 years is
3  challenging"?
4    A   Definitely.
5    Q   Do you agree that "despite vigorous attempts
6  to improve pregnancy rates with ART, the chance for
7  successful pregnancy in this group appears limited by
8  intrinsically reduced fecundity, coupled with a higher
9  risk for fetal loss"?
10   A   Correct.
11   Q   Do you agree that "these factors translate
12  into limited clinical success for older patients in
13  ART programs"?
14   A   Correct.
15   Q   Do you agree that "ovarian function begins
16  to decline within the decade before the cessation of
17  menses at menopause"?
18   A   Yes.
19   Q   Dr. Stillman, you're aware of articles by
20  such authors as Mangan that have looked at infertility
21  in DES-exposed patients and concluded that there is no
22  difference in fertility between exposed and unexposed

14

1  patients?
2    A   And of course, the corresponding far
3  superior academic articles defining that there is a
4  significant difference between DES and
5  non-DES-exposed.
6    Q   What article do you consider far superior to
7  the article like by Mangan, for example?
8    A   Deakman and DESED cohort studies. The
9  Palmer study is probably the best.
10   Q   When you're saying the Deakman and DESED
11  cohort studies, you're talking about the Palmer 2002
12  article?
13   A   Yes, in particular, but also the Deakman
14  studies and the, uh, the Deakman cohort studies that
15  preceded that.
16     (Discussion off the record.)
17  BY MR. HEGARTY:
18   Q   So we can try to move along as quickly as we
19  can, is there any particular feature about Palmer that
20  you believe makes it far superior to the earlier
21  studies, to some of the earlier studies that found no
22  difference in fertility between exposed and unexposed?

15

1    A   Oh, yeah, there are quite a few.
2    Q   And I know you probably have testified to
3  those in the past --
4    A   Right.
5    Q   -- but is there one particular one or more
6  than one?
7    A   Well, I guess there are two predominant
8  ones. Number one, the Palmer study utilizes two
9  cohorts, the effects of which were quite similar
10  within the study, one of which is the Deakman cohort,
11  which may be one of the better studies in clinical
12  medicine, being a double-blind, randomized prospective
13  trial of women getting DES in pregnancy, and then,
14  with a high degree of follow-up, follow the offspring.
15  So these children were exposed in utero to a placebo
16  or a drug in a double-blind randomized fashion and
17  following those individuals to the average age of 42.
18  Combining that with the DESED project or combining the
19  two cohorts made it a very powerful study.
20     Also, they followed these women far into --
21  well into reproductive age, and the studies that you
22  quote, certainly the Mangan study, the average age of

16

1  the women was extremely young, and many of them did
2  not have the opportunity to demonstrate infertility
3  and is, among other weaknesses, a major weakness in
4  their studies.
5    Q   Okay. Do you agree, Doctor, that there is
6  Stillman some controversy within your profession with
7  respect to the relationship between fertility -- or
8  infertility and DES exposure?
9    A   Those who disagree with that are uninformed.
10   Q   Okay. Was there controversy before the
11  Palmer article?
12   A   Somewhat more, but the literature -- the
13  better literature seemed to favor infertility, and a
14  very serious study like the Palmer should have ended
15  the controversy.
16   Q   Would you agree that there is at least some
17  contrary authority to the link between DES exposure
18  and infertility?
19   A   There is a Holocaust denier conference in
20  Tehran. That doesn't give it credence.
21   Q   I'll move to strike that last response as
22  non-responsive.

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

5 (Pages 17 to 20)

17

1    A    Because there's controversy doesn't mean the
2    controversy has value. Sometimes it does, but I don't
3    believe so in this situation.
4    Q    Is there any controversy that age has an
5    effect on fertility?
6    A    I don't think so, no.
7    Q    Has there ever been any controversy that age
8    has an effect on fertility?
9    A    Perhaps, but I don't think that it's
10   relevant now.
11   Q    Okay. Are you aware of, with respect to --
12   strike that.
13        Let's talk generally about women who have
14   started to conceive or begin attempting to conceive at
15   age 40. In general, a woman who starts to -- first
16   attempts to conceive at age 40, without DES exposure,
17   no other abnormalities, so to speak, what is the
18   pregnancy rate in a woman of 40, as I described?
19        MR. LEVINE:  Is this with assisted
20   reproduction?
21   BY MR. HEGARTY:
22   Q    No. This is in the general population.

18

1    A    What's the fertility rate?
2    Q    Well, let me ask it this way: What
3    percentage of women who attempt to conceive first at
4    age 40 will be unable to conceive -- will be unable to
5    carry a child to term? Let's put it that way.
6    A    Probably a third. An estimate.
7    Q    There was an article written by a Dr. Jane
8    Menken that looked at age and infertility back in
9    1986. Are you familiar with that article?
10   A    Not offhand.
11   Q    In that article she estimated the
12   proportion --
13        MR. LEVINE:  Can you give me a cite?
14        MR. HEGARTY:  "Science," September 1986,
15   volume 233.
16        MR. LEVINE:  The author?
17        MR. HEGARTY:  Jane Menken, M-E-N-K-E-N.
18   BY MR. HEGARTY:
19   Q    In that article they estimated that the
20   proportion of women who are sterile between the ages
21   of 40 and 44 is approximately 64 percent.
22        MR. LEVINE:  Doctor, do you want to glance

19

1    at that article before you --
2        THE WITNESS:  Well, first of all, that's
3    quite a range, and so 44 might be at the higher range
4    and 40 might be at the younger range, the lower range,
5    and I think a third is very reasonable estimate, which
6    would be twice the difficulty conception rate in women
7    in the general population. So if it's about
8    15 percent would have difficulty, then a third having
9    difficulty at 40 would be a very reasonable estimate.
10   BY MR. HEGARTY:
11   Q    What do you base the 33 percent figure on?
12   Is that based on literature, or what is that based on?
13   A    Yeah, I can't quote chapter and verse, but
14   that's the generally accepted understanding.
15   Fertility clinics, of course, see only the people who
16   come to them, so they see a selected population, and
17   they see a whole variety of diagnoses and a whole
18   variety of factors, but, for instance, a 43-year-old
19   patient coming in whose husband has had a vasectomy is
20   in a very, very different situation than a 43-year-old
21   woman who has been trying for two years. Likewise, a
22   43-year-old woman with severe DES abnormalities may be

20

1    very different than a 43-year-old woman who has been
2    trying without DES abnormality, which is the
3    hypothetical that you suggested before.
4    Q    The number, the percentage that you quote in
5    the general population, without any known
6    abnormalities, of a 40-year-old trying to conceive,
7    will have an infertility rate of 33 percent?
8    A    Yes.
9    Q    Can you cite figures as we go up to 41, 42,
10   to age 43?
11   A    No, I'm not familiar with it broken down
12   into that degree of specificity, but it would
13   increase. I think that's well accepted.
14   Q    Do you have any reason to take issue with a
15   number as high as 64 percent if we include up to age
16   44?
17   A    I think at 44 it might be over 50 percent or
18   at 50 percent, but I think that 40 to 44, that I would
19   think that 60 percent is high.
20        (Doctor's cell phone rings.)
21        THE WITNESS:  Let's go off the record.
22        (Discussion was held off the record.)

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

6 (Pages 21 to 24)

---

21

1  BY MR. HEGARTY:
2     Q   Doctor, with respect to these percentages --
3  and I'm trying to move things along, and I could
4  obviously show you articles that talk about
5  percentages in general population with respect to
6  rates of fertility.  Would those -- to the extent I
7  showed you a figure that showed 64 percent or other
8  figures, are those figures you would just discount and
9  Stillman go to the 33 percent?
10    A   I think they're high.  In my professional
11 experience and evaluation of the literature and
12 patient care, I would say that 60 percent would be
13 quite high, but to move things along, as we've quoted
14 before from the website -- and I agree that age plays
15 a very important role in the ability to conceive, and
16 increasing age plays an increasingly important role.
17 That may not diminish or eliminate other substantive
18 factors in a particular patient, like a vasectomy or
19 like severe DES, but I'm certainly willing to agree
20 and support that age plays an important role.
21           MR. LEVINE:  Would it help you out if I
22 stipulated that the damages will be confined to a

---

22

1  disability of 40 percent?
2           MR. HEGARTY:  A disability of 40 percent?
3           MR. LEVINE:  An infertility disability of
4  40 percent without AR, and there would be 60 percent
5  with AR.
6           MR. HEGARTY:  I might stipulate to that in
7  the Gilbert case.  I don't think that I would in the
8  Deep case, but --
9           MR. LEVINE:  I wouldn't do it with Gilbert.
10 I'll do it with Deep.
11          MR. HEGARTY:  But I think --
12          MR. LEVINE:  At 43, she's got a 40 percent
13 unassisted and a 60 percent assisted of the normal, so
14 I would be willing to stipulate that that brings down
15 the extent of damage claim.
16          MR. HEGARTY:  Okay.  Well, the literature
17 will speak for itself.  I do think that --
18          MR. LEVINE:  Well, you're not accepting the
19 stipulation?
20          MR. HEGARTY:  No, I'm not.
21          MR. LEVINE:  Okay.
22

---

23

1  BY MR. HEGARTY:
2     Q   Your 33 percent figure is based on your
3  clinical experience as well as your understanding of
4  the literature?
5     A   Yes.
6     Q   And my understanding is you cannot cite,
7  here today, the literature that may report a
8  33 percent rate at age 40?
9     A   Correct.
10    Q   Do you believe that if you had time to go
11 look for that, that you could find the figures at
12 which you can -- you are remembering?
13    A   Yes.
14    Q   If a woman who begins to conceive at age 40,
15 to the extent she becomes pregnant, what kind of
16 miscarriage rate is she looking at?
17    A   At 40?
18    Q   At age 40.
19    A   One in three.
20    Q   A woman who starts attempting to conceive at
21 age 43, what kind of miscarriage rate is she looking
22 at should she conceive?

---

24

1     A   Between 33 and 50.
2     Q   Women who start to conceive at age 40, are
3  they looking at a higher rate of ectopic pregnancy
4  based on age alone?
5     A   No, not in my experience.
6     Q   Are you aware of literature that does report
7  a higher rate of ectopic pregnancy in women with
8  increasing age?
9     A   And there is likewise literature that
10 doesn't support that.
11    Q   Would you agree that there is literature
12 that shows that?
13    A   Yes.
14    Q   A woman who attempts to conceive at age 40,
15 should she become pregnant, is looking at a higher
16 rate of pre-term birth; do you agree with that?
17    A   Yes.
18    Q   Do you know what rate -- do you know a rate
19 or what is the rate you rely upon?
20    A   I wouldn't give one, based on a limited
21 expertise.
22    Q   Are rates for miscarriage -- well, strike

---

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

7 (Pages 25 to 28)

---

**25**

1  that.

2      Are rates for pre-term birth higher at age

3  43 versus age 40?

4      **A   Somewhat.**

5      Q   Are all of the percentage reduction in rates

6  that we have been talking about, in the general

7  population, believed to be the result of age-related

8  abnormalities of the oocyte?

9      **A   Not necessarily the pre-term birth.**

10     Q   How about the general rate of fertility in

11  the rate of miscarriage?

12     **A   Much of that in a population basis is**

13  **attributable to oocyte aging.**

14     Q   Do you understand that the questions that

15  I'm asking now apply -- are to the general population?

16     **A   Right. Well, I was taking exception to the**

17  **pre-term . . .**

18     Q   Fair point, yes. Are you aware of studies

19  that have shown that with increasing age there is an

20  increase in the rate of -- I think it's called

21  aneuploidy?

22     **A   Correct.**

---

**26**

1      Q   There is also an increased rate in

2  mitochondria DNA depletion?

3      **A   Let's just call it the oocyte.**

4      Q   Okay. All right. Increase in --

5      **A   Stuff going on in the oocyte.**

6      Q   Abnormalities of the oocyte, many different

7  things?

8      **A   Gotcha.**

9          MR. LEVINE: Just for the record, you spent

10  a half hour on abstract general questions that you

11  have been asking innumerable times before, so when you

12  come to the end of your time and complain that you

13  haven't had opportunity and that you are going to

14  apply to the Court, I'm going to wish you the best.

15         MR. HEGARTY: Okay.

16  BY MR. HEGARTY:

17     Q   Dr. Stillman, even with normal FSH and

18  estradiol levels, women age 40 and over Stillman have

19  lower conception rates than younger women, correct?

20     **A   Correct.**

21         MR. LEVINE: You have not asked one question

22  with Mrs. Gilbert or Mrs. Deep in the question.

---

**27**

1          MR. HEGARTY: Understood, and I think I

2  have.

3  BY MR. HEGARTY:

4      Q   Dr. Stillman, I want to look at the success

5  rates for assisted reproductive technology that you

6  achieved at Shady Grove with respect to, first, a

7  40-year-old, and I can show you the 2005 IVF results

8  if you don't know them off the top of your head.

9      **A   I'm pretty familiar with them.**

10     Q   If we look at the figures from your

11  practice, focusing on an age 40-year-old woman first,

12  what percentage of 40-year-old women that your clinic

13  worked with in 2005 achieved a clinical pregnancy?

14         MR. LEVINE: Are these people who have a

15  diagnosed pathology?

16         MR. HEGARTY: These are just the women that

17  the Shady Grove Clinic has reported on, which are all

18  women, as I understand it.

19         MR. LEVINE: But Mrs. Gilbert has good eggs

20  and no alternative pathology, so it's not relevant.

21  BY MR. HEGARTY:

22     Q   Can you answer the question.

---

**28**

1      **A   38 percent.**

2      Q   38 percent of women that, that were assisted

3  at Shady Grove, age 40, conceived --

4      **A   Correct.**

5      Q   -- in pregnancy?

6      **A   At -- right.**

7      Q   What percentage of women who were treated at

8  Shady Grove Clinic at age 40 carried a pregnancy to

9  term or at least -- strike that -- had a live birth?

10     **A   30 percent, 31 percent. Excuse me.**

11     Q   What are, what percentage of women who began

12  treating at Shady Grove Clinic at age 43 were able to

13  conceive?

14     **A   20 percent.**

15     Q   What percentage of women who were treated at

16  Shady Grove Clinic in 2005 at age 43 were able to have

17  a live birth?

18     **A   14 percent.**

19     Q   In the general population, what are the

20  chances of a 43-year-old woman having a live birth?

21         MR. LEVINE: Having regular sex or not?

22         THE WITNESS: Well, the infertility rate, if

---

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

8 (Pages 29 to 32)

29

1  that's, that may not be what you're asking.
2  BY MR. HEGARTY:
3      Q   Well, it's a live birth. It's going past
4  just conception.
5      A   A 43-year-old woman who conceived.
6      Q   Correct, what percentage --
7      A   Well, we're talking about a third to
8  50 percent would have pregnancy loss, I think we
9  talked about that before, so it would be the converse
10  of that, or the inverse of that, it would be
11  50 percent or 60 percent would deliver, of those
12  pregnant.
13      Q   And is it -- the figures you cite would
14  cite to a woman who is trying to conceive initially at
15  age 43, that she has a greater than 50 percent chance
16  of having a live birth?
17      A   If she's pregnant. Once she conceives.
18      Q   I'm talking about a woman who is -- who
19  wants to start having children at age 43. What
20  percentage would you quote to her, if she asked, about
21  her likelihood of having a live birth?
22      A   At least one in three.

30

1      Q   How about that same woman at age 40?
2      A   One in two, easily.
3      Q   And do the -- according to your figures,
4  then the rates would go down as you go past 40 to 41
5  to 42 to 43?
6      A   And drop precipitously if you have a
7  severely abnormal uterus like these two patients do.
8      Q   Move to strike as non-responsive.
9          My questions again are just the general
10  population. How about the likelihood of a live birth
11  of a woman who starts at age 44?
12      A   A little less than one in three.
13      Q   How about at age 45?
14      A   One in five, one in six. I'm estimating.
15      Q   At Shady Grove Clinic what's the oldest that
16  you will accept a patient?
17      A   Fifty-one.
18      Q   You have no -- there is no age cutoff?
19      A   Fifty-one.
20      MR. LEVINE: You will not accept a patient
21  age 52, no matter how --
22      THE WITNESS: Correct.

31

1  BY MR. HEGARTY:
2      Q   Doctor, I want to focus you back to the
3  paper that you did that was published back in
4  January 1996 that we looked at a short time ago. On
5  Page 106 of that article I think you have the outcome
6  of the patients that you studied based on age down at
7  the bottom; is that correct?
8      A   Okay.
9      Q   Were the women in that study exposed or
10  unexposed to DES?
11      A   Unexposed.
12      Q   What was the success rate of achieving
13  pregnancy in the 40-year-old patients that you studied
14  in that paper?
15      A   Well, this is ancient history. This is a
16  1996 publication, probably from 1994, maybe some
17  1995, from IVF. This is irrelevant. It's just
18  ancient history in the IVF world.
19      Q   And you can respond to your counsel's
20  question with respect to that.
21      A   I wasn't responding to him at all. I wasn't
22  responding to you at all. How can I answer this

32

1  question when it's totally irrelevant to today's
2  world, the way these patients are being treated?
3      Q   I'm trying to understand the figures that
4  you had there, and it's black and white, and what
5  percentage of pregnancies were you able to achieve in
6  patients 40 years old?
7      MR. LEVINE: 15 years ago?
8      THE WITNESS: 28 percent in patients 40.
9  BY MR. HEGARTY:
10      Q   How about at patients 43?
11      A   31 percent. Did pretty well, actually.
12      Q   And of the patients that you studied at age
13  40, what percentage of those patients maintained the
14  pregnancy to a live birth?
15      A   The delivery rate was ten percent,
16  10.2 percent.
17      Q   How about that same question as to --
18      A   25 --
19      Q   -- patients at 43 years old?
20      A   25 percent.
21      Q   What was the miscarriage rate of the
22  patients studied at age 40?

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

9 (Pages 33 to 36)

33

1   A   63 percent.

2   Q   What was the miscarriage rate of the

3   patients studied at age 43?

4   A   25 percent.  It got better.

5   Q   Better numbers?  Do you know why they were

6   better?

7   A   Small numbers.

8   Q   You mentioned a moment ago that that article

9   is irrelevant.  I think you mentioned it's "ancient

10  history," that essentially it is of no value.  Is that

11  a fair statement?

12  A   It's of no value to compare a patient being

13  given — a patient being treated today, to apply these

14  numbers and giving her a prognosis or, of course, to

15  exclude other factors that she may have.

16  Q   What are you doing different today than you

17  were doing back when that paper was studied — when

18  that paper was published?

19  A   Well, we're doing whatever we're doing more

20  successfully.  Better medications, better monitoring,

21  better screening, better culture media, better

22  transfer techniques, including ultrasound guidance

34

1   transfers.  There's a myriad of — assisted hatching,

2   assisted hatching using laser rather than non-laser;

3   increased use in proficiency with intracytoplasmic

4   sperm injection, ICSI.  It's a different, a different

5   world in the lab in particular.

6        MR. LEVINE:  Do you think that within the

7   last ten years, assisted reproduction has gone

8   further, quicker than bowel surgery, or —

9        THE WITNESS:  Yeah, that's what I'm

10  referring to.  I mean it's been, gratefully, an

11  enormous acceleration in this field more than anything

12  else we do.  It's not that we're much better.  I mean

13  our ability to treat tubal surgery or miscarriages or

14  missed periods isn't any better, but IVF is.

15  BY MR. HEGARTY:

16  Q   I want to focus on Mrs. Gilbert to a greater

17  extent than we have so far.

18        MR. LEVINE:  You haven't focused on her at

19  all in 45 minutes into the deposition, but go right

20  ahead.

21  BY MR. HEGARTY:

22  Q   You did not treat Mrs. Gilbert; is that

35

1   correct?

2   A   I did not.

3   Q   What conditions does Mrs. Gilbert have that

4   you attribute to DES exposure?

5   A   Cervical stenosis, requiring cervical

6   dilatation, an abnormal uterus with irregular

7   constricted cavity.  That, I think, has played an

8   important contributing role, a substantial

9   contributing role in her failure to implant a large

10  number of variety of embryos from various cycles.

11  Q   Anything else that you attribute to her DES

12  exposure that she has experienced?

13  A   No.

14  Q   In particular, Mrs. Gilbert had a 2005

15  chemical pregnancy.  Are you aware of that?

16  A   It could have been an ectopic pregnancy.  Is

17  that the same one we're referring to where she got

18  Methotrexate?

19  Q   Yes.

20  A   Well, it was a biochemical pregnancy, but we

21  don't know whether it may have been ectopically

22  located.

36

1   Q   Is that a pregnancy, whether a biochemical

2   pregnancy, whether ectopically located or otherwise,

3   that you contend failed because of DES exposure or

4   that the outcome was because of DES exposure?

5   A   Right.  I would say so if we knew it was

6   ectopic.  She was treated with Methotrexate, which

7   apparently is her — well, and notes within the record

8   seem to indicate that her treating physicians thought

9   it might very well be ectopic.  If it was a uterine

10  pregnancy, I would say there's enough doubt, based on

11  age and aneuploidy, that I personally wouldn't

12  attribute that to DES exposure.

13  Q   Would it be a fair statement that we don't

14  know one way or another whether it was ectopic?

15  A   Correct.

16  Q   Dr. Stillman, did you prepare a report in

17  connection with your review of Mrs. Gilbert's medical

18  records?

19  A   I did.

20  Q   Can I take a look at the report that you

21  prepared.

22        And the report is included in the materials

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

10 (Pages 37 to 40)

37

1  that we are designating as Exhibit Number 2?
2      A  Yes.
3      Q  And Exhibit Number 2, is that made up of
4  anything other than medical records and your report?
5  And I should say the HSG films.
6      A  Yeah.  No.
7      Q  Okay.
8      A  Well, I'm seeing if there is a -- I don't
9  think there's any deposition -- yeah, there is a
10  deposition in there, Dr. Vermesh's deposition.
11      Q  Anything else besides your report, the
12  medical records, HSG film and Dr. Vermesh's
13  deposition?
14      A  What do you call this?
15      Q  That looks like a Deposition Notice.
16      A  Deposition Notice.
17      Q  Anything else?
18      A  No.
19      Q  Did you read Dr. Vermesh's deposition?
20      A  I did.
21      Q  Have you seen, in your review of
22  Mrs. Gilbert's case, any record showing that she was

38

1  exposed to DES?
2      A  No.
3      Q  Obviously you have -- part of your opinion
4  assumes DES exposure, correct?
5      A  Correct.
6      Q  On what basis or facts do you rely that
7  Mrs. Gilbert was DES-exposed?
8      A  Well, that's what I was told.  I think
9  that's part of her physician's records, so they were
10  told.  It's consistent with her anatomic findings, so
11  I wouldn't have a reason, based on her anatomic
12  findings, to dispute that, but I am believing her
13  medical practitioners.
14      Q  Do you understand from the records that, to
15  the extent it's referenced that she's DES-exposed,
16  that is something that Mrs. Gilbert is telling them?
17      A  I don't know their frame of reference.
18      Q  Okay.  If a patient has cervical stenosis by
19  itself, would that be enough for you to conclude that
20  she is DES-exposed?
21      A  No.  It's the context.
22      Q  When you say "the context," what do you

39

1  mean?
2      A  Her history and her uterus and stenosis.
3  One disease theory is how we refer to it in trying to
4  put all the patient's symptoms or signs in one, quote,
5  "disease," and if it's consistent, that tends to be a
6  stronger diagnosis.  If there's inconsistencies, then
7  they either need to be explained or the diagnosis
8  dissipates.
9      Q  You mentioned one of the things you relied
10  upon was the HSG.  Do you have the HSG film with you?
11      A  I do.
12      Q  Were you able to -- strike that.
13          Did you, from your review of the film,
14  believe that it was an adequately or properly done
15  study?  In other words, did you find the film at all
16  difficult to read?
17      A  Other than I'm getting older?
18      Q  Other than that.
19      A  I thought I was able to make a diagnosis
20  based on the films.
21      Q  Which of those --
22      A  They were copies.

40

1      Q  Which of the films were you able to -- did
2  you look at to make a diagnosis?  If you could go
3  through and identify which one.
4      A  Well, I used them all in toto.  There are
5  some pictures that depict the uterus with some greater
6  clarity.
7      Q  Okay.  Which ones depict the uterus with
8  greater clarity?
9      A  I like that one best.
10      Q  Is there any way to identify that one based
11  on the type on it from the others, or do you need to
12  mark that?
13      A  You need to mark it.  They look similar to
14  my eyes.
15          (Exhibit No. 4 was marked for identification
16  and retained by counsel.)
17  BY MR. HEGARTY:
18      Q  Dr. Stillman, could you put an exhibit
19  sticker on that particular one.
20      A  Yeah, if you don't mind marking it, there
21  may be an identifying number on here, but we can mark
22  it.  You don't want me to put it over the uterus, do

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

11 (Pages 41 to 44)

41

1  you?

2      Q   Probably not, since I'm going to ask you a

3  question about it.

4      A   Okay.

5      Q   Did you or did any of the other films show

6  the uterus in any way?

7      A   Yes. I think that's just the best. There

8  are others that depict the uterus in a reasonable

9  fashion, but I think that's sort of the best.

10     Q   When you say "others," are there more than

11  one other? You have another one in your hand. Is

12  there more than one, the two that you have?

13     A   Oh, yeah, I mean they all show the uterus a

14  bit, some of them more than others, and there's a

15  spectrum, but rather than label three or four of them,

16  I would say that's about the best.

17     Q   How would you rate, on a scale of one to

18  ten, the clarity or ability to read the films for

19  Mrs. Gilbert?

20         MR. LEVINE: If I may, I think the X-rays

21  are usually diagnostic or not diagnostic.

22

42

1  BY MR. HEGARTY:

2      Q   And my scale is different than that. It's

3  just simply your experience.

4         MR. LEVINE: Ten being perfect and one being

5  blank?

6         MR. HEGARTY: Yeah.

7         THE WITNESS: I think from the clarity of

8  the films and the quality of the films, I would give

9  it a seven, but with my ability to be comfortable and

10  secure in a medical diagnosis, I would give it a 9.8.

11  BY MR. HEGARTY:

12     Q   If Mrs. Gilbert had the HSG down at your

13  office, would it show a clearer picture?

14     A   I don't -- not always.

15     Q   Okay. And what do you see on Exhibit Number

16  4?

17     A   I see a narrow cavity, I see narrow wings,

18  cornual areas off that cavity.

19     Q   Can you point to where you're looking at.

20         MR. LEVINE: Do you want a wax pen?

21         THE WITNESS: The narrow cavity and narrow

22  wings off that, and they are quite consistent from

43

1  picture to picture.

2         MR. LEVINE: Do you want me to get one?

3         MR. HEGARTY: Sure.

4  BY MR. HEGARTY:

5      Q   In terms of the spectrum of HSGs that you've

6  reviewed for DES-exposed patients in terms of

7  severity, ten being the most severe, one being the

8  least, where would you rate Mrs. Gilbert's HSG?

9      A   I would say it's moderate. Seven. Six.

10  Six to seven.

11     Q   Would you characterize Mrs. Gilbert's HSG as

12  a classic "T" as it has been cited in the medical

13  literature?

14     A   No, not a classic T.

15     Q   That HSG, if you had seen it by itself

16  without knowing Mrs. Gilbert's history, would that be

17  enough for you to conclude or believe that she was

18  DES-exposed?

19     A   Definitely.

20     Q   What is it -- is there any particular

21  characteristic about the HSG that would allow you to

22  reach that conclusion?

44

1      A   No. It's confirmation, size, constriction

2  and so on, but I think that while I have more

3  experience than most with my interest in DES, I think

4  that you put this up in a reproductive

5  endocrinologist's office, just mail it to a hundred

6  and they put it up, they would say DES. They wouldn't

7  even blink.

8      Q   Have you ever done that with any of your

9  HSGs?

10     A   Sure, yes.

11     Q   When have you had the occasion to do that?

12     A   Sometimes we'll -- I used to give the Board

13  examinations in reproductive endocrinology for people

14  certifying, and we would show X-rays or bring in

15  residents and fellow teaching and throw it up and say

16  what do you think, and if they didn't say DES, then I

17  would make note of that.

18     Q   How long ago were you part of the Board

19  Examiner group?

20     A   It's probably been seven or eight years

21  since I've . . .

22     Q   As you testified in other depositions, do

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

12 (Pages 45 to 48)

45

1 you agree that what has been reported to occur in HSG
2 in DES-exposed women has been reported in the
3 literature, at least anecdotally, in women not exposed
4 to DES?
5       MR. LEVINE: No, you showed pictures that
6 may have looked something like it but nothing that was
7 denoted as a T.
8 BY MR. HEGARTY:
9    Q    You can answer.
10   A    I've heard that.
11   Q    To the extent that you would look at that
12 and conclude that it has the effect of exposure to
13 DES, is it a fair statement that that would be
14 referring to a synthetic estrogen generally rather
15 than the synthetic estrogen diethylstibestrol?
16   A    Correct.
17       MR. LEVINE: Don't you see the little D's?
18       THE WITNESS: Really.
19 BY MR. HEGARTY:
20   Q    Dr. Stillman, have you ever done any study
21 where you looked at HSGs without knowing any history
22 of the patient and then determined, based on the HSG,

46

1 whether the patient was DES-exposed and then took
2 whatever evidence there was available to see if you
3 were accurate?
4    A    I mean anecdotally we do that all the time,
5 but a study as such, no.
6    Q    Are you aware of anyone who has ever done
7 that type of study?
8    A    I think somebody from Kaufmann's group did
9 that, and I don't remember whether I've heard it at
10 conference, you know, in a discussion, in a slide
11 discussion, or whether it was actually a published
12 paper.
13   Q    Okay. Can you cite anything here today?
14   A    Not a published paper, but that's been done,
15 but again I don't recall the reference in which I've
16 heard it. In the DES days, when the literature was
17 more active and groups of us would meet and discuss
18 outcomes and pregnancy problems and so on, there was a
19 lot of in-clinic studies, if you will, but not all of
20 them would reach the literature.
21   Q    Are you aware of a published study that was
22 done?

47

1    A    Yeah, not, not offhand. I don't know
2 whether it did or not.
3    Q    You have done studies on women who are
4 DES-exposed, correct?
5    A    Yes.
6    Q    And you have published on those studies,
7 correct?
8    A    Yes.
9    Q    In the studies that you performed or
10 conducted with women exposed to DES, did you look at
11 the particular conditions of the woman to determine if
12 they were exposed, or did you use some other means to
13 identify the patients for the study?
14   A    We only used at least historical
15 information. What I mean by that is we didn't have an
16 X-ray and say you must be exposed and therefore we put
17 you into the study. We may not have had the pharmacy
18 confirmation, but the women came either with a history
19 or a confirmed history from the mother of having taken
20 DES or a synthetic estrogen.
21   Q    To be in the studies that you have conducted
22 with DES exposed women, you either needed some

48

1 documented medical record evidence of exposure or a
2 history of exposure that you felt was sufficiently
3 confident to include in the study?
4    A    Correct.
5    Q    With respect to Mrs. Gilbert, you mentioned
6 that you linked the cervical stenosis referenced in
7 her records to her DES exposure; is that a fair
8 statement?
9    A    Yes.
10   Q    Can you cite any study that has looked at
11 the incidence of cervical stenosis in DES-exposed
12 women?
13   A    Sure.
14   Q    Can you cite for me any study that has
15 looked at the incidence of cervical stenosis in
16 DES-exposed women?
17   A    I missed one of those questions, because
18 they sounded the same.
19   Q    Okay. Can you cite for me today any
20 specific study that has been published that looked at
21 the incidence of cervical stenosis in DES-exposed
22 women?

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

13 (Pages 49 to 52)

49

1    A   I'd have to look at those papers to see if
2  they were true incidents.
3    Q   In the papers --
4    A   Haney, and I think I published one, I think.
5  And others.  There are groups of patients with
6  cervical stenosis, especially those following minor
7  surgical procedures.
8    Q   That was going to be my next question to
9  clarify.  Are the papers that you are thinking of, did
10 those involve women looking at cervical stenosis post
11 some procedure to the cervix?
12   A   Most, yes.
13   Q   Did Mrs. Gilbert have any procedure to her
14 cervix?
15   A   I don't recall that.
16   Q   Would it be a fair statement to say that she
17 has what could be characterized as "primary cervical
18 stenosis"?
19   A   Correct.
20   Q   Are you aware of any studies that looked at
21 the incidence of primary cervical stenosis in
22 DES-exposed women?

50

1    A   No, just anecdotes.
2    Q   So if there's --
3    A   Most of the literature refers to the
4  post-surgical issues of repair.
5    Q   With anecdotal reports, do you agree that
6  there is no incidence rate as it relates to the
7  unexposed or no increase in relative risk?
8    A   Correct.
9    Q   In cervical stenosis -- strike that.
10 Primary cervical stenosis occurs in women unexposed to
11 DES; is that a fair statement?
12   A   Correct.
13   Q   Given that, your answer to that question,
14 how is it you are able to determine that the primary
15 cervical stenosis that Mrs. Gilbert has is related to
16 DES exposure?
17   A   I guess it would be utilizing that clinical
18 experience and the anecdotal issues in the literature
19 and conferences and so on, along with her history and
20 uterus.
21   Q   Have you done any formal research looking at
22 primary cervical stenosis in DES-exposed women?

51

1    A   No.
2    Q   Did the cervical stenosis in Mrs. Gilbert
3  have any clinical effect once she went into IVF?
4    A   Not once she went into IVF.  I don't think
5  there were any reports of difficulties with her embryo
6  transfers, although I don't know whether that was a
7  part of the reason she underwent the surgical
8  procedures using ZIFT in order to maximize pregnancy
9  rates by avoiding the cervical transfers.
10   Q   From what you reviewed, is it a fair
11 statement that once she went into the ART process,
12 that the cervical stenosis had no clinical
13 significance?
14   A   Correct, yes, correct.
15   Q   We talked a moment ago about the HSG.
16   A   Again other than the fact that, you know, a
17 laparoscopic zygote transfer is a fairly -- a dramatic
18 means of embryo transfer, and if the cervix was part
19 of the reason they chose to do that route of transfer,
20 that's important for her going through those
21 laparoscopies.
22   Q   Did you review the HSG report, the written

52

1  report, for Mrs. Gilbert?
2    A   Yes.
3    Q   You are aware that that report states that
4  "there are no abnormalities of uterine cavity"?
5    A   Correct.  I obviously respectfully disagree
6  with that.
7    Q   Right, but you agree that whoever -- that
8  the doctor who performed the HSG noted, in his
9  opinion, there were no abnormalities?
10   A   Correct, for her.
11   Q   For her.
12       Dr. Vermesh, in his record or letter of
13 December 7, 2005, to Mr. Levine, referred to the HSG
14 as "revealing a normal uterine cavity with slight
15 restriction."  Do you remember him making that
16 statement?
17   A   I think it was referenced in a deposition.
18 I don't recall it otherwise.
19   Q   Let me show you --
20   A   I don't know if I've seen that letter.
21   Q   Let me show you, Dr. Stillman, the
22 December 7, 2005, letter that came from Dr. Vermesh

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

14 (Pages 53 to 56)

53

1  and I will refer you to Paragraph 4, the last -- the
2  second sentence. Do you see where I -- did I read
3  that properly?
4      A   Yes.
5      Q   Do you disagree with his characterization of
6  the HSG?
7      A   I would put it more severe than that, in the
8  moderate -- I would have said this is a, you know,
9  three to four if you were using your one-to-ten scale,
10 and I graded it as a six to seven.
11     Q   You interpret his characterization as a
12 three to four --
13     A   I can't speak for Dr. Vermesh, but I think
14 there's a -- mine is a little bit more severe along
15 the same spectrum of DES abnormality.
16     Q   And is it your -- strike that.
17         Would you characterize Mrs. Gilbert's HSG as
18 showing a hypoplastic uterus?
19     A   The impression is that it's small, but I
20 only have the tenaculum to go by, because those are
21 pretty standard size tenacula, but I don't know that
22 it's standard size tenacula, and we don't have

54

1  measurements, but relative to the tenacula, it looks
2  small.
3      Q   Is that -- when you say "it looks small," is
4  that separate from what you would say is
5  "hypoplastic"?
6      A   Well, I generally reserve the term
7  "hypoplastic" to the eights and nines and tens, and
8  small is -- yes. The definition of the word
9  "hypoplastic" is a small growth development, and this,
10 therefore, I think would be characterized as
11 hypoplastic. I tend to use the word only when the
12 abnormalities are more severe.
13     Q   When you say "small," are you talking about
14 uterine volume?
15     A   Well, assuming the walls, which you don't
16 see on any X-ray, correspond to the length and depth
17 of the cavity that you see, then yes, the overall
18 dimensions would be small. We don't know that, but --
19     Q   I guess I'm trying to determine -- when you
20 say "small," are we talking about small by uterine
21 sounding, small by volume, small by length, by width?
22     A   I would think that if you did a uterine

55

1  sounding in the middle of this uterus, that it would
2  be relatively short, in the five- to six-centimeter
3  range maximum.
4      Q   Sure. If we take out of the question the
5  shape and just talk about the size --
6      A   Right.
7      Q   -- have you seen, in unexposed patients,
8  uterine -- a small uterus of this size?
9      A   Yes.
10     Q   Have you treated any of those patients for
11 any, uh, for any infertility issues?
12     A   Well, that's usually when I see them, so
13 that's a -- it's a segregated biased sample, if you
14 will.
15     Q   In those patients have you had any success
16 in helping them conceive?
17     A   Some.
18     Q   In those patients have you had success in
19 them having a live birth?
20     A   Some, but, of course, prematurity and
21 pregnancy losses are an unfortunate part of the second
22 part of the battle. The first part is getting

56

1  pregnant, and sometimes when these uterine anomalies,
2  that's when the battle is first enjoined.
3      Q   You agree that there is no reported
4  incidence rate of "uterine anomalies," as you had
5  characterized it, between exposed and unexposed
6  patients?
7      A   Correct.
8      Q   Is the "uterine abnormality," as you
9  characterize it, such that you would recommend against
10 ART?
11     A   Now I would.
12     Q   Why would you now?
13     A   Because she has demonstrated that despite
14 this moderate abnormality, the implantation failure is
15 extensive enough that if she were to continue or do
16 donor egg, that a gestational carrier would be
17 advantageous.
18     Q   How about when she first started?
19     A   I think it's the type that there is
20 significant concerns regarding the success rates and
21 significant concerns regarding the outcome or
22 regarding prematurity and perhaps even an incompetent

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

15 (Pages 57 to 60)

57

1 cervix and other real abnormalities, and I would have
2 limited -- well, in today's world I would limit the
3 number of embryos for transfer to try to minimize the
4 risk of multiples. That certainly would be important
5 if she were using donor egg, but I would have felt
6 comfortable, if risks and benefits were known to the
7 patient, in proceeding with her own uterus as a trial,
8 but I think she's had that trial, and unfortunately
9 it's been unsuccessful.
10    Q    In looking at the HSG film, did you see any
11 cervical length abnormalities?
12    A    None that I noted, described.
13    Q    Did you see any --
14    A    Either way.
15    Q    Either way. Did you see any abnormalities
16 of the tubes?
17    A    Other than the issue regarding ectopic
18 pregnancy, none were noted.
19    Q    You mentioned concerns of cervical
20 incompetence. Based on Mrs. Gilbert's record and
21 medical history, is there any reason to conclude that
22 she would have an incompetent cervix?

58

1    A    Other than her DES exposure?
2    Q    Yes.
3    A    Nothing specific, but certainly she's at
4 risk, based on that exposure.
5    Q    Is it your opinion that all the
6 abnormalities that are seen that you link or
7 characterize as abnormalities in Mrs. Gilbert
8 developed when she was a fetus?
9    A    Correct.
10    Q    Are any of the abnormalities that you
11 characterized something that developed over the course
12 of time, over the course of years after her birth?
13    A    That's not my opinion.
14    Q    Your opinion is that the conditions that you
15 link to DES exposure occurred as she was a fetus?
16    A    Correct.
17    Q    You also indicated that you link the
18 difficulties Mrs. Gilbert has had in conceiving to her
19 DES exposure, correct?
20    A    I think it's a substantial contributing
21 factor.
22    Q    And contrary to what you characterized as

59

1 her "uterine abnormality," you do agree that unexposed
2 patients have infertility?
3    A    Yes.
4    Q    Infertility is not pathoneumonic of DES
5 exposure?
6    A    Correct.
7    Q    Are you aware of any efforts by Mrs. Gilbert
8 to conceive before age 40?
9    A    No.
10    Q    Before she proceeded to ART procedures, did
11 you identify any fertility issues unrelated to DES
12 exposure?
13    A    Such as?
14    Q    Just in your review of her records, did you
15 see any fertility-related, potentially
16 fertility-related problems that Mrs. Gilbert had
17 unrelated to DES exposure?
18       MR. LEVINE: You mean alternative
19 explanations?
20       MR. HEGARTY: You could characterize it in
21 that way, but --
22       THE WITNESS: Uh, yes.

60

1 BY MR. HEGARTY:
2    Q    What did you note from your review?
3    A    Well, she had ovarian surgery, but the
4 concerns regarding pelvic adhesions were eliminated by
5 her subsequent laparoscopies, which were done as part
6 of her IVF ART procedures, and she had had no
7 adhesions, so that became -- that asterisk was
8 eliminated.
9    Q    Before you move on, does the surgery on the
10 ovary or would a surgery on an ovary like she had have
11 any effect on ovulation from that ovary?
12    A    Perhaps temporarily. I mean the month after
13 the surgery it might, but not after that.
14    Q    Why would it not have any effect?
15    A    Well, I mean I guess theoretically it can,
16 but she retrieved eggs from ovarian stimulation from
17 both ovaries. It didn't seem to have any effect,
18 didn't seem to affect her subsequent hormone levels
19 and her response. So it's not common that an ovarian
20 cystectomy would cause an ovarian problem, but the
21 size of the ovaries, on ultrasound, were quite
22 similar, so whatever was removed was probably just a

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

16 (Pages 61 to 64)

61

1  benign tumor.
2      And the biggest issue that I had, although
3  secondarily, was there an effect on the ovary, but
4  that again was dissipated by pretty much the rest of
5  the records -- was the adhesion issue, and that was --
6  the laparoscopy ended that. Again, a patient at 40
7  years of age, hormone levels and ovarian response to
8  medications are important, but again the records seem
9  to have dissipated concerns about that on several
10  occasions. And there was an issue regarding her
11  husband's motility, but that was eliminated on several
12  semen samples after the initial one.
13      Q  The semen analysis that you're quoting, is
14  that -- were those after some procedure performed?
15      A  He had an -- he had a seminalysis that
16  showed a motility of 31 percent, but subsequent
17  seminalyses before the wash of the intrauterine
18  insemination were said to be excellent specimens.
19      Q  Is the motility of 31 percent a potential
20  contributing -- could it have contributed to her
21  infertility to the extent that that was an ongoing
22  kind of a condition?

62

1      A  Well, again there were several subsequent
2  samples quite close to that time, which, you know,
3  that looked like the aberration, number one. Number
4  two is they were only trying to conceive for a
5  relatively short period of time before going to
6  assisted reproduction. And three, all the assisted
7  reproductive procedures eliminated, just like it
8  eliminated the cervical issue, for the most part, from
9  her fertility other than the laparoscopic ZIFT, was
10  eliminated using IVF.
11      So you were asking, you know, what things
12  did I see --
13      Q  Right.
14      A  -- and what did I do with those, and that
15  would have been an issue, but disappeared, if you
16  will, from the subsequent records.
17      Q  You mentioned it's your opinion that her DES
18  exposure was a substantial contributing cause to her
19  delay or inability to conceive, and what do you base
20  your opinion on that it was a substantial contributing
21  cause?
22      A  She has a clearly abnormal uterine

63

1  configuration. She had multiple varying types of
2  embryos transferred, zygotes, Day 3 embryos and
3  blastocysts, and all in good numbers and denoted as
4  very good or excellent quality, and only one
5  implanted. And it may have even implanted in the
6  tube, and I think that's a -- while age is a
7  contributing factor, the uterus is, to me, a
8  substantial contributing factor as well.
9      Q  Do you agree that age is a substantial
10  contributing factor?
11      A  I do.
12      Q  Are you able to put a percentage
13  contribution to Mrs. Gilbert's infertility to the DES
14  and to the age factors?
15      A  I would say 60 percent DES and 40 percent
16  age.
17      Q  What do you base your 60 percent figure on?
18      A  Well, trying -- there's a clinical Gestalt
19  to that. Clearly there is nowhere in the literature
20  that says Mrs. Gilbert has -- but when you look at the
21  difficulty with pregnancy rates at 40 we've talked
22  about, and then aneuploidy issues, and the lower

64

1  pregnancy rates at 40 than at 35, but also the high
2  quality embryos and various that she's had, I think
3  that I would say that it's a, somewhat of a majority
4  issue regarding her implantation and more of a
5  minority but a governor on the system based on her
6  age. So majority versus minority and 60/40 seems
7  fair. I don't think 80/20 -- in my mind, I think that
8  would be an overestimate, and I think 51/49 doesn't
9  quite do it justice, so it's a clinical Gestalt that I
10  think I could give to a patient, if you will.
11      Q  With that breakdown do you agree that a
12  possibility is that it's all age-related?
13      A  Yes. I don't think so. Obviously, my
14  opinion is not that that's the case, and of course, it
15  could be all DES-related.
16      Q  But at 40 percent you agree that that could
17  be --
18      A  Could be --
19      Q  -- the sole cause?
20      A  -- but more likely that it's all DES than it
21  is all age.
22      Q  According to your figures, if she had no

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

17 (Pages 65 to 68)

65

1 abnormalities, was not DES-exposed, she would, at
2 best, have a 60 percent chance of having a live birth;
3 is that a fair statement?
4    A   I think the gist of that is right.  I'm
5 thinking it's the numbers allow that, going the
6 opposite direction, but put this way, I think she
7 would have a substantially higher chance of having a
8 pregnancy and certainly a much higher likely chance of
9 having an ongoing pregnancy.
10   Q   Do you agree that of your -- looking at your
11 ART patient population, that you do not get a
12 60 percent live birth rate of an age 40-year-old
13 woman?
14   A   Correct, although from four transfers of
15 excellent embryos, the cumulative pregnancy rate might
16 very well be 60 percent, so that's the way I was
17 answering that question.  Going through her therapies,
18 I would have expected her, at 40 years of age -- see,
19 the issue is at 40 you usually don't have these
20 embryos.  That's why the entire discussion earlier
21 relative to the general population of patients who are
22 40 doesn't necessarily apply to Mrs. Gilbert, because

66

1 she's in a very different category with her FSH of 6.6
2 originally and her normal estrogen level and her
3 excellent embryo quality, including growth,
4 development, conversion to blastocyst embryos, puts
5 her in a very different category than many
6 40-year-olds who we see, and she has a substantial
7 contributing factor besides that.
8      The analogy that I used earlier was the
9 woman who comes in at 40 whose husband had a
10 vasectomy, a very different statistical category to a
11 woman who has been trying for three years with all the
12 factors being assessed as being normal.  There, age
13 can play a -- or by exclusion, plays a more
14 substantial role.  Here she has demonstrated a very
15 good embryo quality on repeated occasions and had
16 failure to implant, so she's somewhat or rather
17 different than the general population of patients who
18 often we see at 40.
19   Q   That being said, I think we talked a little
20 bit ago that even normal FSH and estradiol levels
21 cannot be predictive of how a 40-year-old patient will
22 respond to ART; is that a fair statement?

67

1    A   What the normal FSH levels or what the FSH
2 levels and estrogen levels are designed to do is
3 determine or predict how a patient will respond to
4 ART, meaning the response of the ovaries and the
5 response -- the ability to develop and grow quality
6 embryos.  And I would say that here it predicted,
7 appropriately, where it's true you have normal levels
8 of FSH in a patient at 40 and you try to stimulate the
9 ovaries and you wind up with poor follicle
10 development, poor estrogen levels, poor embryo
11 development, few eggs, then yes, it's not a good
12 predictor.  Here I think it was a good predictor.
13   Q   Those tests do not measure the level of
14 aneuploidy in oocytes, correct?
15   A   Correct, but there is a clear correlation
16 between the degree of aneuploidy and the ovarian
17 response and the number of eggs, though it's very
18 rare, and we do this with Pre-implantation Genetic
19 Diagnosis, PGD, where you take good responders,
20 patients who are good responders at that age, and do
21 an embryo biopsy and determine the degree of
22 aneuploidy, they do much better with a few less

68

1 aneuploidy than do patients who have fewer eggs and
2 fewer embryos.  So there is clearly a correlation to
3 that.
4    Q   Were there any tests performed on
5 Mrs. Gilbert's eggs?
6    A   No.
7    Q   Any tests to determine the level of
8 aneuploidy?
9    A   No.
10     MR. LEVINE:  Which is a more meaningful
11 criteria; chronologic age or egg viability?
12     THE WITNESS:  Embryo development would be
13 puts her, in this particular case, puts her at a
14 younger biologic age than her chronologic age, and at
15 times the patient may be, at 40, an acting, if you
16 will, from her ovarian responses, acting 44, but she's
17 acting younger than that.
18 BY MR. HEGARTY:
19   Q   And again, that said, there are a number of
20 articles that have tried to correlate the kind of
21 things that you were talking about, FSH, estradiol
22 levels, response to stimulus, too, how a patient will

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

18 (Pages 69 to 72)

69

1  do in the end in conceiving, based on age, and found
2  that you cannot -- it's not a straight correlation, if
3  you understand the question.
4     A   Correct.
5     Q   That, in fact, in your paper that we have
6  been talking about, you stated that there are -- there
7  is no -- I think you indicated there is no test to
8  really determine the better older responding patients?
9     A   Yes, other than putting them through a
10  cycle. That's the test. And then several cycles
11  would even be a better test, which she happens to have
12  gone through. So yes, what we were trying to do is
13  determine a means by which to predict or give evidence
14  that there isn't a way to predict before doing a cycle
15  so that you would be able to counsel a patient, either
16  do a cycle or don't, because your prognosis is poor,
17  or utilize different dosing or types of medication
18  because your prognosis is poor if we use the standard,
19  if you will, but the ultimate test, if you will, is
20  the cycle itself, and that's how we find out that the
21  predictors of FSH and so on are not always true to
22  course.

70

1     Q   Would it be -- do you agree that what
2  Mrs. Gilbert's -- strike that. Do you agree that
3  Mrs. Gilbert's experience with ART does not rule out
4  age as a contributing factor?
5     A   I'm not ruling out age as a contributing
6  factor. You know, she's had -- if I remember the
7  number of embryos -- four blastocysts and I think
8  eight or so zygotes and four or so Day 3 embryos. I
9  can look that up, but I would fully suspect that not
10  all of those were normal and many of them were
11  aneuploidic. That's true in a 30-year-old and more
12  true in a 40-year-old, but these quality embryos and
13  the number that she developed and the developmental
14  rates would strongly suggest that a number of them
15  were normal and Stillman did not implant, and I
16  attribute that to her uterus.
17     Q   In looking at the procedures that she went
18  through for her IVF, are those in any way different
19  than your clinic's procedures?
20     A   We're doing very, very little ZIFT, zygote
21  intrafallopian transfers.
22     Q   Is that rather than what she had?

71

1     A   She had ZIFT combined with IVF. She had a
2  tubal transfer of zygotes, and then later the next day
3  or two days later, a uterine transfer of Day 3
4  embryos.
5     Q   And what are you doing different from that?
6     A   We just did the Day 3 or the Day 5. One of
7  her IVFs she had four Day 5 blastocysts transferred,
8  so we either do Day 3 or blastocysts, but we don't do
9  the ZIFT.
10     Q   Is that -- why don't you do ZIFT?
11     A   Well, our philosophy is that we want to see
12  the embryos develop to determine which ones we might
13  want to transfer, number one. Number two, ZIFT
14  requires a laparoscopic procedure, which has cost and
15  risks to it in and of itself. And three, many of our
16  patients may have tubal factor, which would eliminate
17  the idea of ZIFT. And I would personally be
18  conservative with the use of ZIFT in a patient who had
19  DES exposure because of the ectopic pregnancy rates,
20  even though the tubes look normal by laparoscopy.
21     Q   Are there any -- do you believe there are
22  any differences in odds of success based on the way

72

1  you performed ART versus what Mrs. Gilbert had?
2     A   No, I don't know Dr. Vermesh's success rates
3  in their clinic, but in reading the record, the
4  procedures sound quite similar other than the tubal
5  transfer part.
6     Q   Okay.
7     A   And we've done ZIFT, but we just don't
8  anymore.
9     Q   With respect to the very first procedure
10  that Mrs. Gilbert had, could you say to a reasonable
11  degree of medical certainty or probability, whatever
12  the standard is, that it failed -- the very first
13  procedure failed because of DES exposure?
14     A   Well, I think I would probably go with the
15  60/40 on each of those, which would mean, yes, it was
16  related to the DES more than it was related to age,
17  and I came up with that majority/minority opinion in
18  part because of the cumulative evidence.
19     Q   Right, and that was my question.
20     A   Right, but if you're going to break it down
21  into each one, then I can't -- I'd have to exclude the
22  age in every one of those more than I would exclude

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

19 (Pages 73 to 76)

73

1  the DES, but I think the cumulative evidence, of which
2  there is, helps build a stronger medical opinion.
3      Q   So if she had stopped at just one
4  procedure --
5      A   I think it would have been more difficult to
6  tell.
7      Q   Okay.
8          What percentage of a reduction in -- strike
9  that.
10         Is it your opinion that but for her DES
11 exposure, that Mrs. Gilbert would have a child today?
12     A   I think it's more likely than not.
13     Q   And are you able to put a percentage other
14 than the "more likely than not," typically 51 percent?
15     A   60/40.
16     Q   Is there any way -- is there a test to test,
17 to evaluate the quality of eggs with respect to the
18 aneuploidy issue we've been talking about?
19     A   You can do a biopsy on an embryo but not on
20 eggs.
21     Q   If Mrs. Gilbert had not been exposed to DES
22 and started conceiving at age 40, would you have

74

1  recommended to her that her best chances are Stillman
2  through ART?
3      A   Yes.
4      Q   In other words, you would not have told her,
5  if she asked you for your opinion, to go try on your
6  own for a period of time?  Would you recommend that
7  she move immediately to ART, in other words?
8      A   We would have presented the alternatives,
9  and while the window of opportunity Stillman remained
10 open, it might behoove her and her husband to be more
11 aggressive, because the time frame is generally
12 shorter.  And when you look at cost and risks and
13 medications and the alternatives such as inseminations
14 or other procedures, the IVF makes sense to many of
15 them.
16         The time frame at which you recommend that
17 is foreshortened compared to the standard definition
18 of infertility of a year of attempting conception
19 without contraception and not getting pregnant with
20 regular intercourse, but the reason that it's
21 foreshortened has got to do with that window of
22 opportunity.  You tell a patient of 40 who says I've

75

1  tried for a month, come back in 11 months, or the
2  opportunity may be lost.  You tell a 30-year-old come
3  back in 11 months, the likelihood of being wrong in
4  retrospect is how I refer to it to them is much more
5  minimal.
6      Q   In the general population is it accepted
7  that it takes longer to conceive on your own as you
8  get older?
9      A   We're trying to promote that through
10 preventible infertility, which is something I've been
11 involved with for a long time with ASRM, in promoting
12 the idea that smoking, excess increase or decrease in
13 weight, sexually transmitted diseases and, in
14 particular, age are -- may be preventible causes of
15 infertility.
16     Q   Maybe my question might be a little bit
17 different.  Are you aware of studies showing that if
18 you look at the time to conception between age 25 and
19 let's say age 40 without any reproductive assistance,
20 that it generally takes longer at age 40 --
21     A   Oh, sure.
22     Q   -- to conceive than at age 25?

76

1      A   Yeah, on a population basis, yes.  Patients
2  at 25, obviously it takes years and years, and some
3  patients at 40 without even trying.
4      Q   Would you agree that even without DES
5  exposure, at age 40, Mrs. Gilbert's best chance at
6  having a child is through surrogacy or was through
7  surrogacy?
8      A   Gestational surrogacy, but again without the
9  cervical stenosis maybe she would have gotten pregnant
10 through intercourse, had not the cervix there and then
11 the uterus prevented her from doing so, and that got
12 her to the ART, because at 40 she presented with four
13 or five months of difficulty getting pregnant, and it
14 went on from there.
15     Q   And again I'm just talking about if she had
16 not DES-exposed and other abnormality, at age 40, is a
17 woman's best chance of having a child through
18 gestational surrogacy?
19     A   You mean without the DES exposure?
20     Q   Yes.
21     A   Oh, no.  No, I don't think so.
22     Q   So the gestational surrogacy is not -- there

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

20 (Pages 77 to 80)

77

1  is not a higher rate of success for a 40-year-old than
2  a 40-year-old going through ART?
3      A  It would be minimal.  I mean yes, there are
4  patients with uterine factor, like Mrs. Gilbert, or
5  fibroids or other uterine factors, but in general
6  we're not recommending gestational surrogacy to
7  improve pregnancy outcomes in a patient who is 40 or
8  even 50, for the most part.
9          MR. LEVINE:  Let me make a statement for the
10 record.  It appears that you're setting up
11 Dr. Stillman for a claim that his testimony is not
12 permissible because you were denied the opportunity to
13 depose him, and you've spent an hour and a half or
14 squandered an hour and a half on a lot of hypothetical
15 and fanciful questions that were asked before in
16 Dr. Stillman's 72 hours of depositions.  I just want
17 that in the record.
18 BY MR. HEGARTY:
19     Q  You're familiar with the Kaufmann 2000
20 paper, correct?
21     A  Remind me which Kaufmann paper that is.  I
22 hope I'm familiar with it.

78

1      Q  Well, the papers we have talked about
2  primarily in prior depositions have been Palmer 2002
3  and Kaufmann 2000.  You have referenced Kaufmann 2000
4  before.
5      A  Yeah, I'm not trying to be coy.  I'm just
6  not remembering which Kaufmann — I would remember the
7  title better than I would remember the year.
8      Q  Are you aware that the -- do you recall that
9  in that paper they looked at fertility rates, rates or
10 percentages of achieving a live birth in a population
11 with a mean age of 25?  Does that sound familiar to
12 you?
13     A  No.
14     Q  Do you recall what rates he quoted of
15 percentage of DES-exposed patients having a live birth
16 at age -- with a mean age of 25?
17     A  Don't remember.
18     Q  Do you recall it being greater than
19 50 percent?
20     A  What part of "I don't remember" do you —
21        MR. LEVINE:  I think it would work better if
22 you showed him the . . .

79

1          MR. HEGARTY:  Okay.
2  BY MR. HEGARTY:
3      Q  Well, let me ask you this:  Is it your
4  opinion that of the studies out there that show, that
5  have looked at infertility and pregnancy in
6  DES-exposed women, that more than 50 percent of
7  DES-exposed women are able to have a live birth?
8          MR. LEVINE:  I'm going to object, because
9  those studies do not distinguish between anomalies or
10 not, just DES exposure.  Here you have an anomaly.
11         THE WITNESS:  And it's my recollection that
12 those studies discuss eventually having a lot.  They
13 may go through prematurity, severe handicap in a
14 child, miscarriages, ectopic pregnancy, but if they're
15 persistent enough, then a majority will Stillman have
16 a live-born, although the live-born may be severely
17 premature and handicapped, but live-born nonetheless.
18 BY MR. HEGARTY:
19     Q  I believe the figure that Dr. Kaufmann
20 quotes, as far as percentage, who will have a live
21 birth with their first pregnancy is at 64 percent.
22     A  Yeah, it may not be that particular paper,

80

1  which is substantially lower than the general — the
2  infertile population, which is in the 90 percent.
3      Q  I actually think he quoted figures lower
4  than 90 percent.
5      A  Yeah, 86, if I recall from one of the
6  original papers.  Well, put it -- they're a little bit
7  higher.  I'm not recalling the paper precisely, but a
8  good bit higher and statistically significantly higher
9  than the exposed, which is the point.
10     Q  And those patients who first live -- first
11 birth at age 25 will have -- strike that.  That's not
12 coming out well.
13         Let me move on to Mrs. Deep, and we can come
14 back to that question.
15         I want to focus now on your analysis of
16 Mrs. Deep's case.  You were a treating doctor of
17 Mrs. Deep, correct?
18     A  Correct.
19     Q  Do you remember her, sitting here today?
20     A  Yes.
21     Q  When you were treating her, did you know
22 that she had or was going to file a lawsuit against

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

21 (Pages 81 to 84)

---

**81**

1  Lilly?

2  A  I don't know that.  I don't recall that.

3  MR. LEVINE:  I don't think those are the

4  facts either.

5  BY MR. HEGARTY:

6  Q  Have you ever had any discussion with

7  Mrs. Deep about the lawsuit of which we are talking

8  about here today?

9  A  I don't recall that.

10  Q  When was the last time --

11  A  I might have, especially when I saw the

12  request for records.

13  Q  When was the last time that you saw

14  Mrs. Deep?

15  A  Sometime in third quarter of '05.

16  Q  And the materials you brought with you with

17  respect to Mrs. Deep's case, which have been marked as

18  Exhibit Number 3, are there any materials in there

19  besides her medical records?

20  A  No, but then perhaps my letter and, you

21  know, Notice of Deposition type of things.

22  Q  Okay.  Mrs. Deep was born on June 2nd, 1962;

---

**82**

1  is that correct?

2  A  Correct.

3  Q  Are you aware that she started on birth

4  control pills in 1983 at age 21?

5  A  Yes.

6  Q  She took birth control pills continuously

7  through May, at least May 2005, for a period of

8  approximately 22 years?

9  A  Yes.

10  Q  Are you aware of any time before age 43 that

11  Mrs. Deep attempted to conceive?

12  A  No.

13  Q  Did you have a discussion with Mrs. Deep

14  with respect to her likelihood of conceiving and/or

15  carrying a child to a live birth before you did any

16  tests on her?

17  A  Yes.

18  Q  What would you have had -- or did you

19  discuss with her the effect of age on her likelihood

20  of conceiving and/or carrying a child to live birth?

21  A  At 43 it can be an important factor.

22  Q  Do you remember, sitting here today, what

---

**83**

1  you told her?

2  A  No.

3  Q  Would you have talked about -- strike that.

4  Based on your standard practice, would you have had a

5  discussion with her about the issue of age and its

6  possible effect on her ability to conceive and carry a

7  child to a live birth?

8  A  Yes.

9  Q  And what would your standard kind of --

10  well, what would your standard statements have been?

11  A  That it's a steep slope, and the steeper --

12  the greater the reproductive age, that the window of

13  opportunity might be narrow, and we need to assess

14  whether it may actually be closed, and whether there

15  are other factors that may be treatable that may

16  impinge upon it, because some patients act younger

17  than their chronologic age and others act their age

18  and others act older, and we needed to try to assess

19  where she resides.  That's that "stump speech," if you

20  will, that I referred to earlier.

21  Q  Is there any doubt in your mind that you had

22  the stump speech with Mrs. Deep?

---

**84**

1  A  No.  In part it was reflected in the tests

2  that we recommended and did, the Clomid Challenge test

3  and so on, as well as the hysterosalpingogram and

4  other tests, because if the Clomid Challenge test, for

5  instance, was abnormal, we might not have proceeded on

6  with other tests.

7  Q  If Mrs. Deep testified in this case that no

8  one at your office had a discussion with her about any

9  effect on age with respect to her efforts to conceive

10  or carry a child to a live birth, would her memory be

11  faulty?

12  A  No.  I would say I didn't do my job well

13  enough in conveying that information to her.

14  Q  What physical abnormalities do you believe

15  that Mrs. Deep has that you relate to DES exposure?

16  A  Her severe uterine anomaly, abnormality.

17  Q  Anything else?

18  A  And her cervical stenosis, quite severe,

19  actually.  And as I referenced, the uterus is really

20  among the group of the most severe I've seen.  It's

21  really quite remarkable.

22  Q  Now, as part of your opinions, you presume

---

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

22 (Pages 85 to 88)

85

1    or as part of that, your opinion is that she's
2    DES-exposed, correct?
3        A    Yes.
4        Q    You are aware of references in your records
5    for her where her mother denies taking DES?
6        A    Correct.
7        Q    And in light of those statements, what do
8    you base your assumption on that she was DES-exposed?
9        A    Well, I've tried a lot to stay away from the
10   term "pathopneumonic" except in the most severe or
11   characteristic uterine anomalies, but I think this
12   severity and type would be as close to that that I
13   would say that exposure to an in utero synthetic
14   estrogen would almost be defined by the anomaly
15   itself.
16       Q    Okay. Let's talk about her HSG.
17       A    And cervix.
18       Q    What is it about her -- okay, you mentioned
19   cervix. The cervical stenosis that you saw in
20   Mrs. Deep; would you characterize that as
21   pathoneumonic of DES exposure?
22       A    No.

86

1        Q    And I'm not excluding talking about that. I
2    just want to talk about her HSG, her uterine
3    configuration for right now.
4        A    Right.
5            MR. LEVINE: You're extracting the cervix
6    alone in that last question?
7            MR. HEGARTY: No, I just want to talk
8    specifically about the uterus in my next series of
9    questions.
10           MR. LEVINE: In the prior question you asked
11   just cervix. Cervix is not pathoneumonic.
12   BY MR. HEGARTY:
13       Q    Let me start over. I want to talk to you in
14   more depth about her HSG and her uterine shape,
15   because I believe you indicated that your opinion that
16   she is DES-exposed is based on the HSG result. Is
17   that a fair statement?
18           MR. LEVINE: I'm going to object. The
19   mother has testified that she was DES-exposed.
20   BY MR. HEGARTY:
21       Q    Have you seen the mother's testimony,
22   Dr. Stillman?

87

1        A    No, but I was told she was DES-exposed, but
2    in this circumstance, if we had just the X-ray, I
3    would say this is DES-exposed. And if somebody said,
4    well, hypothetically the mother says no and the
5    daughter says she doesn't know anything about it, I
6    would say this is pathoneumonic enough that the
7    records ought to be either further evaluated or she
8    was exposed, without knowing it, to some synthetic
9    estrogen.
10       Q    And you said "pathoneumonic enough." Going
11   back to Gilbert, is Gilbert in the same category in
12   terms of your characterization of pathoneumonic?
13       A    No, it's sort of that hypoplasia argument.
14   I think that's very characteristic and classic but not
15   necessarily pathoneumonic.
16       Q    Okay. Now let's go back to Mrs. Deep. How
17   is it that Mrs. Deep's uterus is pathoneumonic or you
18   said "almost pathoneumonic" of DES exposure?
19       A    Well, it's markedly misshapen, it's small,
20   it's irregular, and I've just never seen anything else
21   that does it.
22       Q    Do you have the films with you?

88

1        A    We have pictures, you know, xeroxes of the
2    pictures, because we don't take X-ray films. It's a
3    digital print-out. Actually, you may have some of
4    those.
5        Q    What are the characteristics of that film
6    that you say are almost pathoneumonic?
7        A    Well, it's very short and it's narrow and
8    it's T-shaped and it's pathoneumonic.
9        Q    I believe in your report and/or your records
10   you said that you have never seen an HSG like this
11   HSG.
12       A    I think among the most severe. I don't know
13   if I would say the most severe, but it's way up there
14   or down there, depending on the way you want to look
15   at it.
16           I also mention, I might add, in my New
17   Patient Evaluation that issues regarding reproductive
18   age were discussed.
19       Q    And how did you characterize Mrs. Deep's HSG
20   in the report that you prepared in this case?
21       A    The report in the case?
22       Q    Yes.

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

89

1    A    As among the most severely affected uterine
2    cavities I've ever witnessed, and the findings on the
3    X-ray itself report were "uterine cavity, severe
4    anomaly, compatible with DES in utero, very small,
5    irregular, T-shaped, with bilateral tubal patency."
6        Q    What percentage of your DES-exposed patients
7    have had an HSG that looked like that?
8        A    I would say this is the one/two percent
9    level of severity, the highest level of severity.
10       Q    Would you agree that this HSG -- that this
11   uterus shown by your HSG is rarely seen in your
12   DES-exposed patients?
13       A    Fortunately, most of them are not this
14   severe.
15       Q    How is that not evidence that you're seeing
16   something else?  In other words, if this is outside
17   the spectrum of what you've seen --
18       MR. LEVINE:  He didn't say it was outside
19   the spectrum; he said it was the lower end of the
20   bell.
21   BY MR. HEGARTY:
22       Q    Isn't she different from your other

90

1    DES-exposed patients?
2        MR. LEVINE:  Object.  He didn't say it was
3    outside the spectrum; he said it was the outer edge of
4    the bell.
5    BY MR. HEGARTY:
6        Q    You can answer.
7        A    Yeah, it's classic DES shape.  It's just got
8    all the characteristics and so small that it's the
9    most severe.
10       Q    You have seen in your whole practice --
11   strike that.
12       How many DES-exposed patients' HSGs have you
13   seen?
14       A    I don't know if it's thousands, but it's
15   several hundred.
16       Q    And of those several hundred, you've only
17   seen one or two that looked like Mrs. Deep's HSG?
18       A    One or two percent, which, for 500, would be
19   50 or a hundred.  No, that's wrong.  It would be five
20   or ten.  Sorry.
21       Q    Have you ever -- and your memory is that
22   you've seen uteri like Mrs. Deep's in other

91

1    DES-exposed patients of yours?
2        A    Yes, and in cases that I've been asked to
3    review for colleagues at conferences, medical/legal
4    proceedings, not only my patients, but films, pictures
5    of patients.
6        Q    The abnormality which you've characterized
7    as shown in the HSG film, did that occur when
8    Mrs. Gilbert was a fetus -- I'm sorry -- when
9    Mrs. Deep was a fetus?
10       A    Yes.
11       Q    Would that same picture have been shown at
12   age 25 in Mrs. Deep?
13       A    Yes.
14       Q    Do you contend that Mrs. Gilbert --
15       MR. LEVINE:  He hasn't made contentions.
16   BY MR. HEGARTY:
17       Q    Do you contend or is it your opinion that
18   Mrs. Deep, who began attempting to conceive at age 43,
19   did not conceive to a reasonable medical probability
20   because of DES exposure?
21       MR. LEVINE:  I'm going to object.  The test
22   is:  Was it a significant factor, a significant

92

1    contributing factor?
2        THE WITNESS:  That is a significant
3    contributing factor.  She hasn't really had a trial to
4    see whether her age is the more prevalent factor or
5    her uterus, although clinically, for instance, if she
6    was unable to conceive, she ought to use the
7    gestational carrier, regardless of whether she uses
8    her own eggs in a trial or donor eggs.  I think this
9    uterus essentially, in all reasonable likelihood,
10   precludes her from having a pregnancy, much less an
11   ongoing pregnancy.
12   BY MR. HEGARTY:
13       Q    Tell me all facts and literature on which
14   you base that opinion.
15       A    My experience in particular.  Seeing
16   patients with less severe abnormalities like this
17   would be incompatible with ongoing or viable
18   pregnancies.
19       Q    Can you cite any literature that has studied
20   pregnancy rates, delivery rates in patients with uteri
21   that looked like Mrs. Deep's?
22       A    No.  Obviously, there are very few patients

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

24 (Pages 93 to 96)

93

1 with that, and they certainly stand out when you see
2 them.
3    Q    Can you say that it is more likely than not,
4 that it is more likely than not that Mrs. Deep, but
5 for her DES exposure, would have a child today?
6        MR. LEVINE: That's not the test.
7        THE WITNESS: I think her age is a
8 contributing factor. I think her uterus is a
9 contributing factor. If she did an IVF cycle with a
10 gestational carrier, you would need that test to see
11 how she responded. She did have a normal Clomid
12 Challenge test, normal -- evidence of ovarian function
13 as best we can tell, but as we discussed before,
14 that's an imperfect test, but it's the only one we
15 have without doing a stimulation. If she stimulated
16 well and had good embryos, she, among the
17 43-year-olds, if into a gestational carrier, might
18 very well conceive and have a normal child. Without
19 that, it's hard -- it's hard to know which one is the
20 majority factor.
21 BY MR. HEGARTY:
22    Q    So would it be a fair statement that in the

94

1 43-year-olds in the general population, without any
2 uterine abnormality, you couldn't say one way or the
3 other what their percentages are of having a live
4 birth if they start at age 43?
5        MR. LEVINE: With or without ART?
6 BY MR. HEGARTY:
7    Q    First without.
8    A    I thought we went through some of those
9 numbers, estimates earlier, and we agreed or I agreed
10 that there was an important decrease compared to a
11 younger reproductive age, but also that the woman
12 who's married to a gentleman with a vasectomy, you
13 can't tell, and this is her vasectomy, but she
14 Stillman might be infertile, like the woman married to
15 the guy with the vasectomy. If she does ten IVF
16 cycles, it may prove to be an age factor along with
17 the vasectomy.
18        It could certainly turn out to be an age
19 factor along with the uterine anomaly. It's just
20 impossible to sort out at the moment. I would be more
21 concerned if her Clomid Challenge test was abnormal,
22 saying, well, there is definitely an ovary factor and

95

1 a uterine factor, but if she wanted to come to us and
2 have a trial of an IVF cycle and a gestational carrier
3 using her own eggs, that would be perfectly
4 appropriate to do.
5    Q    I want to make sure that I'm clear on what
6 your testimony would be or is in the case. You
7 testified that her uterine shape is a substantial
8 contributing factor to her infertility, correct?
9    A    Correct.
10    Q    Is it also correct that her age is a
11 substantial contributing factor to her infertility?
12    A    Both of those, from what we know now.
13    Q    And in the Gilbert case you put a percentage
14 of 60 percent DES, 40 percent age. Are you able to
15 attach percentages in this case?
16        MR. LEVINE: I'm going to object, because
17 this is a case where he is advising the woman not to
18 use her uterus. How can he do that?
19        THE WITNESS: I mean I think the -- the
20 uterus is an overriding factor regardless of her age.
21 What we don't know is: Is the age also a factor that
22 would require to use donor eggs with a gestational

96

1 carrier or her own eggs? So she could do great with a
2 gestational carrier. She could do poorly with a
3 gestational carrier. We don't know that. What we do
4 know, in my opinion, is that regardless of donor egg
5 or her own eggs, she cannot do well with her uterus.
6 BY MR. HEGARTY:
7    Q    So what we don't know is --
8    A    How much of a substantial contributing
9 factor her age is. It could be zero.
10    Q    It could be a hundred percent.
11    A    It can't be a hundred, because the uterus is
12 a factor as well, and we know it's not a hundred
13 because of her Clomid Challenge test.
14    Q    Let me ask it this way.
15    A    So if her age was 25, I would say, well --
16 and she didn't have periods, I would say, look, you
17 know, they're both -- they're both incompatible with
18 her having a baby of her own eggs.
19    Q    Would it be a fair statement that you cannot
20 say whether -- if a gestational carrier was used with
21 her own eggs, that Mrs. Deep -- that a pregnancy would
22 be successful; is that a fair statement?

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

25 (Pages 97 to 100)

**97**

1  A  The beginning of that was we don't know?
2  Q  Yeah, you cannot say.
3  A  We cannot say. Just like any woman at 43
4  who stops her birth control, some get pregnant and do
5  great, others will eventually wind up at the fertility
6  clinic.
7  Q  Would you agree that a 43-year-old who
8  starts attempting to conceive with no abnormalities
9  does not have a greater than 50 percent chance of
10  having a live birth?
11  A  Correct.
12  MR. LEVINE:  That's without ART?
13  BY MR. HEGARTY:
14  Q  That is without ART.
15  A  Right.
16  Q  Would you agree -- would that answer be the
17  same with ART, that 43-year-old patients that you
18  help, that you treat in your practice starting without
19  a uterine abnormality, do not have a greater than
20  50 percent chance of having a live birth?
21  A  They don't have a greater than 50 percent
22  chance.

**98**

1  Q  Their chances are less than 50 percent?
2  A  Correct.
3  MR. LEVINE:  Without any abnormality?
4  THE WITNESS:  Without any abnormality.
5  MR. LEVINE:  With eggs and everything?
6  THE WITNESS:  Right, short of the use of
7  donor eggs, of course.
8  MR. LEVINE:  With the number of tries?
9  THE WITNESS:  It's Stillman not going to be
10  greater than 50 percent live birth, but that is made
11  up of a percentage of patients who are already having
12  difficulty with no abnormality. She's the general
13  population of 43-year-olds, I believe, the vasectomy
14  wife or spouse. You just don't know. She could be
15  perfectly fertile, as many 43-year-olds are. They get
16  pregnant and they want to be pregnant, or they got
17  pregnant and didn't want to be pregnant. They do just
18  fine, so she could be perfectly fertile except for her
19  uterus. That trial has never been done.
20  BY MR. HEGARTY:
21  Q  In your opinion, even without the trial, we
22  take out the vasectomy patients, we look at the

**99**

1  43-year-olds, normal couples; less than 50 percent of
2  those couples are going to have a live birth?
3  A  We talked about those numbers earlier. At
4  43, we thought that they were -- you know, the
5  miscarriage rate and so on was -- no, that 33 to
6  50 percent was where I was putting it, and we used 43,
7  and I think I'd stick to that. So it may be close to
8  50 percent, but I think that if you think the general
9  population of patients at 43 years of age -- again I
10  think I'd try to stay with those numbers. 33 to
11  50 percent would have difficulty or would not have a
12  live birth, which would mean that some relatively
13  small majority, let's say 40 percent, splitting the
14  difference there, would -- 60 percent would have a
15  live birth, the general population.
16  Q  The numbers that you quote on your
17  website --
18  A  Well, that's infertile patients going
19  through IVF, who aren't the general population. If we
20  went to, if we went to stop people on the commuting,
21  like a, you know, a sobriety check, and found every
22  43-year-old woman and said let's go through IVF, our

**100**

1  pregnancy rate is going to be a lot higher than that;
2  or has your husband had a vasectomy? Yes. Okay,
3  let's do IVF. Her pregnancy rate is going to be a
4  whole lot higher than that. That's a very selected
5  population, selected for infertility.
6  Q  And in your practice you get that group of
7  patients who are age 43 with no identifiable
8  abnormality or issue with respect to conceiving?
9  A  Right.
10  Q  And in those patients who you assist with
11  ART your success rate in live birth is Stillman less
12  than 50 percent?
13  A  Yeah. It's the people who have other
14  factors where it's higher. The vasectomy or the DES,
15  I mean those are the patients where it's higher. When
16  you get into unexplained infertility, normal factors
17  in a patient at 43, that's where you have the most
18  difficulty.
19  Q  And my question is a little bit different, I
20  think. You have assisted -- you have had 43-year-olds
21  come to you at the very outset without having -- just
22  as they are attempting to conceive and want ART

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

26 (Pages 101 to 104)

---

101

1  assistance from the very outset?
2      MR. LEVINE: Getting married for the first
3  time is very helpful.
4      THE WITNESS: Rarely do that, but --
5  BY MR. HEGARTY:
6      Q  Who have no identified abnormality and no
7  history of infertility.
8      A  Okay.
9      Q  In those patients that you assist, the rate
10  of live birth is Stillman going to be less than
11  50 percent?
12      MR. LEVINE: With multiple cycles?
13  BY MR. HEGARTY:
14      Q  Yes.
15      A  I don't know that that's the case. It's
16  going to be a good bit better than that, and we
17  generally don't see people who have just started
18  trying. I mean we have them try for a few months.
19      Q  And to go back to your website material, and
20  this is the website that says age is significant in
21  treatment plan recommendation, and what you cite is by
22  the age of 40, where you stop at age 40, pregnancy

---

102

1  potential is reduced by 30 to 50 percent; it does not
2  go above 40?
3      A  That's all the infertile population.
4      Q  And I'll let you look at this, but that does
5  not refer to the infertile population.
6      A  Well, I wrote it, so I know what I meant,
7  and it's -- as the Medical Director, I wrote it.
8  There is an effective age on fertility, even not
9  infertility, but the idea if you have fertility
10  problems and are coming to us, then age plays an
11  important role in the recommendations we would make,
12  the window of opportunity issue, but somebody who's
13  just trying, with a vasectomy spouse, it's up in the
14  air.
15      Yeah, if you take a thousand women at 40 and
16  a thousand at 30, the 30-year-olds are going to be
17  more fertile than the 40-year-olds with the husband
18  with the vasectomy reversal, but you just don't know.
19  We just don't know where Mrs. Deep is. Yeah, she's at
20  risk for a -- that's why it's a substantial
21  contributing factor without even knowing what it is,
22  but I'd like to stimulate her, her ovaries, see what

---

103

1  the embryos are like, but it would be unethical to put
2  them back in her uterus, in my opinion.
3      Q  Would Mrs. Deep's chances, even if she had
4  no DES exposure at age 43, Stillman be best to go to a
5  gestational carrier?
6      A  No.
7      Q  That would not significantly improve her
8  chances?
9      A  No. Donor egg, perhaps, if she were
10  infertile, but not gestational carrier.
11      Q  So would -- a patient at age 43 with no DES
12  exposure, no abnormalities, would they have a better
13  chance at a live birth with a donor egg and a
14  gestational carrier?
15      A  Sure. So would a 35-year-old. So would a
16  30-year-old. Doesn't mean we do it, but it would be
17  better.
18      MR. HEGARTY: Why don't you give me a couple
19  minutes. I'll go through my notes and then I'll
20  finish. If you hang around, I should be done by 2:30.
21      MR. LEVINE: Are there any people on the
22  phone with any pressing questions?

---

104

1      MR. HEGARTY: Hello? Anybody on the phone?
2      (Whereupon, a short recess was taken.)
3  BY MR. HEGARTY:
4      Q  We're back on the record.
5      Doctor, I just have a few more questions.
6  If a patient taking birth control pills -- strike
7  that.
8      Birth control pills can have an effect on
9  uterine shape; is that a fair statement?
10      A  Can?
11      Q  Can.
12      A  I don't know that that's true.
13      Q  A patient a long time on birth control pills
14  can have a suppressed -- hormone levels suppressed
15  such as to cause atrophy of the uterus?
16      A  I don't agree with that. The pills are
17  pharmacologic levels of estrogen and progesterone, and
18  usually we might give pills to somebody who has
19  uterine atrophy in order to get them prepared for
20  fertility, so to grow your uterus.
21      Q  How about a patient who is in menopause;
22  will their uterus be smaller?

---

Case 1:06-cv-00111-RWR    Document 22-5    Filed 12/13/2007    Page 29 of 47
DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

27 (Pages 105 to 108)

105

1    A  Yes, and you could give replacement
2  estrogens, like pills, to grow it.
3    Q  Right. I'm going to show you an article by
4  Ubeda and show you a Figure Number 11. And would you
5  characterize Figure Number 11 as a T-shaped uterus?
6    A  Yeah, somewhat. Yeah.
7    Q  If you had seen that uterine shape in a
8  patient, would you have concluded that that was the
9  result of DES exposure?
10    A  I would have asked the question, but my
11  level of the index of suspicion wouldn't have been
12  that high or as high as other anomalies.
13    Q  Why? What about that picture would not have
14  caused your suspicion to be the same level?
15    A  Well, it's just not as narrow or as T-shaped
16  as -- my index would be higher. Doesn't look
17  particularly small either. You know, I think I could
18  see the tenaculum down there.
19    Q  So that would not be a shape characteristic
20  of DES exposure?
21    A  I would say that this would be a -- if she
22  were DES-exposed, I would put this in the two to three

106

1  or three to four range regarding anomaly.
2    Q  But assuming that -- if you had no history
3  of exposure, this is one of those HSGs that you sent
4  to doctors or gave as part of the Board exam, would
5  you expect them to call that a uterus that has a DES
6  effect?
7    A  I would hope they would certainly list it in
8  the differential.
9    Q  What about you; would you, based on that
10  configuration alone, conclude that that patient is
11  DES-exposed?
12    A  I said I would be suspicious.
13    Q  But in other cases you have looked at HSGs,
14  said I have not seen this outside of DES exposure, and
15  concluded that it shows DES exposure? Would you
16  conclude the same from that picture?
17    A  I think it's a mild abnormality that's
18  compatible with DES, but, you know --
19    Q  Have you seen that kind of HSG in women
20  unexposed to DES?
21    MR. LEVINE: It doesn't say anything in the
22  article that the person is not DES-exposed.

107

1    THE WITNESS: Yeah, this person is on birth
2  control, but she may be on birth control as in DES. I
3  mean I was hoping that was an obvious point.
4    BY MR. HEGARTY:
5    Q  Going back to my question, have you seen HSG
6  look like that in women unexposed to DES?
7    A  I don't recall ever seeing one that looks
8  like that that's not DES-exposed.
9    MR. LEVINE: For the record, this author
10  doesn't take the position that she's not DES-exposed.
11    BY MR. HEGARTY:
12    Q  I'm next going to show you an article by
13  Julius Jarcho that shows an HSG --
14    A  I really have to go. I was giving you extra
15  time because I thought there might be some relevant
16  questions, but that hysterosalpingogram on a woman on
17  birth control pills I would have to state is not
18  relevant.
19    MR. LEVINE: This is your last one.
20    MR. HEGARTY: You can characterize it as the
21  last one, but I have about five minutes left if the
22  doctor can stick around for five minutes.

108

1    MR. LEVINE: You're 15 minutes past.
2    BY MR. HEGARTY:
3    Q  This article shows an HSG taken in 1928.
4  Would you characterize that picture as what you have
5  seen in DES-exposed patients?
6    A  I can't read that from that Xerox picture.
7    Q  What part of it can't you read?
8    A  The whole top and where the uterus ends and
9  the cannula that's in there describing where that is.
10  It's a whole solid mass in the whole lower portion of
11  the uterus.
12    Q  How about just if we look at the shape?
13    A  She might have a fibroid at the top of the
14  uterus which is indenting the top of cavity, so we
15  don't have other pieces of evidence to go along with
16  it.
17    Q  So your testimony is that you cannot read
18  that?
19    A  That's correct.
20    Q  And you cannot even read it to tell whether
21  you would characterize that as a T-shaped uterus?
22    A  I would not characterize that as a T-shaped

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

28 (Pages 109 to 112)

109

1  uterus. That I can tell.
2     Q   Very good. Thank you.
3        MR. LEVINE: If you have to go, you have to
4  go.
5  BY MR. HEGARTY:
6     Q   At what age of a DES-exposed patient like
7  Mrs. Deep would you conclude that age is the sole
8  factor as the cause of any infertility?
9        MR. LEVINE: 90?
10       THE WITNESS: Yeah, well, I don't know where
11  you can do that other than menopause or elevated FSH
12  levels. If she was 47 and had regular periods, I
13  would be very concerned that age was also a more major
14  factor than at 43 with a normal Clomid Challenge.
15  BY MR. HEGARTY:
16    Q   How about if Mrs. Deep testified that she
17  desired three children; if she began at 43, no DES
18  exposure, what would you put her odds at of having
19  three children?
20    A   Very low.
21    Q   We talked briefly about the cervical
22  stenosis issue with Mrs. Gilbert. Is your testimony

110

1  the same with respect to Mrs. Deep?
2     A   Yes.
3     Q   And again is that a condition that would
4  have any clinical significance if she went to IVF or
5  other ART procedures?
6     A   It might make transfer very, very difficult,
7  but since we're not doing it to her, it would only be
8  a gestational carrier. It wouldn't matter.
9     Q   If Mrs. Deep had never tried to conceive,
10  would her uterine shape, her cervical shape have any
11  physical effect on her for the rest of her life?
12    A   If she wasn't trying to conceive?
13    Q   Yes.
14    A   I don't think so.
15    Q   Again with respect to Mrs. Deep and exposure
16  to DES, again it would be any synthetic estrogen, in
17  your view, as opposed to diethylstibestrol?
18       MR. LEVINE: We'll stipulate to that.
19       MR. HEGARTY: Okay.
20       THE WITNESS: Yes.
21       MR. LEVINE: Do you want these marked and
22  kept?

111

1        MR. HEGARTY: We need to mark them and have
2  them copied, however you want to do it.
3        MR. LEVINE: I'll do it. Leave them here.
4  I'll get them to you.
5        MR. HEGARTY: Anybody else Stillman on the
6  phone?
7        THE WITNESS: I don't think so. We lost
8  them.
9        MR. HEGARTY: Thank you very much, Doctor.
10       (Signature having been waived, the
11  deposition of ROBERT J. STILLMAN, M.D., was concluded
12  at 3:29 p.m.)
13
14
15
16
17
18
19
20
21
22

112

1  CERTIFICATE OF SHORTHAND REPORTER – NOTARY PUBLIC
2     I, Laurie Bangart-Smith, Registered
3  Professional Reporter, the officer before whom the
4  foregoing deposition was taken, do hereby certify that
5  the foregoing transcript is a true and correct record
6  of the testimony given; that said testimony was taken
   by me stenographically and thereafter reduced to
7  typewriting under my supervision; and that I am
   neither counsel for, related to, nor employed by any
8  of the parties to this case and have no interest,
   financial or otherwise, in its outcome.
9
      IN WITNESS WHEREOF, I have hereunto set my
10  hand and affixed my notarial seal this 21st day of
   December, 2006.
11
12  My commission expires: March 14th, 2011
13
14
15
16  LAURIE BANGART-SMITH
   NOTARY PUBLIC IN AND FOR
17  THE DISTRICT OF COLUMBIA
18
19
20
21
22

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

113

**A**

**AARON** 2:5 3:5,8
**aberration** 62:3
**ability** 10:20
  21:15 34:13
  41:18 42:9 67:5
  83:6
**able** 28:12,16 32:5
  39:12,19 40:1
  50:14 63:12
  69:15 73:13
  79:7 95:14
**abnormal** 30:7
  35:6 62:22 84:5
  94:21
**abnormalities**
  11:2 12:7 17:17
  19:22 20:6 25:8
  26:6 52:4,9
  54:12 57:1,11,15
  58:6,7,10 65:1
  84:14 92:16
  97:8 103:12
**abnormality** 20:2
  53:15 56:8,14
  59:1 76:16
  84:16 91:6 94:2
  97:19 98:3,4,12
  100:8 101:6
  106:17
**about** 6:8 8:6,19
  9:17 14:11,19
  17:13 19:7 21:4
  25:6,10 29:7,9
  29:18,20 30:1,10
  30:13 32:10,17
  41:3,16 43:21
  51:15 54:13,20
  55:5 56:18 61:9
  63:22 68:21
  69:6 73:18
  76:15 78:1 81:7
  81:8 83:3,5 84:8
  85:16,18 86:1,2
  86:8,14 87:5
  99:3 104:21
  105:13 106:9
  107:21 108:12

109:16,21
**above** 102:2
**abstract** 26:10
**academic** 14:3
**acceleration**
  34:11
**accept** 30:16,20
**accepted** 19:14
  20:13 75:6
**accepting** 22:18
**according** 30:3
  64:22
**accurate** 46:3
**achieve** 32:5
**achieved** 27:6,13
**achieving** 12:15
  31:12 78:10
**act** 83:16,17,18
**acting** 68:15,16,17
**Action** 1:4
**active** 46:17
**actually** 32:11
  46:11 80:3
  83:14 84:19
  88:3
**add** 88:16
**adequately** 39:14
**adhesion** 61:5
**adhesions** 60:4,7
**advancing** 10:15
  11:7 12:20
**advantageous**
  56:17
**advising** 95:17
**affect** 60:18
**affected** 89:1
**affixed** 112:10
**after** 10:3,21
  58:12 60:12,13
  61:12,14
**afternoon** 5:6,7
**again** 30:9 46:15
  51:16 61:4,6,8
  62:1 68:19 76:8
  76:15 99:9
  110:3,15,16
**against** 10:16 56:9
  80:22

**age** 10:4,7,11,15
  10:19,21 11:3,7
  11:9,13,22 12:3
  12:16,20 15:17
  15:21,22 17:4,7
  17:15,16 18:4,8
  20:10,15 21:14
  21:16,20 23:8,14
  23:18,21 24:2,4
  24:8,14 25:2,3
  25:19 26:18
  27:11 28:3,8,12
  28:16 29:15,19
  30:1,11,13,18,21
  31:6 32:12,22
  33:3 36:11 59:8
  61:7 63:6,9,14
  63:16 64:6,21
  65:12,18 66:12
  67:20 68:11,14
  68:14 69:1 70:4
  70:5 72:16,22
  73:22 75:14,18
  75:19,20,22 76:5
  76:16 78:11,16
  78:16 80:11
  82:4,10,19 83:5
  83:12,17,17 84:9
  88:18 91:12,18
  92:4 93:7 94:4
  94:11,16,18
  95:10,14,20,21
  96:9,15 99:9
  100:7 101:20,22
  101:22 102:8,10
  103:4,11 109:6,7
  109:13
**ages** 18:20
**age-related** 25:7
  64:12
**aggressive** 74:11
**aging** 25:13
**ago** 31:4 32:7 33:8
  44:18 51:15
  66:20
**agree** 10:1,5,7,10
  10:14,18,19 11:1
  11:5,9,12,21

12:19 13:1,5,11
  13:15 16:5,16
  21:14,19 24:11
  24:16 45:1 50:5
  52:7 56:3 59:1
  63:9 64:11,16
  65:10 70:1,2
  76:4 89:10 97:7
  97:16 104:16
**agreed** 94:9,9
**ahead** 34:20
**air** 102:14
**allow** 43:21 65:5
**almost** 85:14
  87:18 88:6
**alone** 24:4 86:6
  106:10
**along** 14:18 21:3
  21:13 50:19
  53:14 94:16,19
  108:15
**already** 98:11
**alternative** 27:20
  59:18
**alternatives** 74:8
  74:13
**although** 6:15
  51:6 61:2 65:14
  79:16 92:5
**always** 42:14
  69:21
**among** 16:3 84:20
  88:12 89:1
  93:16
**amongst** 9:12
**analogy** 66:8
**analysis** 61:13
  80:15
**anatomic** 38:10
  38:11
**ancient** 31:15,18
  33:9
**and/or** 82:14,20
  88:9
**anecdotal** 50:5,18
**anecdotally** 45:3
  46:4
**anecdotes** 50:1

**aneuploidic** 70:11
**aneuploidy** 25:21
  36:11 63:22
  67:14,16,22 68:1
  68:8 73:18
**ANN** 1:4
**anomalies** 56:1,4
  79:9 85:11
  105:12
**anomaly** 79:10
  84:16 85:14
  89:4 94:19
  106:1
**another** 36:14
  41:11
**answer** 27:22
  31:22 45:9
  50:13 90:6
  97:16
**answering** 65:17
**Anybody** 104:1
  111:5
**anymore** 72:8
**anyone** 46:6
**anything** 34:11
  35:11 37:4,11,17
  46:13 84:17
  87:5,20 106:21
**apparently** 36:7
**appears** 13:7
  77:10
**apply** 25:15 26:14
  33:13 65:22
**appropriate** 95:4
**appropriately**
  67:7
**approximately**
  18:21 82:8
**AR** 22:4,5
**areas** 42:18
**argument** 87:13
**around** 103:20
  107:22
**ART** 13:6,13
  51:11 56:10
  59:10 60:6
  65:11 66:22
  67:4 70:3 72:1

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

114

74:2,7 76:12
77:2 94:5 97:12
97:14,17 100:11
100:22 110:5
**article** 12:20 14:6
14:7,12 16:11
18:7,9,11,19
19:1 31:5 33:8
105:3 106:22
107:12 108:3
**articles** 13:19
14:3 21:4 68:20
**asked** 7:11 11:15
26:21 29:20
74:5 77:15
86:10 91:2
105:10
**asking** 25:15
26:11 29:1
62:11
**ASRM** 75:11
**assess** 83:13,18
**assessed** 66:12
**assist** 100:10
101:9
**assistance** 75:19
101:1
**assisted** 17:19
22:13 27:5 28:2
34:1,2,7 62:6,6
100:20
**ASSOCIATES**
2:5 3:8
**assumes** 38:4
**assuming** 54:15
106:2
**assumption** 85:8
**asterisk** 60:7
**atrophy** 104:15
104:19
**attach** 95:15
**attempt** 18:3
**attempted** 82:11
**attempting** 17:14
23:20 74:18
91:18 97:8
100:22
**attempts** 13:5

17:16 24:14
**attributable** 25:13
**attribute** 35:4,11
36:12 70:16
**author** 18:16
107:9
**authority** 16:17
**authors** 13:20
**available** 46:2
**average** 15:17,22
**avoiding** 51:9
**aware** 9:18 13:19
17:11 24:6
25:18 35:15
46:6,21 49:20
52:3 59:7 75:17
78:8 82:3,10
85:4
**away** 85:9

————————
**B**
**B** 4:8
**baby** 96:18
**back** 6:11 8:9
12:11,12 18:8
31:2,3 33:17
75:1,3 80:14
87:11,16 101:19
103:2 104:4
107:5
**BACON** 3:15
**Bangart-Smith**
1:22 2:18 112:2
112:16
**base** 19:11 62:19
63:17 85:8
92:14
**based** 19:12,12
23:2 24:4,20
31:6 36:10
38:11 39:20
40:10 45:22
57:20 58:4 64:5
69:1 71:22 83:4
86:16 106:9
**basis** 25:12 38:6
76:1
**battle** 55:22 56:2
**became** 60:7

**become** 10:20
12:3 24:15
**becomes** 23:15
**before** 2:17 13:16
16:10 19:1 20:3
21:14 26:11
29:9 59:8,10
60:9 61:17 62:5
69:14 77:15
78:4 82:10,15
93:13 112:3
**began** 28:11 91:18
109:17
**begin** 17:14
**beginning** 97:1
**begins** 10:3 13:15
23:14
**BEHALF** 3:4,13
**behoove** 74:10
**being** 15:12 32:2
33:12,13 42:4,4
43:7,7 66:12,12
66:19 75:3
78:18
**believe** 14:20 17:3
23:10 39:14
43:17 71:21
79:19 84:14
86:15 88:9
98:13
**believed** 25:7
**believing** 38:12
**bell** 89:20 90:4
**benefits** 57:6
**benign** 61:1
**besides** 37:11 66:7
81:19
**best** 14:9 26:14
40:9 41:7,9,16
65:2 74:1 76:5
76:17 93:13
103:4
**better** 15:11 16:13
33:4,5,6,20,20
33:21,21,21
34:12,14 67:22
69:8,11 78:7,21
101:16 103:12

103:17
**between** 13:22
14:4,22 16:7,17
18:20 24:1 56:5
67:16 75:18
79:9
**biased** 55:13
**biggest** 61:2
**bilateral** 89:5
**biochemical** 35:20
36:1
**biologic** 68:14
**biological** 10:15
**biopsy** 67:21
73:19
**birth** 24:16 25:2,9
28:9,17,20 29:3
29:16,21 30:10
32:14 55:19
58:12 65:2,12
78:10,15 79:7,21
80:11 82:3,6,15
82:20 83:7
84:10 94:4 97:4
97:10,20 98:10
99:2,12,15
100:11 101:10
103:13 104:6,8
104:13 107:1,2
107:17
**bit** 41:14 53:14
66:20 75:16
80:6,8 100:19
101:16
**black** 32:4
**blank** 42:5
**blastocyst** 66:4
**blastocysts** 63:3
70:7 71:7,8
**blink** 44:7
**Board** 44:12,18
106:4
**born** 81:22
**both** 60:17 95:12
96:17,17
**bottom** 31:7
**Boulevard** 3:16
**bowel** 34:8

**break** 72:20
**breakdown** 64:11
**briefly** 109:21
**bring** 5:22 6:4,20
44:14
**brings** 22:14
**broken** 20:11
**brought** 7:16
81:16
**build** 73:2

————————
**C**
**C** 3:2 5:1
**call** 26:3 37:14
106:5
**called** 5:12 25:20
**came** 47:18 52:22
72:17
**cannula** 108:9
**care** 21:12
**carried** 28:8
**carrier** 56:16 92:7
93:10,17 95:2
96:1,2,3,20
103:5,10,14
110:8
**carry** 18:5 83:6
84:10
**carrying** 10:16
82:15,20
**case** 5:12,15,17,20
6:2,6,22 7:6,10
7:15,17 8:5 22:7
22:8 37:22
64:14 68:13
80:16 81:17
84:7 88:20,21
95:6,13,15,17
101:15 112:8
**cases** 7:22 9:16
91:2 106:13
**category** 66:1,5
66:10 87:11
**Catherine** 1:4
5:18
**cause** 11:3 60:20
62:18,21 64:19
104:15 109:8
**caused** 105:14

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

115

causes 75:14
cavities 89:2
cavity 35:7 42:17
    42:18,21 52:4,14
    54:17 89:3
    108:14
cell 6:7 20:20
certainly 9:14
    11:18 15:22
    21:19 57:4 58:3
    65:8 93:1 94:18
    106:7
certainty 72:11
CERTIFICATE
    112:1
Certified 2:19
certify 112:4
certifying 44:14
cervical 35:5,5
    38:18 48:6,11,15
    48:21 49:6,10,17
    49:21 50:9,10,15
    50:22 51:2,9,12
    57:11,19 62:8
    76:9 84:18
    85:19 109:21
    110:10
cervix 49:11,14
    51:18 57:1,22
    76:10 85:17,19
    86:5,11,11
cessation 13:16
Challenge 84:2,4
    93:12 94:21
    96:13 109:14
challenging 13:3
chance 11:1 13:6
    29:15 65:2,7,8
    76:5,17 97:9,20
    97:22 103:13
chances 28:20
    74:1 98:1 103:3
    103:8
changes 10:15
chapter 19:13
characteristic
    43:21 85:11
    87:14 105:19

characteristics
    88:5 90:8
characterization
    53:5,11 87:12
characterize
    43:11 53:17
    56:9 58:7 59:20
    85:20 88:19
    105:5 107:20
    108:4,21,22
characterized
    49:17 54:10
    56:5 58:11,22
    91:6
check 99:21
chemical 35:15
child 18:5 73:11
    76:6,17 79:14
    82:15,20 83:7
    84:10 93:5,18
children 15:15
    29:19 109:17,19
chose 51:19
chromosomal
    11:2 12:7
chronologic 68:11
    68:14 83:17
circumstance
    87:2
cite 18:13 20:9
    23:6 29:13,14
    46:13 48:10,14
    48:19 92:19
    101:21
cited 43:12
City 3:17
Civil 1:4
claim 22:15 77:11
claims 9:17
clarify 49:9
clarity 40:6,8
    41:18 42:7
classic 43:12,14
    87:14 90:7
clear 67:15 95:5
clearer 42:13
clearly 62:22
    63:19 68:2

clinic 9:22 27:12
    27:17 28:8,12,16
    30:15 72:3 97:6
clinical 8:21 9:2,6
    13:12 15:11
    23:3 27:13
    50:17 51:3,12
    63:18 64:9
    110:4
clinically 92:5
clinics 19:15
clinic's 70:19
Clomid 84:2,4
    93:11 94:21
    96:13 109:14
close 62:2 85:12
    99:7
closed 83:14
cohort 14:8,11,14
    15:10
cohorts 15:9,19
colleagues 91:3
Columbia 1:1
    2:20 112:17
combined 71:1
combining 15:18
    15:18
come 8:9 19:16
    26:12 75:1,2
    80:13 95:1
    100:21
comes 66:9
comfortable 42:9
    57:6
coming 19:19
    80:12 102:10
commission
    112:12
common 60:19
commuting 99:20
companies 8:16
    9:5,12
company 1:7 5:12
    5:13,19 8:4,8,14
    8:19,22 9:3
compare 33:12
compared 74:17
    94:10

compatible 89:4
    106:18
complain 26:12
conceive 17:14,14
    17:16 18:3,4
    20:6 21:15
    23:14,20,22 24:2
    24:14 28:13
    29:14 55:16
    59:8 62:4,19
    75:7,22 82:11
    83:6 84:9 91:18
    91:19 92:6
    93:18 97:8
    100:22 110:9,12
conceived 28:3
    29:5
conceives 29:17
conceiving 10:16
    58:18 69:1
    73:22 82:14,20
    100:8
conception 19:6
    26:19 29:4
    74:18 75:18
concerned 94:21
    109:13
concerns 56:20,21
    57:19 60:4 61:9
    80:13 95:1
    100:21
conclude 38:19
    43:17 45:12
    57:21 106:10,16
    109:7
concluded 13:21
    105:8 106:15
    111:11
conclusion 43:22
condition 12:1
    61:22 110:3
conditions 35:3
    47:11 58:14
conducted 47:10
    47:21
conference 16:19
    46:10
conferences 50:19
    91:3
confident 48:3

configuration
    63:1 86:3
    106:10
confined 21:22
confirmation 44:1
    47:18
confirmed 47:19
connection 36:17
conservative
    71:18
consider 14:6
consistent 38:10
    39:5 42:22
constricted 35:7
constriction 44:1
contend 36:3
    91:14,17
contentions 91:15
context 38:21,22
continue 56:15
continuously 82:6
contraception
    74:19
contrary 16:17
    58:22
contributed 61:20
contributing 35:8
    35:9 58:20
    61:20 62:18,20
    63:7,8,10 66:7
    70:4,5 92:1,3
    93:8,9 95:8,11
    96:8 102:21
contribution
    63:13
control 82:4,6
    97:4 104:6,8,13
    107:2,2,17
controversy 16:6
    16:10,15 17:1,2
    17:4,7
converse 29:9
conversion 66:4
conveying 84:13
copied 111:2
copies 39:22
cornual 42:18
correct 9:19 10:13

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

116

10:22 12:2,4,5,9
13:10,14 23:9
25:22 26:19,20
28:4 29:6 30:22
31:7 35:1 36:15
38:4,5 45:16
47:4,7 48:4
49:19 50:8,12
51:14,14 52:5,10
56:7 58:9,16,19
59:6 65:14
67:14,15 69:4
77:20 80:17,18
82:1,2 85:2,6
95:8,9,10 97:11
98:2 108:19
112:5
correlate 68:20
correlation 67:15
68:2 69:2
correspond 54:16
corresponding
14:2
cost 71:14 74:12
counsel 4:9 5:4
7:20 40:16
69:15 112:7
counsel's 31:19
couple 103:18
coupled 13:8
couples 99:1,2
course 14:2 19:15
33:14 55:20
58:11,12 64:14
69:22 98:7
court 1:1 5:9
26:14
coy 78:5
credence 16:20
criteria 68:11
CRUZ 3:7
culture 33:21
cumulative 65:15
72:18 73:1
current 8:1
cutoff 30:18
cycle 69:10,14,16
69:20 93:9 95:2

cycles 35:10 69:10
94:16 101:12
cystectomy 60:20

**D**

D 5:1
damage 22:15
damages 21:22
data 31:16
daughter 87:5
day 63:2 70:8
71:2,3,6,6,7,8
112:10
days 46:16 71:3
Deakman 14:8,10
14:13,14 15:10
decade 13:16
December 1:12
52:13,22 112:10
decline 10:3,20,21
13:16
decrease 75:12
94:10
decreased 12:20
decreases 11:7
decreasing 12:1
Deep 1:4 5:18,18
6:5,22 7:10,17
7:22 22:8,10
26:22 80:13,17
81:7,14,22 82:11
82:13 83:22
84:7,15 85:20
87:16 91:9,12,18
93:4 96:21
102:19 109:7,16
110:1,9,15
Deep's 80:16
81:17 87:17
88:19 90:17,22
92:21 103:3
Defendant 1:8
3:13 5:4
defense 8:7
defined 85:14
defining 14:3
definitely 13:4
43:19 94:22
definition 54:8

74:17
degree 15:14
20:12 67:16,21
72:11
delay 62:19
deliver 29:11
delivery 32:15
92:20
demonstrate 16:2
demonstrated
56:13 66:14
denied 77:12
denier 16:19
denies 85:5
denoted 45:7 63:3
depending 88:14
depict 40:5,7 41:8
depletion 26:2
depose 77:13
deposition 1:10
2:1 4:10,11
34:19 37:9,10,10
37:13,15,16,19
52:17 81:21
111:11 112:4
depositions 44:22
77:16 78:2
depth 54:16 86:14
DES 6:16 14:4
15:13 16:8,17
17:16 19:22
20:2 21:19
31:10 35:4,11
36:3,4,12 38:1,4
44:3,6,16 45:4
45:13 46:16
47:10,20,22 48:7
50:11,16 53:15
58:1,15,19 59:4
59:11,17 62:17
63:13,15 64:20
71:19 72:13,16
73:1,10,21 76:4
76:19 79:10
84:15 85:5,21
87:18 89:4 90:7
91:20 93:5
95:14 100:14

103:4,11 105:9
105:20 106:5,14
106:15,18,20
107:2,6 109:17
110:16
described 17:18
57:12
describing 108:9
DESED 14:8,10
15:18
designated 5:14
5:19
designating 37:1
designed 67:2
desired 109:17
despite 13:5 56:13
DES-exposed
13:21 38:7,15,20
43:6,18 45:2
46:1 47:4 48:11
48:16,21 49:22
50:22 65:1
76:16 78:15
79:6,7 85:2,8
86:16,19 87:1,3
89:6,12 90:1,12
91:1 105:22
106:11,22 107:8
107:10 108:5
109:6
DES-related
64:15
determinant
10:12
determine 47:11
50:14 54:19
67:3,21 68:7
69:8,13 71:12
determined 45:22
develop 67:5
71:12
developed 58:8,11
70:13
development 54:9
66:4 67:10,11
68:12
developmental
70:13

diagnosed 27:15
diagnoses 19:17
diagnosis 39:6,7
39:19 40:2
42:10 67:19
diagnostic 41:21
41:21
diethylstibestrol
45:15 110:17
difference 13:22
14:4,22 99:14
differences 71:22
different 19:20
20:1 26:6 33:16
34:4,4 42:2 66:1
66:5,10,17 69:17
70:18 71:5
75:17 89:22
100:19
differential 106:8
difficult 39:16
73:5 110:6
difficulties 51:5
58:18
difficulty 19:6,8,9
63:21 76:13
98:12 99:11
100:18
digital 88:3
dilatation 35:6
dimensions 54:18
diminish 21:17
direction 65:6
Director 102:7
disability 22:1,2,3
disagree 16:9 52:5
53:5
disappeared
62:15
discount 21:8
discuss 46:17
79:12 82:19
discussed 88:18
93:13
discussion 6:10
14:16 20:22
46:10,11 65:20
81:6 82:13 83:5

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

84:8
disease 39:3,5
diseases 75:13
dispute 38:12
dissipated 61:4,9
dissipates 39:8
distinguish 79:9
District 1:1,1 2:20
 112:17
DNA 26:2
doctor 16:5 18:22
 21:2 31:2 52:8
 80:16 104:5
 107:22 111:9
doctors 106:4
Doctor's 6:7
 20:20
documented 48:1
doing 33:16,17,19
 33:19 69:14
 70:20 71:5
 76:11 93:15
 110:7
done 8:7,21 9:2,6
 39:14 44:8
 45:20 46:6,14,22
 47:3 50:21 60:5
 72:7 98:19
 103:20
donor 56:16 57:5
 92:8 95:22 96:4
 98:7 103:9,13
dosing 69:17
double-blind
 15:12,16
doubt 36:10 83:21
down 20:11 22:14
 30:4 31:6 42:12
 72:20 88:14
 105:18
Down's 11:3
Dr 5:6 7:14,16,22
 9:16 10:14
 13:19 18:7
 26:17 27:4
 36:16 37:10,12
 37:19 40:18
 45:20 52:12,21

52:22 53:13
 72:2 77:11,16
 79:19 86:22
dramatic 51:17
drop 30:6
Drs 12:10
drug 8:4 15:16
duly 5:3
during 10:2
D's 45:17
D.C 1:11 2:8 3:11

— E —

E 3:2,2 4:8 5:1,1
each 72:15,21
earlier 14:20,21
 65:20 66:8
 83:20 94:9 99:3
early 10:2
easily 30:2
ectopic 24:3,7
 35:16 36:6,9,14
 57:17 71:19
 79:14
ectopically 35:21
 36:2
edge 90:3
effect 17:5,8 45:12
 51:3 60:11,14,17
 61:3 82:19 83:6
 84:9 104:8
 106:6 110:11
effective 102:8
effects 15:9
efforts 59:7 84:9
egg 56:16 57:5
 68:11 96:4
 103:9,13
eggs 12:1,3,6
 27:19 60:16
 67:11,17 68:1,5
 73:17,20 92:8,8
 95:3,22 96:1,5
 96:18,21 98:5,7
eight 44:20 70:8
eights 54:7
either 39:7 47:18
 47:22 57:14,15
 69:15 71:8 81:4

87:7 105:17
elevated 109:11
Eli 1:7 5:11,13,18
 8:19 9:3
eliminate 21:17
 71:16
eliminated 60:4,8
 61:11 62:7,8,10
embryo 12:15
 51:5,18 66:3,15
 67:10,21 68:12
 73:19
embryos 35:10
 57:3 63:2,2 64:2
 65:15,20 66:4
 67:6 68:2 70:7,8
 70:12 71:4,12
 93:16 103:1
employed 112:7
end 26:12 69:1
 89:19
ended 16:14 61:6
endocrinologist's
 44:5
endocrinology
 44:13
ends 108:8
enjoined 56:2
enormous 34:11
enough 36:10
 38:19 43:17
 56:15 79:15
 84:13 87:6,10
entire 65:20
especially 49:6
 81:11
ESQUIRE 3:5,6,7
 3:14
essentially 33:10
 92:9
estimate 18:6 19:5
 19:9
estimated 18:11
 18:19
estimates 94:9
estimating 30:14
estradiol 10:10
 26:18 66:20

68:21
estrogen 45:14,15
 47:20 66:2 67:2
 67:10 85:14
 87:9 104:17
 110:16
estrogens 9:8
 105:2
evaluate 73:17
evaluated 87:7
evaluation 21:11
 88:17
even 11:5 26:17
 44:7 56:22 63:5
 66:20 69:11
 71:20 76:3,4
 77:8 98:21
 102:8,21 103:3
 108:20
event 11:17
eventually 79:12
 97:5
ever 8:4,12,21 9:2
 17:7 44:8 45:20
 46:6 81:6 89:2
 90:21 107:7
every 72:22 99:21
everything 5:22
 6:4,21 7:2 98:5
evidence 46:2
 48:1 69:13
 72:18 73:1
 89:15 93:12
 108:15
exam 106:4
EXAMINATION
 4:1,3 5:4
examinations
 44:13
Examiner 44:19
example 14:7
excellent 61:18
 63:4 65:15 66:3
except 85:10
 98:18
exception 25:16
excess 75:12
exclude 33:15

72:21,22
excluding 86:1
exclusion 66:13
Excuse 11:14
 28:10
exhibit 4:10 7:5,8
 7:12,12,15,17
 37:1,3 40:15,18
 42:15 81:18
Exhibits 7:19
expect 106:5
expected 65:18
experience 21:11
 23:3 24:5 42:3
 44:3 50:18 70:3
 92:15
experienced 35:12
expert 5:14,20 8:5
expertise 24:21
expires 112:12
explained 39:7
explanations
 59:19
exposed 13:22
 14:22 15:15
 31:9 38:1 45:3
 47:10,12,16,22
 56:5 73:21 80:9
 87:8
exposure 16:8,17
 17:16 35:4,12
 36:3,4,12 38:4
 45:12 48:1,2,7
 50:16 58:1,4,15
 58:19 59:5,12,17
 62:18 71:19
 72:13 73:11
 76:5,19 79:10
 84:15 85:13,21
 87:18 91:20
 93:5 103:4,12
 105:9,20 106:3
 106:14,15
 109:18 110:15
extensive 56:15
extent 21:6 22:15
 23:15 34:17
 38:15 45:11

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

118

61:21
**extra** 107:14
**extracting** 86:5
**extremely** 10:12
   16:1
**eyes** 40:14

-----F-----
**fact** 51:16 69:5
**factor** 11:22 58:21
   63:7,8,10 66:7
   70:4,6 71:16
   77:4 82:21
   91:22 92:1,3,4
   93:8,9,20 94:16
   94:19,22 95:1,8
   95:11,20,21 96:9
   96:12 102:21
   109:8,14
**factors** 13:11
   19:18 21:18
   33:15 63:14
   66:12 77:5
   83:15 100:14,16
**facts** 38:6 81:4
   92:13
**failed** 36:3 72:12
   72:13
**failure** 35:9 56:14
   66:16
**fair** 6:18 25:18
   33:11 36:13
   45:13 48:7
   49:16 50:11
   51:10 64:7 65:3
   66:22 86:17
   93:22 96:19,22
   104:9
**fairly** 51:17
**familiar** 12:13
   18:9 20:11 27:9
   77:19,22 78:11
**fanciful** 77:15
**far** 14:2,6,20
   15:20 34:17
   79:20
**fashion** 15:16
   41:9
**faulty** 84:11

**favor** 16:13
**feature** 14:19
**fecundity** 12:20
   13:8
**fellow** 44:15
**felt** 48:2 57:5
**Ferring** 9:15
**fertile** 98:15,18
   102:17
**fertility** 9:21 10:2
   11:10 12:12
   13:22 14:22
   16:7 17:5,8 18:1
   19:15 21:6
   25:10 59:11
   62:9 78:9 97:5
   102:8,9 104:20
**fertility-related**
   59:15,16
**fertilization** 11:6
   12:4,17
**fetal** 13:9
**fetus** 58:8,15 91:8
   91:9
**few** 15:1 67:11,22
   92:22 101:18
   104:5
**fewer** 68:1,2
**fibroid** 108:13
**fibroids** 77:5
**field** 34:11
**Fifty-one** 30:17
   30:19
**figure** 19:11 21:7
   23:2 63:17
   79:19 105:4,5
**figures** 20:9 21:8
   21:8 23:11
   27:10 29:13
   30:3 32:3 64:22
   80:3
**file** 80:22
**filed** 5:12,17
**film** 37:12 39:10
   39:13,15 57:10
   88:5 91:7
**films** 37:5 39:20
   40:1 41:5,18

42:8,8 87:22
   88:2 91:4
**financial** 112:8
**find** 23:11 39:15
   69:20
**findings** 38:10,12
   89:2
**fine** 98:18
**finish** 103:20
**first** 17:15 18:3
   19:2 27:6,11
   55:22 56:2,18
   72:9,12 79:21
   80:10,10 94:7
   101:2
**five** 30:14 55:2
   76:13 90:19
   107:21,22
**focus** 31:2 34:16
   80:15
**focused** 34:18
**focusing** 27:11
**follicle** 67:9
**follow** 15:14
**followed** 15:20
**following** 9:22
   15:17 49:6
**follows** 5:3
**follow-up** 15:14
**foregoing** 112:4,5
**foreshortened**
   74:17,21
**formal** 50:21
**formulating** 6:1,5
   6:21
**Fortunately** 89:13
**found** 14:21 69:1
   99:21
**four** 41:15 53:9
   53:12 65:14
   70:7,8 71:7
   76:12 106:1
**frame** 38:17 74:11
   74:16
**from** 8:13,16
   10:19 21:14
   27:10 31:16,17
   35:10 38:14

39:13 40:11
   42:7,22 46:8
   47:19 51:10
   52:22 54:4 60:2
   60:11,16,16 62:8
   62:16 65:14
   68:16 71:5
   76:11,14 80:5
   85:9 89:22
   92:10 95:12
   101:1 106:16
   108:6
**FSH** 10:10 26:17
   66:1,20 67:1,1,8
   68:21 69:21
   109:11
**full** 5:8
**fully** 70:9
**function** 13:15
   93:12
**further** 34:8 87:7

-----G-----
**G** 5:1
**gave** 106:4
**general** 17:15,22
   19:7 20:5 21:5
   25:6,10,15 26:10
   28:19 30:9
   65:21 66:17
   75:6 77:5 80:1
   94:1 98:12 99:8
   99:15,19
**generally** 12:13
   17:13 19:14
   45:14 54:6
   74:11 75:20
   101:17
**Genetic** 67:18
**gentleman** 94:12
**Gestalt** 63:18 64:9
**gestational** 56:16
   76:8,18,22 77:6
   92:7 93:10,17
   95:2,22 96:2,3
   96:20 103:5,10
   103:14 110:8
**getting** 15:13
   39:17 55:22

74:19 76:13
   101:2
**Gilbert** 5:12,13
   6:2 7:6,15,22
   22:7,9 26:22
   27:19 34:16,22
   35:3,14 38:7,16
   41:19 42:12
   48:5 49:13
   50:15 51:2 52:1
   58:7,18 59:7,16
   63:20 65:22
   72:1,10 73:11,21
   77:4 87:11,11
   91:8,14 95:13
   109:22
**Gilbert's** 36:17
   37:22 43:8,11,16
   53:17 57:20
   63:13 68:5 70:2
   70:3 76:5
**Gindoff** 12:11
**gist** 65:4
**give** 16:20 18:13
   24:20 42:8,10
   44:12 64:10
   69:13 103:18
   104:18 105:1
**given** 33:13 50:13
   112:6
**giving** 33:14
   107:14
**glance** 18:22
**go** 20:9,21 21:9
   23:10 30:4,4
   34:19 40:2
   53:20 72:14
   74:5 79:13
   87:16 99:22
   101:19 102:2
   103:4,19 107:14
   108:15 109:3,4
**going** 26:5,13,14
   29:3 41:2 49:8
   51:20 62:5 65:5
   65:17 72:20
   77:2 79:8 80:22
   86:18 87:10

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

119

| | | | | |
|---|---|---|---|---|
| 91:21 95:16 | **happens** 69:11 | **helps** 73:2 | 52:15 77:13 | **hypothetically** |
| 98:9 99:2,18 | **hard** 93:19,19 | **her** 7:2,3 29:20,21 | 78:22 | 87:4 |
| 100:1,3 101:10 | **HARDY** 3:15 | 33:14 34:18 | **hired** 8:4 | **hysterosalpingo...** |
| 101:16 102:16 | **hatching** 34:1,2 | 35:9,11 36:7,8 | **historical** 47:14 | 84:3 107:16 |
| 105:3 107:5,12 | **having** 5:3 19:8 | 38:9,10,11,12 | **history** 31:15,18 | |
| **gone** 34:7 69:12 | 28:20,21 29:16 | 39:2,2 48:7,7 | 33:10 39:2 | **I** |
| **good** 5:6,7 27:19 | 29:19,21 47:19 | 49:13 50:19 | 43:16 45:21 | **ICSI** 34:4 |
| 63:3,4 66:15 | 55:19 65:2,7,9 | 51:5,20 52:10,11 | 47:18,19 48:2 | **idea** 71:17 75:12 |
| 67:11,12,19,20 | 76:6,17 78:15 | 57:7 58:1,12,18 | 50:19 57:21 | 102:9 |
| 80:8 93:16 | 79:12 92:10 | 59:1,14 60:5,6 | 101:7 106:2 | **identifiable** 100:7 |
| 101:16 109:2 | 94:3 96:18 | 60:18,19 61:10 | **Holocaust** 16:19 | **identification** |
| **Gotcha** 26:8 | 97:10,20 98:11 | 61:20 62:9,17,18 | **honorarium** 8:13 | 7:20 40:15 |
| **gotten** 76:9 | 100:21 109:18 | 64:4,5 65:17,18 | 8:17 | **identified** 101:6 |
| **governor** 64:5 | 111:10 | 66:1,2,2,5 68:13 | **hope** 77:22 106:7 | **identifies** 12:16 |
| **graded** 53:10 | **head** 27:8 | 68:13,14,16 | **hoping** 107:3 | **identify** 40:3,10 |
| **gradual** 10:20 | **heard** 45:10 46:9 | 70:16,18 71:7 | **hormone** 9:7 | 47:13 59:11 |
| **Grand** 3:16 | 46:16 | 73:10 74:1,1,4 | 60:18 61:7 | **identifying** 40:21 |
| **gratefully** 34:10 | **Hegarty** 3:14 4:3 | 74:10,10 76:11 | 104:14 | **immediately** 74:7 |
| **great** 96:1 97:5 | 5:5,11 6:17 7:13 | 76:12 80:19,21 | **hour** 8:3 26:10 | **imperfect** 93:14 |
| **greater** 29:15 | 7:21 11:16,20 | 81:19 82:14,16 | 77:13,14 | **impinge** 83:16 |
| 34:16 40:5,8 | 14:17 17:21 | 82:19,19 83:1,5 | **hourly** 8:1 | **implant** 35:9 |
| 78:18 83:12 | 18:14,17,18 | 83:6 84:8,9,10 | **hours** 77:16 | 66:16 70:15 |
| 97:9,19,21 98:10 | 19:10 21:1 22:2 | 84:13,16,18 85:5 | **HSG** 37:5,12 | **implantation** |
| **group** 13:7 44:19 | 22:6,11,16,20 | 85:5,16,18 86:2 | 39:10,10 42:12 | 56:14 64:4 |
| 46:8 84:20 | 23:1 26:15,16 | 86:2,14,14 92:4 | 43:8,11,15,21 | **implanted** 63:5,5 |
| 100:6 | 27:1,3,16,21 | 92:5,8,10 93:5,7 | 45:1,22 51:15,22 | **important** 10:12 |
| **groups** 46:17 49:5 | 29:2 31:1 32:9 | 93:8 94:13,21 | 52:8,13 53:6,17 | 11:9,21 21:15,16 |
| **Grove** 9:21 27:6 | 34:15,21 40:17 | 95:3,7,8,10,11 | 57:10 85:16 | 21:20 35:8 |
| 27:17 28:3,8,12 | 42:1,6,11 43:3,4 | 95:18,20 96:1,5 | 86:2,14,16 88:10 | 51:20 57:4 61:8 |
| 28:16 30:15 | 45:8,19 59:20 | 96:5,9,13,15,18 | 88:11,19 89:7,10 | 82:21 94:10 |
| **grow** 67:5 104:20 | 60:1 68:18 | 96:18,21 97:4 | 89:11 90:17 | 102:11 |
| 105:2 | 77:18 79:1,2,18 | 98:18 100:3 | 91:7 106:19 | **impossible** 94:20 |
| **growth** 54:9 66:3 | 81:5 86:7,12,20 | 102:22,22 103:2 | 107:5,13 108:3 | **impression** 53:19 |
| **guess** 15:7 50:17 | 89:21 90:5 | 103:7 109:18 | **HSGs** 43:5 44:9 | **improve** 13:6 77:7 |
| 54:19 60:15 | 91:16 92:12 | 110:7,10,10,11 | 45:21 90:12 | 103:7 |
| **guidance** 33:22 | 93:21 94:6 96:6 | 110:11 | 106:3,13 | **improved** 12:16 |
| **guy** 94:15 | 97:13 98:20 | **hereunto** 112:9 | **hundred** 44:5 | **inability** 62:19 |
| | 101:5,13 103:18 | **high** 15:14 20:15 | 90:15,16,19 | **incidence** 48:11 |
| **H** | 104:1,3 107:4,11 | 20:19 21:10,13 | 96:10,11,12 | 48:15,21 49:21 |
| **H** 4:8 | 107:20 108:2 | 64:1 105:12,12 | **husband** 19:19 | 50:6 56:4 |
| **half** 26:10 77:13 | 109:5,15 110:19 | **higher** 13:8 19:3 | 66:9 74:10 | **incidents** 49:2 |
| 77:14 | 111:1,5,9 | 24:3,7,15 25:2 | 100:2 102:17 | **include** 9:22 |
| **hand** 41:11 | **held** 2:4 6:10 | 65:7,8 77:1 80:7 | **husband's** 61:11 | 20:15 48:3 |
| 112:10 | 20:22 | 80:8,8 100:1,4 | **hypoplasia** 87:13 | **included** 36:22 |
| **handicap** 79:13 | **Hello** 104:1 | 100:14,15 | **hypoplastic** 53:18 | **including** 6:19 |
| **handicapped** | **help** 21:21 97:18 | 105:16 | 54:5,7,9,11 | 33:22 66:3 |
| 79:17 | **helpful** 101:3 | **highest** 89:9 | **hypothetical** 20:3 | **incompatible** |
| **Haney** 49:4 | **helping** 55:16 | **him** 7:16 31:21 | 77:14 | 92:17 96:17 |
| **hang** 103:20 | | | | **incompetence** |

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

120

57:20
**incompetent**
   56:22 57:22
**inconsistencies**
   39:6
**increase** 11:3
   20:13 25:20
   26:4 50:7 75:12
**increased** 26:1
   34:3
**increasing** 21:16
   24:8 25:19
**increasingly**
   21:16
**indenting** 108:14
**index** 4:1 105:11
   105:16
**indicate** 36:8
**indicated** 58:17
   69:7 86:15
**indicating** 7:12
**individuals** 15:17
**infertile** 80:2
   94:14 99:18
   102:3,5 103:10
**infertility** 9:17
   13:2,20 16:2,8
   16:13,18 18:8
   20:7 22:3 28:22
   55:11 59:2,4
   61:21 63:13
   74:18 75:10,15
   79:5 95:8,11
   100:5,16 101:7
   102:9 109:8
**information** 47:15
   84:13
**initial** 61:12
**initially** 29:14
**injection** 34:4
**innumerable**
   26:11
**insemination**
   61:18
**inseminations**
   74:13
**instance** 19:18
   84:5 92:5

**intend** 6:1
**intercourse** 74:20
   76:10
**interest** 44:3
   112:8
**interpret** 53:11
**intracytoplasmic**
   34:3
**intrafallopian**
   70:21
**intrauterine**
   61:17
**intrinsically** 13:8
**inverse** 29:10
**involve** 9:17 49:10
**involved** 75:11
**in-clinic** 46:19
**irregular** 35:6
   87:20 89:5
**irrelevant** 31:17
   32:1 33:9
**issue** 20:14 57:17
   61:2,5,10 62:8
   62:15 64:4
   65:19 73:18
   83:5 100:8
   102:12 109:22
**issues** 50:4,18
   55:11 59:11
   63:22 88:17
**IVF** 27:7 31:17,18
   34:14 51:3,4
   60:6 62:10
   70:18 71:1
   74:14 93:9
   94:15 95:2
   99:19,22 100:3
   110:4
**IVFs** 71:7

---
**J**
---

**J** 1:10 2:2 5:2
   111:11
**Jane** 18:7,17
**January** 31:4
**Jarcho** 107:13
**job** 1:20 84:12
**Joseph** 5:10
**Julius** 107:13

45:21 87:8
   102:21
**known** 20:5 57:6

---
**L**
---

**lab** 34:5
**label** 41:15
**laparoscopic**
   51:17 62:9
   71:14
**laparoscopies**
   51:21 60:5
**laparoscopy** 61:6
   71:20
**large** 35:9
**laser** 34:2
**last** 16:21 34:7
   53:1 81:10,13
   86:6 107:19,21
**late** 11:17
**later** 71:2,3
**Laurie** 1:22 2:17
   112:2,16
**lawsuit** 80:22 81:7
**least** 16:16 28:9
   29:22 43:8 45:3
   47:14 82:7
**Leave** 111:3
**left** 107:21
**length** 54:16,21
   57:11
**less** 11:13 30:12
   67:22 92:10,16
   98:1 99:1
   100:11 101:10
**let** 18:2 52:19,21
   77:9 79:3 80:13
   86:13 96:14
   102:4
**letter** 52:12,20,22
   81:20
**let's** 17:13 18:5
   20:21 26:3
   75:19 85:16
   87:16 99:13,22
   100:3
**level** 10:10 66:2
   67:13 68:7 89:9
   89:9 105:11,14

**levels** 26:18 60:18
   61:7 66:20 67:1
   67:2,2,7,10
   68:22 104:14,17
   109:12
**LEVIN** 2:5 3:5
**Levine** 3:8 7:11
   11:14 17:19
   18:13,16,22
   21:21 22:3,9,12
   22:18,21 26:9,21
   27:14,19 28:21
   30:20 32:7 34:6
   34:18 41:20
   42:4,20 43:2
   45:5,17 52:13
   59:18 68:10
   77:9 78:21 79:8
   81:3 86:5,10,18
   89:18 90:2
   91:15,21 93:6
   94:5 95:16
   97:12 98:3,5,8
   101:2,12 103:21
   106:21 107:9,19
   108:1 109:3,9
   110:18,21 111:3
**life** 110:11
**light** 85:7
**like** 14:7 16:14
   21:18,19 30:7
   37:15 40:9 45:6
   60:10 62:3,7
   77:4 88:10 89:7
   90:17,22 92:16
   92:21 94:14
   97:3 99:21
   102:22 103:1
   105:2 107:6,8
   109:6
**likelihood** 29:21
   30:10 75:3
   82:14,19 92:9
**likely** 11:13 64:20
   65:8 73:12,14
   93:3,4
**likewise** 19:21
   24:9

**June** 81:22
**just** 21:8 26:3,9
   27:16 29:4 30:9
   31:17 41:7 42:3
   44:5 50:1 55:5
   59:14 60:22
   62:7 71:6 72:7
   73:3 76:15
   77:16 78:5
   79:10 86:2,7,11
   87:2,20 90:7
   94:19 97:3
   98:14,17 100:21
   101:17 102:13
   102:18,19 104:5
   105:15 108:12
**justice** 64:9

---
**K**
---

**Kansas** 3:17
**Kaufmann** 77:19
   77:21 78:3,3,6
   79:19
**Kaufmann's** 46:8
**kept** 110:22
**kind** 23:15,21
   61:22 68:20
   83:9 106:19
**knew** 36:5
**know** 9:12 11:14
   11:16 15:2
   24:18,18 27:8
   33:5 35:21
   36:14 38:17
   46:10 47:1 51:6
   51:16 52:20
   53:8,21 54:18
   62:2,11 70:6
   72:2 80:21 81:2
   81:21 87:5 88:1
   88:12 90:14
   93:19 95:12,21
   96:3,4,7,12,17
   97:1 98:14 99:4
   99:21 101:15
   102:6,18,19
   104:12 105:17
   106:18 109:10
**knowing** 43:16

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

121

5:17,18 8:19 9:3
9:12 81:1
**limit** 57:2
**limited** 13:7,12
24:20 57:2
**link** 16:17 58:6,15
58:17
**linked** 48:6
**list** 106:7
**listed** 9:21
**literature** 6:16,20
7:1 16:12,13
19:12 21:11
22:16 23:4,7
24:6,9,11 43:13
45:3 46:16,20
50:3,18 63:19
92:13,19
**little** 30:12 45:17
53:14 66:19
70:20 75:16
80:6 100:19
**live** 28:9,17,20
29:3,16,21 30:10
32:14 55:19
65:2,12 78:10,15
79:7,20 80:10
82:15,20 83:7
84:10 94:3
97:10,20 98:10
99:2,12,15
100:11 101:10
103:13
**live-born** 79:16
79:16,17
**LLP** 3:15
**located** 35:22 36:2
**long** 44:18 75:11
104:13
**longer** 75:7,20
**look** 23:11 27:4
27:10 36:20
40:2,13 45:11
47:10 49:1
63:20 70:9
71:20 74:12
75:18 88:14
96:16 98:22

102:4 105:16
107:6 108:12
**looked** 13:20 18:8
31:4 45:6,21
48:10,15,20
49:20 62:3 78:9
79:5 89:7 90:17
92:21 106:13
**looking** 23:16,21
24:3,15 42:19
49:10 50:21
57:10 65:10
70:17
**looks** 37:15 54:1,3
107:7
**loss** 13:9 29:8
**losses** 55:21
**lost** 75:2 111:7
**lot** 46:19 77:14
79:12 85:9
100:1,4
**low** 109:20
**lower** 19:4 26:19
63:22 80:1,3
89:19 108:10

————— **M** —————

**M** 2:5 3:5,8
**made** 15:19 37:3
91:15 98:10
**mail** 44:5
**maintained** 32:13
**major** 16:3
109:13
**majority** 64:3,6
79:15 93:20
99:13
**majority/minor...**
72:17
**make** 39:19 40:2
44:17 77:9 95:5
102:11 110:6
**makes** 14:20
74:14
**making** 52:15
**Mangan** 13:20
14:7 15:22
**many** 8:18,18
10:15 16:1 26:6

66:5 70:10
71:15 74:14
90:12 98:15
**March** 112:12
**MARICEL** 3:7
**mark** 3:14 5:11
7:4,8,11,14,16
40:12,13,21
111:1
**marked** 7:19
40:15 81:17
110:21
**markedly** 87:19
**marking** 40:20
**married** 94:12,14
101:2
**mass** 108:10
**material** 6:14
101:19
**materials** 7:5,9,14
7:16 9:21,22
36:22 81:16,18
**matter** 30:21
110:8
**maximize** 51:8
**maximum** 55:3
**may** 10:11 12:7
15:11 19:22
21:17 23:7 29:1
33:15 35:21
40:21 41:20
45:6 47:17 63:5
68:15 71:16
75:2,14 79:13,16
79:22 82:7,7
83:14,15,15 88:3
94:16 99:7
107:2
**maybe** 31:16
75:16 76:9
**mean** 17:1 34:10
34:12 39:1
41:13 46:4
47:15 59:18
60:12,15 72:15
76:19 77:3
78:11,16 95:19
99:12 100:15

101:18 103:16
107:3
**meaning** 67:4
**meaningful** 68:10
**means** 47:12
51:18 69:13
**meant** 102:6
**measure** 67:13
**measurements**
54:1
**media** 33:21
**medical** 4:12,13
36:17 37:4,12
38:13 42:10
43:12 48:1
57:21 72:11
73:2 81:19
91:19 102:7
**medical/legal** 91:3
**medication** 69:17
**medications** 33:20
61:8 74:13
**medicine** 15:12
**meet** 46:17
**meeting** 8:12
**memory** 84:10
90:21
**Menken** 18:8,17
**menopause** 11:19
13:17 104:21
109:11
**menses** 13:17
**mention** 88:16
**mentioned** 33:8,9
39:9 48:5 57:19
62:17 85:18
**Methotrexate**
35:18 36:6
**middle** 55:1
**might** 19:3,4
20:17 22:6 36:9
60:13 65:15
71:12 74:10
75:16 81:11
83:13 84:5
88:16 93:17
94:14 104:18
107:15 108:13

110:6
**mild** 106:17
**mind** 40:20 64:7
83:21
**mine** 53:14
**minimal** 75:5 77:3
**minimize** 57:3
**minor** 49:6
**minority** 64:5,6
**minutes** 34:19
103:19 107:21
107:22 108:1
**miscarriage** 11:1
12:8 23:16,21
24:22 25:11
32:21 33:2 99:5
**miscarriages**
34:13 79:14
**missed** 34:14
48:17
**misshapen** 87:19
**Missouri** 3:17
**mitochondria**
26:2
**moderate** 43:9
53:8 56:14
**moment** 7:4,9
33:8 51:15
94:20
**monitoring** 33:20
**month** 60:12 75:1
**months** 75:1,3
76:13 101:18
**more** 12:3,6 15:5
16:12 33:19
34:11 41:10,12
41:14 44:2
46:17 53:7,14
54:12 64:4,20
66:13 68:10
70:11 72:16,22
73:5,12,14 74:10
75:4 79:6 86:14
92:4 93:3,4
94:20 102:17
104:5 109:13
**most** 11:21 43:7
44:3 49:12 50:3

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

122

62:8 77:8 84:20
85:10 88:12,13
89:1,13 90:9
100:17
**mother** 47:19
85:5 86:19 87:4
**mother's** 86:21
**motility** 61:11,16
61:19
**move** 14:18 16:21
21:3,13 30:8
60:9 74:7 80:13
**much** 6:16 25:12
34:12 61:4 65:8
67:22 75:4
92:10 96:8
111:9
**multiple** 12:15
63:1 101:12
**multiples** 57:4
**must** 47:16
**myriad** 34:1
**M-E-N-K-E-N**
18:17
**M.D** 1:10 2:2 5:2
111:11

**N**

**N** 3:2 5:1
**name** 5:8
**names** 9:5
**narrow** 42:17,17
42:21,21 83:13
88:7 105:15
**necessarily** 25:9
65:22 87:15
**need** 7:13 39:7
40:11,13 83:13
93:10 111:1
**needed** 47:22
83:18
**neither** 112:7
**never** 87:20 88:10
98:19 110:9
**New** 88:16
**next** 49:8 71:2
86:8 107:12
**nines** 54:7
**none** 57:12,18

**nonetheless** 79:17
**non-DES-expos...**
14:5
**non-laser** 34:2
**non-responsive**
16:22 30:8
**normal** 10:11
22:13 26:17
52:14 66:2,12,20
67:1,7 70:10,15
71:20 93:11,12
93:18 99:1
100:16 109:14
**notarial** 112:10
**Notary** 2:19 112:1
112:16
**note** 44:17 60:2
**noted** 52:8 57:12
57:18
**notes** 36:7 103:19
**nothing** 45:6 58:3
**notice** 2:17 4:11
37:15,16 81:21
**nowhere** 63:19
**number** 7:5,8,12
7:15,18 12:1
15:8 20:4,15
35:10 37:1,3
40:21 42:15
57:3 62:3,3
67:17 68:19
70:7,13,14 71:13
71:13 81:18
98:8 105:4,5
**numbers** 33:5,7
33:14 63:3 65:5
94:9 99:3,10,16
**N.W** 2:6

**O**

**O** 5:1
**object** 79:8 86:18
90:2 91:21
95:16
**obvious** 107:3
**obviously** 21:4
38:3 52:5 64:13
76:2 92:22
**occasion** 44:11

**occasions** 61:10
66:15
**occur** 11:19 45:1
91:7
**occurred** 58:15
**occurs** 10:2 50:10
**odds** 71:22 109:18
**off** 6:8,10 9:20
14:16 20:21,22
27:8 42:18,22
**offer** 5:14,20 6:2
**offhand** 18:10
47:1
**office** 42:13 44:5
84:8
**officer** 112:3
**offices** 2:4
**offspring** 15:14
**often** 66:18
**oftentimes** 12:7
**Oh** 15:1 41:13
75:21 76:21
**okay** 7:4,6,7,13
9:16 16:5,10
17:11 22:16,21
26:4,15 31:8
37:7 38:18 40:7
41:4 42:15
46:13 48:19
72:6 73:7 79:1
81:22 85:16,18
87:16 100:2
101:8 110:19
**old** 32:6,19
**older** 10:11 13:2
13:12 39:17
69:8 75:8 83:18
**oldest** 30:15
**once** 29:17 51:3,4
51:11
**one** 11:12 15:5,5,6
15:8,10,11 23:19
24:20 26:21
29:22 30:2,12,14
30:14 35:17
36:14 39:3,4,9
40:3,9,10,19
41:11,11,12,17

42:4 43:2,7
48:17 49:4
61:12 62:3 63:4
71:6,13 72:21,22
73:3 80:5 84:8
90:17,18 93:14
93:19 94:2
106:3 107:7,19
107:21
**ones** 15:8 40:7
71:12
**one-to-ten** 53:9
**one/two** 89:8
**ongoing** 61:21
65:9 92:11,17
**only** 19:15 47:14
53:20 54:11
62:4 63:4 90:16
91:4 93:14
110:7
**oocyte** 25:8,13
26:3,5,6
**oocytes** 67:14
**open** 74:10
**opinion** 5:14 38:3
52:9 58:5,13,14
62:17,20 64:14
72:17 73:2,10
74:5 79:4 85:1
86:15 91:17
92:14 96:4
98:21 103:2
**opinions** 5:20 6:1
6:5,22 84:22
**opportunity** 16:2
26:13 74:9,22
75:2 77:12
83:13 102:12
**opposed** 110:17
**opposite** 65:6
**order** 51:8 104:19
**organ** 12:15
**Organon** 9:15
**original** 80:6
**originally** 66:2
**other** 6:20 9:8,11
11:6 16:3 17:17
21:7,17 33:15

37:4 39:15,17,18
41:5,11 44:22
47:12 51:16
57:1,17 58:1
62:9 69:9 72:4
73:13 74:4,7,14
76:16 77:5
83:15 84:4,6
89:16,22 90:22
94:3 100:13
105:12 106:13
108:15 109:11
110:5
**others** 40:11 41:8
41:10,14 49:5
83:17,18 97:5
**otherwise** 36:2
52:18 112:8
**ought** 87:7 92:6
**out** 21:21 55:4
69:20 70:3,5
79:4 80:12 93:1
94:18,20 98:22
**outcome** 12:17
31:5 36:4 56:21
112:8
**outcomes** 46:18
77:7
**outer** 90:3
**outset** 100:21
101:1
**outside** 89:16,18
90:3 106:14
**ovarian** 13:15
60:3,16,19,20
61:7 67:16
68:16 93:12
**ovaries** 60:17,21
67:4,9 102:22
**ovary** 60:10,10,11
61:3 94:22
**over** 8:18 12:16
20:17 26:18
40:22 58:11,12
86:13
**overall** 54:17
**overestimate** 64:8
**overriding** 95:20

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

123

ovulate 11:13
ovulation 60:11
own 57:7 74:6
  75:7 92:8 95:3
  96:1,5,18,21

**P**

P 3:2,2 5:1
Page 4:2,10 31:5
Pages 1:21
Palmer 14:9,11,19
  15:8 16:11,14
  78:2
paper 12:10,13
  31:3,14 33:17,18
  46:12,14 69:5
  77:20,21 78:9
  79:22 80:7
papers 49:1,3,9
  78:1 80:6
Paragraph 53:1
part 38:3,9 44:18
  51:7,18 55:21,22
  55:22 60:5 62:8
  72:5,18 77:8
  78:20 84:1,22
  85:1 106:4
  108:7
particular 14:13
  14:19 15:5
  21:18 34:5
  35:14 40:19
  43:20 47:11
  68:13 75:14
  79:22 92:15
particularly
  105:17
parties 112:8
past 15:3 29:3
  30:4 108:1
patency 89:5
pathology 27:15
  27:20
pathoneumonic
  59:4 85:21
  86:11 87:6,10,12
  87:15,17,18 88:6
  88:8
pathopneumonic

85:10
patient 19:19
  21:12,18 30:16
  30:20 33:12,13
  38:18 45:22
  46:1 57:7 61:6
  64:10 65:11
  66:21 67:3,8
  68:15,22 69:15
  71:18 74:22
  77:7 88:17
  100:17 103:11
  104:6,13,21
  105:8 106:10
  109:6
patients 13:2,12
  13:21 14:1 30:7
  31:6,13 32:2,6,8
  32:10,12,13,19
  32:22 33:3 43:6
  47:13 49:5 55:7
  55:10,15,18 56:6
  59:2 65:21
  66:17 67:20
  68:1 69:8 71:16
  76:1,3 77:4
  78:15 80:10
  83:16 89:6,12
  90:1,12 91:1,4,5
  92:16,20,22
  97:17 98:11,22
  99:9,18 100:7,10
  100:15 101:9
  108:5
patient's 39:4
Peak 10:2
pelvic 60:4
pen 42:20
people 19:15
  27:14 44:13
  99:20 100:13
  101:17 103:21
percent 10:8
  18:21 19:8,11
  20:7,15,17,18,19
  21:7,9,12 22:1,2
  22:4,4,12,13
  23:2,8 28:1,2,10

28:10,14,18 29:8
  29:11,11,15 32:8
  32:11,15,16,20
  33:1,4 61:16,19
  63:15,15,17
  64:16 65:2,12,16
  73:14 78:19
  79:6,21 80:2,4
  89:8 90:18
  95:14,14 96:10
  97:9,20,21 98:1
  98:10 99:1,6,8
  99:11,13,14
  100:12 101:11
  102:1
percentage 18:3
  20:4 25:5 27:12
  28:7,11,15 29:6
  29:20 32:5,13
  63:12 73:8,13
  78:15 79:20
  89:6 95:13
  98:11
percentages 21:2
  21:5 78:10 94:3
  95:15
perfect 42:4
perfectly 95:3
  98:15,18
performed 47:9
  52:8 61:14 68:4
  72:1
perhaps 17:9
  56:22 60:12
  81:20 103:9
period 62:5 74:6
  82:7
periods 34:14
  96:16 109:12
permissible 77:12
persistent 79:15
person 106:22
  107:1
personally 36:11
  71:17
Pfizer 9:13
PGD 67:19
pharmaceutical

8:8,13,22
pharmacologic
  104:17
pharmacy 47:17
philosophy 71:11
phone 6:7 20:20
  103:22 104:1
  111:6
physical 84:14
  110:11
physicians 36:8
physician's 38:9
picture 42:13 43:1
  43:1 91:11
  105:13 106:16
  108:4,6
pictures 40:5 45:5
  88:1,2 91:4
pieces 108:15
pills 82:4,6 104:6
  104:8,13,16,18
  105:2 107:17
place 10:15
placebo 15:15
PLAINTIFF 3:4
Plaintiffs 1:5
plan 101:21
play 66:13
played 35:7
plays 11:9 21:14
  21:16,20 66:13
  102:10
please 5:8,9
point 6:18 25:18
  42:19 80:9
  107:3
poor 67:9,10,10
  69:16,18
poorly 96:2
population 17:22
  19:7,16 20:5
  21:5 25:7,12,15
  28:19 30:10
  65:11,21 66:17
  75:6 76:1 78:10
  80:2 94:1 98:13
  99:9,15,19 100:5
  102:3,5

portion 108:10
position 107:10
possibility 64:12
possible 83:6
post 49:10
post-surgical 50:4
potential 10:8
  61:19 102:1
potentially 59:15
powerful 15:19
practice 27:11
  83:4 90:10
  97:18 100:6
practitioners
  38:13
preceded 14:15
precipitously 30:6
precisely 80:7
precludes 92:10
predict 67:3 69:13
  69:14
predicted 67:6
predictive 66:21
predictor 67:12
  67:12
predictors 69:21
predominant 15:7
pregnancies 32:5
  92:18
pregnancy 10:8
  10:16 13:6,7
  15:13 17:18
  24:3,7 27:13
  28:5,8 29:8
  31:13 32:14
  35:15,16,20 36:1
  36:2,10 46:18
  51:8 55:21
  57:18 63:21
  64:1 65:8,9,15
  71:19 77:7 79:5
  79:14,21 92:10
  92:11,20 96:21
  100:1,3 101:22
pregnant 10:21
  23:15 24:15
  29:12,17 56:1
  74:19 76:9,13

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

124

97:4 98:16,16,17
98:17
**Premarin** 9:8
**premature** 79:17
**prematurity**
55:20 56:22
79:13
**prepare** 36:16
**prepared** 12:10
36:21 88:20
104:19
**presented** 74:8
76:12
**pressing** 103:22
**presume** 84:22
**pretty** 27:9 32:11
53:21 61:4
**prevalent** 92:4
**prevented** 76:11
**preventible** 75:10
75:14
**previously** 11:15
**Pre-implantation**
67:18
**pre-term** 24:16
25:2,9,17
**primarily** 78:2
**primary** 49:17,21
50:10,14,22
**print-out** 88:3
**prior** 78:2 86:10
**probability** 72:11
91:19
**probably** 14:9
15:2 18:6 31:16
41:2 44:20
60:22 72:14
**problem** 60:20
**problems** 46:18
59:16 102:10
**procedure** 49:11
49:13 61:14
71:14 72:9,13
73:4
**procedures** 11:6
49:7 51:8 59:10
60:6 62:7 70:17
70:19 72:4

74:14 110:5
**proceeded** 59:10
84:5
**proceeding** 57:7
**proceedings** 91:4
**process** 51:11
**profession** 16:6
**professional** 2:18
21:10 112:3
**proficiency** 34:3
**progesterone**
104:17
**progesterones** 9:9
**prognosis** 33:14
69:16,18
**programs** 13:13
**project** 15:18
**promote** 75:9
**promoting** 75:11
**properly** 39:14
53:3
**proportion** 18:12
18:20
**prospective** 15:12
**prove** 94:6
**Provera** 9:8
**public** 2:19 112:1
112:16
**publication** 31:16
**published** 12:11
31:3 33:18
46:11,14,21 47:6
48:20 49:4
**pulled** 9:20
**pursuant** 2:17
**put** 18:5 39:4
40:18,22 44:4,6
47:16 53:7
63:12 65:6
73:13 80:6
95:13 103:1
105:22 109:18
**puts** 66:4 68:13
68:13
**putting** 69:9 99:6
**p.m** 1:13 111:12

_____

**Q**

**quality** 42:8 63:4

64:2 66:3,15
67:5 70:12
73:17
**quarter** 81:15
**question** 6:12
26:21,22 27:22
31:20 32:1,17
41:3 49:8 50:13
55:4 65:17 69:3
72:19 75:16
80:14 86:6,10
100:19 105:10
107:5
**questions** 11:15
25:14 26:10
30:9 48:17
77:15 86:9
103:22 104:5
107:16
**quicker** 34:8
**quickly** 14:18
**quite** 15:1,9 19:3
21:13 42:22
60:21 62:2 64:9
72:4 84:18,21
**quote** 15:22 19:13
20:4 29:20 39:4
99:16
**quoted** 21:13
78:14 80:3
**quotes** 79:20
**quoting** 61:13

_____

**R**

**R** 3:2 5:1
**randomized** 15:12
15:16
**range** 19:3,3,4,4
55:3 106:1
**rare** 67:18
**rarely** 89:11
101:4
**rate** 8:1 17:18
18:1 19:6 20:7
23:8,16,21 24:3
24:7,16,18,18,19
25:10,11,20 26:1
28:22 31:12
32:15,21 33:2

41:17 43:8 50:6
56:4 65:12,15
77:1 99:5 100:1
100:3,11 101:9
**rates** 13:6 21:6
24:22 25:2,5
26:19 27:5 30:4
51:9 56:20
63:21 64:1
70:14 71:19
72:2 78:9,9,14
92:20,20
**rather** 34:2 41:15
45:14 66:16
70:22
**reach** 43:22 46:20
**read** 6:11 37:19
39:16 41:18
53:2 108:6,7,17
108:20
**reading** 72:3
**reads** 6:13
**real** 57:1
**really** 45:18 69:8
84:19,21 92:3
107:14
**Realtime** 2:19
**reason** 11:12,21
20:14 38:11
51:7,19 57:21
74:20
**reasonable** 19:5,9
41:8 72:10
91:19 92:9
**recall** 8:6,16 9:4,5
46:15 49:15
52:18 78:8,14,18
80:5 81:2,9
107:7
**recalling** 80:7
**received** 8:13,17
**recess** 104:2
**recollection** 79:11
**recommend** 56:9
74:6,16
**recommendation**
101:21
**recommendatio...**

102:11
**recommended**
74:1 84:2
**recommending**
77:6
**record** 6:9,10
14:16 20:21,22
26:9 36:7 37:22
48:1 52:12
57:20 72:3
77:10,17 104:4
107:9 112:5
**records** 4:12,13
7:2 36:18 37:4
37:12 38:9,14
48:7 59:14 61:5
61:8 62:16
81:12,19 85:4
87:7 88:9
**reduced** 10:8 13:8
102:1 112:6
**reduction** 25:5
73:8
**refer** 39:3 53:1
75:4 102:5
**reference** 38:17
46:15
**referenced** 38:15
48:6 52:17 78:3
84:19
**references** 85:4
**referred** 52:13
83:20
**referring** 34:10
35:17 45:14
**refers** 50:3
**reflected** 84:1
**regarding** 7:1,2
56:20,21,22
57:17 60:4
61:10 64:4
88:17 106:1
**regardless** 92:7
95:20 96:4
**Registered** 2:18
112:2
**regular** 28:21
74:20 109:12

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

125

regularly 11:13
relate 84:15
related 50:15
  72:16,16 112:7
relates 11:22 50:6
relationship 16:7
relative 50:7 54:1
  65:21
relatively 55:2
  62:5 99:12
relevant 11:18
  17:10 27:20
  107:15,18
relied 39:9
rely 24:19 38:6
remained 74:9
remarkable 84:21
remember 8:7,9
  9:11,14 46:9
  52:15 70:6 78:6
  78:7,17,20 80:19
  82:22
remembering
  23:12 78:6
Remind 77:21
removed 60:22
repair 50:4
repeated 66:15
repeatedly 11:15
replacement 9:7
  105:1
report 23:7 24:6
  36:16,20,22 37:4
  37:11 51:22
  52:1,3 88:9,20
  88:21 89:3
reported 1:22
  27:17 45:1,2
  56:3
reporter 2:18,19
  5:9 6:13 7:11
  112:1,3
reports 50:5 51:5
represent 5:11,17
reproduction
  17:20 34:7 62:6
reproductive
  15:21 27:5 44:4

44:13 62:7
  75:19 83:12
  88:17 94:11
request 81:12
requested 6:13
require 95:22
requires 71:14
requiring 35:5
research 50:21
reserve 54:6
residents 44:15
resides 83:19
resistant 12:3
respect 16:7 17:11
  21:2,5 27:6
  31:20 48:5 72:9
  73:17 81:17
  82:14 84:9
  100:8 110:1,15
respectfully 52:5
respond 31:19
  66:22 67:3
responded 93:11
responders 67:19
  67:20
responding 31:21
  31:22 69:8
response 16:21
  60:19 61:7 67:4
  67:5,17 68:22
responses 68:16
rest 61:4 110:11
restriction 52:15
result 12:7 25:7
  86:16 105:9
results 27:7
retained 4:9 7:20
  40:16
retrieved 60:16
retrospect 75:4
revealing 52:14
reversal 102:18
review 8:1 36:17
  37:21 39:13
  51:22 59:14
  60:2 91:3
reviewed 6:1,5,21
  7:5,9,15,17 43:6

51:10
right 15:4 25:16
  26:4 28:6 34:19
  36:5 52:7 55:6
  62:13 65:4
  72:19,20 86:3,4
  97:15 98:6
  100:9 105:3
rings 6:7 20:20
risk 13:9 50:7
  57:4 58:4
  102:20
risks 57:6 71:15
  74:12
Robert 1:10 2:2
  5:2,10 111:11
role 11:10 21:15
  21:16,20 35:8,9
  66:14 102:11
route 51:19
rule 70:3
ruling 70:5

—————— S ——————
S 3:2 4:8 5:1
same 7:1 30:1
  32:17 35:17
  48:18 53:15
  87:11 91:11
  97:17 105:14
  106:16 110:1
sample 55:13
samples 61:12
  62:2
saw 81:11,13
  85:19
saying 14:10
  94:22
says 63:20 74:22
  87:4,5 101:20
scale 41:17 42:2
  53:9
Science 18:14
screening 33:21
seal 112:10
second 53:2 55:21
secondarily 61:3
secure 42:10
see 19:15,16,17

42:15,17,17
  45:17 46:2 49:1
  53:2 54:16,17
  55:12 57:10,13
  57:15 59:15
  62:12 65:18
  66:6,18 71:11
  92:4 93:1,10
  101:17 102:22
  105:18
seeing 37:8 89:15
  92:15 107:7
seem 36:8 60:17
  60:18 61:8
seemed 16:13
seems 64:6
seen 37:21 43:15
  52:20 55:7 58:6
  84:20 86:21
  87:20 88:10
  89:11,17 90:10
  90:13,17,22
  105:7 106:14,19
  107:5 108:5
segregated 55:13
selected 19:16
  100:4,5
semen 61:12,13
seminalyses 61:17
seminalysis 61:15
seminar 8:12
sense 74:14
sent 106:3
sentence 53:2
separate 54:4
September 18:14
series 86:8
serious 16:14
Serono 9:14
serve 8:5
set 112:9
setting 77:10
seven 42:9 43:9,10
  44:20 53:10
several 8:18 61:9
  61:11 62:1
  69:10 90:15,16
severe 19:22

21:19 43:7 53:7
  53:14 54:12
  79:13 84:16,18
  84:20 85:10
  88:12,13 89:3,14
  90:9 92:16
severely 30:7
  79:16 89:1
severity 43:7
  85:12 89:9,9
sex 28:21
sexually 75:13
Shady 9:21 27:6
  27:17 28:3,8,12
  28:16 30:15
SHANNON 3:6
shape 55:5 86:14
  90:7 95:7 104:9
  105:7,19 108:12
  110:10,10
sharp 10:21
Sheila 5:12
SHOOK 3:15
short 31:4 55:2
  62:5 88:7 98:6
  104:2
shorter 74:12
SHORTHAND
  112:1
show 21:4 27:7
  41:5,13 42:13
  44:14 52:19,21
  79:4 105:3,4
  107:12
showed 21:7,7
  45:5 61:16
  78:22
showing 37:22
  53:18 75:17
shown 25:19
  89:11 91:7,11
shows 24:12
  106:15 107:13
  108:3
Signature 111:10
significance 51:13
  110:4
significant 14:4

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

126

| | | | | |
|---|---|---|---|---|
| 56:20,21 91:22 91:22 92:2 101:20 | 87:3 102:12 104:18 | **starts** 17:15 23:20 30:11 97:8 | 111:5,11 | 62:1,16 |
| **significantly** 10:3 80:8 103:7 | **something** 38:16 45:6 58:11 75:10 89:16 | **state** 5:8 107:17 | **Stillman's** 77:16 | **substantial** 35:8 58:20 62:18,20 63:8,9 66:6,14 95:7,11 96:8 102:20 |
| **signs** 39:4 | **Sometime** 81:15 | **stated** 69:6 | **stimulate** 67:8 102:22 | |
| **similar** 11:6 15:9 40:13 60:22 72:4 | **sometimes** 17:2 44:12 56:1 | **statement** 10:5 12:19 13:1 33:11 36:13 45:13 48:8 49:16 50:11 51:11 52:16 65:3 66:22 77:9 86:17 93:22 96:19,22 104:9 | **stimulated** 93:15 | |
| | | | **stimulation** 60:16 93:15 | **substantially** 65:7 80:1 |
| **simply** 42:3 | **somewhat** 16:12 25:4 64:3 66:16 105:6 | | **stimulus** 68:22 | **substantive** 21:17 |
| **since** 41:2 44:21 110:7 | | | **stipulate** 22:6,14 110:18 | **success** 10:12 11:5 13:12 27:4 31:12 55:15,18 56:20 71:22 72:2 77:1 100:11 |
| **sitting** 80:19 82:22 | **sorry** 6:8 90:20 91:8 | **statements** 10:1 83:10 85:7 | **stipulated** 21:22 | |
| **situation** 17:3 19:20 | **sort** 41:9 87:13 94:20 | **states** 1:1 52:3 | **stipulation** 22:19 | |
| **six** 30:14 43:9,10 53:10 | **sound** 72:4 78:11 | **statistical** 66:10 | **stop** 99:20 101:22 | |
| | **sounded** 48:18 | **statistically** 80:8 | **stopped** 73:3 | **successful** 13:7 96:22 |
| **six-centimeter** 55:2 | **sounding** 54:21 55:1 | **stay** 85:9 99:10 | **stops** 97:4 | **successfully** 33:20 |
| **size** 44:1 53:21,22 55:5,8 60:21 | **speak** 17:17 22:17 53:13 | **steep** 83:11 | **straight** 69:2 | **sufficiently** 48:2 |
| | | **steeper** 83:11 | **Street** 2:6 3:9 | **suggest** 70:14 |
| **slide** 46:10 | **specific** 7:2 48:20 58:3 | **stenographically** 112:6 | **strike** 16:21 17:12 24:22 28:9 30:8 39:12 50:9 53:16 70:2 73:8 80:11 83:3 90:11 104:6 | **suggested** 20:3 |
| **slight** 52:14 | | | | **Suite** 2:7 3:10 |
| **slope** 83:11 | **specifically** 86:8 | **stenosis** 35:5 38:18 39:2 48:6 48:11,15,21 49:6 49:10,18,21 50:9 50:10,15,22 51:2 51:12 76:9 84:18 85:19 109:22 | | **superior** 14:3,6,20 |
| **small** 33:7 53:19 54:2,3,8,9,13,18 54:20,20,21,21 55:8 87:19 89:4 90:8 99:13 105:17 | **specificity** 20:12 | | | **supervision** 112:7 |
| | **specimens** 61:18 | | | **support** 21:20 24:10 |
| | **spectrum** 41:15 43:5 53:15 89:17,19 90:3 | | **stronger** 39:6 73:2 | |
| | | | **strongly** 70:14 | **suppressed** 104:14,14 |
| | **speech** 83:19,22 | **sterile** 18:20 | **studied** 31:6,13 32:12,22 33:3,17 92:19 | **sure** 8:11 43:3 44:10 48:13 55:4 75:21 95:5 103:15 |
| **smaller** 104:22 | **spent** 26:9 77:13 | **Sterility** 12:12 | | |
| **smoking** 75:12 | **sperm** 34:4 | **stick** 99:7 107:22 | | |
| **Smotrich** 12:11 | **splitting** 99:13 | **sticker** 40:19 | **studies** 8:21 9:6 14:8,11,14,14,21 14:21 15:11,21 16:4 25:18 46:19 47:3,6,9 47:21 49:20 75:17 79:4,9,12 | |
| **SNOW** 3:6 | **spoken** 8:12 | **still** 10:11 | | **surgery** 34:8,13 60:3,9,10,13 |
| **sobriety** 99:21 | **spouse** 98:14 102:13 | **Stillman** 1:10 2:2 5:2,6,10 7:14,16 7:22 9:16 10:14 13:19 16:6 21:9 26:17,18 27:4 36:16 40:18 45:20 52:21 70:15 74:1,9 77:11 79:15 86:22 94:14 98:9 100:11 101:10 103:4 | | **surgical** 49:7 51:7 |
| **sole** 64:19 109:7 | **squandered** 77:14 | | | **surrogacy** 76:6,7 76:8,18,22 77:6 |
| **solid** 108:10 | **stage** 11:17 | | **study** 9:2 14:9 15:8,10,19,22 16:14 31:9 39:15 45:20 46:5,7,21 47:13 47:17 48:3,10,14 48:20 | |
| **some** 8:7 9:7,20 14:21 16:6,16 31:16 40:5,5 41:14 47:12,22 49:11 55:17,20 61:14 76:2 83:16 87:8 88:3 94:8 97:4 99:12 107:15 | **stand** 93:1 | | | **suspect** 70:9 |
| | **standard** 53:21,22 69:18 72:12 74:17 83:4,9,10 | | | **suspicion** 105:11 105:14 |
| | | | | **suspicious** 106:12 |
| | **start** 24:2 29:19 86:13 94:4 | | **Stuff** 26:5 | **sworn** 5:3 |
| | | | **stump** 83:19,22 | **symptoms** 39:4 |
| | **started** 17:14 56:18 73:22 82:3 101:17 | | **styled** 5:18 | **syndrome** 11:3 |
| | | | **subsequent** 60:5 60:18 61:16 | **synthetic** 9:8 45:14,15 47:20 85:13 87:8 110:16 |
| **somebody** 46:8 | **starting** 97:18 | | | |

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

127

| | | | | |
|---|---|---|---|---|
| **system** 64:5 | **tens** 54:7 | 64:2,7,7,8,10,13 | 23:7 33:13,16 | 19:21 20:2,6 |
| | **term** 10:17 18:5 | 65:4,6 66:19 | 46:13 48:19 | 21:3 29:14 32:3 |
| **T** | 28:9 54:6 85:10 | 67:12 69:7 70:7 | 73:11 80:19 | 39:3 54:19 62:4 |
| **T** 4:8 43:12,14 | 87:12 | 72:14 73:1,5,12 | 81:8 82:22 93:5 | 63:18 66:11 |
| 45:7 | **terms** 43:5,6 | 76:21 78:21 | **today's** 52:1 57:2 | 69:12 75:9 76:3 |
| **take** 10:15 20:14 | 87:12 | 80:3 81:3 85:11 | **told** 38:8,10 74:4 | 78:5 101:18 |
| 36:20 55:4 | **test** 69:7,10,11,19 | 87:14 88:12 | 83:1 87:1 | 102:13 110:12 |
| 67:19 88:2 | 73:16,16 84:2,4 | 92:8 93:7,8 | **top** 27:8 108:8,13 | **tubal** 34:13 71:2 |
| 98:22 102:15 | 91:21 93:6,10,12 | 95:19 99:7,8,8 | 108:14 | 71:16 72:4 89:5 |
| 107:10 | 93:14 94:21 | 99:10 100:20 | **totally** 32:1 | **tube** 63:6 |
| **taken** 2:17 47:19 | 96:13 | 105:17 106:17 | **toto** 40:4 | **tubes** 57:16 71:20 |
| 104:2 108:3 | **testified** 5:3 15:2 | 110:14 111:7 | **towards** 11:19 | **tumor** 61:1 |
| 112:4,6 | 44:22 84:7 | **thinking** 49:9 | **transcript** 112:5 | **turn** 94:18 |
| **takes** 75:7,20 76:2 | 86:19 95:7 | 65:5 | **transfer** 12:15 | **twenties** 10:3 |
| **taking** 25:16 85:5 | 109:16 | **third** 18:6 19:5,8 | 33:22 51:17,18 | **twice** 19:6 |
| 104:6 | **testimony** 5:15 | 29:7 81:15 | 51:19 57:3 71:2 | **two** 15:7,8,19 |
| **talk** 17:13 21:4 | 8:2 77:11 86:21 | **though** 67:17 | 71:3,13 72:5 | 19:21 30:2,7 |
| 55:5 85:16 86:2 | 95:6 108:17 | 71:20 | 110:6 | 41:12 62:4 71:3 |
| 86:7,13 | 109:22 112:6,6 | **thought** 36:8 | **transferred** 63:2 | 71:13 90:17,18 |
| **talked** 29:9 51:15 | **tests** 10:11 67:13 | 39:19 94:8 99:4 | 71:7 | 105:22 |
| 63:21 66:19 | 68:4,7 82:16 | 107:15 | **transfers** 34:1 | **type** 40:11 46:7 |
| 78:1 83:3 99:3 | 84:1,4,6 | **thousand** 102:15 | 51:6,9 65:14 | 56:19 81:21 |
| 109:21 | **Thank** 109:2 | 102:16 | 70:21 | 85:12 |
| **talking** 9:17 14:11 | 111:9 | **thousands** 90:14 | **translate** 13:11 | **types** 63:1 69:17 |
| 25:6 29:7,18 | **their** 16:4 38:17 | **three** 23:19 29:22 | **transmitted** 75:13 | **typewriting** 112:7 |
| 54:13,20 68:21 | 72:3 79:21 | 30:12 41:15 | **treat** 34:13,22 | **typically** 73:14 |
| 69:6 73:18 | 83:17,17 94:3 | 53:9,12 62:6 | 97:18 | **T-shaped** 88:8 |
| 76:15 81:7 86:1 | 98:1 104:22 | 66:11 71:15 | **treatable** 83:15 | 89:5 105:5,15 |
| **teaching** 44:15 | **theoretically** | 105:22 106:1 | **treated** 28:7,15 | 108:21,22 |
| **techniques** 33:22 | 60:15 | 109:17,19 | 32:3 33:13 36:6 | |
| **technology** 27:5 | **theory** 39:3 | **through** 40:3 | 55:10 | **U** |
| **Tehran** 16:20 | **therapies** 65:17 | 51:20 65:17 | **treating** 13:2 | **Ubeda** 105:4 |
| **Telephone** 3:12 | **thing** 7:1 | 69:9,12 70:18 | 28:12 36:8 | **uh** 14:14 55:11 |
| **tell** 10:1 73:6 | **things** 21:3,13 | 74:2 75:9 76:6,6 | 80:16,21 | 59:22 |
| 74:22 75:2 | 26:7 39:9 62:11 | 76:10,17 77:2 | **treatment** 101:21 | **ultimate** 69:19 |
| 92:13 93:13 | 68:21 81:21 | 79:13 82:7 94:8 | **trial** 15:13 57:7,8 | **ultrasound** 33:22 |
| 94:13 108:20 | **think** 8:6,20,20 | 99:19,22 103:19 | 92:3,8 95:2 | 60:21 |
| 109:1 | 17:6,9 19:5 | **throw** 44:15 | 98:19,21 | **unable** 18:4,4 |
| **telling** 38:16 | 20:13,17,18,19 | **time** 23:10 26:12 | **tried** 68:20 75:1 | 92:6 |
| **temporarily** 60:12 | 21:10 22:7,11,17 | 31:4 46:4 58:12 | 85:9 110:9 | **unassisted** 22:13 |
| **ten** 32:15 34:7 | 25:20 27:1 29:8 | 62:2,5 74:6,11 | **tries** 98:8 | **under** 112:7 |
| 41:18 42:4 43:7 | 31:5 33:9 34:6 | 74:16 75:11,18 | **true** 49:2 67:7 | **understand** 5:13 |
| 90:20 94:15 | 35:7 37:9 38:8 | 81:10,13 82:10 | 69:21 70:11,12 | 5:19 25:14 |
| **tenacula** 53:21,22 | 41:7,9,20 42:7 | 101:3 104:13 | 104:12 112:5 | 27:18 32:3 |
| 54:1 | 44:2,3,16 46:8 | 107:15 | **try** 14:18 57:3 | 38:14 69:3 |
| **tenaculum** 53:20 | 49:4,4 51:4 | **times** 26:11 68:15 | 67:8 74:5 83:18 | **understanding** |
| 105:18 | 52:17 53:13 | **title** 12:14 78:7 | 99:10 101:18 | 19:14 23:3,6 |
| **tend** 12:6 54:11 | 54:10,22 56:19 | **today** 7:17 9:17 | **trying** 8:7 9:11 | **Understood** 27:1 |
| **tends** 39:5 | 57:8 58:20 63:6 | | | **underwent** 51:7 |

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

128

unethical 103:1
unexplained
    100:16
unexposed 13:22
    14:22 31:10,11
    50:7,10 55:7
    56:5 59:1
    106:20 107:6
unfortunate
    55:21
unfortunately
    57:8
uninformed 16:9
UNITED 1:1
unrelated 59:11
    59:17
unsuccessful 57:9
use 34:3 47:12
    54:11 69:18
    71:18 92:6
    95:18,22 98:6
used 40:4 44:12
    47:14 66:8
    96:20 99:6
uses 92:7
using 34:2 51:8
    53:9 57:5 62:10
    95:3
usually 41:21
    55:12 65:19
    104:18
uteri 90:22 92:20
uterine 36:9 52:4
    52:14 54:14,20
    54:22 55:8 56:1
    56:4,8 59:1
    62:22 71:3 77:4
    77:5 84:16
    85:11 86:2,14
    89:1,3 94:2,19
    95:1,7 97:19
    104:9,19 105:7
    110:10
utero 15:15 85:13
    89:4
uterus 30:7 35:6
    39:2 40:5,7,22
    41:6,8,13 50:20

53:18 55:1,8
    57:7 63:7 70:16
    76:11 84:19
    86:8 87:17
    89:11 92:5,9
    93:8 95:18,20
    96:5,11 98:19
    103:2 104:15,20
    104:22 105:5
    106:5 108:8,11
    108:14,21 109:1
utilize 69:17
utilizes 15:8
utilizing 50:17

_____ V _____
value 17:2 33:10
    33:12
variety 19:17,18
    35:10
various 35:10
    64:2
varying 63:1
vasectomy 19:19
    21:18 66:10
    94:12,13,15,17
    98:13,22 100:2
    100:14 102:13
    102:18
Vermesh 52:12,22
    53:13
Vermesh's 37:10
    37:12,19 72:2
verse 19:13
versus 5:13,18
    25:3 64:6 72:1
very 11:17 15:19
    16:14 19:5,9,20
    19:20 20:1
    21:15 36:9 63:4
    65:16 66:1,5,10
    66:14 67:17
    70:20,20 72:9,12
    87:14 88:7 89:4
    92:22 93:18
    100:4,21 101:1,3
    109:2,13,20
    110:6,6 111:9
viability 68:11

viable 92:17
view 110:17
vigorous 13:5
vitro 11:6 12:17
volume 18:15
    54:14,21
vs 1:6

_____ W _____
waived 111:10
walls 54:15
want 12:14 18:22
    27:4 31:2 34:16
    40:22 42:20
    43:2 71:11,13
    77:16 80:15
    86:2,7,13 88:14
    95:5 98:16,17
    100:22 110:21
    111:2
wanted 95:1
wants 29:19
wash 61:17
Washington 1:11
    2:8 3:11
wasn't 31:21,21
    110:12
wax 42:20
way 18:2,5 32:2
    36:14 40:10
    41:6 57:14,15
    59:21 65:6,16
    69:14 70:18
    71:22 73:16
    88:13,14 94:2
    96:14
weakness 16:3
weaknesses 16:3
website 9:20,22
    21:14 99:17
    101:19,20
Wednesday 1:12
weight 75:13
well 5:20 7:13 8:9
    9:7 15:7,21 18:2
    19:2 20:13
    22:16,18 23:3
    24:22 25:16
    28:22 29:3,7

31:15 32:11
    33:19 35:20
    36:7,9 37:8 38:8
    40:4 54:6,15
    55:12 57:2 60:3
    60:15 62:1 63:8
    63:18 65:16
    71:11 72:14
    78:1 79:3 80:6
    80:12 83:10
    84:3,12 85:9
    87:4,19 88:7
    93:16,18 94:22
    96:5,12,15 99:18
    102:6 105:15
    109:10
well-documented
    12:21
went 9:20 51:3,4
    51:11 70:17
    76:14 94:8
    99:20,20 110:4
were 7:19 9:7 15:9
    15:15 28:2,7,12
    28:15,16 31:9
    32:5 33:5,17
    38:9 39:12,22
    40:1 44:18 46:3
    47:12 49:2 51:5
    52:9 53:9 56:15
    57:5,6,18 60:4,5
    60:21 61:14,18
    62:1,4,11 68:4
    68:21 69:12
    70:10,10,15
    77:12,15 80:16
    80:21 88:18
    89:3 99:4 103:9
    105:22
we'll 44:12 110:18
we're 9:16 29:7
    33:19,19 34:12
    35:17 70:20
    75:9 77:6 104:4
    110:7
we've 21:13 63:21
    72:7 73:18
WHEREOF

112:9
while 44:2 63:6
    74:9
white 32:4
whole 19:17,17
    90:10 100:4
    108:8,10,10
Widra 12:10
width 54:21
wife 98:14
willing 21:19
    22:14
wind 67:9 97:5
window 74:9,21
    83:12 102:12
wings 42:17,22
wish 26:14
witness 6:8,11,15
    8:5 11:17 19:2
    20:21 28:22
    30:22 32:8 34:9
    42:7,21 45:18
    59:22 68:12
    79:11 92:2 93:7
    95:19 98:4,6,9
    101:4 107:1
    109:10 110:20
    111:7 112:9
witnessed 89:2
woman 17:15,18
    19:21,22 20:1
    23:14,20 24:14
    27:11 28:20
    29:5,14,18 30:1
    30:11 47:11
    65:13 66:9,11
    94:11,14 95:17
    97:3 99:22
    107:16
woman's 12:1
    76:17
women 10:11,20
    11:13,18 12:16
    15:13,20 16:1
    17:13 18:3,20
    19:6 24:2,7
    26:18,19 27:12
    27:16,18 28:2,7

DEPOSITION OF ROBERT J. STILLMAN, M.D.
CONDUCTED ON WEDNESDAY, DECEMBER 13, 2006

129

28:11,15 31:9
45:2,3 47:3,10
47:18,22 48:12
48:16,22 49:10
49:22 50:10,22
79:6,7 102:15
106:19 107:6
**word** 54:8,11
**words** 39:15 74:4
74:7 89:16
**work** 8:7 10:16
78:21
**worked** 27:13
**world** 31:18 32:2
34:5 57:2
**wouldn't** 22:9
24:20 36:11
38:11 44:6
105:11 110:8
**written** 18:7
51:22
**wrong** 75:3 90:19
**wrote** 102:6,7
**Wyeth** 9:10

**X**

**X** 4:8
**Xerox** 108:6
**xeroxes** 88:1
**X-ray** 4:14 47:16
54:16 87:2 88:2
89:3
**X-rays** 41:20
44:14

**Y**

**yeah** 9:11 10:18
15:1 19:13 34:9
37:6,9 40:20
41:13 42:6 47:1
76:1 78:5 79:22
80:5 90:7 97:2
100:13 102:15
102:19 105:6,6
107:1 109:10
**year** 74:18 78:7
**years** 8:18 12:16
13:2 19:21 32:6
32:7,19 34:7

44:20 58:12
61:7 65:18
66:11 76:2,2
82:8 99:9
**young** 16:1
**younger** 19:4
26:19 68:14,17
83:16 94:11

**Z**

**zero** 96:9
**ZIFT** 51:8 62:9
70:20 71:1,9,10
71:13,17,18 72:7
**zygote** 51:17
70:20
**zygotes** 63:2 70:8
71:2

**$**

$600 8:3

**0**

05 81:15

**1**

1 1:21 4:11 7:5,12
7:12,19
1-90709 1:20
1:00 1:13
1:06-CV-00111
1:5
10.2 32:16
106 31:5
11 75:1,3 105:4,5
112 1:21
13th 1:12
1320 2:6 3:9
14 28:18
14th 112:12
15 19:8 32:7 108:1
19th 2:6 3:9
1928 108:3
1962 81:22
1983 82:4
1986 18:9,14
1994 31:16
1995 31:17
1996 12:11,12

31:4,16

**2**

2 4:12 7:8,15,19
37:1,3
2nd 81:22
2:30 103:20
20 28:14
2000 77:19 78:3,3
2002 14:11 78:2
20036 2:8 3:11
2005 27:7,13
28:16 35:14
52:13,22 82:7
2006 1:12 112:10
2011 112:12
202)833-8040 2:9
3:12
21 82:4
21st 112:10
22 82:8
233 18:15
25 32:18,20 33:4
75:18,22 76:2
78:11,16 80:11
91:12 96:15
2555 3:16
28 32:8

**3**

3 4:13 7:18,19
63:2 70:8 71:3,6
71:8 81:18
3:29 111:12
30 10:8,19 28:10
102:1,16
30-year-old 70:11
75:2 103:16
30-year-olds
102:16
31 28:10 32:11
61:16,19
33 19:11 20:7 21:9
23:2,8 24:1 99:5
99:10
35 10:4,19 64:1
35-year-old
103:15
38 28:1,2

**4**

4 4:14 40:15 42:16
53:1
40 4:14 10:7,21
12:16 13:2
17:15,16,18 18:4
18:21 19:4,9
20:18 22:1,2,4
22:12 23:8,14,17
23:18 24:2,14
25:3 26:18 28:3
28:8 30:1,4 32:6
32:8,13,22 59:8
61:6 63:15,21
64:1,16 65:18,19
65:22 66:9,18
67:8 68:15
73:22 74:22
75:19,20 76:3,5
76:12,16 77:7
95:14 99:13
101:22,22 102:2
102:15
40-year-old 20:6
27:7,11,12 31:13
65:12 66:21
70:12 77:1,2
40-year-olds 66:6
102:17
41 20:9 30:4
42 15:17 20:9 30:5
43 20:10 22:12
23:21 25:3
28:12,16 29:15
29:19 30:5
32:10,19 33:3
82:10,21 91:18
94:4 97:3 99:4,6
99:9 100:7,17
103:4,11 109:14
109:17
43-year-old 19:18
19:20,22 20:1
28:20 29:5 97:7
97:17 99:22
43-year-olds
93:17 94:1
98:13,15 99:1

100:20
44 18:21 19:3
20:16,17,18
30:11 68:16
45 30:13 34:19
47 109:12

**5**

5 4:3 71:6,7
50 10:8 20:17,18
24:1 29:8,11,15
77:8 78:19 79:6
90:19 97:9,20,21
98:1,10 99:1,6,8
99:11 100:12
101:11 102:1
500 2:7 3:10 90:18
51 73:14
51/49 64:8
52 30:21

**6**

6.6 66:1
60 20:19 21:12
22:4,13 29:11
63:15,17 65:2,12
65:16 95:14
99:14
60/40 64:6 72:15
73:15
63 33:1
64 18:21 20:15
21:7 79:21
64108 3:17

**7**

7 4:11,12,13 52:13
52:22
72 77:16

**8**

80/20 64:7
816)474-6550
3:18
86 80:5

**9**

9.8 42:10
90 80:2,4 109:9