**EXHIBIT 5**

# AFFIDAVIT OF ROBERT STILLMAN, M.D.

1. I have read Defendant Eli Lilly and Company's "Statement of Uncontroverted Material Facts" in the present case. Defendant distorts, selectively quotes, and mischaracterizes my opinions in its statements of fact Nos. 13, 14, 15, 16, 17, and 18, attached as Exhibit A, and I make this statement to correct these misrepresentations.

2. Regarding Statement No. 13: When a woman comes to my practice, I will tell them that their age can be a factor in their infertility, just as I stated in my deposition. In Ms. Deep's case, her severe uterine malformations from her exposure to DES overrode any obstacles to pregnancy due to her age, as stated in my testimony on pg. 95:20, attached as Exhibit B.

3. Regarding Statement No. 14: On page 97 (Exhibit C) of my deposition, I testified that a forty-three-year-old with no abnormalities has less than a 50% chance of a live birth, but on page 99 of my deposition, I testified that sixty percent of normal women forty-three years of age would have a live birth. As I clarify on page 98 on my deposition, women at age forty-three, there are women having problems conceiving due to male factors or similar issues, and they have a reduced chance of successful conception. As I stated in my report, male factors are not an issue in this case. If the question asked is the fertility of a forty-three-year-old woman where there are no other factors, I stand by my 60% chance of live birth figure on page 99:14-15, attached as part of Exhibit C.

4. Regarding Statement No. 15: While I stated on pg. 29 that the miscarriage rate for forty-three-year-olds who conceive is 33%-50%, I testified on the same page that, in general, after conception, the chance of carrying the child to term is greater than fifty percent (see Exhibit D). The "general population," as construed by Defendant, includes people like Ms. Deep who have malformed uteruses due to DES and people like the ones I mention on page 98 (Exhibit C) who have husbands who had vasectomies. As stated above, if the question regards the fertility of a healthy forty-three-year-old woman, she has a 60% chance of becoming pregnant and carrying the child to term with assisted reproduction.

5. Regarding Statement No. 16: The 20% and 14% figures for success rates for forty-three year-old women is not applicable to a discussion of how fertile Ms. Deep would be without her DES-related malformations. That figure, as I stated in my deposition, is a group of people who, for various reasons, are pathologically infertile.

6. Regarding Statement No. 17: I did not testify that I could not tell that it is more likely than not that DES caused Ms. Deep's infertility. What I said was that I could not quantify exactly how much Ms. Deep's infertility is caused by her age as she is not a candidate for IVF due to her DES-malformed uterus, and IVF would be the only way to tell if her eggs are still good. As I stated in the deposition pg. 96:15-18 (Exhibit E), her uterus is incompatible with having a baby with her own eggs or donor eggs and she would not have been able to have a baby at age twenty-five.

7. Regarding Statement No. 18: The Defendant distorts my testimony. I did not testify that I could not testify to a reasonable medical probability that Ms. Deep did not conceive and carry a child to term because of DES exposure. I testified Ms. Deep's uterus, in all reasonable

medical probability precludes Ms. Deep from having a pregnancy. As I testified, Ms. Deep's uterus absolutely precludes her from carrying a child to term, pg. 92:8-11 (Exhibit F).

8. As I stated at my deposition, Ms. Deep's DES-caused uterine anomalies rendered her unable to carry her child. In terms of the ability to conceive and carry a child to term unassisted, Ms. Deep was completely infertile from the moment she was born, and this condition stems entirely from her DES injury. Her age is not the major factor regarding her ability to conceive a child.

I state under penalty of perjury that the above statement is true and correct. Executed this 27 day of April, 2007.

Robert Stillman, M.D.

Witnessed by:

_____

_____