# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE ANN DEEP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION No. 1:06-cv-00111-RWR |
| ) | |
| ELI LILY AND COMPANY, ) | |
| ) | |
| Defendant. ) | |

## PROPOSED ORDER

This Court finds that its Order Denying Defendant Eli Lilly and Company's Motion for Summary Judgment involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the Order may materially advance the ultimate termination of the litigation. Accordingly, this Court certifies the question of whether plaintiff can meet her burden of proof as to causation for interlocutory appeal pursuant to 28 U.S.C. §1292(b).

_____
United States District Judge Richard W. Roberts

DATED: _____

144230v1