IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~) <br> CATHERINE ANN DEEP, ) <br> ) <br>        Plaintiff, ) <br> ) <br>    vs. ) <br> ) <br> ELI LILLY AND COMPANY, ) <br> ) <br>        Defendant. ) <br> ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~) | Civil Action No. 1:06-cv-00111 (RWR) <br> Next Event: Status Status Report Due on <br> December 21, 2007 |

**AFFIDAVIT OF AARON M. LEVINE**
**REGARDING AUTHENTICATION OF DOCUMENTS**

I, Aaron M. Levine, declare under penalty of perjury that the following is true and correct:

1. Attached as Appendix 1 is a true copy of a selection from Defendant Eli Lilly and Company's Reply in Support of Its Motion for Summary Judgment in the present case.

2. Attached as Appendix 2 is a true copy of Allison Van Dusen, "In Pictures: 40-and-Over Celebrity Moms," Forbes, *available at* http://www.forbes.com/2007/04/10/fertility_men_women_forbeslife-cx_avd_0411starmoms_slide.html (last visited Dec. 18, 2007).

3. Attached as Appendix 3 is a true copy of Mothers Over 40, "Celebrity Mothers," *available at* http://www.mothersover40.com/celebrities.html (last visited Dec. 18, 2007).

4. Attached as Appendix 4 is a true copy of a selection from the Deposition of Catherine Ann Deep in the present case, dated October 17, 2006.

I certify that the above is true and correct.

                                                                 /s/ Aaron M. Levine
                                                                   Aaron M. Levine

Dated: December 19, 2007