# Appendix 2



U.S.    EUROPE    ASIA

Get real answers for companies on the move.
[ CLICK HERE ]
RSM McGladrey
ACCOUNTING | TAX | BUSINESS CONSULTING

HOME    BUSINESS    TECH    MARKETS    ENTREPRENEURS    LEADERSHIP    PERSONAL FINANCE    FORBESLIFE    LISTS    OPINIONS    Become a member
Portfolio · Register

Collecting    Health    Real Estate    Sports    Style    Travel    Vehicles    Wine & Food

### In Pictures: 40-And-Over Celebrity Moms
Read the full story Allison Van Dusen        E-mail ! Create Alerts    Speed

ADVERTISEMENT

BECAUSE YOU WANT
TO STAY DIFFERENT

jumeirah.com    Jumeirah

The average woman's ability to get pregnant slows before age 30 and steeply declines after she hits 40. In fact, women past the age of 42 rarely conceive a child using their own eggs, says Dr. Samuel Pang, medical director of the Reproductive Science Center of New England. But you might not know that by looking around Hollywood. That's because many, including Marcia Cross and Geena Davis, became moms later in life. They join a long list of star moms giving birth after 40, though they don't always share how they did it.

Having trouble conceiving? You're not alone. Find out how others are coping here.

 Baby Einsteins     Laptops To Make A Gamer Drool     Signs to Upgrade Your PC    ▶

Today on Forbes.com - Fire Away - Thankee Bernanke - Zander To Depart Slumping Motorola - Alpha Kitty's Cyber-Shopping Cart - Last Day To Vote: Boost Your Business Contest: Final Round

ADVERTISEMENTS

**Alternative to Open Back Surgery**
Minimally invasive, corrects most spinal disorders, 21st century laser techniques, outpatient surgery.
www.laserspineinstitute.com

**Investing With 15% Return**
Invest in GE Medical Technology & Earn A Monthly Income - min inv. $25k.
InnovativeFinancialGroup.com

Buy a link here

First Name
Last Name
Age
Search Now

  

U.S.  EUROPE  ASIA

HOME  BUSINESS  TECH  MARKETS  ENTREPRENEURS  LEADERSHIP  PERSONAL FINANCE  FORBESLIFE  LISTS  OPINIONS  Become a member
Portfolio | Register

Collecting  Health  Real Estate  Sports  Style  Travel  Vehicles  Wine & Food

### In Pictures: 40-And-Over Celebrity Moms

Read the full story Allison Van Dusen       E-mail  ! Create Alerts      Speed

#### Marcia Gay Harden

Oscar-winning actress Marcia Gay Harden, at age 44 had twins Hudson and Julitta Dee with husband Thaddaeus Scheel. The couple also has a daughter, Eulala Grace.

Having trouble conceiving? You're not alone. Find out how others are coping here.

AP

 Baby Einsteins     Laptops To Make A Gamer Drool     Signs to Upgrade Your PC    ▶

Today on Forbes.com - Fire Away - Thankee Bernanke - Zander To Depart Slumping Motorola - Alpha Kitty's Cyber-Shopping Cart - Last Day To Vote: Boost Your Business Contest: Final Round

ADVERTISEMENTS

**Official Site: AMBIEN CR™**
Get Free 7-Day Supply (zolpidem tartrate extended release) CIV
www.AmbienCR.com

**Investing With 15% Return**
Invest in GE Medical Technology & Earn A Monthly Income - min inv. $25k.
InnovativeFinancialGroup.com



Buy a link here



U.S.   EUROPE   ASIA

**THE 25 WORST MOVIE SEQUELS**
**SEE WHAT MADE THE LIST**   moviefone

HOME   BUSINESS   TECH   MARKETS   ENTREPRENEURS   LEADERSHIP   PERSONAL FINANCE   FORBESLIFE   LISTS   OPINIONS   Become a member
Portfolio | Register
Collecting   Health   Real Estate   Sports   Style   Travel   Vehicles   Wine & Food

ADVERTISEMENT

Featured Slide Shows

### In Pictures: 40-And-Over Celebrity Moms

Read the full story Allison Van Dusen    E-mail | Create Alerts    Speed

 Extreme Eats

 Priciest U.S. Restaurants

#### Iman

Model and actress Iman had daughter Alexandria Zahra at age 45 with husband David Bowie. Iman has recently appeared on the TV shows *Project Runway* and *America's Next Top Model*.

Having trouble conceiving? You're not alone. Find out how others are coping here.

 Most Popular Virtual Worlds

 Ten Gifts for Travelers

 Ten Tough-To-Score Reservations

AP

Baby Einsteins    Laptops To Make A Gamer Drool    Signs to Upgrade Your PC

Today on Forbes.com - Fire Away - Thankee Bernanke - Zander To Depart Slumping Motorola - Alpha Kitty's Cyber-Shopping Cart - Last Day To Vote: Boost Your Business Contest: Final Round

---

ADVERTISEMENTS

**Alternative to Open Back Surgery**
Minimally invasive, corrects most spinal disorders, 21st century laser techniques, outpatient surgery.
www.laserspineinstitute.com

**Investing With 15% Return**
Invest in GE Medical Technology & Earn A Monthly Income - min inv. $25k.
InnovativeFinancialGroup.com

Buy a link here





U.S.   EUROPE   ASIA

# THE 25 WORST MOVIE SEQUELS
## SEE WHAT MADE THE LIST

*moviefone*

HOME  BUSINESS  TECH  MARKETS  ENTREPRENEURS  LEADERSHIP  PERSONAL FINANCE  FORBESLIFE  LISTS  OPINIONS   Become a member
Portfolio  Register

Collecting   Health   Real Estate   Sports   Style   Travel   Vehicles   Wine & Food

ADVERTISEMENT

**In Pictures: 40-And-Over Celebrity Moms**

Read the full story, Alison Van Dusen

 E-mail  ! Create Alerts   Speed

### Geena Davis

Oscar winner Geena Davis married fourth husband Reza Jarrahy in 2001. The following year, at age 46, Davis gave birth to daughter Alizeh and at 48 had twin sons, Kian and Kaiis. She most recently starred as the first female president of the U.S. in the cancelled TV show, *Commander In Chief*.

Having trouble conceiving? You're not alone. Find out how others are coping here.



AP

 Baby Einsteins      Laptops To Make A Gamer Drool     Signs to Upgrade Your PC  ▶

Today on Forbes.com - Fire Away - Thankee Bernanke - Zander To Depart Slumping Motorola - Alpha Kitty's Cyber-Shopping Cart - Last Day To Vote: Boost Your Business Contest: Final Round

ADVERTISEMENTS

**Alternative to Open Back Surgery**
Minimally invasive, corrects most spinal disorders, 21st century laser techniques, outpatient surgery.
www.laserspineinstitute.com

**Investing With 15% Return**
Invest in GE Medical Technology & Earn A Monthly Income - min inv. $25k.
InnovativeFinancialGroup.com

Buy a link here



# SUCCESS

U.S.  EUROPE  ASIA

HOME  BUSINESS  TECH  MARKETS  ENTREPRENEURS  LEADERSHIP  PERSONAL FINANCE  FORBESLIFE  LISTS  OPINIONS  Become a member  Portfolio | Register

Collecting  Health  Real Estate  Sports  Style  Travel  Vehicles  Wine & Food

ADVERTISEMENT

**Featured Slide Shows**

### In Pictures: 40-And-Over Celebrity Moms

Read the full story Allison Van Dusen

✉ E-mail  ! Create Alerts    Speed



― AP

**Susan Sarandon**

Oscar winner and activist Susan Sarandon had two children in her 40s with partner Tim Robbins. At age 42, she had son Jack Henry and at 45, Miles Guthrie.

Having trouble conceiving? You're not alone. Find out how others are coping here.

 Extreme Eats

 Priciest U.S. Restaurants

 Most Popular Virtual Worlds

Ten Gifts for Travelers

Ten Tough-To-Score Reservations

 Baby Einsteins

 Laptops To Make A Gamer Drool

 Signs to Upgrade Your PC  ▶

Today on Forbes.com - Fire Away - Thankee Bernanke - Zander To Depart Slumping Motorola - Alpha Kitty's Cyber-Shopping Cart - Last Day To Vote: Boost Your Business Contest: Final Round

ADVERTISEMENTS

**Alternative to Open Back Surgery**
Minimally invasive, corrects most spinal disorders, 21st century laser techniques, outpatient surgery.
www.laserspineinstitute.com

**Investing With 15% Return**
Invest in GE Medical Technology & Earn A Monthly Income - min inv. $25k.
InnovativeFinancialGroup.com

Buy a link here





U.S.  EUROPE  ASIA

**THE 25 WORST MOVIE SEQUELS**
**SEE WHAT MADE THE LIST**  *moviefone*

HOME  BUSINESS  TECH  MARKETS  ENTREPRENEURS  LEADERSHIP  PERSONAL FINANCE  FORBESLIFE  LISTS  OPINIONS  Become a member
Portfolio | Register

Collecting  Health  Real Estate  Sports  Style  Travel  Vehicles  Wine & Food

ADVERTISEMENT

### In Pictures: 40-And-Over Celebrity Moms

Read the full story Allison Van Dusen     E-mail  ! Create Alerts    Speed



US AIRWAYS

Up to 20% off Europe and 20,000° bonus miles when you use your MasterCard® card

#### Holly Hunter

The Georgia native and Oscar winner had twin boys in 2006 at age 47 with partner Gordon MacDonald. Hunter recently starred in the animated movie *The Incredibles*.

Having trouble conceiving? You're not alone. Find out how others are coping here.

© AP

 Baby Einsteins     Laptops To Make A Gamer Drool     Signs to Upgrade Your PC    ▶

Today on Forbes.com - Fire Away - Thankee Bernanke - Zander To Depart Slumping Motorola - Alpha Kitty's Cyber-Shopping Cart - Last Day To Vote: Boost Your Business Contest Final Round



Give a Netflix Gift Subscription

**ADVERTISEMENTS**

**Alternative to Open Back Surgery**
Minimally invasive, corrects most spinal disorders, 21st century laser techniques, outpatient...
www.laserspineinstitute.com

**Investing With 15% Return**
Invest in GE Medical Technology & Earn A Monthly Income - min inv. $25k.
InnovativeFinancialGroup.com

**Hot Stock Alert - GFET**
Ethanol, Biofuels, Green Energy. Alternative Energy Stock.
www.GulfEthanolCorp.com

Buy a link here



U.S.   EUROPE   ASIA

THE 25 WORST MOVIE SEQUELS
SEE WHAT MADE THE LIST



HOME   BUSINESS   TECH   MARKETS   ENTREPRENEURS   LEADERSHIP   PERSONAL FINANCE   FORBESLIFE   LISTS   OPINIONS   Become a member
Portfolio | Register

Collecting   Health   Real Estate   Sports   Style   Travel   Vehicles   Wine & Food

ADVERTISEMENT

**In Pictures: 40-And-Over Celebrity Moms**
Read the full story Allison Van Dusen

 E-mail  ! Create Alerts     Speed

### Joan Lunden
Ex-morning show host Joan Lunden married second husband Jeff Konigsberg in 2000. In 2003, at age 52, Lunden had twins, Kate Elizabeth and Max Aaron, via a surrogate mother. In 2005, using the same surrogate, the couple had twins Kimberly Elise and Jack Andrew. Lunden also has three daughters from her first marriage.

Having trouble conceiving? You're not alone. Find out how others are coping here.

AP



In photography, timing is everything.

 Baby Einsteins     Laptops To Make A Gamer Drool     Signs to Upgrade Your PC    ▶

Today on Forbes.com - Fire Away - Thankee Bernanke - Zander To Depart Slumping Motorola - Alpha Kitty's Cyber-Shopping Cart - Last Day To Vote: Boost Your Business Contest Final Round



Give a Netflix Gift Subscription

ADVERTISEMENTS

**Alternative to Open Back Surgery**
Minimally invasive, corrects most spinal disorders, 21st century laser techniques, outpatient surgery
www.laserspineinstitute.com

**Investing With 15% Return**
Invest in GE Medical Technology & Earn A Monthly Income - min inv $25k.
InnovativeFinancialGroup.com

Buy a link here



U.S.   EUROPE   ASIA

**THE 25 WORST MOVIE SEQUELS**
SEE WHAT MADE THE LIST — moviefone

HOME   BUSINESS   TECH   MARKETS   ENTREPRENEURS   LEADERSHIP   PERSONAL FINANCE   FORBESLIFE   LISTS   OPINIONS   Become a member   Portfolio   Register

Collecting   Health   Real Estate   Sports   Style   Travel   Vehicles   Wine & Food

ADVERTISEMENT

Featured Slide Shows

 Extreme Eats

### In Pictures: 40-And-Over Celebrity Moms

Read the full story Allison Van Dusen       E-mail  ! Create Alerts     Speed

 Priciest U S Restaurants

#### Beverly D'Angelo

Long-time TV and film actress Beverly D'Angelo had her first children, twins Anton and Olivia, at age 47 with Al Pacino. D'Angelo recently appeared in episodes of the HBO series *Entourage*.

Having trouble conceiving? You're not alone. Find out how others are coping here.

 Most Popular Virtual Worlds

 Ten Gifts for Travelers

Ten Tough-To-Score Reservations



© AP

 Baby Einsteins      Laptops To Make A Gamer Drool      Signs to Upgrade Your PC     ▶

Today on Forbes.com - Fire Away - Thankee Bernanke - Zander To Depart Slumping Motorola - Alpha Kitty's Cyber-Shopping Cart - Last Day To Vote: Boost Your Business Contest: Final Round

ADVERTISEMENTS

**Alternative to Open Back Surgery**
Minimally invasive, corrects most spinal disorders. 21st century laser techniques, outpatient surgery.
www.laserspineinstitute.com

**Investing With 15% Return**
Invest in GE Medical Technology & Earn A Monthly Income - min inv. $25k.
InnovativeFinancialGroup.com

Buy a link here





# SUCCESS

U.S.    EUROPE    ASIA

HOME    BUSINESS    TECH    MARKETS    ENTREPRENEURS    LEADERSHIP    PERSONAL FINANCE    FORBESLIFE    LISTS    OPINIONS    Become a member
Portfolio | Register

Collecting    Health    Real Estate    Sports    Style    Travel    Vehicles    Wine & Food

**In Pictures: 40-And-Over Celebrity Moms**

ADVERTISEMENT

**Featured Slide Shows**

Read the full story Allison Van Dusen     E-mail  ! Create Alerts     Speed

 Extreme Eats

 Priciest U.S. Restaurants



**Cheryl Tiegs**

The famous supermodel Cheryl Tiegs had her first child, Zack, at age 44 with then husband Anthony Peck. In 2000, at age 52, Tiegs had twins Jaden and Theo with then husband Rod Stryker via a surrogate mother.

Having trouble conceiving? You're not alone. Find out how others are coping here.

 Most Popular Virtual Worlds

 Ten Gifts for Travelers

 Ten Tough-To-Score Reservations

© AP

 Baby Einsteins     Laptops To Make A Gamer Drool    Signs to Upgrade Your PC    ▶

Today on Forbes.com - Fire Away - Thankee Bernanke - Zander To Depart Slumping Motorola - Alpha Kitty's Cyber-Shopping Cart - Last Day To Vote: Boost Your Business Contest Final Round

ADVERTISEMENTS

**Alternative to Open Back Surgery**
Minimally invasive, corrects most spinal disorders, 21st century laser techniques, outpatient surgery.
www.laserspineinstitute.com

**Investing With 15% Return**
Invest in GE Medical Technology & Earn A Monthly Income - min inv $25k.
InnovativeFinancialGroup.com

Buy a link here

