# Appendix 3



**Mothers Over 40**
*The UK's Premier Resource For Older Mothers and Fathers*

Ads by Google    Celebrity Baby Book    Celebrity Mothers    Celebrities Mothers    Star Mothers    Celebrity Mom

- Home
- Site Map
- About Me
- Articles
- Birth Experiences
- Can You Help?
- Celebrities
- Conceiving Naturally
- Enhancing Fertility
- Excellent Books
- Fertility Shop
- Homeworking
- Jan's Articles
- Jan's Experience
- Links
- Low Rate Advertising
- Media Requests

## Celebrity Older Mothers - Both natural conceptions and IVF

Cherie Booth (Blair) QC
Jane Seymour
Emma Thompson
Susan Sarandon
Madonna
Lisa Hartman-Black
Mimi Rogers
Iman
Jerry Hall
Annette Bening
Cheryl Tiegs
J K Rowling
Beverly D'Angelo
Patricia Hodge
Brooke Shields
Caroline Quentin
Sarah Lancashire
Mariella Frostrup
Geena Davis
Courteney Cox Arquette

Julianne Moore
Helen Hunt
Jane Kaczmarek
Helen Fielding
Meera Syal
Carrie Grant
Jennifer Beals
Holly Hunter
Sian Williams
Sara Edwards
Marcia Cross
Jackie Brambles
Sharron Davies

*"Many people assume that celebrities who have babies after 40 must have undergone expensive fertility treatment. That is simply not true. I am a well-known celebrity and conceived naturally after 40. A woman's reproductive system does not know whether or not she is famous. Our bodies are just the same as those of non-celebrities. Some of us will conceive easily the natural way and others may need a little help. All the fame and money in the world will not have any influence on the outcome, whether natural or assisted."*

**Actress and Singer**

## Celebrity Older Mothers

**Affordable Surrogacy**
Full service and supportive agency Surrogate Mothers and Egg Donors
www.surrogenesisusa.com
Ads by Google



Cherie Booth QC, wife of British Prime Minister, Tony Blair -

Baby at 45

- Midlife Parenting
- Mum Photos
- Penpals
- Privacy Policy
- Progesterone Cream
- Shopping
- Support Groups
- Testimonials
- UK Fertility Clinics

Ads by Google

Online Toy Coupon

Don't Miss This Great Mattel Deal! $10 off $40 or More at Toys R Us

www.Mattel.com/ToysRUs



Jane Seymour, actress

Twins at 44





Emma Thompson, actress -

Baby at 40

Susan Sarandon, actress

Baby at 46





Madonna, singer and actress

Baby at 41



Lisa Hartman-Black, actress

Baby at 44



Mimi Rogers, actress

Baby at 45



Iman, supermodel

Baby at 44



Jerry Hall, supermodel and ex-wife of Mick Jagger

Baby at 41



Annette Bening, actress

 Baby at 41



Cheryl Tiegs, actress

Twins at 52



**JK Rowling** - Author of the Harry Potter Books

Gives birth to baby boy at the **age of 37** and a baby girl at the **age of 39**.

Beverly D'Angelo, actress

Twins at 49





**Patricia Hodge**, actress, born 29 September 1946

**Had her sons in her 40s** *after* suffering from unexplained infertility



for 12 years.



Brooke Shields, 40, Actress - First baby at 37. Expecting second child in spring 2006



Caroline Quentin, Actress, Baby at 43

Sarah Lancashire, Actress, Baby at 38



TV Presenter Mariella Frostrup, 41, gave birth to her first baby in summer



2004.

**48-year-old actress Geena Davis gave birth to twins in Spring 2004. She already has a daughter, Alizeh, who was born in April 2002.**





**Actress Courteney Cox Arquette, 39, gave birth to her first child in summer 2004**

**Julianne Moore, Actress, gave birth to her daughter Liv at the age of 41**







Helen Hunt, Actress,
Baby at 40

Jane Kaczmarek, Actress
Babies at 41, 43 and 46





Helen Fielding, Author of Bridget Jones' Diary
Baby at 43 and baby at 48 (July 2006)

Meera Syal, 44, Actress
Gave birth to a baby boy on 2 December 2005







Carrie Grant, 40, vocal coach to the stars. Gave birth to a baby daughter in May 2006

Jennifer Beals, 41, Actress
Gave birth to a baby girl on 16 November 2005





Holly Hunter, 47, gave birth to twins in January 2006.



Sian Williams, 41, BBC TV Presenter, gave birth to third son in October 2006





Sara Edwards, 46, BBC Wales TV Presenter, gave birth to a baby girl in March 2006

Marcia Cross, 44, Actress, expecting first child in April 2007





Jackie Brambles, TV Presenter, 40, gave bith to a baby girl in March 2007

Sharron Davies, 44, Ex-Olympic Swimmer and TV Presenter, gave birth to a baby boy in January 2007







**Improve Your
Fertility Naturally
by Jan Andersen**



Back to Top

©Jan Andersen 2002-2007
All rights reserved

Disclaimer and Privacy Policy

STAT
Free Web Stats