IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE ANN DEEP,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　　　Defendant. | Civil Action No. 1:06-cv-00111 (RWR)<br>Next Event: Status Status Report Due on<br>December 21, 2007 |

### **(PROPOSED) ORDER**

**UPON CONSIDERATION** of Defendant Eli Lilly and Company's Motion for Reconsideration or, In the Alternative, for Certification for § 1292(b) Interlocutory Appeal, and Plaintiff's Opposition thereto, and for good cause shown, it is this ___ day of _____, 200___,

**ORDERED** that Defendant's motion be, and hereby is, DENIED.

　

_____
The Honorable Richard W. Roberts
United States District Judge