IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE ANN DEEP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION No. 1:06-cv-00111-RWR |
| ) | |
| ELI LILY AND COMPANY, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

COME NOW plaintiff Catherine Ann Deep and defendant Eli Lilly and Company ("Lilly"), by and through their respective counsel, and respectfully submit this Joint Status Report to the Court as required by this Court's November 30, 2007 minute entry.

On December 19, 2007, the parties met and conferred regarding the potential resolution of this matter without the need for additional Court intervention. The parties agree that such an end to this litigation is likely, but also believe that additional time is needed to achieve the parties' mutual goal.

WHEREFORE, the parties respectfully request that they be permitted to submit a further report to the Court on January 11, 2007 regarding the status of this case.

144491v1

Respectfully Submitted,

SHOOK, HARDY & BACON, L.L.P.

| /s/ Aaron M. Levine (by permission) | /s/ Michelle R. Mangrum |
|---|---|
| Aaron M. Levine | Michelle R. Mangrum, D.C. Bar No. 473634 |
| AARON LEVINE & ASSOCIATES | John Chadwick Coots, D.C. Bar No. 461979 |
| 1320 19th St., N.W., Suite 500 | 600 14th Street, N.W., Suite 800 |
| Washington, D.C. 20036 | Washington, D.C. 20005-2004 |
| | (202) 783-8400 Telephone |
| **ATTORNEYS FOR PLAINTIFF** | (202) 783-4211 Facsimile |

and

David W. Brooks
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd
Kansas City, MO 64108-2613
(816) 474-6550 Telephone
(816) 421-5547 Facsimile

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

144491v1

**CERTIFICATE OF SERVICE**

        I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 20th day of December, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

        /s/ Michelle R. Mangrum
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**

144491v1