IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CATHERINE ANN DEEP,** | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| v. | ] Civil Action No.: 06-cv-111 (RWR) |
| | ] Next Event: Joint Status Report due |
| **ELI LILLY AND COMPANY,** | ] on January 11, 2008 |
| | ] |
| **Defendant.** | ] |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Catherine Ann Deep and Defendant Eli Lilly and Company, by and through their counsel, hereby stipulate that plaintiff's claims in the above-captioned case be dismissed with prejudice, with all costs to be taxed to the party incurring same and neither party filing a bill of costs.

Respectfully submitted,

| AARON M. LEVINE & ASSOCIATES | SHOOK, HARDY & BACON, L.L.P. |
|---|---|
| /s/ Aaron M. Levine | /s/ John Chadwick Coots |
| Aaron M. Levine, #7864 | John Chadwick Coots, #461979 |
| 1320 19th Street, N.W., Suite 500 | 600 14th Street, N.W., Suite 800 |
| Washington, DC  200036 | Washington, DC  20005 |
| 202-833-8040 | 202-783-8400 |
| Counsel for Plaintiff | Counsel for Defendant |

Approved this _____ day of _____, 2008.

_____
RICHARD W. ROBERTS
United States District Judge