Case 1:06-cv-00111-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE ANN DEEP, ]<br>]<br>Plaintiff, ]<br>]<br>v. ]<br>]<br>ELI LILLY AND COMPANY, ]<br>]<br>Defendant. ] | Civil Action No.: 06-cv-111 (RWR)<br>Next Event: Joint Status Report due<br>on January 11, 2008 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Catherine Ann Deep and Defendant Eli Lilly and Company, by and through their counsel, hereby stipulate that plaintiff's claims in the above-captioned case be dismissed with prejudice, with all costs to be taxed to the party incurring same and neither party filing a bill of costs.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES            SHOOK, HARDY & BACON, L.L.P.

/s/ Aaron M. Levine                                         /s/ John Chadwick Coots
Aaron M. Levine, #7864                              John Chadwick Coots, #461979
1320 19th Street, N.W., Suite 500               600 14th Street, N.W., Suite 800
Washington, DC  200036                            Washington, DC  20005
202-833-8040                                               202-783-8400

Counsel for Plaintiff                                    Counsel for Defendant

Approved this 3rd day of January, 2008.

_____
RICHARD W. ROBERTS
United States District Judge